BROTHERHOOD MUTUAL®

6400 Brotherhood Way
P.O. Box 2227
Fort Wayne, IN 46801-2227
www.brotherhoodmutual.com

**MinistryFirst® Policy**
BEAUTIFUL SAVIOR LUTHERAN CHURCH
12513 SE Mill Plain Blvd
Vancouver, WA 98684-6042

**Agent:**
American Church Group-WA #4600-006
Ste 101
222 NE Park Plaza Dr
Vancouver, WA 98684-5896
877-224-9255

BROTHERHOOD MUTUAL®

46M5A0371824

Dear Policyholder:

Thank you for choosing Brotherhood Mutual. Whether you're a new policyholder or one who's been with us for years, we appreciate your confidence in us.

**A unique heritage**
In 1917, a group of church leaders founded Brotherhood Mutual to "bear the burden" of its members. They selected Galatians 6:2 – "Bear ye one another's burdens and so fulfill the law of Christ" – as the verse capturing the spirit of the company. This caring spirit has characterized Brotherhood Mutual for more than 100 years and serves as the basis of our commitment to you in the years ahead.

We recognize that your resources were sacrificially given to you for the advancement of the gospel. Many insurance carriers and insurance agents are happy to take your money in exchange for a basic insurance policy. However, we believe that as servants of the Lord, you deserve better. We promise to make every dollar count by providing you with excellent insurance, valuable advice and services, and relationships with company employees and agents that share your heart for ministry.

**A secure future**
As we continue growing faster than the industry average, our focus remains on serving Christian ministries, including churches, colleges and universities, K-12 schools, camps, and mission organizations.

Your stewardship of ministry dollars is supported by the A.M. Best Company, an independent analyst of insurance companies. They rate Brotherhood Mutual "A-" (excellent) for financial stability and excellent operating performance.

Our policyholders renew their coverage with Brotherhood Mutual year after year. And according to our research, 98% of our policyholders who have had claims were satisfied with how we settled their claim.

Thank you for your efforts in advancing the gospel. We look forward to faithfully Advancing the Kingdom by Serving...you!

Sincerely,
Mark A. Robison, CPA, CPCU
Chairman and President

46M5A0371824

## Notice of Annual Meeting

As our insured, you are a member of Brotherhood Mutual Insurance Company and are invited to attend the Company's annual meeting at its corporate headquarters in Fort Wayne, Indiana, each year on the third Tuesday in February at 10 a.m.

## Mutual Policy Conditions

This policy is issued by a mutual company subject to special regulations which govern its organization, membership, and contracts of insurance. The following conditions apply to and form a part of this policy:

- By acceptance of this policy, you became a member of the Company. You are entitled to vote in person or by proxy at all meetings of the members in accordance with Company bylaws.
- This policy is non-assessable. You, as the holder of this policy, are not subject to any contingent liability, nor liable to assessment.
- As a policyholder in a mutual company, you may receive a dividend to the extent and on the conditions determined and declared by the Board of Directors in accordance with the law.
- Policies are transferable only by approval of an appropriate Company officer.

Subject to all of the provisions contained within this policy, it is hereby executed by Brotherhood Mutual Insurance Company in accordance with applicable law.

Michael J. Allison, JD, CPCU
Chief Counsel and Corporate Secretary

Mark A. Robison, CPA, CPCU
Chairman and President

BN-01 (1.1)

46M5A0371824

Brotherhood Mutual Insurance Company

**INSURED NAME:** BEAUTIFUL SAVIOR LUTHERAN CHURCH
**POLICY NUMBER:** 46M5A0371824
**AGENCY NAME:** American Church Group-WA
**AGENCY NUMBER:** 4600-006
**DATE:** 04/25/2022

Dear Policyholder:

The purpose of this letter is to inform you that one or more changes will take effect on 06/06/2022, the renewal of your ministry policy.

In some cases, the effects of these policy changes will mean enhanced coverage, while in other cases, limits, conditions, exclusions, and limitations may narrow the scope of certain coverages when compared to your prior policy. Following are the names of the coverage forms that have either been added or removed from your policy.** Please review your declarations page for changes in the policy values, deductibles, and premium.

**NEW FORMS**

| | |
|---|---|
| BN11AWA 1.0 | Customer Notice: Value-Added Benefits |
| BGL61WA 4.7 | Sexual Acts Liability Coverage |
| EX220 1.0 | Infectious Disease Liability Exclusion - Public Health Emergencies |
| BCL120 1.0 | Amendatory Endorsement - Assignment |
| BGL112WA 1.0 | Worldwide Liability And Medical Extension With Optional Extended Foreign Operations Coverage |
| BCP37A 4.5 | Ministry Personnel Dishonesty Coverage |
| BN2A 1.1 | Notice to our Policyholder |

**REPLACEMENT FORMS**

| | |
|---|---|
| BCP36 4.5 | Organizational Optional Theft Coverage |
| BCP146 4.5 | Broadened Valuation Form |
| BCP100 4.5 | Commercial Property Coverage Conditions |
| BGL89WA 4.8 | Ministry Operations - Legal Liability Defense Reimbursement Coverage |
| BN-6-DXWA 4.0 | Policyholder Coverage Notice - Terrorism-Related Loss |
| BGL87 4.5 | Broad Scope Cyber Liability Coverage |
| BGL613 4.5 | Ministry Operations - Coverage Limits Redemptive Employment And/Or Redemptive Appointment |
| BCP12 4.5 | Building And Personal Property Coverage Part |
| BCP71 4.8 | Earnings And Donations And Extra Expense Coverage Part |
| BCP27 4.5 | Water Damage - Flood, Backup, And Subsurface - $10,000 Coverage Limit - |
| BCP0465WA 2.0 | Amendatory Endorsement Washington |
| BGL939WA 4.7 | Excess/Umbrella Liability Coverage - Religious And Not-For-Profit Organizations - |
| BCP85WA 4.8 | Special Perils Part |
| BCP500 4.5 | Loss Free Deductible Reduction Endorsement |
| BGL91 4.5 | Religious Operations Athletic Medical Coverage - Excluding Students, Day Care Participants, And Campers - |
| BGL81B 4.5 | Broad Form Directors And Officers Liability Coverage - Religious And Not-For-Profit Leadership |
| BGL951 4.5 | Fire Legal Liability And Other Nonowned Property Damage Liability Coverages |
| BGL11WA 4.5 | Liability And Medical Coverage Form |
| BCP138WA 4.5 | Ordinance Or Law Extension |
| BGL51 4.5 | Ministry Operations - Church Organization Additional Coverages |

Brotherhood Mutual Insurance Company

**INSURED NAME:** BEAUTIFUL SAVIOR LUTHERAN CHURCH
**POLICY NUMBER:** 46M5A0371824
**AGENCY NAME:** American Church Group-WA
**AGENCY NUMBER:** 4600-006
**DATE:** 04/25/2022

**DELETED FORMS**

| | |
|---|---|
| BGL111T 1.3 | Worldwide Liability and Medical Extension Coverage |
| BCP37AWA 4.0 | Ministry Personnel Dishonesty Coverage |
| BGL61 4.1 | Sexual Acts Liability Coverage |
| BN11A 1.2 | Customer Notice: Value-Added Benefits |

**Please read your policy carefully.**

Your Brotherhood Mutual agent will be pleased to address any questions you may have concerning your policy. You may contact your agent at 877-224-9255. If you have any questions, you may contact our customer service department at 1-800-333-3735. Thank you for trusting us with your ministry.

****NOTE:** No coverage of any kind is provided by this notice. This Summary of Important Changes does not in any way replace any provision of your policy, nor is every change in your policy listed above. All insurance coverage is subject to conditions, coverage limits, limitations, and exclusions. For precise details of coverage, please refer to your actual policy. While our company's goal is to provide ongoing insurance protection to ministry organizations, changes in company operations, the regulatory or insurance environment, or significant loss experience can result in policy revision or policy termination.*

# Notice to our Policyholder:

**Earthquake-related forms have been revised**

*[Please read your policy carefully]*

This Commercial policy contains earth movement and volcanic eruption exclusions. These exclusions are included in form BCP-88. If you have purchased earthquake coverage, it is provided in the Earthquake coverage part form BCP-89. If you did not purchase earthquake coverage, then form BCP-89 will not be included as part of your policy, and loss relating to earth movement will not be covered.

Policy renewal often involves changes (both enhancements and limitations) between the old policy and the new policy. For this reason, it is important that you carefully read the new policy. Your agent will be pleased to address any questions you may have concerning the above changes, or other questions relating to this policy. Thank you for choosing us to help you protect your operations.

This notice form provides no coverage of any kind. Please see applicable forms for coverage details.

BROTHERHOOD MUTUAL®

**Policy Number 46M5A0371824**
Brotherhood Mutual Insurance Company
Print Date: April 25, 2022
Policy Period: 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m.

**877-224-9255**
**American Church Group-WA 4600-006**
**Ste 101**
222 NE Park Plaza Dr
Vancouver, WA 98684-5896

Contact your agent with your customer service questions, including updating your policy or reporting a claim.

**www.brotherhoodmutual.com/payonline**
For your convenience, you can make premium payments online.

# MinistryFirst[sm] Commercial Multi-Peril Insurance Coverage Summary

These are your policy's Declarations.
Renewal of 46M5A0371824

**BEAUTIFUL SAVIOR LUTHERAN CHURCH**
12513 SE Mill Plain Blvd
Vancouver, WA 98684-6042

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

## Key Facts About Your Policy

These Declarations replace your previous ones. Your policy's Declarations contain a summary of the coverage contained in the insurance policy. Your policy contains a full explanation of your coverage.

**AGREEMENT:** In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance stated in the policy.

| | |
|---|---|
| **TYPE OF ORGANIZATION:** | Church Institution |
| **FORM OF ORGANIZATION:** | Corporation |

## Policy Overview

| COVERAGE DESCRIPTION | DETAILS | COVERAGE DESCRIPTION | DETAILS |
|---|---|---|---|
| Property Coverage | Page 2 - 6 | Terrorism Premium | $36 (See Notice Form BN-6-DXWA 4.0 for details) |
| Inland Marine Coverage | Page 7 - 7 | | |
| Liability Coverage | Page 8 - 14 | | |
| Excess Liability Coverage | Page 15 - 15 | | |

## Policy Premium Overview

This premium is subject to adjustment at each anniversary. This premium is subject to adjustment due to premium audit provision.

| | | | |
|---|---|---|---|
| **ANNUAL PREMIUM:** | $5,552.00 | **PAYMENT SCHEDULE:** | See invoice. |

## Common Policy Forms

| FORM | FORM NAME | FORM | FORM NAME |
|---|---|---|---|
| BN2A 1.1 | Notice to our Policyholder | CL0103 03 10 | Common Policy Conditions Washington |
| CL300 1.0 | Amendatory Endorsement | CP1 1.0 | Table of Contents |
| BCP100 4.5 | Commercial Property Coverage Conditions | GL100 1.0 | Commercial Liability Coverage |
| BCL301 1.0 | Form Number Reference | BN11AWA 1.0 | Customer Notice: Value-Added Benefits |
| BCL120 1.0 | Amendatory Endorsement - Assignment | BCL966WA 1.0 | Additional Policy Definition |
| BN1B 1.0 | Notice Of Payment-Related Charges | BCL100WA 1.1 | Additional Policy Conditions |
| G132 10 06 | Notice To Policyholders | BN-6-DXWA 4.0 | Notice - Terrorism-Related Loss |

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Property Coverage Summary

## Ministry*First*sm commercial multi-peril policy Declarations continued...

We provide the Commercial Property coverage at the declared premise(s) for the coverage and limits indicated. The Coverages listed here are provided according to the terms of the designated coverage form and any other applicable forms or endorsements.

## Property Coverage Details

| | |
|---|---|
| **PROPERTY DEDUCTIBLE** | $1,000 |
| **GLASS DEDUCTIBLE** | $1,000 |

## Schedule of Locations

| LOCATION # | DESCRIPTION | ADDRESS |
|---|---|---|
| 1/1 | Church | 12513 SE Mill Plain Blvd Vancouver, WA 98684-6042 |
| 1/2 | Shed | 12513 SE Mill Plain Blvd Vancouver, WA 98684-6042 |

## Schedule of Buildings and Personal Property

**CHURCH** **12513 SE Mill Plain Blvd Vancouver, WA 98684-6042** **LOCATION 1/1**

| COVERAGE DESCRIPTION (INCL. TYPE OF PROPERTY) | COVERAGE LIMIT | COINSURANCE | EQ DED | VALUATION TYPE | AUTO INCR | PERIL TYPE | FORM |
|---|---|---|---|---|---|---|---|
| Building | $2,077,000 | Agreed Amount | N/A | Broadened Valuation | 0% | Special with Theft | BCP85WA 4.8 |
| Building Ordinance & Law Cost of Construction | $300,000 | N/A | N/A | N/A | N/A | N/A | BCP138WA 4.5 |
| Building Ordinance & Law Increased Building Loss | $2,077,000 | N/A | N/A | N/A | N/A | N/A | BCP138WA 4.5 |
| Building Ordinance & Law Increased Debris Removal | $120,000 | N/A | N/A | N/A | N/A | N/A | BCP138WA 4.5 |
| Personal Property | $439,000 | Agreed Amount | N/A | Replacement Cost | 4% | Special with Theft | BCP85WA 4.8 |

**SHED** **12513 SE Mill Plain Blvd Vancouver, WA 98684-6042** **LOCATION 1/2**

| COVERAGE DESCRIPTION (INCL. TYPE OF PROPERTY) | COVERAGE LIMIT | COINSURANCE | EQ DED | VALUATION TYPE | AUTO INCR | PERIL TYPE | FORM |
|---|---|---|---|---|---|---|---|
| Building | $4,900 | Agreed Amount | N/A | Broadened Valuation | 0% | Special with Theft | BCP85WA 4.8 |
| Building Ordinance & Law Cost of Construction | $2,000 | N/A | N/A | N/A | N/A | N/A | BCP138WA 4.5 |
| Building Ordinance & Law Increased Building Loss | $4,900 | N/A | N/A | N/A | N/A | N/A | BCP138WA 4.5 |

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Property Coverage Summary

## MinistryFirst[sm] commercial multi-peril policy Declarations continued...

We provide the Commercial Property coverage at the declared premise(s) for the coverage and limits indicated. The Coverages listed here are provided according to the terms of the designated coverage form and any other applicable forms or endorsements.

| COVERAGE DESCRIPTION (INCL. TYPE OF PROPERTY) | COVERAGE LIMIT | COINSURANCE | EQ DED | VALUATION TYPE | AUTO INCR | PERIL TYPE | FORM |
|---|---|---|---|---|---|---|---|
| Building Ordinance & Law Increased Debris Removal | $2,000 | N/A | N/A | N/A | N/A | N/A | BCP138WA 4.5 |
| Personal Property | $7,840 | Agreed Amount | N/A | Replacement Cost | 4% | Special with Theft | BCP85WA 4.8 |

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Property Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued...

We provide the Commercial Property coverage at the declared premise(s) for the coverage and limits indicated. The Coverages listed here are provided according to the terms of the designated coverage form and any other applicable forms or endorsements.

## Schedule of Additional Coverages: All Locations

The policy's property deductible applies to each of these coverages. Details are found on the Commercial Property Coverages BCP12 4.5 form.

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Property Off Premises | $25,000+ | $1,000 | BCP12 4.5 |
| Inter-Continent | $2,500/Item, $25,000 total+ | $1,000 | BCP12 4.5 |
| Owned Personal Property - Parsonage | $2,500 | $1,000 | BCP12 4.5 |
| Building/Personal Property - Newly Acquired/Constructed | $2,000,000++ | $1,000 | BCP12 4.5 |
| Outside Objects/Structures | $15,000/category, $20,000 Total | $1,000 | BCP12 4.5 |
| For any one landscaping item | $1,000 | $1,000 | BCP12 4.5 |
| Each loss caused by wind | $2,500 | $1,000 | BCP12 4.5 |
| Detached Structures and their Contents (Unscheduled) | $10,000 for structures, $10,000 for Contents | $1,000 | BCP12 4.5 |
| Owned Personal Property - Dwellings | 5% of dwelling value | $1,000 | BCP12 4.5 |
| Contents - Buildings and Structures Described on the Declarations | $10,000+++ | $1,000 | BCP12 4.5 |
| Trailers | $10,000 | $1,000 | BCP12 4.5 |
| Vehicle Equipment and Accessories | $10,000 | $1,000 | BCP12 4.5 |
| Money and Securities | $5,000 (Loss from specified perils only. Doubled on specified holidays) | $1,000 | BCP12 4.5 |
| Spoilage | $5,000 | $1,000 | BCP12 4.5 |
| Damage to Buildings and Personal Property from Animals | $2,500 (Except types of damage excluded in policy form) | $1,000 | BCP12 4.5 |

*+ If the loss resulted from a covered peril and the property is off premises for no longer than 180 days.*
*++ Coverage applies for 180 days from the time construction begins or the new property is acquired.*
*+++ Only applies if the limit of insurance shown for the structure is no more than $10,000 and there is no limit of Organizational Personal Property shown on the declarations for the structure.*

The policy's property deductible does not apply to the following coverages. Details are found on the Commercial Property Coverages form.

| COVERAGE DESCRIPTION | COVERAGE LIMIT | FORM |
|---|---|---|
| Debris Removal Expense - Partial or Total Loss | Partial Loss: Remaining Limit for Covered Property - Total Loss: $10,000 | BCP12 4.5 |
| Emergency Removal | Coverage applies up to 30 days after property is first moved | BCP12 4.5 |
| Fire Department Service Charges | $25,000 | BCP12 4.5 |
| Fire Extinguisher Recharge | $25,000 if recharged within 30 days | BCP12 4.5 |
| Pollutant Clean-Up and Removal | $10,000 (annual aggregate)* | BCP12 4.5 |
| Installed Lock Recalibration | $5,000 if recalibrated within 10 days | BCP12 4.5 |
| Arson Reward | $15,000** | BCP12 4.5 |
| Papers and Records | $25,000 | BCP12 4.5 |
| Personal Property Owned by Others (non-clergy) | $2,500 per person/$10,000 maximum (excess)*** | BCP12 4.5 |
| Personal Property Owned by Clergy | $30,000 (excess)*** | BCP12 4.5 |
| Theft or Vandalism Reward | $5,000** | BCP12 4.5 |

** If the loss resulted from a covered peril and was reported within 180 days.*
*** Or the amount paid to the insured as a result of the direct loss, if less than the limit stated above.*
**** Additional limits are available*

BROTHERHOOD MUTUAL

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Property Coverage Summary

Ministry*First*sm commercial multi-peril policy Declarations continued...

We provide the Commercial Property coverage at the declared premise(s) for the coverage and limits indicated. The Coverages listed here are provided according to the terms of the designated coverage form and any other applicable forms or endorsements.

## Optional Coverages: All Locations

### Organizational Optional Theft Coverage

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Theft of Money and Securities | $2,000 | $1,000 | BCP36 4.5 |

### Ministry Personnel Dishonesty Coverage

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Personnel Dishonesty Coverage | $10,000 | N/A | BCP37A 4.5 |

### Earnings and Donations and Extra Expense Coverage Part

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Earnings and Donations | $25,000 | N/A | BCP71 4.8 |
| Extra Expense | $100,000 | N/A | BCP71 4.8 |

### Water Damage - Flood, Backup, and Subsurface

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Water Damage-Flood, Back-up, and Subsurface | $10,000 | $1,000 | BCP27 4.5 |

### Sewer and Drain Back-up Extension

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Sewer/Drain Backup Extension | See Building/Personal Property Limit | $1,000 | BCP135WA 4.1 |

### Systems / Equipment Breakdown Coverage

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Systems/Equipment Breakdown Coverage | Building/Personal Property Limit | $1,000 | BSEB100 4.1 |

### Rented Personal Property of Others Coverage

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Rented Personal Property of Others | $10,000 | $1,000 | BCP12 4.5 |

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Property Coverage Summary

## MinistryFirst[sm] commercial multi-peril policy Declarations continued...

We provide the Commercial Property coverage at the declared premise(s) for the coverage and limits indicated. The Coverages listed here are provided according to the terms of the designated coverage form and any other applicable forms or endorsements.

### Interior Building Damage Coverage

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Interior Building Damage Coverage-Including Gutters/ Downspouts Coverage | $1,000,000 | $1,000 | BCP49WA 4.0 |

### Terrorism Loss Coverage

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Limited Terrorism | $3,059,215 | $1,000 | EX0621XWA 3.0 |

## Additional Property Forms

| FORM | FORM NAME |
|---|---|
| BCP0465WA 2.0 | Amendatory Endorsement Washington |
| BCP146 4.5 | Broadened Valuation Form |
| BCP88WA 4.0 | Earth Movement & Volcanic Eruption Excl |
| BN2567 1.0 | Notice Water Damage/Flood Coverage |
| CP0171 02 09 | Exclusion Water Damage |
| EX0651XWA 3.0 | NBC Terrorism Exclusion |
| BCP0643 01 08 | Exclusion - War and Military Action |
| BCP500 4.5 | Loss Free Deductible Reduction End |
| BN12V 1.0 | Notice Regarding Building Valuation |
| CL0465 01 01 | Loss Payable Endorsement Washington |
| CP111 1.0 | Automatic Increase |

## Additional Interests

| NAME | TYPE | LOAN NUMBER | INTEREST | ADDRESS |
|---|---|---|---|---|
| Us Bancorp Equipment Finance Inc | Loss Payee | 5000273830-000 | Other: Personal Property | 1310 Madrid St Ste 101 Marshall, MN 56258 -4002 |

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Inland Marine Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued...

## Schedule of Inland Marine Coverages: All Locations

| COVERAGE DESCRIPTION | COVERAGE LIMIT | DEDUCTIBLE | FORM |
|---|---|---|---|
| Lawn Equipment | $3,000 | $100 | IM7500 10 09 |
| LAWN EQUIPMENT | $3,000 | | |

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued...

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

## Key Liability Coverage Facts: Schedule of Limits

| | |
|---|---|
| **GENERAL OCCURRENCE LIMIT** | $1,000,000 |
| **GENERAL AGGREGATE LIMIT** | $5,000,000 |

## Principal Liability Coverages

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Bodily Injury/Property Damage Liability (L) | $1,000,000* | $5,000,000* | GL100 1.0 |
| Medical Payments (M) | $10,000*+ | $5,000,000* | GL100 1.0 |
| Products/Completed Work (N) | $1,000,000* | $5,000,000* | GL100 1.0 |
| Fire Legal Liability (O) | $300,000* | $1,500,000* | BGL951 4.5 |

## Supplemental Coverages

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Incidental Contractual Liability | $1,000,000* | $5,000,000* | GL100 1.0 |
| Incidental Medical Malpractice | $1,000,000* | $5,000,000* | GL100 1.0 |
| Mobile Equipment | $1,000,000* | $5,000,000* | GL100 1.0 |

## Additional Coverages

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Membership Emotional Injury Liability Coverage | $1,000,000* | $5,000,000* | BGL51 4.5 |
| Nursery/Child Care Corporal Punishment Liability | $1,000,000* | $5,000,000* | BGL51 4.5 |
| Supervision-Related Emotional Injury Liability Coverage | $1,000,000* | $5,000,000* | BGL51 4.5 |
| Food Preparation Liability Coverage | $1,000,000* | $5,000,000* | BGL51 4.5 |
| Privacy Violation Liability Coverage | $1,000,000* | $5,000,000* | BGL51 4.5 |
| Damage To Property Of Others Coverage | | | BGL51 4.5 |
| Not in Your Control | $1,000*+ | $5,000,000* | BGL51 4.5 |
| In Your Control | $2,500*+ | $5,000,000* | BGL51 4.5 |
| Prosthetic Devices | $500*+ | $5,000,000* | BGL51 4.5 |
| Incidental Camper Medical Coverage | $10,000* | $5,000,000* | BGL51 4.5 |
| Additional Incidental Contractual Liability Coverage | $1,000,000* | $5,000,000* | BGL51 4.5 |

## Defense Coverage

Applies in addition to the liability limit unless otherwise specifically stated in an applicable coverage form.

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued...

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

## Medical Coverage Extension - Clergy Accidental Death

| COVERAGE DESCRIPTIONS | PASTORS | COVERAGE LIMIT | PER ACCIDENT LIMIT | FORM |
|---|---|---|---|---|
| Clergy Accidental Death Benefit | 2 | $15,000*+ | $100,000* | BGL998WA 3.0 |

## Counseling Acts Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Counseling Acts Liability Coverage | $1,000,000* | $5,000,000* | BGL63 4.1 |
| Outside Counseling Reimbursement Coverage | $5,000+ | $5,000,000* | BGL63 4.1 |

## Cyber Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Computer Use Liability Coverage | $500,000* | $2,500,000* | BGL87 4.5 |
| Electronic Commerce Liability Coverage | $500,000* | $2,500,000* | BGL87 4.5 |
| Data Breach Liability Coverage | $500,000* | $2,500,000* | BGL87 4.5 |
| Outsourced IT Liability Coverage | $500,000* | $2,500,000* | BGL87 4.5 |
| Special Reimbursement Coverage (Data Breach Rectification Costs) | $125,000 | $125,000 | BGL87 4.5 |
| Special Reimbursement Coverage (Electronic Discovery Costs) | $50,000 | $50,000 | BGL87 4.5 |
| Special Defense Coverage (Subpoenas, Regulatory Actions and Injunctive) | $50,000 | $50,000 | BGL87 4.5 |

## Defense Reimbursement Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Covered Lawsuit Proceeding (Proceeding Limit) | $50,000 | $100,000 | BGL89WA 4.8 |
| Law Enforcement Inquiry (Inquiry Limit) | $10,000 | $30,000 | BGL89WA 4.8 |

## Directors and Officers Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Directors and Officers Leadership Liability Coverage | $1,000,000* | $5,000,000* | BGL81B 4.5 |

## Benefits Administration Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Employee Benefit Liability Coverage | $1,000,000 | $5,000,000 | BGL83 4.0 |
| (Medical Expense Limit) | $100,000* | $500,000* | BGL83 4.0 |

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

## MinistryFirst[sm] commercial multi-peril policy Declarations continued...

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

### Fire Legal/Nonowned Property Damage Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Nonowned Property Damage Liability Coverage | $300,000* | $1,500,000* | BGL951 4.5 |
| Additional Incidental Contractual Liability Coverage | $300,000* | $1,500,000* | BGL951 4.5 |

### Media Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Personal Injury Liability Coverage (Media/Communications Activity) | $1,000,000* | $5,000,000* | BGL41 1.0 |
| Personal Injury Liability Coverage (Personal Violations) | $1,000,000* | $5,000,000* | BGL41 1.0 |
| Personal Injury Liability Coverage (Unauthorized Access/ Posting) | $1,000,000* | $5,000,000* | BGL41 1.0 |
| Special Defense Coverage (Alleged Intentional Acts) | $1,000,000* | $5,000,000* | BGL41 1.0 |

### Medical Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Religious Athletic Medical Coverage | $5,000*+ | $5,000,000* | BGL91 4.5 |

### Nonowned Vehicle Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Nonowned Vehicle Liability Coverage | $1,000,000* | $5,000,000* | BGL71BWA 4.0 |
| Defense Coverage: Authorized Operator | $1,000,000* | $5,000,000* | BGL71BWA 4.0 |
| Rental Vehicle Physical Damage Coverage | $60,000per vehicle, $500 deductible | $120,000* | BGL71BWA 4.0 |
| Nonowned Vehicle Medical Payments Extension | $10,000*+ | $150,000* | BGL71BWA 4.0 |
| Loss of Use Coverage | $1,500 per vehicle | $3,000* | BGL71BWA 4.0 |
| Trip Occupant Coverage | $1,000*+ | $5,000,000* | BGL71BWA 4.0 |
| Damage to Property of Others | $1,000* | $5,000,000* | BGL71BWA 4.0 |
| Nonowned Vehicle Deductible Reimbursement Coverage | $1,000* | $5,000,000* | BGL71BWA 4.0 |

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued…

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

## Religious Freedom Protection Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Religious Communication Liability Coverage | $1,000,000* | $5,000,000* | BGL66WA 1.2 |
| Religious Activity Liability Coverage | $1,000,000* | $5,000,000* | BGL66WA 1.2 |
| Discriminatory Acts Liability Coverage | $1,000,000* | $5,000,000* | BGL66WA 1.2 |
| Tax Exempt Challenge: Expense Reimbursement Coverage | $25,000* | $25,000* | BGL66WA 1.2 |
| Litigation Activity: Legal Defense Reimbursement Coverage | See form | See form | BGL66WA 1.2 |
| Litigation Activity: Declaratory Action Reimbursement Coverage | See form | See form | BGL66WA 1.2 |

## Security Operations Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Additional Medical Expense Coverage | $50,000*+ | $250,000* | BGL993 4.0 |
| Broadened Wage Loss Reimbursement Coverage (Emotional Injury) | $10,000*+ | $50,000* | BGL993 4.0 |
| Individual Counseling Coverage | $10,000*+ | $50,000* | BGL993 4.0 |
| Damage to Security-Related Equipment | $2,500*+ | $10,000* | BGL993 4.0 |
| Primary Coverage for Specified Individuals | See Form | See Form | BGL993 4.0 |
| Enforcement of Security Policy or Weapons Policy | $1,000,000* | $1,000,000* | BGL993 4.0 |
| Negligent Infliction of Emotional Distress Arising from Security Operations | $1,000,000* | $1,000,000* | BGL993 4.0 |

## Traumatic Incident Response Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Additional Medical Expense Coverage | $25,000*+ | $150,000* | BGL991A 4.1 |
| Broadened Wage Loss Reimbursement Coverage (Including Emotional Injury) | See form | $150,000* | BGL991A 4.1 |
| Individual Counseling Coverage | $2,500*+ | $150,000* | BGL991A 4.1 |
| Additional Organizational Expense | $50,000* | $150,000* | BGL991A 4.1 |

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued...

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

## Worldwide Liability Extension Coverage

**Extended Foreign Ministry Operations- Excluded**

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Short-Term Trip Limited Kidnap and Extortion Expense Reimbursement Coverage | See Form | See Form | BGL112WA 1.0 |
| Short-Term Foreign Trip Terrorism-Related Travel Interruption Reimbursement | See Form | See Form | BGL112WA 1.0 |
| Short-Term Foreign Trip Death Reimbursement Coverage For Your Leaders | See Form | See Form | BGL112WA 1.0 |
| Foreign Operations Image Restoration Extension | See Form | See Form | BGL112WA 1.0 |
| Expanded Medical Coverage For Foreign Ministry Participants | See Form | See Form | BGL112WA 1.0 |

## Wage Reimbursement Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Wage Loss Reimbursement Coverage | $3,500+ | $35,000 per occurrence | BGL99 4.0 |

## Sexual Acts Liability Coverage

| COVERAGE DESCRIPTIONS | COVERAGE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|
| Sexual Acts Liability Coverage With Screening | $500,000* | $500,000* | BGL61WA 4.7 |
| Sexual Harassment Liability Coverage (other than your employees) | $500,000* | $500,000* | BGL61WA 4.7 |
| Improper Reporting of Sexual Acts Liability Coverage | $500,000* | $500,000* | BGL61WA 4.7 |
| Improper Supervision of Convicted Sexual Offenders Liability Coverage | $500,000* | $500,000* | BGL61WA 4.7 |
| Outside Counseling Reimbursement Coverage | $5,000*+ | $100,000* | BGL61WA 4.7 |
| Sexual Acts Medical Payment Extension | $10,000*+ | $100,000* | BGL61WA 4.7 |
| Image Restoration Extension | $10,000* | $500,000* | BGL61WA 4.7 |
| Redemptive Employment/Appointment | $300,000* | $300,000* | BGL613 4.5 |
| Employment-Related Sexual Harassment and Sexual Acts Liability Coverage | $500,000* | $500,000* | BGL861 4.0 |

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

Ministry*First*sm commercial multi-peril policy Declarations continued...

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

## Schedule of Liability Exposures

In issuing this policy, we have relied on material information provided to us by the Named Insured. The following schedule discloses all of the insured's insurable exposures (as conveyed by the Named Insured) known to exist at the policy inception date. Declared premises must be owned, occupied, or rented by you or your scheduled related organizations.

| EXPOSURE DESCRIPTIONS | ADDRESS / BUILDING DESCRIPTION | BI/PD RATE | MED RATE | CODE | RATING BASIS |
|---|---|---|---|---|---|
| Farm Land | 12513 SE Mill Plain Blvd Vancouver WA 98684-6042 | 26.062 | 5.235 | 02400 | 1 Farm |
| Church | Location 1 Building 1 Church | 2.716 | 1.777 | 08101 | 9,335 Square Feet |
| | Location 1 Building 2 Shed | | | | 96 Square Feet |
| Building or Premises - Lessor's Risk - NOC | Location 1 Building 1 Church | 1.199 | .305 | 17703 | 3,500 Square Feet |
| Outreach Ministry | 12513 SE Mill Plain Blvd Vancouver WA 98684-6042 | 112.532 | 18.583 | 30130 | 1 # items/activities |
| Playgrounds | 12513 SE Mill Plain Blvd Vancouver WA 98684-6042 | 59.840 | 9.745 | 30320 | 1 Each |
| Pastoral Counseling | | N/A | N/A | | 2 Pastor(s) |
| Special Events | | N/A | N/A | | |

## High Hazard Activities

For details regarding how these coverage limits will apply, see the *How Much We Pay* section of the High Hazard Activities Coverage Limits Form (BGL-21).

| ACTIVITY DESCRIPTION | MEDICAL LIMIT | OCCURRENCE LIMIT | COVERAGE AGGREGATE LIMIT | FORM |
|---|---|---|---|---|
| Skate Park Operations | $0 per person | $100,000 | $500,000 | BGL21 4.1 |
| Fireworks Sales | $0 per person | $100,000 | $500,000 | BGL21 4.1 |
| Fireworks Display | $0 per person | $100,000 | $500,000 | BGL21 4.1 |
| Construction Oversight | $0 per person | $100,000 | $500,000 | BGL21 4.1 |

## Other Liability and Medical Forms

| FORM | FORM NAME |
|---|---|
| BGL0368CWA 1.0 | Amendatory Endorsement Washington |
| BGL11WA 4.5 | Liability And Medical Coverage Form |
| EX220 1.0 | Infectious Disease Liability Exclusion |
| GL0163 01 08 | Exclusion War and Military Action |
| GL0950 12 99 | Known Injury or Damage Amendments |
| BGL100A1 2.2 | Commercial Liability Endorsement |
| BGL152 1.0 | Additional Insured Endorsement |
| EX909 1.0 | Asbestos Exposure Exclusion |
| GL0368 03 10 | Amendatory Endorsement Washington |
| GL890 1.0 | Lead Liability Exclusion |

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Liability Coverage Summary

MinistryFirst[sm] commercial multi-peril policy Declarations continued...

The Coverages listed within these declarations are provided according to the terms of the designated coverage forms and any other applicable forms or endorsements. Only one liability coverage and one medical coverage will apply to an occurrence and any related loss. Any limit which is specifically stated within a coverage form or endorsement represents the most we will pay for the coverage to which such a limit applies. For application of limits, see Liability and Medical Coverage form (BGL11WA 4.5).

| FORM | FORM NAME |
|---|---|
| BGL939AI 1.0 | Additional Insured - Excess Liability |
| BN998 1.0 | Clergy Accidental Death Medical Ext |
| EX0281XWA 3.1 | NBC Terrorism Exclusion |
| BGL836 2.2 | Employers Liability (Stop Gap) Coverage |
| EX0261XWA 3.0 | Terrorism Exclusion |

## Additional Insureds

| NAME | LOAN/REFERENCE NUMBER | INTEREST | ADDRESS |
|---|---|---|---|
| None | None | None | None |

** Only a single limit applies to the loss. All coverage limits are subject to the general occurrence limit and all aggregate limits are subject to the general aggregate limit.*
*+ per person limit*

BROTHERHOOD MUTUAL®

| | |
|---|---|
| NAMED INSURED | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| POLICY NUMBER | 46M5A0371824 |
| POLICY PERIOD | 06/06/2022 at 12:01 a.m. to 06/06/2025 at 12:01 a.m. |

# Commercial Excess Liability Supplemental Coverage Summary

Ministry*First*sm commercial multi-peril policy Declarations continued…

In return for the payment of the premium, and subject to all the terms of the policy, we agree with you to provide the insurance as stated in the Excess/Umbrella Liability Coverage endorsement BGL939WA 4.7.

## Key Excess Liability Coverage Facts

| | |
|---|---|
| **NAME OF INSURED** | BEAUTIFUL SAVIOR LUTHERAN CHURCH |
| **ADDRESS** | 12513 SE Mill Plain Blvd, Vancouver, WA 98684-6042 |
| **EXCESS LIABILITY POLICY PERIOD** | 6/6/2022 to 6/6/2025 at 12:01 a.m. at the location listed above |
| **EXCESS LIABILITY ANNUAL PREMIUM** | $425 |

## Excess Liability Coverage - Limit of Insurance

| | |
|---|---|
| **Coverage Limit (per Occurrence)** | $1,000,000 |
| **Coverage Aggregate Limit** | $1,000,000 |
| **Deductible/Retention** | N/A |

## Optional Excess Coverage Information

| COVERAGE | STATUS | LIMIT |
|---|---|---|
| Directors and Officers Liability Coverage | Included | $1,000,000 |
| Sexual Acts Liability Coverage | Excluded | N/A |
| Employment Practices Liability Coverage | Excluded | N/A |
| Cyber Liability Coverage | Excluded | N/A |
| Benefits Administration Liability Coverage | Excluded | N/A |

*Optional Coverage Limits are the same as the Excess Liability "per Occurrence" and Aggregate limits shown above, unless otherwise specified.*

## Schedule of Underlying Insurance

| TYPE | INSURER | POLICY PERIOD | POLICY NUMBER | LIMITS OF LIABILITY |
|---|---|---|---|---|
| General Liability | Brotherhood Mutual Insurance Company | 06/06/2022 - 06/06/2025 | 46M5A0371824 | $1,000,000 Occ/$5,000,000 Agg |

Brotherhood Mutual Insurance Company

**INSURED NAME:** BEAUTIFUL SAVIOR LUTHERAN CHURCH
**POLICY NUMBER:** 46M5A0371824
**AGENCY NAME:** American Church Group-WA
**AGENCY NUMBER:** 4600-006
**DATE:** 04/25/2022

Dear Policyholder:

The purpose of this letter is to inform you that one or more changes will take effect on 06/06/2022, the renewal of your ministry policy.

In some cases, the effects of these policy changes will mean enhanced coverage, while in other cases, limits, conditions, exclusions, and limitations may narrow the scope of certain coverages when compared to your prior policy. Following are the names of the coverage forms that have either been added or removed from your policy.** Please review your declarations page for changes in the policy values, deductibles, and premium.

**NEW FORMS**

| | |
|---|---|
| BN11AWA 1.0 | Customer Notice: Value-Added Benefits |
| BGL61WA 4.7 | Sexual Acts Liability Coverage |
| EX220 1.0 | Infectious Disease Liability Exclusion - Public Health Emergencies |
| BCL120 1.0 | Amendatory Endorsement - Assignment |
| BGL112WA 1.0 | Worldwide Liability And Medical Extension With Optional Extended Foreign Operations Coverage |
| BCP37A 4.5 | Ministry Personnel Dishonesty Coverage |
| BN2A 1.1 | Notice to our Policyholder |

**REPLACEMENT FORMS**

| | |
|---|---|
| BCP36 4.5 | Organizational Optional Theft Coverage |
| BCP146 4.5 | Broadened Valuation Form |
| BCP100 4.5 | Commercial Property Coverage Conditions |
| BGL89WA 4.8 | Ministry Operations - Legal Liability Defense Reimbursement Coverage |
| BN-6-DXWA 4.0 | Policyholder Coverage Notice - Terrorism-Related Loss |
| BGL87 4.5 | Broad Scope Cyber Liability Coverage |
| BGL613 4.5 | Ministry Operations - Coverage Limits Redemptive Employment And/Or Redemptive Appointment |
| BCP12 4.5 | Building And Personal Property Coverage Part |
| BCP71 4.8 | Earnings And Donations And Extra Expense Coverage Part |
| BCP27 4.5 | Water Damage - Flood, Backup, And Subsurface - $10,000 Coverage Limit - |
| BCP0465WA 2.0 | Amendatory Endorsement Washington |
| BGL939WA 4.7 | Excess/Umbrella Liability Coverage - Religious And Not-For-Profit Organizations - |
| BCP85WA 4.8 | Special Perils Part |
| BCP500 4.5 | Loss Free Deductible Reduction Endorsement |
| BGL91 4.5 | Religious Operations Athletic Medical Coverage - Excluding Students, Day Care Participants, And Campers - |
| BGL81B 4.5 | Broad Form Directors And Officers Liability Coverage - Religious And Not-For-Profit Leadership |
| BGL951 4.5 | Fire Legal Liability And Other Nonowned Property Damage Liability Coverages |
| BGL11WA 4.5 | Liability And Medical Coverage Form |
| BCP138WA 4.5 | Ordinance Or Law Extension |
| BGL51 4.5 | Ministry Operations - Church Organization Additional Coverages |

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# CHURCH ORGANIZATION ADDITIONAL COVERAGES

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if this form (BGL-51) is properly designated in the **declarations** of this policy, and only if **you** are a **church organization**.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein.

The following modification applies only to the Principal Coverages and the Supplemental Coverages of the Commercial Liability Coverage Form (GL-100).

1. **Insured**, as applied to the Principal Coverages and the Supplemental Coverages of the Commercial Liability Coverage Form (GL-100), includes **your leaders**, **your appointed persons**, and **your volunteers**, but only with respect to **your** religious or not-for-profit operations, and subject to all of the **terms** of this endorsement.

The following definitions apply only to the Additional Coverages of this endorsement.

1. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

2. **Church organization** means a not-for-profit religious institution that regularly conducts Christian worship services and that promotes biblically-based religious principles through its activities, initiatives and teachings.

3. **Designated ministry volunteer** means a **volunteer** who is engaged in any of the following ministry activities or roles:

   a. a member of any ministry board, committee or operational team that is operated as part of, and for the benefit of, **your church organization**; or

   b. a small group coordinator, small group facilitator, or small group host; for groups that are operated with **your** permission as part of **your church organization's** ministry operations; or

   c. an unpaid ministry coordinator, for ministries that are operated as part of, and for the benefit of, **your** church organization;

   but only while such person is acting within the scope of their authority on behalf of **your church organization**.

4. **Nursery/child care operations** means providing child care, free of charge, to children under the age of twelve during scheduled church activities or events. **Nursery/child care operations** does not include **day care activity** of any kind.

5. **Personal information** means bank account information, credit card information, debit card information, social security numbers, dates of birth, access passwords, employment information or similar personal information.

6. **Personal rights breach** means the posting, publication, communication or depiction of material or information that:


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. violates the person's right of privacy; or

b. breaches the person's expectation of confidentiality.

7. **Record privacy error** means the:

a. improper use of; or

b. failure to properly protect; or

c. partial or total loss of;

any **personal information** that is obtained, conveyed or held as a hard copy/paper record. **Record privacy error** also includes the mishandling of records or disclosure of information during a reference inquiry resulting in a **personal rights breach**. But **record privacy error** does not include errors involving electronically-stored records, documents, information or data.

8. **Supervision failure** means a failure to properly oversee, supervise or control individuals over whom a **covered person** has any direct or indirect responsibility to oversee, supervise or control.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## MEMBERSHIP EMOTIONAL INJURY℠ LIABILITY COVERAGE

**We** pay all sums that **you** or **your leader** become legally obligated to pay as **damages** due to **emotional injury** to which this coverage applies. The event or events causing the **emotional injury**:

a. must arise out of **your church organization's** policy, practice or procedure with respect to attendance or membership in the organization; and

b. must take place in the **coverage territory** during the **policy period**.

This Additional Coverage does not apply, however, if:

1. the **emotional injury** arises out of any **discriminatory act**, **sexual act** or **counseling act**; or

2. the **emotional injury** arises out of the actual, threatened or alleged touching of, or use of physical force against, one or more persons by another person; or

3. the **emotional injury** is sustained by **your leader** or **your** employee.

## NURSERY/CHILD CARE CORPORAL PUNISHMENT LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury** or emotional **injury** to which this coverage applies. The event or events causing the **bodily injury** or **emotional injury**:

a. must arise out of reasonable disciplinary action directed toward a child in **your** care by a **covered person** authorized to undertake such disciplinary action as part of **your nursery/child care operations**; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

This Additional Coverage does not apply, however, if the **bodily injury** or **emotional injury** arises out of any **discriminatory act**, **sexual act**, or **counseling act**. And no coverage will be provided to any person who acts viciously, maliciously, or outside the scope of their stated authority.

## SUPERVISON-RELATED EMOTIONAL INJURY LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** to which this coverage applies. The event or events causing the **emotional injury**:

a. must arise out of an alleged **supervision failure** that occurs in connection with **your church organization's** operations; and


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

The alleged **supervision failure** can involve the supervision of children, youth or adults, resulting in **emotional injury** arising out of:

(1) bullying, stalking, intimidation or (non-sexual) harassment, whether conducted in person or remotely; or

(2) the ineffective supervision of individuals while under the care of a **covered person**.

This Additional Coverage does not apply, however, if the **emotional injury**:

1. arises out of any disciplinary act, **discriminatory act**, **sexual act**, or **counseling act**; or
2. results from any physical injury, or the actual, threatened or alleged touching of, or threat of physical force against, any person; or
3. is sustained by **your leader** or **your** employee.

## FOOD PREPARATION LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury** to which this coverage applies. The **bodily injury** must be caused by the consumption of food that is distributed by **your** organization, and the event or events causing the **bodily injury**:

a. must arise out of **your** religious or not-for-profit activity; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

Principal Coverage M (Medical Payments) will also apply to such **bodily injury loss**.

## PRIVACY VIOLATION LIABILITY COVERAGE
### (Other than Electronic Records)

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** or **financial damage** to which this coverage applies. The event or events causing the **emotional injury** or **financial damage**:

a. must arise out of one or more **record privacy errors** that occur in connection with the operations of **your church organization**; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

But this Privacy Violation Additional Coverage will not apply to **loss** of any kind arising directly or indirectly out of or in connection with any errors involving electronically-stored records, documents, information or data of any kind.

***Note:*** *Subject to the applicable **terms** of coverage, Broad Scope Cyber Liability Coverage (BGL-87), offers coverage for electronic data breach errors. Contact your Brotherhood Mutual agent for information about this endorsement.*

## DAMAGE TO PROPERTY OF OTHERS COVERAGE

**We** will pay up to $1,000 for damage to property of others that is not in **your** care, custody or control, regardless of **your** liability, but only if:

a. the property is damaged or destroyed by a person acting on **your** behalf, with **your** permission, and for **your** benefit; or

b. the property is damaged by a branch or limb falling from a tree located on property that **you** own; or

c. the property is damaged by a ball that is struck, thrown, kicked, or otherwise propelled by a person while participating as a member of an organized sports team that is representing **your** organization.

**We** will pay up to $2500 for loss of or damage to property of others, regardless of **your** liability, but only while such property is in **your** care, custody or control, and while being used or held exclusively for **your** benefit.

**We** may, at **our** option, pay for damaged property under this Additional Coverage, or repair or replace such property with property of equivalent kind and quality.

This Additional Coverage does not apply, however, if:

1. the property damage arises out of activity other than religious or not-for-profit activity; or


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

2. the property damage does not occur in the **coverage territory** and during the **policy period**; or

3. the damaged property is owned by **you**; or

4. the property is intentionally damaged by any **covered person**; or

5. the damage is caused in any manner by the owner of the property, or by any independent contractor hired to perform work for **you**; or

6. the damaged property is covered under any other coverage of this policy; or

7. the property damage arises out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, control, **loading or unloading** of any **auto**.

**We** will also pay up to $500 for damage to eyeglasses, hearing aids or other prosthetic devices occurring by accident on **your** premises, regardless of fault, unless such damage arises out of **athletic activity**.

## INCIDENTAL CAMPER MEDICAL PAYMENTS EXTENSION

Any Principal Coverage M (Medical Payments) coverage of this policy will apply to **bodily injury** arising out of **camp activity** at a retreat or camping facility operated by **you**, **your leaders** or **your appointed persons**, but only if:

a. **you** do not own the retreat or camping facility; and

b. such **camp activity** is undertaken for less than eight (8) days; and

c. the **bodily injury** is caused by an accident in the **coverage territory** during the **policy period**.

This Medical Payments Extension will apply regardless of fault, and the payment of **medical expense** under this Medical Payments Extension does not mean that **we** admit **we** are liable under other coverages of the policy. This Medical Payments Extension applies only if the **medical expense** results from an accident, and only if it is incurred and reported within one year of the accident.

## ADDITIONAL INCIDENTAL CONTRACTUAL LIABILITY COVERAGE

**We** cover **bodily injury** or **property damage** liability of another that **you** assume under a contract or agreement. The liability assumed must be "tort liability," and the **bodily injury** or **property damage**:

a. must arise out of **your** religious or not-for-profit operations; and

b. must take place in the **basic territory** during the **policy period**.

"Tort Liability" means legal liability to pay **damages** resulting from negligent acts or omissions, but only if such damages would be owed in the absence of any contract or agreement.

This Additional Coverage does not apply, however, to:

1. liability, other than "tort liability" of another, that is assumed under a contract or agreement; or

2. liability assumed after any **bodily injury** or **property damage** has already been sustained; or

3. liability that is assumed prior to, or after, **we** provide liability insurance coverage to **you**; or

4. any contract or agreement relating to any construction project, if any **covered person** is acting as **general contractor** on the construction project; or

5. any contract or agreement seeking to indemnify an architect, engineer or surveyor for their work or any component thereof; or

6. any contract or agreement seeking to indemnify any person or organization for damage to premises rented or loaned to **you**; or

7. **bodily injury** or **property damage** covered under the Incidental Contractual Liability Supplemental Coverage of the GL-100.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

All conditions, limitations and exclusions of the policy will apply to this Additional Coverage and to any person or entity for whom "tort liability" has been assumed by **you**.

## *PROVISION MODIFICATION:* PRIMARY LIABILITY COVERAGE FOR DESIGNATED MINISTRY VOLUNTEERS

Any coverage provided to a **designated ministry volunteer** under the **terms** of this policy will be provided on a primary basis. This means that the coverage of this policy will be primary to any other available insurance policy that provides coverage for the personal liability of the **covered persons** designated herein.

But this Provision Modification will not apply to injury, damage or **loss** of any kind arising directly or indirectly out of or in connection with:

a. any intentional harm, gross negligence or reckless disregard for safety on the part of the **designated ministry volunteer**; or

b. the use by any person of any **auto**, aircraft, watercraft or mobile equipment of any kind.

Nothing in this Additional Coverage will affect or modify the **terms** of this policy, other than provision 1 of the How Much We Pay section of this endorsement.

> **Note:** *This policy provides primary liability coverage to **you**, **your leaders** and **your** employees, subject to the applicable **terms** of coverage. While liability coverage for **appointed persons** and **volunteers** is typically provided on an excess basis, the above Provision Modification makes the applicable coverages of this policy primary for **designated ministry volunteers**.*

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following exclusions apply to the Additional Coverages of this endorsement.

1. Exclusion 1 of the Exclusions That Apply to Bodily Injury and Property Damage section of the Commercial Liability Coverage form (GL-100) is modified as follows:

   **We** do not pay for loss of any kind:

   a. that is expected by, directed by, or intended by any **insured** or by any **covered person**; or

   b. that is the result of any willful, wanton or malicious act of any **insured** or any **covered person**.

   But Exclusion 1.a. above does not apply to **bodily injury** that arises out of the reasonable use of force to protect people or property, or to **bodily injury** or **emotional injury** sustained by a child in **your** care as the result of reasonable disciplinary action directed toward the student by a **covered person** authorized to undertake such disciplinary action as part of **your nursery/child care operations**.

2. The Exclusions That Apply Only to Property Damage in the Commercial Liability Coverage Form (GL-100) do not apply to the Damage to Property of Others Additional Coverage of this endorsement, but only to the extent that coverage is otherwise provided herein.

3. **We** do not pay for **loss** of any kind sustained by any person who is or who has been **your** employee or job applicant, if the injury arises directly or indirectly out of or in connection with the hiring process, any employment relationship, or the termination thereof.

4. **We** do not pay for any **loss** arising directly or indirectly out of or in connection with any **discriminatory act**, **sexual act** or **counseling act**.

5. **We** do not pay for any **loss** arising directly or indirectly out of or in connection with any errors involving electronically-stored records, documents, information or data of any kind.

6. **We** do not pay for **loss** of any kind if such **loss** arises out of any fraudulent or self-serving acts, willful harm, intimidation or harassment, or the violation of any local, state or federal criminal or racketeering statute committed by **you**, **your leaders** or **your** employees.

7. **We** do not pay for **loss** of any kind on behalf of any person:

   a. who intentionally causes any injury, damage, or other **loss** to any other person or entity; or


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. who has, or who should have, a reasonable belief that their actions will result in injury, damage, or other **loss** to another person or entity; or

c. who knowingly allows anyone under their supervision or control to cause any injury, damage or other **loss** to another person or entity.

8. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. the creation, marketing, issuance or administration by **you** or **your leaders** of (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

   b. the violation by **you** or **your leaders** of any local, state or federal regulation or law relating to (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

   c. any lost opportunities or investment-related losses sustained by any person or entity (including **you** or **your leaders**), which arise out of the creation, marketing, issuance or administration by any person or entity of (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

   d. the rendering of or failure to render, any legal, financial or investment advice of any kind.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following provisions also apply to the Additional Coverages of this endorsement.

1. **Other Liability Coverage**:
   Any liability coverage provided by this policy to any **appointed person** or **volunteer** (other than a **designated ministry volunteer**) is excess over all other insurance or liability coverage plans, even if such insurance or plan:

   a. is stated to be secondary, excess or contingent; or

   b. has coverage available, but is not elected to be used.

   But a **designated ministry volunteer** will receive primary coverage in accordance with the Designated Ministry Volunteers Provision Modification of this endorsement.

2. **Other Property Coverage**:
   If both the Damage to Property of Others Additional Coverage of this endorsement, and a property coverage of this policy would otherwise apply to the same loss, then no coverage will be provided under the Damage to Property of Others provisions herein.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following conditions also apply to the Additional Coverages of this endorsement.

1. **Ministry Operations Liability Coverage**: The Additional Coverages provided by this endorsement are specifically tailored to protect **church organizations** in connection with their ministry operations. Coverage is subject to the conditions, **limits**, limitations, exclusions and other **terms** that apply to the Additional Coverages provided herein.

2. **Primary Liability Coverage for Key Volunteers**: The Provision Modification provided by this endorsement (Primary Liability Coverage for Designated Ministry Volunteers) will apply ahead of any personal insurance coverage held by members of church boards and committees, small group facilitators and hosts, and unpaid ministry coordinators. Coverage is subject to the conditions, **limits**, limitations, exclusions and other **terms** that apply to the Provision Modification provided herein.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to the Additional Coverages of this endorsement unless otherwise modified herein.



Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

The Additional Coverage of this Excess Liability Coverage Endorsement is subject to all of the **terms** of this policy and to all of the **terms** of this endorsement. This endorsement is attached to and made part of the policy. Attachment of this form to the policy will not convert the policy into an auto policy. This coverage is strictly excess to any other insurance or coverage of any kind.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

## MINISTRY OPERATIONS

# EXCESS/UMBRELLA LIABILITY COVERAGE
## - RELIGIOUS AND NOT-FOR-PROFIT ORGANIZATIONS -

This policy acts as *Umbrella* Coverage, in that it provides the protection specified herein over all of **your qualified underlying policies**. Words or phrases in this endorsement that are in bold typeface are defined in this policy in the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11), or in this endorsement.

## AGREEMENT

**We** provide the Excess Liability Coverage described in this endorsement, but only if *Excess/Umbrella Liability* coverage is properly designated in the **declarations** of this policy, and only if **you** are a religious or not-for-profit organization.

## ADDITIONAL COVERAGE

## EXCESS LIABILITY COVERAGE

**We** pay all sums which a **qualified covered person** becomes legally obligated to pay as **damages** due to **loss** to which this coverage applies, but only if such **loss** is covered by a **qualified underlying policy**. The event or events causing the covered **loss**:

a. must arise out of **your** religious or not-for-profit activity; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

The Additional Coverage of this endorsement does not apply to any **loss** that is not covered by a **liability coverage** of a **qualified underlying policy**, nor does it apply to any defense-only coverage that may be provided by such policy.

The Additional Coverage of this endorsement is also strictly subject to all exclusions, **limits**, limitations and other **terms** of this endorsement.

## DROP-DOWN LIABILITY EXTENSION

**We** will extend the Excess Liability Additional Coverage of this endorsement to **you** and **your leaders** if:

a. an underlying insurer becomes insolvent, has exhausted an aggregate **limit**, or is otherwise unable to make payment under a **qualified underlying policy** that would otherwise have paid for a **loss**; and

b. no other **liability coverage** applies to the **loss**; and

c. the **loss** is covered by the Excess Liability Coverage of this endorsement.

No deductible or self-insured retention will apply to this Excess Liability Coverage Extension.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement unless otherwise modified herein. The following definitions apply only to the Additional Coverage and Extension of this endorsement.

1. **Computer-related harm** means a **computer use error, data breach error,** or **electronic commerce error.**


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

2. **Computer use error** means:

   a. the unintended transmission of any computer virus or other program that is harmful to computer hardware, software, program, data or network connection; or

   b. the unauthorized use of **your** computer equipment, computer programs or web site for the purpose of interfering with, or causing the destruction of, another person's or entity's computer hardware, software, program, data, web site, social media site, or network connection; or

   c. computer-related activity undertaken by any **qualified covered person** that inadvertently results in the network failure or systems failure of a **third-party** organization or enterprise; or

   d. computer-related activity, including the posting of online content, web site design or modification, creation of metadata, blog creation and postings, online rating activity or other computer-related activity undertaken by any **qualified covered person** that inadvertently results in financial harm to:

      (1) an individual other than a **qualified covered person**; or

      (2) a **third-party** organization or enterprise.

   More than one such related error, or series of related errors, incidents or events will be considered a single **computer use error**.

3. **Data breach error** means the:

   a. improper use of; or

   b. failure to properly protect; or

   c. partial or total loss of;

   any **personal information** that is obtained, conveyed or stored electronically by **you**. **Data breach error** also includes electronic communication or activity that constitutes a **personal rights breach**, but **data breach error** does not include any:

   (1) data loss sustained by; or

   (2) data breach permitted by, committed by or allowed to occur by;

   any **web service provider**.

4. **Electronic commerce activity** means engaging in online interactions that are undertaken through a web site, social media site, mobile device application or similar online platform, but only if the interaction involves an **online financial transaction**. Such activity includes:

   a. offering a retail product or service to online customers; and

   b. soliciting/receiving charitable donations from others through a web site; and

   c. engaging in online business transactions with vendors, suppliers, merchants or other business enterprises.

   **Electronic commerce activity** includes solicitation of customers or donors, transaction processing, order fulfillment, data collection, customer support and similar functions that are undertaken as part of **your** online commerce activity.

5. **Electronic commerce error** means an error or series of errors that arise out of **electronic commerce activity,** including errors involving:

   a. the electronic transfer of any funds into or out of any savings, checking or other bank or financial institution account; or

   b. the transmission of any credit card or debit card information through any web site or other electronic communication network; or

   c. facilitating the unauthorized use of any credit card, debit card, online money transfer account, electronic funds transfer account, automated online banking account or similar electronic payment method; or

   d. any other unauthorized or improper electronic transmission of funds, or the electronic transmission of information providing access to funds.

6. **Fungus** means any type of fungus organism including, but not limited to, any form or type of mold, yeast, mildew, mushroom, toadstool, smut, or rust. The term **fungi** is the plural of **fungus**.

7. **Liability coverage** means a coverage intended to pay sums that **you** become legally obligated to pay as **damages** to another person or entity.

8. **Personal information** means bank account information, credit card information, debit card information, social security numbers, dates of


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

birth, access passwords, digital identity, employment information or similar personal information.

9. **Personal rights breach** means the posting, publication, communication or depiction of material or information that:

   a. violates the person's right of privacy; or

   b. breaches the person's expectation of confidentiality.

10. **Qualified covered person** means:

   a. with respect to any Principal, Supplemental, or Additional Coverage of this policy, any person or entity who is covered as an **insured** or as a **covered person** in the applicable underlying coverage; and

   b. with respect to any other **qualified underlying policy**, only **you** and **your leaders**, and only if covered by the underlying policy.

   But **qualified covered person** does not include Additional Insured persons or entities.

11. **Qualified underlying policy** means only the following:

   a. the Commercial Liability Coverages provided to **you** by this policy, (exclusive of the coverage provided by this endorsement), but only if the applicable **liability coverage** has a coverage limit of $1,000,000 or more; and

   b. a Commercial Automobile Policy, if any, in which **you** are listed as the Named Insured, if any, but only if the liability **limit** (per accident or combined single **limit**) is $1,000,000 or more; and

   c. an Employer Liability Policy/Coverage, (relating to bodily injury or disease of **your** employee), if any, in which **you** are listed as the Named Insured, but only if the liability **limit** is $100,000 or more.

   To be a **qualified underlying policy**, the policy must also be listed in the Schedule of Underlying Insurance on the Commercial Excess Liability Supplemental Declarations of this policy.

12. **Spore** means any reproductive body produced by or arising out of any **fungus** or **fungi**. The term **spores** is the plural of **spore**.

13. **Third-party** means a person or entity:

   a. that is not a **qualified covered person**; and

   b. that **you** do not own, operate, manage or control.

14. **Unmanned aerial vehicle** means an aircraft that is not intended, produced, or altered after its production to:

   a. be controlled or operated by a person from aboard the aircraft; or

   b. to hold passengers aboard the aircraft.

15. **Web service provider** means an entity that offers or delivers any of the following services through an electronic network (e.g. the internet) to multiple individuals, organizations or clients:

   a. infrastructure as a service; or

   b. platform as a service; or

   c. software as a service; or

   d. financial transaction services; or

   e. content management services; or

   f. other similar internet-related services.

## EXCLUSIONS

Each of the exclusions of the **qualified underlying policy** will apply to the Additional Coverage and Extension provided by this endorsement. If coverage is excluded under the terms of a **qualified underlying policy**, then no payment will be made under this excess liability endorsement. The following modifications apply to the Additional Coverage and Extension of this endorsement.

1. Exclusion 21 of the Additional Exclusions That Apply to All Coverages section of the Liability and Medical Coverage Form (BGL-11) is deleted to the extent that coverage is otherwise provided herein.

2. Exclusion 6 of the Exclusions section of the Liability and Medical Coverage Form (BGL-11) [which replaces and supersedes Exclusion 6 of the Exclusions that Apply to Bodily Injury and Property Damage section of the Commercial Liability Form (GL-100)] is deleted to the extent that coverage is otherwise provided herein, but only with respect to autos/conveyances that are covered by a **qualified underlying policy**.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

The following exclusions apply to the Additional Coverage and Extension of this endorsement.

1. The Additional Coverage of this endorsement does not apply to any actual or alleged **financial damage**, or to any act(s), error(s), omission(s), decision(s), incident(s) or event(s) of any kind out of which such **financial damage** may arise. But if Directors and Officers Liability Coverage:

   a. is properly included as part of a **qualified underlying policy**; and

   b. has a coverage limit of $1,000,000 or more in the underlying policy; and

   c. is shown as *included* on the Commercial Excess Liability Supplemental Declarations;

   then the Excess Liability Coverage of this endorsement will apply if the **financial damage** is otherwise covered under the Directors and Officers Liability Coverage of the **qualified underlying policy**. This optional coverage, if included, will be subject to the **limit** stated in the Excess Liability Supplemental Declarations for Directors and Officers Coverage.

2. **We** do not pay for **loss** of any kind:

   a. On behalf of any person or entity that is in the business (or occupation) of providing medical, nursing, home care, health care, hospice or similar care if such **loss** arises directly or indirectly out of or in connection with the rendering of, or failure to render, any medical treatment, medical attention, or medical services of any kind; or

   b. Arising directly or indirectly out of or in connection with any: (1) residential nursing care facility; (2) nursing home facility; or (3) other facility that provides adult residents with health care services or that dispenses any medication. Nor do **we** pay for any **loss** sustained by any resident of, guest of, or visitor to, any such facility owned or operated by **you**.

   This exclusion does not apply, however, to **your** liability arising from nursing activity undertaken in connection with **your** organization if **your** organization is not in the business of providing medical care of any kind and such nursing activity is incidental to **your** operations.

3. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged **sexual act** of any kind, or any **counseling act** out of which any **sexual act** should arise. But if Sexual Acts Liability Coverage:

   a. is properly included as part of a **qualified underlying policy**; and

   b. has a coverage limit of $1,000,000 or more in the underlying policy; and

   c. is shown as *included* on the Commercial Excess Liability Supplemental Declarations;

   then the Excess Liability Coverage of this endorsement will apply if the **loss** is otherwise covered under the Sexual Acts Liability Coverage of the **qualified underlying policy**. This optional coverage, if included, will be subject to the coverage limit stated in the Excess Liability Supplemental Declarations for Sexual Acts Coverage.

4. **We** do not pay for **loss** of any kind sustained by an employee of:

   a. an **insured**; or

   b. any **related organization/operation**; or

   c. any organization whose **leaders** report directly or indirectly to any **insured**;

   whether or not such employee is acting in the course and scope of employment at the time of **loss**. Nor do **we** pay for **loss** of any kind sustained by any job applicant of a. through c. above. But if Employment Practices Liability Coverage:

   a. is properly included as part of a **qualified underlying policy**; and

   b. has a coverage limit of $1,000,000 or more in the underlying policy; and

   c. is shown as *included* on the Commercial Excess Liability Supplemental Declarations;

   then the Excess Liability Coverage of this endorsement will apply to **loss** sustained by **your** direct employees if such **loss** is otherwise covered under the Employment Practices Liability Coverage of the **qualified underlying policy**. This optional coverage, if included, will be subject to the coverage limit stated in the Excess Liability Supplemental Declarations for Employment Practices Coverage.

   This exclusion does not apply, however, to **bodily injury** of an employee whose **bodily**


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

**injury** is covered by **your qualified underlying policy** that provides Employer Liability (Workers' Compensation Part 2) coverage.

5. **We** do not pay for any fines or noncompensatory penalties or for any exemplary or punitive damages awarded in any legal proceeding or assessed by any local, state, or federal agency.

6. **We** do not pay for **loss** of any kind to which any automobile no-fault, uninsured motorist, underinsured motorist or similar law or coverage applies, nor do **we** pay for **loss** arising directly or indirectly out of or in connection with any for-profit or not-for-profit automobile service, maintenance, or repair operation of any kind.

7. **We** do not pay for **loss** of any kind to which any workers' compensation, occupational disease, disability benefit, employee benefit, unemployment compensation or similar law or coverage applies. But if Benefits Administration Liability Coverage:

   a. is properly included as part of a **qualified underlying policy**; and

   b. has a coverage limit of $1,000,000 or more in the underlying policy; and

   c. is shown as *included* on the Commercial Excess Liability Supplemental Declarations;

   then the Excess Liability Coverage of this endorsement will apply if the **loss** is otherwise covered under the Benefits Administration Liability Coverage of the **qualified underlying policy**. This optional coverage, if included, will be subject to the coverage limit stated in the Excess Liability Supplemental Declarations for Benefits Administration Liability Coverage.

8. **We** do not cover any liability assumed under any contract or agreement, unless such liability is specifically covered by the Supplemental Contractual Liability Coverage of the Commercial Liability Coverage Form (GL-100) or by the Additional Incidental Contractual Liability Coverage of the Fire Legal Liability and Other Nonowned Property Damage Liability Coverages Form (BGL-951).

9. **We** do not cover the liability of any person who is not acting on **your** behalf and for **your** benefit at the time of **loss**, nor do **we** cover any **loss** under this Excess Liability Endorsement that is covered by any Clergy Personal Liability coverage of **your** policy.

10. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

    a. any **computer-related harm**; or

    b. any error, defect or deficiency in any computer hardware, software, program, data, web site or network connection, regardless of who owns or has developed it.

    Nor do **we** pay for any damage to, destruction of, or interference with **your** computer hardware, software, program, data, web site, network connection, or any other tangible or intangible property that **you** own, lease, use or borrow. But if Cyber Liability Coverage:

    a. is properly included as part of a **qualified underlying policy**; and

    b. has a coverage limit of $1,000,000 or more in the underlying policy; and

    c. is shown as *included* on the Commercial Excess Liability Supplemental Declarations;

    then the Excess Liability Coverage of this endorsement will apply if the **loss** is otherwise covered under the Cyber Liability Coverage of the **qualified underlying policy**. This optional coverage, if included, will be subject to the coverage limit stated in the Excess Liability Supplemental Declarations for Cyber Liability Coverage, and it will not apply to the Special Reimbursement Coverages or Special Defense Coverage of the Cyber Liability Coverage provided in the **qualified underlying policy**.

11. **We** do not pay for any **loss** that arises directly or indirectly out of, or in relation to, the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, or **loading or unloading** of any aircraft or other air conveyance of any kind. This exclusion does not apply, however, to **unmanned aerial vehicles** that are covered by a **qualified underlying policy**.

12. **We** do not pay for any **loss** that arises directly or indirectly out of, or in relation to, the development, construction, maintenance, oversight, or use of any ramps, half-pipes, slopes, or similar structures that:

    a. are designed for, or are intended to be used in connection with, any roller skates, skateboards, bicycles, roller blades, or any other similar wheeled conveyance; and


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. are arranged by, installed by, operated by, or otherwise made available for use by **your** organization; and

c. are located on premises that **you** own, rent, lease, borrow, or control.

13. **We** do not pay for any **loss** that arises directly or indirectly out of, or in relation to, the sale, marketing, distribution, or storage of fireworks of any kind if undertaken:

a. on any premises that **you** own, occupy, or control; or

b. on **your** behalf or for **your** benefit, whether on or away from **your** premises.

14. **We** do not pay for any **loss** that arises directly or indirectly out of, or in relation to, the display of any fireworks on **your** behalf:

a. by **you**, **your leaders**, or **your** employee, or **your appointed persons**; or

b. by any other person or organization that is hired by **you** or that is acting on **your** behalf to exhibit the fireworks display.

15. **We** do not pay for any **loss** that arises directly or indirectly out of, or in relation to, work of any kind on any **major construction/demolition project** if **you**, or any of **your leaders**, **your** employees, or **your appointed persons**:

a. act as a **general contractor** on **your** behalf; or

b. indemnify any contractor, or otherwise assume liability for the contractor's negligence, in connection with any **major construction/demolition project**.

16. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

a. Any **fungus, fungi, spore**, or **spores**;

b. Any substance, vapor or gas produced by or arising out of any **fungus, fungi, spore**, or **spores**;

c. Any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any **fungus, fungi, spore** or **spores**; or

d. Any actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **fungus, fungi, spore** or **spores**.

17. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any damage, injury, cost or expense that results from any:

a. Request, demand, order or statutory or regulatory requirement that any **insured,** any **covered person** or any other person or entity test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess **fungus, fungi, spore,** or **spores** or the effects of such **fungus, fungi, spore** or **spores** (including, but not limited to, any form or type of mold, yeast, mildew, mushroom, toadstool, smut, or rust); or

b. Claim or suit by or on behalf of a governmental authority for damages relating to the testing of, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing any **fungus, fungi, spore** or **spores** or the effects of such **fungus, fungi, spore** or **spores** (including, but not limited to any form or type of mold, yeast, mildew, mushroom, toadstool, smut, or rust).

18. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged discharge, dispersal, seepage, migration, release or escape of any pollutant (as defined on page 8 of the Commercial Liability Coverage Form (GL-100)), nor for **loss** arising out of the storage or use of any pesticide, herbicide or similar substance; nor for any clean-up, mitigation of, or detoxification associated with any such pollutant.

19. **We** do not pay for **loss** arising directly or indirectly out of or in connection with any act that is undertaken with the intent to cause injury, damage or harm to any person or entity if such act involves one or more of the following:

a. the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;

b. any nuclear reaction or the release of any radiation, or any radioactive contamination;

c. the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

d. any contamination of property, interruption of any business operation, or any other damage, **loss** or expense arising directly or indirectly out of the situations set forth in items a. through c. immediately above.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage and Extension provided by this endorsement, unless otherwise modified herein. The following modifications apply to the Additional Coverage and Extension of this endorsement:

1. Payment under the Additional Coverage of this endorsement is strictly excess to any coverage provided by a **qualified underlying policy** or any other liability insurance or **liability coverage** applying to **you** or **your leaders**, even if such insurance or coverage:

   a. is stated to be secondary, excess or contingent; or

   b. has coverage available, but is not elected to be used.

   Accordingly, no payment or contribution will be made under the Additional Coverage of this endorsement until the **limits** of all other applicable coverages have been exhausted.

2. The Coverage Limit shown in the **declarations** for Excess Liability Coverage, (or the Coverage Limit indicated for any optional coverage shown as *included* on the Excess Liability Declarations), subject to the Excess Liability Coverage Aggregate Limit, is the most **we** will pay for all **losses** arising out of an **occurrence** to which this Additional Coverage applies. This Coverage Limit is the most **we** will pay regardless of:

   a. The number of underlying policies or coverages that apply to a **loss**; or

   b. the number of persons or entities to whom an underlying policy provides coverage or to whom this endorsement provides coverage; or

   c. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty; or

   d. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**; or

   e. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

   f. the extent or duration of the injury, damage, **loss** or any **related loss**; or

   g. the extent, duration or number of acts, errors, omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage, or **loss**; or

   h. the number of **policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur.

3. No deductible applies to the Additional Coverage of this endorsement.

4. The Coverage Aggregate Limit shown in the **declarations** for Excess Liability Coverage, is the most **we** will pay under the Excess Liability Coverage of this endorsement for all **occurrences** taking place during the period to which this Coverage Aggregate Limit applies [as described in Provision 8 of the How Much We Pay section of the Liability and Medical Coverage Form of this policy (BGL-11)].

5. If an **occurrence** to which the Additional Coverage of this endorsement applies consists of acts, errors, omissions, decisions, incidents, events, breaches of duty, damage or **loss** occurring on more than one date during any **policy period** or **policy periods**, such events or damage, together with any **related loss**, will constitute a single **occurrence**, and the date of **occurrence** will be considered to be the earlier of:

   a. the date on which the last alleged act, incident, event, breach of duty, damage or **loss** out of which the claim arises should occur; or

   b. the last day that **we** provided any coverage to **you** under this endorsement for such act, error, omission, decision, incident, event, breach of duty, damage or **loss**.

   The policy forms, endorsements and **limits** in effect on the date of **occurrence** will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**. Should the terms of any prior Excess Liability Coverage


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

issued by **us** to **you** conflict with the terms of this policy, the **terms** of this policy will govern coverage.

6. If an optional coverage (Directors and Officers, Sexual Acts, Employment Practices, Benefits Administration, or Cyber) is shown as included on the Excess Liability Supplemental Declarations, then the **limit** indicated for such coverage is the most **we** will pay for all **loss** to which such coverage applies.

7. Nothing in this endorsement shall be construed to broaden any underlying coverage or to increase any **limit** of coverage in any **qualified underlying policy**, nor shall any **terms** of any **qualified underlying policy** be construed to increase the **limits** relating to the Additional Coverage of this endorsement.

## CONDITIONS

Each of the conditions and other limitations set forth in any applicable **qualified underlying policy** will apply to the Additional Coverage and Extension provided by this endorsement, unless otherwise modified herein. The following conditions also apply to the Additional Coverage and Extension of this endorsement.

1. **Insurance Under More Than One Coverage:** Condition 9 of the Conditions section of the Liability and Medical Coverage Form (BGL-11) is modified so that the **limit** of coverage provided by this endorsement will apply in addition to the coverage limit of a **qualified underlying policy**.

2. **Excess Coverage:** The Excess Liability Coverage of this endorsement is strictly excess to all coverages (including excess coverages) of the **qualified underlying policy**, and will be further excess to any other **liability coverage** or plan intended to provide liability protection to **you** or **your leader(s)**, even if such coverage or plan:

   a. is stated to be secondary, excess or contingent; or

   b. has coverage available, but is not elected to be used.

   To the extent that the excess provision of this endorsement conflicts with any provision of a **qualified underlying policy**, this provision will govern.

3. **Form of Coverage:** The Excess Liability coverage of this endorsement is a limited Following Form. This means that if no coverage applies under a **qualified underlying policy**, then no coverage will apply under the Additional Coverage of this endorsement. Furthermore, no coverage will apply under the Additional Coverage of this endorsement if any exclusion or other provision herein precludes coverage with respect to an **occurrence** or any **related loss**.

4. **Scope of Coverage:** The Additional Coverage of this endorsement applies only to **qualified covered persons**. No other person or entity is covered under the **terms** of this endorsement, even if such person or entity is otherwise covered under a **qualified underlying policy**.

5. **Underlying Insurance:** **We** will not make payment under the Additional Coverage of this endorsement unless, on the date of **occurrence**, the applicable underlying policy or coverage meets all of the requirements set forth in the definition of a **qualified underlying policy**. Neither the insolvency of an underlying insurer, nor exhaustion of an underlying aggregate **limit** will preclude coverage under the **terms** of this endorsement.

6. **Losses Outside of Coverage:** **We** will not make payment for **loss** under the Additional Coverage of this endorsement if:

   a. the **loss** is incurred prior to the date on which this coverage becomes effective; or

   b. the **loss** is incurred after this coverage terminates; or

   c. on the date that **we** first provide Excess Liability coverage to **your** organization, **you** or **your leaders** have actual knowledge that the alleged **loss** has been, is being, or will be, incurred by any person or entity; or

   d. such **loss** or any **related loss** is, or has been, the basis of any **prior claim**.

7. **Other Vehicle Insurance:** This policy provides no coverage for specific vehicles or watercraft or for specific persons as operators thereof. Any coverage that **we** provide relating to any vehicle or watercraft under this endorsement is strictly "excess" over any other available coverage relating to owned or nonowned vehicles or watercraft or the operators, thereof. "Excess" means that no payment or contribution will be made by **us** until all other


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

available policies, programs, plans, coverages or agreements have paid their full **limit** of coverage, even if such policy, program, plan, coverage or agreement is stated to be secondary, excess or contingent, or has coverage available that is not elected to be used.

The attachment of this endorsement to the policy will not convert the policy into an automobile policy for the purpose of applying any federal, state, or local law regulating automobile insurance or automobile coverages (including any no-fault, uninsured motorist, underinsured motorist or similar law).

8. **Arbitration (Coverage Disputes):**
Any dispute between **us** and any **insured** regarding the existence or application of coverage under the **terms** of this endorsement may be submitted to the American Arbitration Association (or to any other organization providing arbitration services if agreed to in writing by **us** and by all **insureds** who are a party to the dispute) for a determination of coverage by a three member arbitration panel appointed by the arbitration organization. The decision rendered by the arbitration panel will only be binding upon the persons affected by the coverage of this policy if the parties to the arbitration so agree in advance. All arbitration costs, fees and expenses will be divided equally between the parties to the arbitration. Participation in an arbitration process will not waive any rights the respective parties have under this policy

9. **Representations:**
By accepting this Liability Coverage endorsement, **you** agree that:

   a. the entries on the **declarations** are based upon representations which **you** or an **insured** have made to **us**; and

   b. **we** have issued this Liability Coverage endorsement in reliance upon such representations.

10. **Defense Coverage:**
**We** have the right to defend any suit or proceeding which may be covered under any **qualified underlying policy**. **We** may investigate and settle any claims or suits that **we** decide are appropriate to investigate or settle.

**We** have no duty to defend any suit unless defense coverage for such suit is precluded or terminated under the terms of a **qualified underlying policy** that covers such suit, or an insurer providing the defense to a suit becomes insolvent. **Our** right to participate in the defense of a suit or proceeding may be exercised by **us** at any time, even if another policy or coverage is providing a defense to the suit or proceeding.

**We** do not have to provide any defense after **we** have paid an amount equal to the **limit** of the Additional Coverage of this endorsement as a result of a judgment or a written settlement agreed to by **us**.

If **we** defend a suit, **we** will pay related costs in accordance with applicable provisions of the Defense Coverage section of the Commercial Liability Coverage Form (GL-100), but such costs will be paid only in relation to **our** defense of the suit and only if the costs are not covered by a **qualified underlying policy**.

The **terms** of this endorsement do not apply to any defense-only coverage that may be provided by a **qualified underlying policy**.

Other than the Exception set forth below, if a payment of defense costs under an applicable underlying policy or coverage reduces the **limits** of such policy or coverage, then any defense costs paid under the Additional Coverage of this endorsement will reduce the **limit** of this Excess Liability Coverage accordingly.

**<u>Exception:</u>** If the Defense Coverage of this policy applies to any interest accrued after the entry of a judgment, the payment of such interest will not reduce the **limit** of coverage provided herein.

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), and each of the provisions of any other **qualified underlying policy**, apply to the Additional Coverage and Extension of this endorsement, unless otherwise modified herein.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

# COMMON POLICY CONDITIONS
## WASHINGTON

1. Assignment -- This policy is void if it is assigned without "our" written consent.

2. Cancellation or Nonrenewal

   a. "You" may cancel this policy by returning the policy to "us" or by giving "us" notice requesting cancellation. If notice is not in writing, "we" may request written confirmation. "Your" notice must state at what date coverage is to stop. "We" will cancel the policy on the later of the date notice is received or the date "you" request cancellation. "Our" request for "your" written confirmation will not delay the requested effective date.

   b. "We" may cancel or not renew this policy, or one or more of its parts, by delivering or mailing written notice of cancellation or nonrenewal to "you" at "your" last mailing address known to "us", and to "your" agent or broker of record. If notice is mailed, proof of mailing will be sufficient proof of notice. The notice will include the reasons for cancellation or nonrenewal and will state the time that the cancellation is to take effect.

   c. Except as provided in d. below, if "we" cancel this policy for:

      1) nonpayment of premium, "we" will give notice at least ten days before the cancellation is effective.
      2) any other reason, "we" will give notice at least 45 days before the cancellation is effective.

      Except as provided in d. below, "we" will also deliver or mail like notice of cancellation to each mortgagee, pledgee, or other person shown by the policy to have an interest in any loss.

   d. This section applies to policies providing coverage for fire damage to a structure except it does not apply to an Inland Marine policy.

      If "we" cancel this policy because two or more of the following conditions exist at any structure that is covered under this policy, "we" will give "you" notice at least five days before cancellation is effective.

      1) Without reasonable explanation, the building is unoccupied for more than 60 consecutive days, or at least 65% of the rental units are unoccupied for more than 120 consecutive days unless the structure is maintained for seasonal occupancy or is under construction or repair;
      2) without reasonable explanation, progress toward completion of permanent repairs to the structure has not occurred within 60 days after receipt of funds following satisfactory adjustment or adjudication of loss resulting from a fire;
      3) because of its physical condition, the building is in danger of collapse;
      4) because of its physical condition, a vacation or demolition order has been issued for the building, or it has been declared unsafe in accordance with applicable law;
      5) fixed and salvageable items have been removed from the building, indicating an intent to vacate the building;
      6) without reasonable explanation, heat, water, sewer, and electricity are not furnished for the building for 60 consecutive days; or
      7) the structure is not maintained in substantial compliance with fire, safety and building codes.

Copyright, American Association of Insurance Services, Inc., 2010

The notice to "you" will be delivered or mailed by certified mail, return receipt requested, and by first class mail. A copy of the notice will also be mailed to the insurance commissioner. Coverage will remain in force solely for the benefit of each mortgagee, pledgee, or other person shown by the policy to have an interest in any covered loss until 20 days after "we" notify such mortgagee, pledgee, or other person of cancellation.

e. If "we" decide not to renew this policy, "we" will give notice at least 45 days before the policy expiration or anniversary date. However, a nonrenewal notice is not required if:

   1) "you" have procured equivalent coverage prior to the expiration of the policy period; or
   2) at least 20 days prior to the expiration of the policy period:

      a) "we" have expressed to "you" in writing, either directly or through "our" agent, "our" willingness to renew the policy;
      b) "we" have included with "our" written offer of renewal a statement of the amount of the premium, or portion thereof, which "you" are required to pay in order to renew the policy; and
      c) "you" have failed to pay that required premium when due.

   In the event of 1) or 2) above, the policy will terminate on its expiration date without further notice.

f. If "you" cancel this policy, "we" will refund "your" return premium, if any, as soon as possible after receiving "your" policy or "your" written notice of cancellation.

   If "we" cancel this policy, "your" return premium, if any, will be refunded:

   1) no more than 30 days after the date of "our" notice of cancellation to "you" if "we" cancel for two or more of the conditions described in d.1) through d.7); and
   2) as soon as possible if "we" cancel for any other reason.

   Any return premium will be computed on a pro rata basis. Payment or tender of the unearned premium is not a condition of cancellation.

3. Change, Modification, or Waiver of Policy Terms -- A change or waiver of "terms" of this policy must be issued by "us" in writing to be valid.

4. Inspections --

   a. "We" have the right, but are not obligated, to inspect "your" property and operations. This inspection may be made by "us" or may be made on "our" behalf.

   b. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

      However, this does not apply to an inspection, or its resulting advice or report, that "we" make relating to the certification, under state or local statutes, ordinances, or regulations, of boilers, pressure vessels, or elevators.

5. Examination of Books and Records -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

Copyright, American Association of Insurance Services, Inc., 2010

6. Renewal -- If "we" decide to renew this policy, "we" will give "you" and "your" agent on the account or broker of record written notice of "our" intent to renew and any changes in rates or contract provisions at least 20 days before the policy expiration or anniversary date. The renewal notice is not necessary if "you" have procured equivalent coverage prior to the expiration of the policy period.



Copyright, American Association of Insurance Services, Inc., 2010

46M5A0371824



# AMENDATORY ENDORSEMENT

The reference to words that have special meaning is deleted and replaced by the following:

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.



Copyright MCMXCIV, American Association of Insurance Services

# TABLE OF CONTENTS

The following Table of Contents shows how the Commercial Property Coverage is organized. It will help **you** locate particular sections of the policy.

Endorsements may also apply. They are identified on the **declarations**.


**Declarations Pages**
(Additional information may be shown on a separate schedule or supplemental **declarations**.)

Company information
Insured information
Policy Period
Description of Premises
Coverages and Forms
Limit of Insurance
Coinsurance Percentage
Deductible
Valuation
Premium
Mortgagee
Other

**Common Policy Conditions**

Assignment
Cancellation
Change, Modification, or Waiver of Policy Terms
Inspections
Examination of Books and Records

**Commercial Property Coverage Conditions**

Agreement
Definitions
Conditions

**Coverage Parts**

Additional Definitions
Property Covered/Coverage Options/Coverage
Property Excluded and Limitations/Exclusions and Limitations
Additional Coverages
Supplemental Coverages
What Must Be Done In Case of Loss
Valuation
How Much We Pay
Loss Payment
Other Conditions

**Perils Parts**

Additional Definitions
Perils Covered
Perils Excluded
Additional Property Excluded and Limitations
Additional Coverages
How Much We Pay (CP-89)




Copyright MCMXCIV, American Association of Insurance Services

The following terms apply to the COMMERCIAL PROPERTY COVERAGE provided by this policy. These terms do not apply to the INLAND MARINE coverages provided by this policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# COMMERCIAL PROPERTY COVERAGE CONDITIONS

## AGREEMENT

In return for **your** payment of the required premium, **we** provide the coverage described herein subject to all the **terms** of the Commercial Property Coverage. This coverage is also subject to the **declarations** and additional conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements may also apply. They are identified on the **declarations**. Certain words have special meaning. These words are shown in **bold type**.

## DEFINITIONS

1. For purposes of this property coverage, the words **you** and **your** mean:

   a. the persons or organizations shown as the Named Insured on the **declarations**;

   b. any **Related Organization/Operation** of the Named Insured shown on the **declarations**; and

   c. any Additional Interest(s) shown on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing Commercial Property Coverage.

3. **Declarations** means all pages of this policy labeled Declarations, Supplemental Declarations, Schedules, or Statements, which pertain specifically to the property coverages of this policy.

4. **Limit** means the amount of coverage that applies.

5. **Pollutant** means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

6. **Related organization/operation** means an organization or operation:

   a. which has separate leadership or separate operations from the Named Insured shown on the **declarations**; and

   b. whose leaders report to the Named Insured shown on the **declarations**; and

   c. over which the Named Insured shown on the **declarations** has authority or control.

7. **Terms** means all provisions, limitations, exclusions, conditions, and definitions that apply.

## CONDITIONS

1. **Benefit to Others:** Insurance under the Commercial Property Coverage shall not directly or indirectly benefit anyone having custody of **your** property.

2. **Conformity With Statute: Terms** of the Commercial Property Coverage, in conflict with the statutes of the state where the described premises are located, are amended to conform to such statutes.

3. **Control of Property:** The Commercial Property Coverage is not affected by any act or neglect beyond **your** control.

4. **Death of an Individual Named Insured:** If **you** die, **your** rights and duties under the Commercial Property Coverage pass to **your** legal representative or other person having proper temporary custody of **your** property.


Copyright, 2018 Brotherhood Mutual Insurance Co.
Contains material from American Association of Insurance Services, Inc., with its permission

5. **Liberalization:** If **we** adopt a revision of forms during a policy period which broadens the Commercial Property Coverage without additional premium, the broadened coverage will automatically apply to this policy.

6. **Misrepresentation, Concealment, or Fraud:** The Commercial Property Coverage is void as to **you** and any other insured if, before or after a loss:

   a. **you** have or any other insured has willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      2) **your** interest herein;

   b. there has been fraud or false swearing by **you** or any other insured with regard to a matter that relates to this insurance or the subject thereof.

7. **Policy Period: We** cover loss during the policy period shown on the **declarations**.

8. **Restoration of Limits:** Any loss **we** pay under the Commercial Property Coverage does not reduce the **limits** applying to a later loss.

9. **Recoveries and Subrogation:** If **we** pay for a loss under this policy and **you** have a right to recover damages related to such loss from a third party, **we** shall be subrogated to that right. This means that **we** can assert **your** rights to recover damages against third parties up to the amount **we** paid under this policy. **You** shall do whatever is necessary to assist **us** in exercising such subrogation rights and shall do nothing to impair those rights.

   **You** expressly waive the made whole doctrine, which means **we** can pursue subrogation recovery against third parties regardless of whether **you** have been made whole for **your** losses.

   If **we** make a payment under this policy, and **you** recover damages from any third parties, **you** shall hold in trust for **us** those damages proceeds. If the claim paid is less than the agreed loss due to a deductible or other limiting **term** of this policy, any recovery is pro-rated between **you** and **us** based on **our** respective interest in the loss.

   If **we** pay **you** for a loss covered under **this** policy, and the lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. **You** must notify **us** promptly if **you** recover property or receive payment.

   b. **We** must notify **you** promptly if **we** recover property or receive payment.

   c. Any recovery expenses incurred by either **you** or **us** are reimbursed first.

   d. **You** may keep the recovered property but **you** must refund to **us** the amount of the claim paid, or any lesser amount to which **we** agree.

   Except as provided below, for any loss **we** pay that does not exceed $15,000, **we** will not attempt to recover such losses from **your** volunteers who negligently cause a loss while acting on **your** behalf and within the course and scope of their duties with **you**. **We** may attempt to recover amounts **we** pay for such losses if they:

   a. exceed $15,000, or

   b. result from intentional acts by **your** volunteers.

   **You** may waive **your** right to recover, in writing, before the loss takes place without voiding coverage.

   **We** are not liable for a loss if, after the loss, **you** impair **our** right to recover. But, **you** may waive **your** right to recover in writing after a loss only as to the following parties:

   a. someone insured under the Commercial Property Coverage;

   b. **your** tenant;

   c. an organization owned or controlled by **you**; or

   d. an organization which owns or controls **your** organization.

10. **Suit Against Us:** No suit to recover any loss may be brought against **us** unless:

    a. the **terms** of the Commercial Property Coverage have been fully complied with; and

    b. the suit is commenced within two years after the loss.



Copyright, 2018 Brotherhood Mutual Insurance Co.
Contains material from American Association of Insurance Services, Inc., with its permission

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by the law.

11. **Territorial Limits:** **We** only cover loss within the United States of America, its territories and possessions, Canada, and Puerto Rico, except as provided otherwise within the policy.



Copyright, 2018 Brotherhood Mutual Insurance Co.
Contains material from American Association of Insurance Services, Inc., with its permission

# COMMERCIAL LIABILITY COVERAGE

The following Table of Contents shows how this Commercial Liability Coverage is organized. It will help **you** locate particular sections of this form.

## TABLE OF CONTENTS


| | Page |
|---|---|
| Agreement | 1 |
| Definitions | 2 |
| Principal Coverages | |
| Coverage L -- Bodily Injury/Property Damage | 4 |
| Coverage M -- Medical Payments | 4 |
| Coverage N -- Products/Completed Work | 5 |
| Coverage O -- Fire Legal Liability | 5 |
| Supplemental Coverages | 5 |
| Defense Coverage | 6 |
| Exclusions | |
| Exclusions That Apply To Bodily Injury and Property Damage | 7 |
| Additional Exclusions That Apply Only To Property Damage | 9 |
| Additional Exclusions That Apply Only To Medical Payments | 9 |
| What Must Be Done In Case Of Loss | 10 |
| How Much We Pay | 10 |
| Conditions | 11 |
| Nuclear Energy Liability Exclusion | 12 |
| Nuclear Energy Liability Exclusion Definitions | 13 |

Common Policy Conditions -- These are shown on a separate form.


Endorsements may also apply. They are identified on the **declarations.**

Refer to the Definitions for words that have special meanings. These words are shown in "**bold type**."

## AGREEMENT

Subject to all the **terms**, and in return for **your** payment of the required premium, **we** provide the Commercial Liability Coverage described in this policy.

Policy **terms** that relate to cancellation, changes made to the policy, examination of books and records, inspections and surveys, and assignment or transfer of rights or duties also apply.


Copyright MCMXCIV, American Association of Insurance Services

## DEFINITIONS

1. The words **you** and **your** mean the person, persons, or organization named as the insured on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing this coverage.

3. **Auto** means a land motor vehicle, a trailer, or a semi-trailer which is designed for use on public roads.

   **Auto** includes attached machinery and equipment.

4. **Basic territory** means the United States of America, its territories and possessions, Canada, and Puerto Rico.

5. **Bodily injury** means bodily harm, sickness or disease sustained by a person and includes required care and loss of services. **Bodily injury** includes death that results from bodily harm, sickness, or disease. **Bodily injury** does not include mental or emotional injury, suffering, or distress that does not result from a physical injury.

6. **Coverage territory** means:

   a. the **basic territory**;

   b. international waters and airspace, only if the **bodily injury** or **property damage** occurs in the course of travel to or from the **basic territory**;

   c. the world, if the injury or damage arises out of:

      1) products **you** have made or sold in the **basic territory**; or
      2) the activities of a person who normally resides in the **basic territory**, but is away for a short time on **your** business; and

   provided that **your** liability to pay **damages** has been determined in a suit on the merits in the **basic territory**, or in a settlement that **we** have agreed to.

7. **Damages** means compensation in the form of money for a person who claims to have suffered an injury.

8. **Declarations** means all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this policy.

9. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

10. **Impaired property** means tangible property (other than **products** or **your work**):

    a. whose value has been decreased:

       1) because it includes **products** or **your work** that is, or is believed to be, deficient or dangerous; or
       2) because **you** failed to carry out the terms of a contract; and

    b. whose value can be restored:

       1) by the repair, replacement, adjustment, or removal of **products** or **your work**; or
       2) by **your** fulfilling the terms of the contract.

11. **Insured** means:

    a. **you** and **your** spouse, but only with respect to the conduct of a business of which **you** are the sole owner, if shown on the **declarations** as an individual;

    b. **you** and all **your** partners or members and their spouses, but only with respect to the conduct of **your** business, if shown on the **declarations** as a partnership or a joint venture; or

    c. **you** and all of **your** executive officers and directors, but only while acting within the scope of their duties, if shown on the **declarations** as an organization (other than a partnership or a joint venture). It also includes **your** stockholders, but only for their liability as such.

    **Insured** also includes:

    a. any person or organization, except **your employees**, while acting as **your** real estate manager;

    b. if **you** die during the policy period, **your** legal representative while acting within the scope of those duties as such, or a person who has custody of **your** property with respect to liability arising out of the maintenance or use of that property until **your** legal representative is appointed. **Your** legal representative has all **your** rights and duties under this coverage;

    c. with respect to the operation, with **your** permission, of mobile equipment:

       1) **your employee** in the course of employment. This does not apply to a fellow **employee** injured in the course of employment;

2) any other person; including another person or an organization legally liable for the conduct of such person, but only:

   a) for liability arising out of the operation of the equipment; and
   b) if there is no other insurance covering the liability available to them;

3) no person or organization is an **insured** for **property damage** to property owned by, rented to, in the charge of, or occupied by **you**, or an employer of any person who is an **insured** under paragraph c.

d. **your employees**, for acts within the scope of their employment by **you** (this does not include **your** executive officers). None of these **employees** are **insureds** for:

   1) **bodily injury** to **you** or to a fellow **employee**; or
   2) **property damage** to property owned by, rented to, or loaned to **employees**, or any of **your** partners or members and their spouses (if **you** are a joint venture or a partnership).

e. any organization (other than a joint venture or a partnership) newly acquired or formed by **you**, and in which **you** have a majority interest.

   Such an organization is not an **insured:**

   1) if there is other similar insurance available to it;
   2) after 90 days immediately following that acquisition or formation or the end of the policy period, whichever is earlier; or
   3) for **bodily injury** or **property damage** that occurred prior to the acquisition or formation.

No person or organization is an **insured** with respect to the conduct of a current or past partnership or joint venture that is not named on the **declarations** as an **insured.**

12. **Leased worker** means a person whom **you** lease from a labor leasing firm under a contract or agreement to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

13. **Limit** means the amount of coverage that applies.

14. **Loading or unloading** means the movement of property:

    a. starting with after it is removed from the point where it has been accepted for transit by **auto**, aircraft, or watercraft;

    b. continuing while it is in or on such vehicle; and

    c. ending when it has been removed from the vehicle at its point of destination.

    **Loading or unloading** includes movement by:

    a. a hand truck; or

    b. any mechanical device only when attached to the vehicle.

15. **Occurrence** means an accident and includes repeated exposure to similar conditions.

16. **Products/completed work hazard** -

    a. **Products hazard** means **bodily injury** or **property damage** occurring away from premises **you** own or rent and arising out of **products** after physical possession of the **products** has been relinquished to others.

    b. **Completed work hazard** means **bodily injury** or **property damage** occurring away from premises **you** own or rent and arising out of **your work.** It does not include work that has not been completed, or that has not been abandoned.

       **Your work** is deemed completed at the earliest of the following times:

       1) when all work specified in **your** contract has been done;
       2) when all **your work** to be done at a job site has been completed if **your** contract includes work at more than one site; or
       3) when **your work** at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same job site.

       Work which requires further service, maintenance, correction, repair, or replacement because of defect or deficiency, but which is otherwise complete, shall be deemed completed.

    c. Neither of these hazards include **bodily injury** or **property damage** arising out of:

       1) the transportation of property, unless the injury or damage arises out of a condition in

or on a vehicle, created by **loading or unloading**;

2) the presence of tools, uninstalled equipment, or abandoned or unused materials; or
3) products or work for which the classification on the **declarations** specifies "including Products/Completed Work."

17. **Products** means goods or products manufactured, sold, handled, distributed, or disposed of by **you,** others trading under **your** name, or a person or organization whose business or assets **you** have acquired.

    **Products** includes:

    a. warranties or representations made at any time with respect to the fitness, quality, durability, or performance of **products**;

    b. containers (other than vehicles), materials, parts, or equipment furnished in connection with such **products**; and

    c. providing or failing to provide warnings or instructions.

    **Products** does not include:

    a. vending machines or other property that is rented to or placed for the use of others, but not sold; or

    b. real property.

18. **Property damage** means:

    a. physical injury or destruction of tangible property; or

    b. the loss of use of tangible property whether or not it is physically damaged. Loss of use is deemed to occur at the time of the **occurrence** that caused it.

19. **Temporary worker** means a person who is furnished to **you** as a temporary substitute for an **employee**.

20. **Terms** are all provisions, limitations, exclusions, conditions, and definitions that apply to the Commercial Liability Coverage.

21. **Your work** means:

    a. work or operations performed by **you** or on **your** behalf;

    b. materials, parts, and equipment supplied for such work or operations;

    c. written warranties or representations made at any time regarding quality, fitness, durability, or performance of any of the foregoing; and

    d. providing or failing to provide warnings or instructions.

## PRINCIPAL COVERAGES

**We** provide insurance for the following coverages indicated by a specific **limit** or premium charge on the **declarations**.

### COVERAGE L -- BODILY INJURY LIABILITY PROPERTY DAMAGE LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE M -- MEDICAL PAYMENTS

1. **We** pay the medical expenses defined below for **bodily injury** caused by an accident:

    a. on premises **you** own or rent;

    b. on ways adjacent or next to premises **you** own or rent; or

    c. arising out of **your** operations.

2. **We** pay such expenses regardless of fault but only if:

    a. they arise out of an accident that occurred in the **coverage territory** and during the policy period; and

    b. they are incurred and reported within one year of the accident.

3. Medical expenses means the reasonable and necessary expenses for:

    a. medical, surgical, x-ray, and dental services, including prosthetic devices and eye glasses;

    b. ambulance, hospital, professional nursing, and funeral services; and

c. first aid at the time of an accident.

**COVERAGE N -- PRODUCTS/COMPLETED WORK**

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** arising out of the **products/ completed work hazard** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

**COVERAGE O -- FIRE LEGAL LIABILITY**

**We** pay for **property damage** to buildings, or parts thereof, which **you** rent from another, or which are loaned to **you**, if the **property damage** is caused by fire for which **you** are legally liable. Buildings include fixtures permanently attached thereto.

All of the exclusions otherwise applicable to **property damage** do not apply to this coverage. However, **we** do not cover:

1. liability arising under any contract or agreement to indemnify any person or organization for damage by fire to the premises; or
2. liability arising out of **property damage**:
   a. which is expected by, directed by, or intended by the **insured**; or
   b. that is the result of intentional and malicious acts of the **insured**.

## SUPPLEMENTAL COVERAGES

Subject to all the **terms** of the Principal Coverages, **we** provide the following supplemental coverages. They do not increase the **limits** stated for the Principal Coverages.

**INCIDENTAL CONTRACTUAL LIABILITY**

1. **We** cover **bodily injury** or **property damage** liability which is assumed under the following contracts or agreements:
   a. lease of premises;
   b. easement or license agreement (this does not include an agreement in connection with any construction or demolition operation within 50 feet of a railroad);
   c. promise to indemnify a municipality if required by an ordinance (this does not apply in connection with work done for the municipality);
   d. sidetrack agreement; or
   e. elevator maintenance agreement.
2. This coverage does not apply to that part of any contract or agreement that indemnifies any person or organization for damage by fire to premises rented or loaned to **you**.

**INCIDENTAL MEDICAL MALPRACTICE INJURY**

1. **We** cover **bodily injury** arising out of the rendering or failure to render the following services:
   a. medical, surgical, dental, x-ray, or nursing services or treatment, or the furnishing of food or beverages in connection therewith; or
   b. the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.
2. This coverage does not apply to:
   a. expenses incurred by an **insured** for first aid to others at the time of an accident;
   b. an **insured** or an **employee** engaged in the business or occupation of providing any of the services described under 1.a. and 1.b. above; or
   c. injury caused by an indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described in 1.a. and 1.b. above.

**MOBILE EQUIPMENT**

**We** pay all sums for which an **insured** is legally liable for **bodily injury** or **property damage** resulting from mobile equipment, including attached equipment and machinery.

1. This coverage applies only to land motor vehicles that meet one or more of the following criteria:
   a. Those which are used only on premises owned by or rented to **you** (premises includes adjoining ways).
   b. Those which are designed primarily for use off public roads.
   c. Those which travel on crawler treads.

d. Those which are self-propelled and designed or used only to afford mobility to the following types of equipment, which must be a part of or be permanently attached to such vehicle:

1) power cranes, shovels, loaders, diggers, or drills;
2) concrete mixers (this does not include the mix-in-transit type); and
3) graders, scrapers, rollers, and other road construction or repair equipment.

e. Those which are not self-propelled, but are used primarily to afford mobility to the following types of equipment permanently attached thereto:

1) air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment);
2) geophysical exploration, lighting, and well servicing equipment; and
3) cherry pickers and similar devices used to raise or lower workers.

2. This coverage does not apply to self-propelled vehicles with the following types of permanently attached equipment:

a. equipment designed primarily for snow removal, street cleaning, road maintenance other than road construction or resurfacing;

b. cherry pickers and similar devices used to raise or lower workers;

c. air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment); or

d. geophysical exploration, lighting, and well servicing equipment.

**We** cover **bodily injury** or **property damage** arising out of the operation of any of the equipment listed in paragraphs 2.b., 2.c., and 2.d. above.

**We** will provide any liability, uninsured motorists, no fault, or other coverages required by any motor vehicle insurance law. **We** will provide the required **limits** for such required coverage.

## DEFENSE COVERAGE

Payments under this coverage are in addition to the **limits** for the Commercial Liability Coverage.

1. **We** have the right and duty to defend a suit seeking **damages** which may be covered under the Commercial Liability Coverage. **We** may make investigations and settle claims or suits **we** decide are appropriate.

   Suit includes any alternative dispute resolution proceeding involving **bodily injury** or **property damage** to which:

   a. **you** must submit; or

   b. **you** submit with **our** consent.

2. **We** do not have to provide defense after **we** have paid an amount equal to the **limit** as the result of:

   a. a judgment; or

   b. a written settlement agreed to by **us.**

3. If **we** defend a suit, **we** will pay:

   a. The costs taxed to the **insured.**

   b. The expenses incurred by **us.**

   c. The actual loss of earnings by an **insured** for the time spent away from work at **our** request. **We** pay up to $100 per day.

   d. The necessary expenses incurred by an **insured** at **our** request.

   e. Pre-judgment interest awarded against any **insured** on that part of the judgment **we** pay. If **we** offer to pay the **limit**, **we** will not pay any pre-judgment interest based on that period of time after the offer.

   f. The interest which accrues beginning with entry of a judgment and ending when **we** tender, deposit in court, or pay up to **our limit**.

   g. The cost of appeal bonds or bonds for the release of attachments up to **our limit. We** are not required to apply for or furnish such bonds.

   h. The cost, up to $500, for bail bonds required of an **insured** because of an accident or traffic violation arising out of the use of a vehicle to which Coverage L applies. **We** are not required to apply for or furnish such bonds.

## EXCLUSIONS

**We** do not pay for a loss if one or more of the following excluded events apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded event.

**EXCLUSIONS THAT APPLY TO BODILY INJURY AND PROPERTY DAMAGE**

1. **We** do not pay for **bodily injury** or **property damage**:

   a. which is expected by, directed by, or intended by the **insured**; or

   b. that is the result of intentional and malicious acts of the **insured**.

   This exclusion does not apply to **bodily injury** that arises out of the use of reasonable force to protect people or property.

2. **We** do not pay for **bodily injury** or **property damage** liability which is assumed by the **insured** under a contract or an agreement.

   This exclusion does not apply to:

   a. liability that an **insured** would have had in the absence of the contract or agreement; or

   b. **bodily injury** or **property damage** covered under Incidental Contractual Liability Coverage, provided that the **bodily injury** or **property damage** occurs after the effective date of the contract or agreement.

3. **We** do not pay for **bodily injury** or **property damage** that arises out of the rendering or the failure to render a professional service, except as covered under Incidental Medical Malpractice Injury Coverage.

4. **We** do not pay for **bodily injury** or **property damage** that arises out of the use of mobile equipment in, or in the practice or preparation for, racing, speed, pulling or pushing, demolition or stunt activities or contests.

5. **We** do not pay for **bodily injury** or **property damage** that arises out of transporting mobile equipment by an **auto** owned by, operated by, rented to, or loaned to any **insured**.

6. **We** do not pay for **bodily injury** or **property damage** that arises out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, **loading or unloading** of an **auto**, aircraft, watercraft, or mobile equipment owned by, operated by, rented to, or loaned to any **insured**.

   This exclusion does not apply to:

   a. **bodily injury** or **property damage** that arises out of **autos** or mobile equipment covered under Mobile Equipment Coverage;

   b. the parking of an **auto** on premises owned by, rented to, or controlled by **you** or on the ways immediately adjoining if the **auto** is not owned by or rented to or loaned to **you** or the **insured**;

   c. liability assumed under a contract covered under Incidental Contractual Liability Coverage for the ownership, maintenance, or use of an aircraft or a watercraft;

   d. watercraft, if it is on shore on premises owned by, rented to, or controlled by **you**; or

   e. watercraft, if it is not owned by **you** and is:

      1) less than 26 feet in length; and
      2) not being used to carry persons or property for a charge.

7. **We** do not pay for **bodily injury** or **property damage** for which any **insured** may be held liable by reason of:

   a. causing or contributing to the intoxication of a person;

   b. the furnishing of alcoholic beverages to a person under the influence of alcohol or under the legal drinking age; or

   c. a law or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

   This exclusion applies if **you** are in the business of manufacturing, distributing, selling, or serving alcoholic beverages.

8. **We** do not pay for:

   a. **bodily injury** to an **employee** of the **insured** if it occurs in the course of employment by the **insured**; or

b. consequential injury to a spouse, child, parent, brother, or sister of such injured **employee**.

This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third person for **damages** arising out of paragraph 8.a. or 8.b. above.

This exclusion does not apply to liability assumed by the **insured** under a contract covered under Incidental Contractual Liability Coverage.

9. **We** do not pay for:

a. **bodily injury** or **property damage** arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

1) at or from any premises, site, or location which is, or was at any time, owned by, occupied by, rented to, or loaned to any **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located;
2) at or from any premises, site, or location which is or was at any time used by or for any **insured** or others, for the handling, storage, disposal, processing, or treatment of waste;
3) which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any **insured** or any person or organization for whom any **insured** may be legally responsible; or
4) at or from any premises, site, or location where any **insured** or any contractor or subcontractor, directly or indirectly under **your** control, is working:

a) if the pollutants are brought on or to the premises, site, or location in connection with such work by such **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located; or
b) if the work is to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants.

b. any loss, cost or expense arising out of any:

1) request, demand, or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of pollutants; or
2) claim or suit by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of pollutants.

Pollutants means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

10. **We** do not pay for **bodily injury** if benefits are provided or are required to be provided by the **insured** under a workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

11. **We** do not pay for **bodily injury** or **property damage** that arises out of war. War includes undeclared war, civil war, insurrection, rebellion or revolution, or an act or a condition of war.

12. **We** do not pay for **bodily injury** that arises out of any:

a. refusal to employ;

b. termination of employment;

c. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

d. consequential **bodily injury** as a result of 12.a., 12.b. and 12.c. above.

This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third person for **damages** arising out of paragraph 12.a., 12.b., 12.c., or 12.d. above.

13. We do not pay for **bodily injury** or **property damage** included within the **products/completed work hazard** except as covered under Coverage N.

**ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO PROPERTY DAMAGE**

1. **We** do not pay for **property damage** to property owned by, occupied by, or rented to **you**, except as covered under Coverage O.

2. **We** do not pay for **property damage** to premises **you** sell, give away, or abandon, if the **property damage** arises out of any part of those premises. This exclusion does not apply if the premises are **your work** and were not occupied, rented, or held for rental by **you.**

3. **We** do not pay for **property damage** to property used by or loaned to **you.** This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

4. **We** do not pay for **property damage** to either business or non-business personal property in the care, custody, or control of the **insured.** This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

5. **We** do not pay for **property damage** to that specific part of real property on which work is being performed by:

   a. **you**; or

   b. a contractor or subcontractor working directly or indirectly on **your** behalf,

   if the **property damage** arises out of such work. This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

6. **We** do not pay for **property damage** to that specific part of any property that must be restored, repaired, or replaced because of faults in **your work.** This exclusion does not apply to:

   a. **property damage** covered under the **products/completed work hazard**; or

   b. liability assumed under a sidetrack agreement.

7. **We** do not pay for **property damage** to **products** if the damage arises out of the **products** or their parts.

8. **We** do not pay for **property damage** to **your work** if the **property damage** arises out of **your work** and is included in the **products/completed work hazard.** This exclusion does not apply if damage to the work or the part of the work out of which the damage arises is performed by a subcontractor on **your** behalf.

9. **We** do not pay for **property damage** to property that has not been physically injured or destroyed, or to **impaired property**, that arises out of:

   a. a delay or failure to perform a contract by **you** or one acting on **your** behalf; or

   b. a defect, deficiency, inadequacy, or unsafe condition in **your work** or **products**.

   This exclusion does not apply to the loss of use of other property resulting from sudden and accidental physical injury to or destruction of **your work** or **products** after having been put to its intended use.

10. **We** do not pay for any loss or expense incurred by **you** or anyone else arising out of the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal of (including any expenses involved in the withdrawal or recall) of **your work, products**, or **impaired property.** This applies when the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal was because of a known or suspected defect, deficiency, or unsafe condition.

**ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO MEDICAL PAYMENTS**

These exclusions apply in addition to the other exclusions that apply to **bodily injury.**

1. **We** do not pay for medical expenses for **bodily injury** to an **insured.**

2. **We** do not pay for medical expenses for **bodily injury** to a person hired by or on behalf of any **insured** to do work for:

   a. an **insured**; or

   b. a tenant of an **insured.**

3. **We** do not pay for medical expenses for **bodily injury** to a person injured on that part of the premises owned by or rented to **you** that the person normally occupies.

4. **We** do not pay for medical expenses for **bodily injury** to a person injured while taking part in athletic activities.

5. **We** do not pay for medical expenses for **bodily injury** included in the **products/completed work hazard.**

6. **We** do not pay for medical expenses for **bodily injury** to **your** members if **you** are a club.

7. **We** do not pay for medical expenses for **bodily injury** to a guest of a hotel, motel, or tourist court owned or operated by **you** or on **your** behalf.

8. **We** do not pay for medical expenses for **bodily injury** to a person if benefits are provided or required to be provided under any workers' compensation, nonoccupational disability, occupational disease or like law.

9. **We** do not pay for medical expenses for **bodily injury** to a:

   a. student or camper enrolled in a program of any facility owned or operated by **you** or on **your** behalf; or

   b. patient or inmate being treated or detained in a facility owned or operated by **you** or on **your** behalf.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice -**

   a. In the case of an **occurrence**, or if an **insured** becomes aware of anything that indicates that there might be a claim under the Commercial Liability Coverage, **you** must arrange for prompt notice to be given to **us** or **our** agent. Notice to **our** agent is notice to **us**.

   b. The notice to **us** must state:

      1) the **insured's** name;
      2) the policy number;
      3) the time, the place, and the circumstances of the **occurrence**, or the situation that indicates that there might be a claim; and
      4) the names and addresses of all known potential claimants and witnesses.

2. **Cooperation** -- All **insureds** involved with an **occurrence** or an offense must cooperate with **us** in performing all acts required by the Commercial Liability Coverage.

3. **Volunteer Payments** -- An **insured** must not make payments or assume obligations or other costs except at the **insured's** own cost. This does not apply to first aid to others at the time of **bodily injury.**

4. **Other Duties -**

   a. If a claim is made or suit is brought, the **insured** must:

      1) promptly send to **us** copies of all legal papers, demands, and notices; and
      2) at **our** request, assist in:

         a) a settlement;
         b) the conduct of suits. This includes the attendance at trials or hearings;
         c) the enforcing of rights against all parties who may be liable to an **insured** for the injury or damage;
         d) the securing of and giving of evidence; and
         e) obtaining the attendance of all witnesses.

   b. In the case of a medical payments loss:

      1) the injured person (or one acting on such person's behalf) must:

         a) give **us** written proof of claim (under oath if requested) as soon as practicable; and
         b) give **us** permission to get copies of the medical records;

      2) the injured person must submit to medical exams by doctors chosen by **us** when and as often as **we** may reasonably require.

## HOW MUCH WE PAY

1. The **limits**, shown on the **declarations** and subject to the following conditions, are the most **we** pay regardless of the number of:

   a. **insureds** under the Commercial Liability Coverage;

   b. persons or organizations who sustain injury or damage; or

   c. claims made or suits brought.

   The payment of a claim under Coverage M does not mean that **we** admit **we** are liable under other coverages.

2. The General Aggregate Limit is the most **we** will pay during a policy period for the sum of:

   a. all **damages** under Coverage L, except **damages** due to **bodily injury** or **property damage** included under Coverage N.

   b. all medical expenses under Coverage M; and

   c. all **damages** under Coverage O.

3. The Products/Completed Work Hazard Aggregate **Limit** is the most **we** will pay during a policy period for **damages** due to **bodily injury** or **property damage** included under Coverage N.

4. The Each Occurrence Limit, subject to the General Aggregate **Limit** and the Products/Completed Work Hazard Aggregate Limit, is the most **we** will pay for the total of:

   a. **damages** under Coverages L, N, and O; and

   b. medical expenses under Coverage M.

   due to all **bodily injury** and **property damage** arising out of a single **occurrence.**

5. Subject to the Each Occurrence Limit and the General Aggregate Limit, **our limit** for **property damage** covered under Coverage O is $50,000 for each **occurrence** unless otherwise shown on the **declarations**.

6. Subject to the General Aggregate Limit and the Each Occurrence Limit, the Coverage M Limit is the most that **we** will pay under Coverage M for all medical expenses because of **bodily injury** sustained by any one person.

7. The General Aggregate Limit and the Products/ Completed Work Hazard Aggregate Limit apply separately to each consecutive 12-month period beginning with the inception date of the Commercial Liability Coverage shown on the **declarations**. They also apply separately to any remaining policy period of less than 12 months, unless the Commercial Liability Coverage has been extended after it was written. In that case, the additional period will be considered part of the last preceding period for the purpose of determining **limits.**

## CONDITIONS

1. **Bankruptcy --** Bankruptcy or insolvency of an **insured** does not relieve **us** of **our** obligations under Commercial Liability Coverage.

2. **Insurance Under More Than One Policy** -- (Applies to all coverages except Coverage M -- Medical Payments.)

   a. Insurance under this Commercial Liability Coverage is primary except as provided under paragraph 2.c. below, or unless otherwise stated. The amount of **our** liability is not reduced because of other insurance which applies to the loss on other than a primary basis.

   b. If the other insurance is also primary, **we** will share in the loss as follows:

      1) If the other insurance provides for contribution by equal shares, **we** will pay equal amounts with other insurers until:

         a) the lowest applicable **limit** under any one policy is reached; or
         b) the full amount of the loss is paid.

         If part of the loss remains unpaid, **we** will pay an equal share with the other insurers until the full amount of the loss is paid, or until **we** have paid **our limit** in full.

      2) If the other insurance does not provide for contribution by equal shares, **we** will pay, up to **our limit**, no more than that proportion of the loss to which the applicable **limit** under this policy for such loss bears to the total applicable **limit** for all insurance against the loss.

   c. Insurance under this Commercial Liability Coverage is excess over any other insurance:

      1) if the other insurance, whether primary, excess, contingent, or on any other basis, provides:

         a) fire, extended coverage, builders' risk, installation risk, or similar coverage for **your work**; or
         b) fire insurance for premises rented to **you**; or

      2) if the other insurance applies to any loss arising out of the maintenance or use of aircraft, **autos**, or watercraft which may be covered by this policy.

d. When this insurance is excess over any other insurance:

1) **we** will have no duty to defend any claim or suit that any other insurer has a duty to defend. If no other insurer defends, **we** will do so. However, **we** will be entitled to the **insured's** rights against all those other insurers.
2) **we** will pay **our** share of the amount of loss, if any, that exceeds the sum of:

a) the total amount that all such other insurance would pay for the loss in the absence of this insurance; and
b) the total of all deductibles and self-insured amounts required by such other insurance.

**We** will share the remaining loss with any other insurance that is not described in this excess insurance provision and was not bought specifically to apply in excess of the **limits** shown on the **declarations** of this Commercial Liability Coverage.

3. **Misrepresentation, Concealment or Fraud --** This coverage is void as to **you** and any other **insured** if before or after a loss:

a. **you** have or any **insured** has willfully concealed or misrepresented:

1) a material fact or circumstance that relates to this insurance or the subject thereof; or
2) the **insured's** interest herein;

b. there has been fraud or false swearing by **you** or any other **insured** with regard to a matter that relates to this insurance or the subject thereof.

4. **Motor Vehicle Financial Responsibility Certification --** When Commercial Liability Coverage is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided for **bodily injury** liability or **property damage** liability will comply with the provisions of the law to the extent of the coverage and **limits** of insurance required by that law.

5. **Premium --** If the premium is shown on the **declarations** as a deposit premium, **we** will compute the final earned premium at the end of each audit period shown on the **declarations**. If it is more than the deposit premium paid by **you**, **we** will bill **you** for the difference. If the final earned premium is less than the deposit premium paid by **you**, **we** will return the difference to **you**. **You** must maintain records of the information that is necessary for computing the premium. Copies of the records must be sent to **us** at the end of the audit period or when requested by **us.**

6. **Separate Insureds --** Coverage provided under the Commercial Liability Coverage applies separately to each **insured** against whom claim is made or suit is brought. This does not affect the **limits** stated under How Much We Pay.

7. **Subrogation --** If **we** pay under the Commercial Liability Coverage, **we** may require from an **insured** an assignment of any right of recovery. **We** are not liable under the Commercial Liability Coverage if any **insured** has impaired **our** right to recover. An **insured** may waive the right to recover, in writing, before an **occurrence** takes place.

8. **Suit Against Us --** No suit may be brought against **us** unless:

a. all the **terms** of the Commercial Liability Coverage have been complied with; and

b. the amount of the **insured's** liability has been determined by:

1) a final judgment against an **insured** as a result of a trial; or
2) a written agreement by the **insured**, the claimant, and **us.**

No person has a right under the Commercial Liability Coverage to join **us** or implead **us** in actions that are brought to determine an **insured's** liability.

## NUCLEAR ENERGY LIABILITY EXCLUSION

This insurance does not apply:

1. under any liability coverage, to **bodily injury** or **property damage:**

a. with respect to which an **insured** under the policy is also an **insured** under a Nuclear Energy Liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an **insured** under any such policy but for its

termination upon exhaustion of its **limit** of liability; or

b. resulting from the **hazardous properties** of **nuclear material** and with respect to which:

1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereto; or
2) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

2. under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

3. under any liability coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if:

a. the **nuclear material**:

1) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured**; or
2) has been discharged or dispersed therefrom;

b. the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, stored, processed, transported, or disposed of by or on behalf of an **insured**; or

c. the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions, or Canada, this exclusion (c.) applies only to **property damage** to such **nuclear facility** and any property thereat.

## DEFINITIONS

The following definitions apply to the Nuclear Energy Liability Exclusion:

1. **Hazardous Properties --** These include radioactive, toxic, or explosive properties.

2. **Nuclear Material --** This means **source material, special nuclear material,** or **by-product material.**

3. **Source Material, Special Nuclear Material, By-product Material --** These have the meanings given them in the Atomic Energy Act of 1954, or in any law amendatory thereof.

4. **Spent Fuel --** This means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor.**

5. **Waste** -- This means any **waste** material:

a. containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and

b. resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility.**

6. **Nuclear Facility --** This means:

a. any **nuclear reactor.**

b. any equipment or device designed or used for:

1) separating the isotopes of uranium or plutonium;
2) processing or utilizing **spent fuel**; or
3) handling, processing, or packaging **waste.**

c. any equipment or device used for the processing, fabricating, or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium-233 or any combination thereof, or more than 250 grams of uranium-235.

d. any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of **waste**;

and includes the site on which any of the foregoing is located, all operations conducted on such sites, and all premises used for such operations.

7. **Nuclear Reactor** -- This means any apparatus designed or used:

a. to sustain nuclear fission in a self-supporting chain reaction; or

b. to contain a critical mass of fissionable material.

8. **Property Damage --** This includes all forms of radioactive contamination of property.

This Provision Modification Endorsement is subject to all of the **terms** of this policy, other than the **terms** that are specifically revised herein.

**- PLEASE READ THIS CAREFULLY -**

## - PROVISION MODIFICATION-
# FORM NUMBER REFERENCE

**PROVISION MODIFICATION**

In relation to all Property and Liability Coverages of this policy, any reference within a particular policy form to another policy form by its reference number (e.g. BCL-100, BGL-61, or BCP-12) will refer either to the form so referenced, or, if such form is not shown on the **declarations**, then such reference number will instead apply to any policy form shown on the **declarations** that is designated by the same reference number that is followed by an additional suffix (e.g. BCL-100B, BGL-61R, BCP12B).

**OTHER PROVISIONS**

All other provisions of the policy will continue to apply.

46M5A0371824

# Customer Notice: Value-Added Benefits

**As a customer of Brotherhood Mutual Insurance Company, you will find more available than just insurance coverage.**

Brotherhood Mutual insurance policies have been designed to protect religious and not-for-profit organizations like yours. The mission of any insurance company is to protect its policyholders against covered losses with the coverages provided within its policies. Brotherhood Mutual takes this commitment to a higher level.

Brotherhood Mutual offers ministry organizations many value-added benefits and services through the company's website, **www.brotherhoodmutual.com**. This site contains ministry-focused safety and risk management resources and other valuable content. Brotherhood Mutual and its subsidiaries, alliance partners, and agencies also can provide ministries with:

- Outstanding safety and risk management guidebooks, checklists, and other resources that have been developed to help ministries like yours protect their people, property, and reputations.
- Free access to Legal Assist, a legal risk management resource designed to help churches and ministries quickly explore and assess the unique legal issues that face their organizations.
- Free or discounted risk mitigation conferences, risk-control reviews by company representatives, training courses, customer forums and relationship-building events designed to help us better understand and meet the needs of the ministries we insure.
- Free or discounted access to online content, events, services, and tools, such as remote monitoring devices and controls, that relate to loss control of the risks covered under the policies of insurance held by current customers.
- Other benefits, services, or opportunities designed to introduce customers and prospective customers to Brotherhood Mutual or to further their ministry operations.

**Important Notice**: Except as indicated otherwise, any value-added benefits, including services, offerings, materials, tools, resources, discounts, or opportunities, are not offered as a condition of purchasing insurance from Brotherhood Mutual; and when such an offer is made, it is made regardless of whether a ministry organization chooses to insure with Brotherhood Mutual. According to Washington statute RCWA 48.30.150, any items offered as an inducement to insurance, or in connection with any insurance transaction, will not have an aggregate value exceeding $100 per person in any consecutive 12-month period.

### Please read your policy carefully

Your Brotherhood Mutual agent will be pleased to address any questions you may have about your policy. Thank you for trusting us to help you protect your ministry.


Copyright 2020, Brotherhood Mutual Insurance Co.

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## - Assignment -

Under Common Policy Conditions, Assignment is deleted and replaced by the following:

1. Assignment - This policy may not be assigned in whole or in part without **our** written consent. **Our** written consent is required for any assignment of policy rights including any assignment of pre-loss benefits and obligations and any assignment of post-loss benefits and obligations. Any assignment of policy rights or obligations without **our** written consent is void and unenforceable.


Copyright, 2020 Brotherhood Mutual Insurance Company
All Rights Reserved

**Any property or liability coverage provided by this policy is subject to the provision shown below.**

**-Please read this carefully-**

# ADDITIONAL POLICY DEFINITION

## DEFINITION OF SPOUSE

Throughout this policy, any reference to a spouse includes all persons who possess the same status, rights and/or benefits as a spouse under Washington law.

Throughout this policy, any reference to a family member, relative, or any family relationship includes the family of any person who possesses the same status, rights and/or benefits as a spouse under Washington law.


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2000

# Notice of Payment-Related Charges

**Payment Plan Options-**
The premium for this policy is payable in full on an annual basis, unless a different Payment Plan (Semi-Annual, Quarterly or Monthly) is indicated in the Declarations. Regardless of which Payment Plan applies, payment must be made in accordance with billing notices that are sent in connection with this policy in order to maintain coverage under the policy.

**Payment Plan Service Charges-**
If a Payment Plan other than an annual plan is in place, a Service Charge will apply as outlined below. This Service Charge will apply in addition to the regular policy premium and any other applicable charges.

**SERVICE CHARGES:**

If premium is paid ***through an Electronic Funds Transfer process***, then the following Service Charge will apply:

| Payment Plan Type | Service Charge per Payment |
|---|---|
| Annual, Semi-Annual or Quarterly | No Service Charge Applies |
| Monthly | A $3.00 per pay Service Charge Applies |

If premium is paid ***through the mail*** (or in any manner other than through an Electronic Funds Transfer process), then the following Service Charge will apply:

| Payment Plan Type | Service Charge per Payment |
|---|---|
| Annual | No Service Charge Applies |
| Semi-Annual, Quarterly or Monthly | A $6.00 per pay Service Charge Applies |

**Policy Reinstatement Charges-**
If your policy has been cancelled or non-renewed and we elect to re-instate it, you will be billed an additional $20.00 to cover additional processing associated with having the policy re-instated.

**Insufficient Funds Charges-**
If a bank account has insufficient funds to cover the payment that you have submitted to us or that we have been authorized to retrieve, you will be billed an additional $20.00 to cover additional processing associated with collecting the funds owed to us.

This Notice form provides no coverage of any kind, and nothing in this form will waive, alter, vary or extend any of the terms of this policy or any coverage provided by the policy.

## Please read your policy carefully

Your Brotherhood Mutual agent will be pleased to address any questions you may have concerning your policy billings.

**Any property or liability coverage provided by this policy is subject to the provision shown below.**

**-Please read this carefully-**

# ADDITIONAL POLICY CONDITIONS

## PREMIUM ADJUSTMENTS

Any change in **your** exposure or **your** experience (including any change in building values, loss exposure, loss experience, territory-related factors or other exposure-related changes), or any revision of applicable filed rates, can result in a mid-term change to **your** policy premium. If **we** become aware of any material change in hazard or any substantial change in exposure and if **we** agree to cover such exposure under the policy, **your** premium will be revised effective as of the date that coverage for such exposure commences. Premium changes reflecting routine exposure changes, experience changes or rate changes will be applied each year at policy anniversary.

## ADDITIONAL PREMIUM OR CREDIT WAIVER

If any change is made to **your** policy that results in an additional premium being due from **you** of less than $5.00, **we** will waive the additional premium. If any change is made to **your** policy that results in a credit being due to **you** of less than $5.00, **we** will not refund the credit unless **you** request in writing that **we** do so.


Copyright 2004, Brotherhood Mutual Insurance Company
All Rights Reserved

# NOTICE TO POLICYHOLDERS

## IMPORTANT INFORMATION REGARDING YOUR INSURANCE

In the event you need to contact someone about this policy for any reason, please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions, you may contact the insurance company issuing this policy at the following address and telephone number:

Brotherhood Mutual Insurance Company
6400 Brotherhood Way
PO Box 2227
Fort Wayne, IN 46801
260-482-8668
1-800-333-3735

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent or company, have your policy number available.

46M5A0371824

# Policyholder Coverage Notice

## Terrorism-Related Loss

**General Notice**- The federal Terrorism Risk Insurance Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer liability for losses resulting from certified acts of terrorism when the amount of such loss in any calendar year exceeds $100 billion.

**IF THE AGGREGATE INSURED LOSS FOR ALL INSURERS EXCEEDS $100 BILLION, THE TERRORISM COVERAGE PROVIDED TO AFFECTED POLICYHOLDERS MAY BE REDUCED.**

**Policy-Specific Notice -** The following forms are included with your *MinistryFirst* policy. They impact both property and liability coverages relating to losses arising out of terrorism.

EX-0621 X WA (TERRORISM EXCLUSION WITH LIMITED EXCEPTION- PROPERTY)
EX-0261 X WA (TERRORISM EXCLUSION- LIABILITY)
EX-0651 X WA (NUCLEAR, CHEMICAL AND BIOLOGICAL TERRORISM EXCLUSION- PROPERTY)
EX-0281 X WA (NUCLEAR, CHEMICAL AND BIOLOGICAL TERRORISM EXCLUSION- LIABILITY)

The effect of these forms is to exclude coverage for all “certified” terrorism-related loss, and for all “non-certified” terrorism-related losses, that are not specifically exempted within the exclusion forms. This includes, but is not limited to, terrorism losses involving the use of conventional weapons, such as explosives, as well as excluded acts of nuclear, chemical or biological terrorism.

For specific details regarding how this policy will relate to loss arising out of terrorism, please review the above forms.

## Please read your policy carefully

Your Brotherhood Mutual agent will be pleased to answer any questions you may have concerning your policy.

**Notice-** Payment for Certified Acts of Terrorism under the federal Terrorism Risk Insurance Act:
Coverage provided by your policy for loss caused by Certified Acts of terrorism will be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays a statutorily-specified percentage of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for terrorism-related coverage under this policy does not include any charges for the portion of loss covered by the federal government under the act.

NOTE: No coverage of any kind is provided by this notice form.

The terms of COMMERCIAL PROPERTY CONDITIONS (BCP-100) also apply. The property coverage provided by this policy is subject to the provisions shown below.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# SPECIAL PERILS PART

## ADDITIONAL DEFINITIONS

1. **Digital/Data Network:** This means:

   a. the Internet, including, but not limited to, systems that provide access to the Internet, including, but not limited to, Wi-Fi, broadband, fiberoptic, or any other wired or wireless digital service; or

   b. a linked computer network, including hardware and software; or

   c. any other system that facilitates electronic or digital communication, electronic transactions, electronic data transmission, electronic data storage, electronic information search, electronic data retrieval, or any other transaction involving the transmission, exchange, utilization, or storage of electronic data.

2. **Infectious disease**: This means any of the following:

   a. any infectious virus, bacterium or other microorganism that can result in human illness, regardless of the means of transmission or the extent of the infection within a population; or

   b. any disease, illness or harmful bodily condition of any kind (whether symptomatic or asymptomatic) that can be transmitted in any manner from one organism to another organism; or

   c. the mutation or variation of any communicable disease or contagious illness, whether such disease or illness is known, unknown, recognized or unrecognized.

   **Infectious disease** includes any fear or threat thereof, whether actual or perceived.

3. **Sinkhole Collapse:** This means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

4. **Specified Perils:** This means aircraft; civil commotion; breakage of building glass; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; **sinkhole collapse**; smoke; sonic boom; vandalism; vehicles; **volcanic action**; water damage from a system or appliance; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

   Water damage from a system or appliance means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the plumbing, heating or air conditioning system or domestic appliance containing the water or steam.

5. **Volcanic Action:** This means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

6. **Vermin:** This means animals that are prone to enter or burrow into or under a structure to seek food or shelter including, but not limited to, armadillos, bats, opossums, porcupines, raccoons, skunks, or snakes.

7. **Digital/data network disruption:** This means:

   a. an interruption in; or

   b. disruption of; or


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

c. failure of; or

d. loss of effective use of:

any **digital/data network.**

## PERILS COVERED

When Special Perils is shown on the **declarations**, **we** cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. **We** do not pay for loss if one or more of the following exclusions apply to the loss, regardless of the cause of the excluded cause or event, and regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Ordinance or Law: We** do not cover loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

   b. **Earth Movement or Volcanic Eruption: We** do not cover loss caused by any earth movement (other than **sinkhole collapse**) or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

   **We** cover direct physical loss by fire, explosion, or **volcanic action** resulting from either earth movement or eruption, explosion, or effusion of a volcano.

   All volcanic eruptions that occur within a 168 hour period shall be considered a single loss.

   c. **Civil Authority**: **We** do not cover loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   **We** cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this policy.

   d. **Nuclear Hazard: We** do not cover loss caused by a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by, contributed to or aggravated by a covered peril; and whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct physical loss by fire resulting from the nuclear hazard is covered.

   e. **Utility Failure: We** do not cover loss caused by interruption of power or other utility services resulting from any cause if the interruption takes place away from the described premises. Interruption includes reduced or increased voltage, low or high pressure, or other interruptions of normal services.

   **We** cover the direct physical loss by a covered peril which occurs on the described premises as a result of any power interruption.

   f. **War: We** do not cover loss caused by:

      1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

      2) a warlike act by a military force or by military personnel;

      3) the destruction, seizure, or use of the property for a military purpose; or

      4) the discharge of a nuclear weapon, even if it is accidental.

   g. **Water: We** do not cover loss caused by:

      1) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

      2) water that backs up through, overflows from, or is otherwise discharged from:

         a) sewer or drain;

         b) a sump, sump pump, or related equipment; or


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

c) any other type of system designed to remove subsurface water which is drained from the foundation area;

3) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

a) basements, whether paved or not;

b) doors, windows, or other openings;

c) foundations, floors, walls, or paved surfaces; or

d) swimming pools, septic tanks, or other structures; or

4) material present in or carried or otherwise moved by water described in items 1) through 3) above.

However, if fire, explosion, or sprinkler leakage (if a covered peril) results, **we** do cover the resulting loss.

This exclusion:

1) applies whether the water or the material carried or moved by water described under items g. 1) through g. 4) above, results from or is caused by human or animal forces or an act of nature; and

2) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

a) overtops;

b) escapes from;

c) is released from; or

d) is otherwise discharged from:

a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

h. **Trade Sanctions: We** do not cover loss if payment of funds for such a loss would be prohibited by United States Government or other countries' trade sanctions, embargoes, or any other similar regulations.

i. **Infectious Disease**: **We** do not cover any of the following types of losses arising directly or indirectly out of or in connection with any **infectious disease**, whether or not such **infectious disease** is proven to have directly affected **your** property or operations:

1) direct or indirect loss to property;

2) contamination of property;

3) damage to property;

4) testing of property;

5) expense incurred by any **insured**;

6) financial loss incurred by any insured;

7) the deterioration of property, loss of value of property, reduction in the marketability of property, or loss of use of property, or

8) other loss of any kind related in any manner to **infectious disease**.

Furthermore, **we** do not cover any loss, damage, liability, expense, fine, penalty nor any other loss, cost or expense directly or indirectly caused by, incurred in connection with, or in any way involving or arising out of any **infectious disease**.

j. **Digital/data network disruption**: **We** do not cover any of the following types of losses arising directly or indirectly out of or in connection with any **digital/data network disruption**:

1) any loss of, alteration of, or direct or indirect damage to, or a reduction in the functionality, availability, or operation of a **digital/data network**;

2) any loss of use, reduction in functionality, repair, replacement, restoration, or reproduction of any data, including any amount pertaining to the value of such data; or

3) costs or expenses incurred by the Insured to identify or remediate software program errors or vulnerabilities or update, replace, restore, assemble, reproduce, recollect, or enhance data or Computer Systems to a level beyond that which existed prior to a **digital/data network disruption.**

Furthermore, **we** do not cover any loss, damage, liability, expense, fine, penalty, nor


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

any other loss, cost or expense directly or indirectly caused by, incurred in connection with, or in any way involving or arising out of any **digital/data network disruption**.

**Exceptions to Exclusion (Localized Outage/Specified Perils):** This exclusion will not apply if the **digital/data network disruption**:

1) affects only **digital/data networks** located on the described premises set forth within the property **declarations** of this policy; or

2) is caused by a **specified peril** other than vandalism.

2. **We** do not pay for loss if one or more of the following exclusions apply to the loss:

a. **Animals: We** do not cover loss caused by animals, including birds, insects, rodents, or **vermin**. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

b. **Collapse: We** do not cover loss caused by collapse, except as provided in the Additional Coverage for Collapse. If loss caused by a covered peril results at the described premises, **we** pay for that resulting loss.

c. **Contamination or Deterioration: We** do not cover loss caused directly or indirectly by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust or any quality, fault, or weakness in property that causes it to damage or destroy itself. This exclusion does not apply to any resulting loss caused by a **specified peril** or breakage of building glass.

d. **Criminal, Fraudulent, or Dishonest Acts: We** do not cover loss caused by criminal, fraudulent, dishonest, or illegal acts, alone or in collusion with another, by:

1) **you**;

2) others who have an interest in the property;

3) others to whom **you** entrust the property;

4) **your** partners, officers, directors, trustees, joint adventurers; or

5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

e. **Defects, Errors, and Omissions: We** do not cover loss which results from one or more of the following;

1) an act, error, or omission (negligent or not) relating to:

a) land use;

b) the design, specification, construction, workmanship, installation, or maintenance of property;

c) planning, zoning, development, siting, surveying, grading, or compaction; or

d) maintenance of property (including land, structures, or improvements);

whether on or off the described premises;

2) a defect, a weakness, the inadequacy, a fault, or unsoundness in materials used in construction or repair, whether on or off the described premises;

3) the cost to make good an error in design; or

4) a data processing error or omission in programming or giving improper instructions.

In addition, **we** do not cover loss to any kind of personal property caused by deficiency or defects in design, specifications, materials, or workmanship, or caused by latent or inherent defects.

**We** cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

f. **Electrical Currents**: **We** do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, **we** cover only the loss caused by fire.

g. **Explosion: We** do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that **you** own or lease or that are operated under **your** control. If a fire or combustion explosion results, **we** cover the resulting loss. **We** also cover loss caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

h. **Freezing: We** do not cover loss caused by


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air conditioning systems or appliances (other than fire protective systems) as a result of freezing. This does not apply if **you** use reasonable care to maintain heat in the building or structure; or **you** drain the equipment and turn off the supply if the heat is not maintained.

i. **Increased Hazard: We** do not cover loss occurring while the hazard has been materially increased by any means within **your** knowledge or **your** control.

j. **Loss of Use: We** do not cover loss caused by loss of use, business interruption, delay, or loss of market.

k. **Mechanical Breakdown: We** do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. **We** cover any resulting loss caused by a **specified peril**, breakage of building glass, or elevator collision.

l. **Neglect: We** do not cover loss caused by **your** neglect to use all reasonable means to save covered property at and after the time of loss.

**We** do not cover loss caused by **your** neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

m. **Pollutants: We** do not cover loss caused by release, discharge, seepage, migration, dispersal, or escape of **pollutants** unless the release, discharge, seepage, migration, dispersal, or escape is caused by a **specified peril**. **We** cover any resulting loss caused by a **specified peril**.

n. **Seepage: We** do not cover loss caused by continuous or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

o. **Settling, Cracking, Shrinking, Bulging, or Expanding: We** do not cover loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, footings, foundations, walls, ceilings, or roofs. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

p. **Smog, Smoke, Vapor, or Gas: We** do not cover loss caused by smog, smoke, vapor, or gas from agricultural smudging or industrial operations.

q. **Temperature/Humidity: We** do not cover loss to personal property caused by dampness, dryness, or changes in or extremes of temperature. **We** cover any resulting loss caused by **specified perils** or breakage of building glass.

r. **Voluntary Parting: We** do not cover loss caused by voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

s. **Wear and Tear: We** do not cover loss caused by wear and tear, marring, or scratching. **We** cover any resulting loss caused by a specified peril or breakage of building glass.

t. **Weather: We** do not pay for loss caused by weather conditions if the weather conditions contribute in any way with a cause or event excluded in paragraph 1. above.

**We** cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

## ADDITIONAL PROPERTY EXCLUDED AND LIMITATIONS

1. **Animals: We** do not cover loss to animals, including birds and fish, except death or destruction of animals caused by **specified perils** or breakage of building glass.

2. **Boilers: We** do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. **We** do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

   **We** do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, exploding, or rupturing.

3. **Building Materials: We** do not cover loss to building materials and supplies that are not attached to buildings or structures, unless held for sale by **you**, caused by theft.

   **We** cover loss caused by looting and pillaging at


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

the time and place of a riot or civil commotion.

4. **Furs: We** do not cover furs or fur garments for loss by theft for more than $2,500 total in any one occurrence.

5. **Glassware/Fragile Articles: We** do not cover breakage of fragile articles such as glassware, statuary, porcelains, and bric-a-brac, except as a result of **specified perils** or breakage of building glass. This does not apply to glass that is a part of a building or structure; bottles or other containers held for sale; or lenses of photographic and scientific instruments.

6. **Gutters and Downspouts: We** do not cover loss to gutters and downspouts caused by the weight of ice, sleet, or snow.

7. **Interior of Buildings: We** do not cover loss to the interior of buildings or structures or to personal property in the buildings or structures caused by rain, snow, sleet, ice, sand, or dust, unless:

   a. entering through openings made by a **specified peril**; or

   b. the loss is caused by the thawing of snow, sleet, or ice on the building or structure.

8. **Theft of Jewelry, Watches, Jewels, Pearls, Precious Stones, and Metals: We** do not cover more than $10,000 total for any one occurrence, for loss by theft of jewelry; watches; watch movements; jewels; pearls; precious or semi-precious stones; gold, silver, or other precious metals or items consisting primarily of precious metals. If, however, **you** provide documentation that these items have been properly appraised by a professional appraiser within three years prior to the date of loss, **we** will then pay up to $25,000 toward replacement of such property in accordance with such appraisal.

9. **Machinery, Tools, and Equipment: We** do not cover builders' machinery, tools, and equipment owned by **you** or in **your** care, while away from the described premises except as a result of **specified perils** or breakage of building glass.

10. **Missing Property: We** do not cover missing property where the only proof of loss is unexplained or mysterious disappearance, or shortage discovered on taking inventory, or other instance where there is no physical evidence to show what happened to the property.

11. **Patterns, Dies, Molds, Models, and Forms: We** do not cover more than $2,500 total in one occurrence for loss by theft to patterns, dies, molds, models, or forms.

12. **Personal Property in the Open: We** do not cover loss to personal property in the open caused by rain, snow, ice, or sleet.

13. **Stamps, Tickets, Letters of Credit: We** do not cover more than $250 total in any one occurrence for loss by theft to stamps, tickets (including lottery tickets held for sale), or letters of credit.

14. **Transferred Property: We** do not cover loss to property that has been transferred to a person or to a place away from the described premises on the basis of unauthorized instructions.

## ADDITIONAL COVERAGES

1. **Collapse**:

   a. With respect to buildings:

      1. **Collapse** means an abrupt and sudden falling down or caving inward of a building, or any part of a building, with the result that the building or part of the building is no longer capable of being occupied for its intended purpose;

      2. A building or any part of a building that is in danger of falling down, caving in, or which has substantially impaired structural integrity, is not considered to be in a state of **collapse**;

      3. A part of a building that is standing is not considered to be in a state of **collapse** even if it has separated from another part of the building;

      4. A building that is standing or any part of a building that is standing is not considered to be in a state of **collapse** even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

   b. **We** pay for direct physical loss involving collapse of a building or structure or any part of a building or structure caused only by one or more of the following:

      1. **specified perils**; all only as covered in the Commercial Property Coverage;

      2. hidden decay, unless the presence of such decay is known to an **insured** prior


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

to **collapse**;

3. hidden insect or **vermin** damage, unless the presence of such damage is known to an **insured** prior to **collapse**;

4. weight of people or personal property;

5. weight of rain that collects on a roof; or

6. the use of defective material or methods in construction, remodeling, or renovation if the **collapse** occurs during the course of construction, remodeling, or renovation.

**We** do not pay for loss to the following types of property, if such loss is caused by the perils described under items b(2) through b(6) above, unless the loss is a direct result of the collapse of a building or structure:

outdoor radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring; outdoor awnings or canopies or their supports; fences; gutters and downspouts; yard fixtures; outdoor swimming pools; piers; wharves; and docks; beach or diving platforms or appurtenances; retaining walls; foundations; walks, roadways, and other paved surfaces.

**Collapse** does not include settling, cracking, shrinking, bulging, bending, leaning, or expanding.

This additional coverage for **collapse** will not increase the **limit** of insurance provided.

2. **Tearing Out and Replacing:** When loss caused by:

   a. water;

   b. other liquids;

   c. powder; or

   d. molten material

   is covered, **we** also pay the cost of tearing out and replacing any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

   **We** do not pay for damage to the system or appliance from which the water or other substance escapes. However, **we** pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage results in discharge of any substance from an automatic fire protection system; or is directly caused by freezing.


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the **declarations** as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW EXTENSION
## INCREASED COST OF CONSTRUCTION

## AGREEMENT

In return for **your** payment of the required premium, **we** provide the coverage extensions described herein, but only if this coverage form (BCP-138) is properly designated on the **declarations** of this policy, and only with respect to buildings or structures for which Ordinance or Law coverage is shown on the **declarations**.

## COVERAGE EXTENSIONS

**We** cover indirect loss from application of an enforceable ordinance, law or code regulating the use, demolition, construction or repair of the building(s) to which these Coverage Extensions apply, as a result of direct damage to or destruction of such building(s) by a covered peril, as indicated herein. The ordinance, law, or code must be in force at the time of loss. No coverage will be provided in relation to the application of an ordinance, law, or code if **you** were required to comply with the ordinance, law, or code prior to a loss but failed to do so. The limits shown are the maximum payment for an occurrence, regardless of the number of buildings or structures involved.

A. **Increased Building Loss - Value of Undamaged Portions**: When the **declarations** show that this Coverage Extension applies to a building (designated on the **declarations** as Ordinance or Law 1), **we** cover, up to the applicable building(s) **limit** shown on the **declarations** which is remaining after direct loss payment, the loss in value of the undamaged portion of the building(s) listed on the **declarations** that is caused by the application of an enforceable ordinance, law or code which requires the demolition of that portion of the same building not damaged by a covered peril.

Under this Increased Building Loss – Value of Undamaged Portions extension, **we** pay no more than:

a. the amount actually spent to repair, rebuild or replace the building, but not more than the amount it would cost to repair or replace the building with similar materials on the same site and used for the same purpose; or

b. the **limit** shown on the **declarations** for this Coverage Extension for a building;

whichever is less.

This does not increase the applicable **limit** shown on the **declarations** for the building. This is not an additional amount of insurance.

B. **Increased Debris Removal - Demolition of Undamaged Portions**: When the **declarations** show that this Coverage Extension applies to a building (designated on the **declarations** as Ordinance or Law 2), **we** cover up to the applicable building(s) **limit** (shown on the **declarations**), the cost to demolish and remove the debris of undamaged parts of such building or structure resulting from the enforcement of any enforceable ordinance, law, or code.

Coinsurance does not apply.

Under this Debris Removal Extension, **we** pay no more than:

a. the amount actually spent to demolish and remove the debris of undamaged parts; or

b. the **limit** shown on the **declarations** for this Coverage Extension for a building;


Copyright, 2018 Brotherhood Mutual Insurance Company
All Rights Reserved

whichever is less. This is an additional amount of insurance.

C. **Increased Cost of Construction – Damaged Portion**: When the **declarations** show that this Coverage Extension applies to a building (designated on the **declarations** as Ordinance or Law 3), **we** cover, up to the applicable building(s) **limit** (shown on the **declarations**), the increased cost of construction of the building necessary because of the application of an enforceable ordinance, law or code; provided the building is repaired, rebuilt or replaced:

1. within two years of the date of loss;

2. of same height and floor area, style and of comparable quality;

3. and used for the same occupancy and purpose.

Under this Increased Cost of Construction extension, **we** pay no more than:

a. the amount actually spent to repair, rebuild or replace the building, but not more than the amount it would cost to repair or replace the building with similar materials on the same site and used for the same purpose; or

b. the **limit** shown on the **declarations** for this Coverage Extension for a building;

whichever is less.

Coinsurance does not apply. This is an additional amount of insurance.

## EXCLUSIONS

The following exclusions apply to the coverage provided by this form.

1. **Pollutants**: **We** will not pay under this coverage for costs associated with the enforcement of any ordinance, law or code which regulates or requires any insured or others to test for, evaluate, observe, or record the existence, level, or effects of **pollutants**.

2. **Water**: **We** do not cover loss caused by:

a. flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

b. water that backs up through, overflows from or is otherwise discharged from:

1) a sewer or drain;

2) a sump, sump pump, or related equipment; or

3) any other type of system designed to remove subsurface water which is drained from the foundation area;

c. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

1) basements, whether paved or not;

2) doors, windows, or other openings;

3) foundations, floors, walls, or paved surfaces; or

4) swimming pools, septic tanks, or other structures; or

d. material present in or carried or otherwise moved by water described in items 2.a. through 2.c. above.

However, if fire, explosion, or sprinkler leakage (if a covered peril) results, **we** do cover the resulting loss.

This exclusion:

a. applies whether the water or the material described or moved by water described under items 2.a. through 2.d. above results from or is caused by human or animal forces or an act of nature; and

b. applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

1) overtops;


Copyright, 2018 Brotherhood Mutual Insurance Company
All Rights Reserved

2) escapes from;

3) is released from; or

4) is otherwise discharged from:

a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

## HOW MUCH WE PAY

The following provision applies to coverage provided by this form.

1. **Blanket/Combined Coverage:** If blanket/combined valuation applies to a building for which Increased Building Loss coverage is sought, **we** will not pay more than the remainder, after direct loss payment, of the value shown for the building on the policy's Statement of Values.

2. **Increased Cost of Pollutants**: **We** will pay no more than $25,000 for any loss to property covered by these Coverage Extensions if such loss is caused by contamination by any substance declared by an authorized governmental agency to be hazardous to health.



Copyright, 2018 Brotherhood Mutual Insurance Company
All Rights Reserved

The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the Declarations as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# ORGANIZATIONAL OPTIONAL THEFT COVERAGE

## AGREEMENT

**We** provide the following Additional Peril Coverage as indicated.

## ADDITIONAL PERIL COVERAGE PROVISIONS

1. **Additional Peril: We** cover **loss** by the peril of theft for the classification of property or type of theft listed below for which a coverage **limit** is shown on the **declarations**:

   a. **Theft of Money and Securities**;

   b. **Theft of Personal Property**;

   c. **Theft of Personal Property Excluding Money and Securities**;

   d. **Theft of Building Materials**;

   e. **Theft by Electronic Means; and**

   f. **Theft by Coercion.**

2. **Property of Others:** This Additional Peril Coverage also applies to **loss** of property of others that is of the same peril or classification as the peril or classification of property from the list above that is designated on the **declarations**, while such personal property is within the **premises** and is in **your** care and used for **your** benefit.

3. **Theft of Money and Securities Limitation:** This Additional Peril Coverage for **Theft of Money and Securities** applies only while the covered property is within the policy territorial limits and:

   a. located within the **premises;** or

   b. located within a night depository safe provided by a bank or trust company at its location for use by its customers; or

   c. in the care or custody of **your** duly authorized person.

4. **Theft of Building Materials Limitation:** This Additional Peril Coverage for **Theft of Building Materials** applies only while the covered property is within the policy territorial limits

## DEFINITIONS

The following additional definitions apply to coverage provided by this coverage form:

1. **Money** means:

   a. Currency, coin and bank notes in current use and having a face value;

   b. Personal and commercial checks and other similar negotiable instruments; and

   c. Travelers checks, register checks, scrip, and money orders.

   **Money** does not include **securities.**

2. **Premises** means the interior of:

   a. **your** building, at a location scheduled in this policy;

   b. the portion of any other building which is owned by or leased to **you** and is used exclusively for conducting **your** religious, educational, recreational or social activities, and


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved
Contains material from American Association of Insurance Services, Inc., with its permission.

c. any residence occupied by **your** clergy; but not including a chapel or mission which is not located at or adjacent to the location designated in the **declarations**, or any other building used in connection therewith.

3. **Securities** means all negotiable and non-negotiable instruments or contracts representing either money or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include **money**.

4. **Theft by Electronic Means** means any unauthorized electronic financial transfer depriving **you** of **your money** or **your securities** through the use of a computer, laptop, mobile device, telephone, or similar electronic device.

   This definition includes the unauthorized electronic financial transfer of **money** or **securities** of others that was originally electronically transmitted to your account prior to such an unauthorized transfer, but does not include **Theft by Coercion**.

5. **Theft by Coercion** means any transfer of **your** covered property by **your** employees or **your** leaders resulting from them either:

   a. being intentionally misled into making the transfer based on fraudulent information provided to them in a written or verbal communication claiming that there was express or implied authority of the insured to make the transfer; or

   b. making the transfer under duress to access electronic data that has been made inaccessible or unusable by a computer virus, malware, ransomware, or other types of similar malicious software.

   Any employee or leader who made an electronic financial transfer must have authority to make electronic financial transfers of **your money** or **securities**.

   This definition does not include **Theft by Electronic Means**.

6. **Theft of Building Materials** means theft of **your** building materials or supplies intended for use in, and to become a physical part of, new construction, or alteration, or repair, of the buildings covered under this policy.

   This definition includes building materials owned by others for which **you** have a contractual responsibility to insure.

7. **Theft of Personal Property** means theft of **your money** and your personal property otherwise covered, and theft, forgery, or alteration of **your securities**.

8. **Theft of Personal Property Excluding Money and Securities** means theft of **your** personal property, not including **money** and **securities**.

9. **Theft of Money and Securities** means theft of **your money,** or theft, forgery, or alteration of **your securities**.

## EXCLUSIONS

The following exclusions apply to coverage provided by this coverage form:

1. **We** do not cover loss:

   a. due to any fraudulent, dishonest or criminal act by **you** or **your** officer, employee, director, trustee or authorized representative thereof, while working or otherwise and whether acting alone or in collusion with others;

   b. of the contents of any alms box, poor box or similar receptacle;

   c. of manuscripts, books of account or records;

   d of property not owned by **you** from within the **premises**, except as provided herein;

   e. other than to a safe or vault, if such loss is caused by fire, whether or not such fire is caused by, contributed to, or arises out of the occurrence of a covered peril;

   f. due to delay, loss of market value, unexplained shortage or shortage disclosed by inventory;

   g. of property of an individual used exclusively in the maintenance of his home or living quarters at the **premises** or to damage to such home or living quarters unless **you** are legally liable;

   h. of property of any person who is a student, camper or registered guest at the **premises**; and


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved
Contains material from American Association of Insurance Services, Inc., with its permission.

i. by the unexplained disappearance of any property, **money**, or **securities**, or to loss by any shortage disclosed only by an inventory, unless such shortage is established as being due to theft; forgery or alterations.

## VALUATION OF PROPERTY LOSS

The limit of **our** liability for loss shall not exceed the lesser of the following:

1. The **limit** shown on the **declarations** for **Theft by Electronic Means, Theft by Coercion, Theft of Building Materials, Theft of Money and Securities**, **Theft of Personal Property**, or **Theft of Personal Property Excluding Money and Securities**;

   or

2. What it would cost at the time of loss to repair or replace the property with other property of like kind and quality;

   or

3. The valuation of the covered property as follows:

   a. **Money** is valued at its face value;

   b. **Securities** are valued at their actual cash value on the close of business on the business day preceding the day on which the loss was discovered; and

   c. Other Personal Property and Building Property is valued at its actual cash value on the business day preceding the day on which the loss is discovered, with a deduction for depreciation.

## LOSS PAYMENTS

The following provision applies to coverage provided by this coverage form:

1. **Our Options:** **We** may pay for any loss in **money** or may repair or replace the covered property. Any property so paid for or replaced shall become **our** property.

   For any losses to **money** or **securities**, if they were originally issued in a currency other than the United States dollar, any covered loss will be paid in an equivalent amount of United States dollars as determined by the rate of exchange at the close of business on the business day immediately preceding the day on which the loss is discovered.

2. **Property of Others:** **We** may settle any claim for lost property either with **you** or the owner thereof.

## HOW MUCH WE PAY

1. **Limit:** The applicable limit of coverage shown on the **declarations** for each classification of property or additional type of theft covered by this coverage form is the total limit of **our** liability with respect to all loss of covered property of one or more persons or organizations arising out of any one occurrence covered by this endorsement.

   The **limit** of insurance shown on the **declarations** for **Theft of Money and Securities** is tripled only during the period of 48 hours preceding, during, and 48 hours after:

   a. the days upon which are celebrated New Year's Day, Good Friday, Easter, Thanksgiving, Christmas Eve, Christmas and New Year's Eve; and

   b. if different from New Year's Eve, the day concluding **your** fiscal year, and the Sunday immediately preceding it; and any other days shown on the **declarations** as Triple Limits Days.

2. **Property of Others:** Subject to paragraphs 1. and 3. in this How Much We Pay section, for property of others covered by this form, **we** will pay no more than:

   a. $1,000 per occurrence for property covered by classifications of covered property or type of theft other than **Theft of Building Materials**, **Theft by Electronic Means**, or **Theft by Coercion**; or

   b. the coverage **limit** shown on the **declarations** for the **Theft of Building Materials** classification or the **Theft by Electronic Means** or **Theft by Coercion** type of theft.

3. **Deductible:** In any one occurrence, **we** pay only that part of **your** loss over the 'Deductible Amount' indicated for this coverage on the **declarations**.


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved
Contains material from American Association of Insurance Services, Inc., with its permission.

4. **Theft by Coercion – Annual Aggregate Limit:** The most **we** will pay for all losses caused by **Theft by Coercion** during each separate 12-month period, beginning on the month and date shown on the **declarations** as the beginning of the policy period, is the Annual Aggregate Limit shown on the **declarations** for the **Theft by Coercion** type of theft.

## WHAT YOU MUST DO IN CASE OF LOSS

The following provisions apply to coverage provided by this coverage form:

1. **Notice:** In case of loss, **you** must promptly notify **us** or **our** agent (in writing, if requested). **You** must notify the police if the loss is a result of a violation of a law. **You** must do whatever is necessary or requested to assist us in the discharge of our responsibilities.

2. **Records:** **You** must keep record of all **your** receipts and property in such manner that **we** can accurately determine the extent and amount of any loss.



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved
Contains material from American Association of Insurance Services, Inc., with its permission.

The property coverage provided by this policy is subject to the provisions shown below. The COMMERCIAL PROPERTY COVERAGE (BCP-100), the PERILS PART, and the BUILDING AND THE PERSONAL PROPERTY COVERAGE PART (BCP-12) also apply except to the extent modified by the provision of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# MINISTRY PERSONNEL DISHONESTY COVERAGE

## AGREEMENT

**We** provide the following additional peril coverage when Personnel Dishonesty Coverage is shown on the **declarations**.

## ADDITIONAL PERIL COVERAGE

### PERSONNEL DISHONESTY COVERAGE

**We** will pay for loss of **covered property** to which this coverage applies if the loss is caused directly by the **dishonest activity** of **your personnel**, but only for loss which occurs during the **coverage period** as defined herein.

## DEFINITIONS

The following definitions apply only to the additional peril coverage of this endorsement.

1. **Coverage period** means the **date of loss**, and either:

   a. the three (3) year period immediately preceding the **date of loss**; or

   b. the time period from when **we** first provided personnel dishonesty coverage of any kind to **you** until the **date of loss**,

   whichever represents the shorter period of time.

2. **Covered property** means only **your money**, **your securities**, and **your** covered personal property. Covered personal property includes only the personal property that is covered by another property form of this policy.

3. **Date of discovery** means the date on which **you** or any of **your** organizational leaders (other than a leader alleged to have engaged in **dishonest activity**) first become aware of facts which would lead a reasonable person to conclude that **you** have sustained a loss of **covered property** as the result of **dishonest activity.**

4. **Date of loss** means the earlier of:

   a. the date of the last fraudulent or dishonest act by any of **your personnel** which results in any loss of **your covered property**; or

   b. the last day that **we** provide any personnel dishonesty coverage of any kind to **you**.

   Such date will be considered the **date of loss**, even if the **dishonest activity** or resulting loss occurs over time, or consists of multiple acts, omissions, decisions, incidents, events or breaches of duty.

5. **Dishonest activity** means only fraudulent or dishonest acts committed by **your personnel**, whether identified or not, acting alone or in collusion with other persons, with the manifest intent:

   a. to cause **you** to sustain a loss; and

   b. to obtain a benefit for themselves or for another person or organization other than **you**.

   More than one similar or related acts, omissions, decisions, incidents, events or breaches of duty undertaken by the same


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved

Contains material from American Association of Insurance Services, Inc., with his permission.

person or persons will be considered a single incident of **dishonest activity**.

6. **Employee benefit plan** means any employee welfare or pension benefit plan, whether subject to the provisions of the Employee Retirement Income Security Act (ERISA) or otherwise.

7. **Leader** means a person while serving as a member of **your** governing board, or **your** administrator, director, officer or trustee, but only if acting on **your** behalf and within the scope of their delegated authority as such.

8. **Money** means:

   a. currency, coin and bank notes in current use and having a face value;

   b. personal or commercial checks and other similar negotiable instruments; and

   c. travelers checks, register checks, scrip, and money orders held for sale to the public.

   **Money** does not include **securities.**

9. **Personnel** means a person:

   a. who is employed by **you**; or

   b. who has been authorized by **you** to collect, handle, maintain, hold, protect, or transfer, **your covered property**.

   **Personnel** does not include any agent, broker, contractor, commission merchant, consignee, independent contractor, or representative of the same general character; or any director or trustee, except while that person is performing acts falling within the scope of the usual duties of **your personnel**.

   Any person who is **your personnel** is considered **your personnel** for 30 days after termination of the person's service to **you.**

10. **Securities** means all negotiable and non-negotiable instruments or contracts representing either money or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include **money**.

## EXCLUSIONS

The following exclusions apply only to the additional peril coverage of this endorsement.

1. **We** will not pay for any loss if:

   a. the loss is caused by any of **your personnel** for whom similar prior insurance has been canceled;

   b. the loss is not documented, is speculative in nature, or is based in whole or in part on an estimate of contribution receipts or other income;

   c. the loss is incurred prior to the date on which this coverage becomes effective or after this coverage terminates;

   d. the loss is incurred prior to or subsequent to the **coverage period**; or

   e. **you** or **your** organizational leaders fail to comply with all of the terms, conditions and requirements of this endorsement.

2. **We** will not pay for any loss caused by **your personnel**:

   a. after the **date of discovery** relating to dishonest activity of such **personnel**;

   b. if, prior to the loss, **you** or any of **your** leaders were aware such **personnel** had previously engaged in any dishonest or fraudulent acts to obtain a benefit for themselves or for another person or organization, whether before or after becoming associated with **your** organization; or

   c. if, prior to a loss, **we** have notified you by mailing such notice to **you** at the last mailing address known to **us**, that **we** will not cover future loss caused by **dishonest acts** of any individually named **personnel**.

3. **We** will not pay for any direct or indirect expenses or costs incurred by or charged to **you** in relation to efforts to identify or prove the amount of the loss of **your covered property**.



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved

Contains material from American Association of Insurance Services, Inc., with its permission.

4. **We** will not pay for any loss to **your employee benefit plans**.

5. **We** do not pay for any fines, fees, or penalties assessed against **you** in relation to a loss.

## WHAT MUST BE DONE IN CASE OF LOSS

If a loss occurs which may potentially be covered by this endorsement, **you** or **your** organizational leaders, as of **the date of discovery**, must do the following:

1. take immediate steps to avoid further loss;
2. within thirty (30) days, notify **us** or **our** representative of the loss;
3. within forty-five (45) days, notify law enforcement authorities of the loss and provide the name of any persons suspected of causing the loss;
4. promptly provide all documents requested by **us** to evaluate the existence of and amount of the loss;
5. cooperate fully with law enforcement authorities and prosecutors in investigating and prosecuting persons in relation to the loss; and
6. cooperate fully with **us** in performing all acts required by this endorsement and by the policy.

## HOW MUCH WE PAY

The following provisions apply only to the additional peril coverage of this endorsement.

1. **Limit:** The **limit** shown in the **declarations** for personnel dishonesty coverage is the most **we** will pay for loss under this additional peril coverage, even if the loss occurs over time, occurs during multiple policy periods, or results from multiple acts, omissions, decisions, incidents, events, or breaches of duty by **your personnel**, whether acting alone or in collusion with others. The coverage **limit** in effect on the **date of loss** will apply to such loss. **We** will pay no more than the actual loss sustained by **you** during the **coverage period**.

2. **Other Insurance Plans:** The coverage provided by this endorsement is excess over all other insurance or loss reimbursement plans, even if such insurance or plans are stated to be secondary, excess or contingent, or have coverage available that is not elected to be used.

3. **Documentation Costs: We** will not pay for any cost that may be incurred by **you** in order to document **your** loss.

## CONDITIONS

The following provisions apply only to the additional peril coverage of this endorsement.

1. **Records: You** must maintain and provide to **us** documentation of any loss which may potentially be covered by this endorsement. **You** must also provide **us** with any other documents or records that **we** may request to determine whether a loss has occurred or the amount of such loss.

2. **Recoveries and Subrogation:** If **we** pay for a loss under this policy and **you** have a right to recover damages related to such loss from a third party, **we** shall be subrogated to that right. This means that **we** can assert **your** rights to recover damages against third parties up to the amount **we** paid under this policy. **You** shall do whatever is necessary to assist **us** in exercising such subrogation rights and shall do nothing to impair those rights.

   **You** expressly waive the made whole doctrine, which means **we** can pursue subrogation recovery against third parties regardless of whether **you** have been made whole for **your** losses.

   If **we** make a payment under this policy, and **you** recover damages from any third parties, **you** shall hold in trust for **us** those damages proceeds. If the claim paid is less than the agreed loss due to a deductible or other limiting **term** of this policy, any recovery is pro-rated between **you** and **us** based on **our** respective


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved

Contains material from American Association of Insurance Services, Inc., with its permission.

interest in the loss.

If **we** pay **you** for a loss covered under **this** policy, and the lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

a. **You** must notify **us** promptly if **you** recover property or receive payment.

b. **We** must notify **you** promptly if **we** recover property or receive payment.

c. Any recovery expenses incurred by either **you** or **us** are reimbursed first.

d. **You** may keep the recovered property but **you** must refund to **us** the amount of the claim paid, or any lesser amount to which **we** agree.

**We** will not be liable for any payment under the additional peril coverage herein if **you** or any of **your** organizational leaders (other than a leader alleged to have engaged in **dishonest activity**) have impaired **our** right to make recovery or have in any way waived **our** right to recover before or after a loss. This Recoveries and Subrogation provision expressly supersedes the Recoveries and Subrogation provision in the Commercial Property Coverage Conditions (BCP-100).

3. **Applicable Provisions:** With respect to any policies and related forms or endorsements issued by **us** to **you**, only the forms, endorsements and **limits** that are in effect on the **date of loss** will govern coverage for such loss.

4. **Discovery Date - Coverage Extension:** If the **Date of Discovery** is within one (1) year after the end of the policy period to which this coverage applies, and if **you** are not insured for loss with **us** on the **date of discovery**, then the additional peril coverage herein may be applied to that portion of the loss covered during the **coverage period**.

   Nothing in this coverage extension will act to increase **our** limit of coverage, or to in any way modify any of the exclusions, conditions or other terms of this endorsement or this policy.



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved



Contains material from American Association of Insurance Services, Inc., with its permission.

The property coverage provided by this policy is subject to the provisions shown below. The COMMERCIAL PROPERTY COVERAGE (BCP-100), the PERILS PART, and the BUILDING AND THE PERSONAL PROPERTY COVERAGE PART (BCP-12) also apply except to the extent modified by the provision of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# EARNINGS AND DONATIONS AND EXTRA EXPENSE COVERAGE PART

## AGREEMENT

**We** agree to provide one or more of the Coverage Options listed below when a **limit** is shown on the **declarations** for the options. If a **limit** is shown for more than one of the Coverage Options, the provisions of the Commercial Property Coverage apply separately to each Coverage Option.

## COVERAGE OPTIONS

**We** provide the following Coverage Options for which a **limit** of coverage is shown on the **declarations.** These coverages are provided during the **restoration period** when **your** operations are necessarily interrupted by a peril covered under this Coverage Part.

### EARNINGS AND DONATIONS

**We** cover the actual loss of **your earnings** and **your donation income** that **you** sustain, including, but not limited to, **your tuition earnings**, **camp earnings**, and **rental earnings/value.** This coverage includes, but is not limited to, the actual loss that **you** sustain of **your** payroll and other continuing expenses that **you** normally incur during the course of **your** operations. **We** cover only the expenses that are necessary during the **restoration period**.

When loss to **your earnings** and **your donation income**, which are covered by the preceding paragraph, exceeds the **limit** of insurance shown on the **declarations** for this coverage, **you** may extend any remaining **limit** of **your** Extra Expense coverage to cover **your** remaining loss of **your earnings** and **your donation income**.

### EXTRA EXPENSE

**We** cover the necessary extra expenses that **you** incur to resume or continue **your** operations as nearly as practicable. **We** cover only the extra expenses that are necessary during the **restoration period**. **We** cover extra expenses **you** incur to repair, replace, or restore any property, but only to the extent that they reduce the loss otherwise payable under this Coverage Part. **We** also cover extra expenses incurred by **you** to research, replace, or restore information on damaged valuable papers and records, but only to the extent that they reduce the loss otherwise payable under this Coverage Part.

When **your** extra expenses, which are covered by the preceding paragraph, exceed the **limit** of insurance shown on the **declarations** for this coverage, **you** may extend any remaining **limit** of **your** Earnings and Donations coverage to cover **your** remaining extra expenses.

## PERILS COVERED

The following perils are covered under this Coverage Part.

1. **Covered Perils:** This includes direct physical loss to real or personal property located at premises described on the **declarations** or in the open (or in vehicles) within 100 feet thereof, which loss is caused by a peril covered by:

   **a.** the Perils Part shown on the **declarations** for this Coverage Part; or

   b. any other peril covered by this policy, with the exception of the Water Damage Coverage Part (BCP-25, BCP-26, or BCP-27).

2. **Interruption by Civil Authority:** This includes loss caused by order, directive, or executive action of a civil authority that prohibits **your** employees or volunteers from accessing premises described on the **declarations.** This order must be a result of direct physical loss to property (other than property located at the described premises) caused by a covered peril. Coverage for this peril will only apply in the event that such order of a civil authority results


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission

in the complete interruption of your operations. This coverage will only apply for the shortest of the following periods:

a. the date of the inception of the civil authority's order until 14 days following the revocation of the order;

b. 60 days following the inception of the civil authority's order;

c. the date **you** could reasonably resume **your** operations with no loss of **earnings** or **donation income** resulting from the civil authority's order; or

d. the date when you formally discontinue your operations which were interrupted by the civil authority's order.

Direct physical loss to property does not include the direct or indirect effect of any virus, bacterium, microorganism or other infectious agent on any property, nor any government action or directive related in any manner to human illness or communicable disease.

3. **Utility Failure:** This includes loss caused by interruption of power or other utility services resulting from any cause if the interruption takes place away from the premises described on the **declarations**. Interruption includes reduced or increased voltage, low or high pressure, loss of internet services, or other interruptions of normal services.

4. **Food Contamination:** This includes loss caused by the contamination of **your** food located at premises described on the **declarations**.

5. **Temporary Emergency Coordination/Shelter Operations:** This includes loss caused by **your** inability to use **your** buildings and structures described on the **declarations** as a direct result of the inception during the policy period of **your temporary emergency coordination operations** or **your temporary shelter operations**.

## ADDITIONAL DEFINITIONS

The following provisions apply to coverage provided by this Coverage Part:

1. **Actual Monthly Donation** means the total amount of all voluntary **donation income** that is contributed to **your** institution during each consecutive **monthly giving period** commencing after a covered loss has occurred.

2. **Average Monthly Donation** means all **donation income** that is contributed to **your** institution during the twelve-month period immediately preceding a covered loss, divided by twelve.

3. **Camp Earnings** means the sum of camper fees and other income from camp operations, less the cost of conducting the camp operations that is not necessary during the period of time that such operations are not being conducted as a result of loss by a covered peril. **Camp earnings** does not include **rental earnings/value** or **tuition earnings.**

4. **Difference in giving** means the difference between **your average monthly donation** during the twelve months prior to the date of loss and **your actual monthly donation** after the date of loss.

5. **Donation Income** means voluntary contributions of **money** for which no goods or services have been provided in return.

6. **Earnings** means net profit, after operating expenses, before any applicable income taxes, gained from:

   a. the provision of goods or services;

   b. **donation income** or other private charitable funds provided to **you**; or

   c. governmental aid programs.

7. **Money** means:

   a. currency, coins and bank notes in current use and having a face value;

   b. personal and commercial checks and other similar negotiable instruments; and

   c. travelers checks, register checks, scrip, and money orders.

8. **Monthly Giving Period** means the one-month period(s) used to determine your **actual monthly donation.**

9. **Rental Earnings/Value** means **your** actual loss


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

of:

a. rental income of the described premises as furnished or equipped less any expenses that do not continue;

b. the rental value of any part of the described premises that **you** occupy less any expenses that do not continue; and

c. other charges for which a tenant is legally obligated and for which **you** would otherwise be obligated.

**Rental earnings/value** does not include **camp earnings**, or **tuition earnings**.

10. **Restoration Period** means the period of time it should reasonably take to resume **your** operations following a loss by a covered peril. The period of time covered by the **restoration period** will vary based upon the type of coverage applicable to a loss.

    a. **Earnings and Donations:** For losses covered by Earnings and Donations coverage, the **restoration period** will begin immediately following the inception of the loss or damage causing the interruption in **your** operations for which coverage is sought under this Coverage Part, and will conclude at the earlier of:

        i. the date the property that incurred the loss is rebuilt, repaired, or replaced;

        ii. the date **you** could reasonably resume **your** operations with no loss of **earnings** or **donation income** resulting from such loss or damage; or

        iii. the date when you formally discontinue your operations which were interrupted by loss or damage.

    b. **Extra Expense:** For losses covered by Extra Expense, the **restoration period** will begin immediately following the inception of the loss or damage causing the interruption in **your** operations for which coverage is sought under this Coverage Part, and will conclude at the earliest of:

        i. the date the property that incurred the loss is rebuilt, repaired, or replaced;

        ii. the date **you** could reasonably resume **your** operations in a permanent location; or

        iii. the date when you formally discontinue your operations which were interrupted by loss or damage.

    This **restoration period** does not include any increase in time due to the enforcement of any ordinance, law, or decree that regulates or requires:

    a. the construction, use, repair, or demolition of any property; or

    b. the testing, evaluating, observing, or recording the existence, level, or effects of **pollutants**.

    The **restoration period** is not limited by the expiration date of the policy.

11. **Tuition Earnings** means the sum of tuition fees and other income from educational or child care operations, less the cost of conducting such educational or child care operations that is not necessary during the period of time that such operations are not being conducted as a result of loss by a covered peril. **Tuition earnings** does not include **camp earnings** or **rental earnings/value**.

## EXCLUSIONS AND LIMITATIONS

The following provisions apply to coverage provided by this Coverage Part:

1. **Electronic Information: We** do not cover loss caused by damage to, loss of, or inability to access electronic information beyond:

    a. 60 consecutive days from the date of loss; or

    b. the time from the date of loss until the date **you** could reasonably rebuild, repair, or replace other damaged property at the described premises caused by the same occurrence,

    whichever is greater.

    Electronic information is media, programs, or records for electronic data processing or electronically controlled equipment including films, tapes, discs, drums, or cells.


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

This exclusion does not apply if the Computer Coverage form (BIM-7201) is endorsed to this policy.

2. **Finished Stock: We** do not cover loss of earnings caused by loss to stock manufactured by **you** which is ready to pack, ship, or sell. This does not apply to stock manufactured for retail outlets that **you** own.

3. **Leases, Licenses, Contracts, or Orders: We** do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders. However, **we** do cover loss during the **restoration period** if the suspension, lapse, or cancellation results directly from the interruption of **your** operations.

4. **Strikes, Protests, and Other Interference: We** do not cover any increase in loss due to interference by strikers or other persons at the described premises. This applies to interference with rebuilding, repairing, or replacing the property or with resuming **your** operations.

5. **Unnecessary Expenses: We** do not cover any expenses that are not necessary during the **restoration period.**

## ADDITIONAL COVERAGES

The following provisions apply to coverage provided by this Coverage Part:

1. **Extra Expense for Weather Related Cancellations of Scheduled Events: You** may extend **your** coverage for Extra Expense, for which a **limit** is shown on the **declarations**, for a total of up to $25,000 for any one occurrence to cover expenses **you** legally incur as a direct result of cancellation by **you** of **your** scheduled event. This extension of coverage will only apply if such cancellation is caused directly by the occurrence of severe weather at the location of **your** scheduled event.

2. **Alterations and New Buildings: We** extend **your** coverage for Earnings and Donations and Extra Expense to include loss caused by damage to the following types of property at premises described on the **declarations**, caused by a peril covered by the Perils Part shown on the **declarations** for this Coverage Part:

   a. additions or alterations;

   b. new buildings or structures, completed or under construction; and

   c. machinery, equipment, supplies, or building materials located on or within 100 feet of the described premises used in the construction, alterations, or additions; or incidental to the occupancy of new buildings or structures.

   If such a loss delays the start of **your** operations, the **restoration period** starts from the time **your** operations would have begun had no loss occurred. This does not increase the **limit**.

## WHAT MUST BE DONE IN CASE OF LOSS

The following provisions apply to coverage provided by this Coverage Part:

1. **Notice:** In case of a loss, **you** must:

   a. give **us** or **our** agent prompt notice including a description of the property involved (**we** may request written notice); and
   b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property: You** must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. **We** pay the reasonable costs incurred by **you** for necessary repairs or emergency measures performed solely to protect covered property from further damage by a covered peril if a covered peril has already caused a loss to covered property. However, **we** do not pay for such repairs or emergency measures performed on property which has not been damaged by a covered peril. This does not increase **our limit**.

3. **Proof of Loss: You** must send **us**, within 60 days after **our** request, a signed, sworn proof of loss. This must include the time, place, and circumstances of the loss, and other information **we** request to investigate the loss.

4. **Examination Under Oath: You** must submit to examination under oath in matters connected with the loss as often as **we** reasonably request and give **us** sworn statements of the answers. If more than one person is examined, **we** have the right to examine and receive statements


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

separately and not in the presence of others.

5. **Records: You** must produce records, including tax returns and bank microfilms of all cancelled checks, relating to value, loss and expense and permit copies and extracts to be made of them as often as we reasonably request.

6. **Damaged Property: You** must exhibit the damaged and undamaged property as often as **we** reasonably request and allow **us** to inspect or take samples of the property.

7. **Cooperation: You** must cooperate in performing all acts required by the Commercial Property Coverage.

8. **Intent to Continue Operations:** If **you** intend to continue **your** operations, **you** must resume all or part of **your** operations as soon as possible.

## VALUATION

The following provisions apply to coverage provided by this Coverage Part:

1. In determining a loss, **we** consider the experience of **your** business before the loss and the probable experience had no loss occurred.

2. The salvage value of any property bought for temporary use shall be deducted from the amount of loss determined to apply for Extra Expense.

3. **We** do not pay for any increase in loss due to **your** failure to use reasonable efforts to resume all or part of **your** operations. This includes making use of other locations and property to reduce the loss.

4. If **your** operations are not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume **your** operations as soon as possible.

## HOW MUCH WE PAY

The following provisions apply to coverage provided by this Coverage Part:

1. **Limit: We** pay no more than the **limit** shown on the **declarations** for the Coverage Options provided by this Coverage Part.

2. **Limit for Additional Policy Perils:** For covered losses caused by any perils other than the following:

   a. the perils listed in the Perils Part shown on the **declarations** for this Coverage Part;

   b. Interruption by Civil Authority;

   c. Utility Failure; and

   d. Food Contamination,

   **we** will pay no more than the lesser of:

   a. the **limit** determined under the Limit provision in this How Much We Pay section, or

   b. the **limit** specifically shown on the **declarations** or in a policy form which provides coverage for perils not listed above.

3. **Donation Income Losses:** For losses of **your donation income**, if a covered cause of loss occurs, and such loss causes **your actual monthly donation** to fall below **your average monthly donation**, then **we** will pay the lesser of:

   a. an amount equal to the **difference in giving** for each applicable **monthly giving period** in which such **difference in giving** occurs; or

   b. the **limit** determined under the Limit provision in this How Much We Pay section.

   If the **restoration period** for **your** loss spans multiple **monthly giving periods**, and **you** do not sustain a **difference in giving** during one or more of these **monthly giving periods**, **we** will pay no more than the net loss of **your donation income** during the **restoration period. We** may make provisional payments for **your loss** of **donation income** during the course of the **restoration period**.

4. **Insurance Under More Than One Coverage:** If more than one coverage of this policy insures the same loss, **we** pay no more than the actual claim or loss sustained.

5. **Insurance Under More Than One Policy: You**


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

may have another policy subject to the same plan, **terms**, conditions, and provisions as this policy. If **you** do, **we** pay **our** share of the covered loss. **Our** share is the proportion that the applicable **limit** under this policy bears to the **limit** of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, **we** pay only for the amount of covered loss in excess of the amount due from that other policy, whether **you** can collect on it or not. But **we** do not pay more than the applicable **limit**.


Copyright 2020, Brotherhood Mutual Insurance Company
Contains material from American Association of Insurance Services, Inc., with its permission.

The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the Declarations as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

This policy provides no flood/water damage coverage of any kind other than the limited flood/water damage coverage conveyed herein. The applicable water damage limit provided herein represents the most we will pay for all water damage/flood loss, regardless of the amount of actual loss or damage sustained. More expansive flood coverage is available from the federal government, and it's your responsibility to decide whether you wish to protect your property from flood and water damage through this federal government program.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# WATER DAMAGE - FLOOD, BACKUP, AND SUBSURFACE
## - $10,000 Coverage Limit -

## AGREEMENT

**We** provide the following additional coverages when CP-83, Broad Perils Part or BCP-85, Special Perils Part applies.

## PERILS COVERED

ADDITIONAL PERILS COVERAGE

**We** provide the following perils coverages which are subject to the policy deductible.

## WATER DAMAGE

**Water Damage**: **We** cover up to a maximum of $10,000 for direct loss to covered property caused by water damage, and the necessary clean-up of resulting mold, mildew, rot or fungi, from the following sources:

1. flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

2. water that backs up through, overflows from, or is otherwise discharged from:

   a. a sewer or drain;

   b. a sump, sump pump, or related equipment; or

   c. any other type of system designed to remove subsurface water which is drained from the foundation area;

3. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

   a. basements, whether paved or not;

   b. doors, windows, or other openings;

   c. foundations, floors, walls, or paved surfaces; or

   d. swimming pools, septic tanks, or other structures; or

4. material present in or otherwise moved by water described in items 1. through 3. above.

unless such damage is caused by or associated with any negligence of any insured.

This coverage is excess over any other coverage provided by any other policy that covers water damage (including, but not limited to, a policy or program provided by the National Flood Insurance Program), except for coverage for sewer and drain back-up that is provided by Sewer and Drain Back-up Extension (BCP-135), if such coverage is properly designated in the **declarations** of this policy.

The $10,000 limit is the maximum payment for any loss involving or related to water damage as described above.


Copyright 2017, Brotherhood Mutual Insurance Company
All Rights Reserved

The Water exclusions in the CP-83, Broad Perils Part, or the BCP-85, Special Perils Part are deleted to the extent that coverage is granted by this additional peril.


Copyright 2017, Brotherhood Mutual Insurance Company
All Rights Reserved

46M5A0371824

The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the Declarations as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

**- PLEASE READ THIS CAREFULLY -**

# SEWER AND DRAIN BACK-UP EXTENSION

## SCHEDULE

(The information required below may be shown on a separate schedule and/or supplemental **declarations**.)

| Loc. No. | Bldg. No. | Description of Property | Limit |
|---|---|---|---|
| | | | |

## AGREEMENT

**We** provide the following additional coverages when:

a. **CP-83**, Broad Perils Part or **BCP-85**, Special Perils Part applies; and

b. **BCP-25, BCP-26, or BCP-27,** Water Damage Coverage Part also applies.

## PERILS COVERED

ADDITIONAL PERILS COVERAGE

**We** provide the following perils coverage, which is subject to the policy deductible.

## SEWER AND DRAIN BACK-UP EXTENSION

**Sewer and Drain Back-up** - **We** will pay up to the **limit** shown on the Schedule above for the covered property, for direct loss to covered property caused by water that backs up through sewers or drains.

## EXCLUSIONS

Coverage provided by this endorsement does not apply if water backs up through sewers or drains and is caused by or associated with:

1. the negligence of any insured;

2. flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

3. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

   a. basements, whether paved or not;

   b. doors, windows, or other openings;

   c. foundations, floors, walls, or paved surfaces; or

   d. swimming pools, septic tanks, or other structures; or

4. material present in or otherwise moved by water described in items 2. and 3. above.


Copyright 2015, Brotherhood Mutual Insurance Company
All Rights Reserved

These exclusions:

1. apply whether the water or the material described or moved by water described under items 2. through 4. above, results from or is caused by human or animal forces or an act of nature; and

2. apply to, but are not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

   a. overtops;

   b. escapes from;

   c. is released from; or

   d. is otherwise discharged from:

   a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

However, if fire, explosion, or sprinkler leakage (if any of these are covered perils) results, **we** do cover the resulting loss.

The Water exclusions in the **CP-83**, **Broad Perils Part**, or the **BCP-85, Special Perils Part** are deleted to the extent that coverage is granted by this coverage extension.

## HOW MUCH WE PAY

The coverage granted by this extension is excess over coverage for sewer and drain back-up that is provided by a Water Damage Coverage Part (**BCP-25, BCP-26, or BCP-27**). The most **we** will pay for a loss covered by the applicable Water Damage Coverage Part and the coverage provided by this extension of coverage is the **limit** shown on the Schedule above for the covered property, except for damage related to mold, mildew, rot, or fungi then the most **we** will pay is $10,000.



Copyright 2015, Brotherhood Mutual Insurance Company
All Rights Reserved

The property coverage provided by this Policy is subject to the provision shown below. The terms and conditions of the Policy to which the Endorsement is attached shall apply except to the extent modified by the provisions of this Endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# SYSTEMS / EQUIPMENT BREAKDOWN COVERAGE

## AGREEMENT

**We** agree to provide the following additional insurance for loss to **covered property** caused by a **breakdown** to **covered equipment**.

## DEFINITIONS

As respects coverage provided under this Endorsement only, the following Definitions are added:

1. For purposes of this property coverage, the words **you** and **your** mean the persons or organizations shown as the Named Insured on the **declarations**.

2. The words **we** and **our** mean the company providing this Systems/Equipment Breakdown Coverage.

3. **Breakdown** means the following direct physical loss, that causes physical damage to **covered equipment** and necessitates its repair or replacement;

   a. failure of pressure or vacuum equipment; or

   b. mechanical failure including rupture or bursting caused by centrifugal force; or

   c. electrical failure including arcing;

   unless such loss or damage is otherwise excluded within this Policy or any Endorsement forming a part of this Policy.

   **Breakdown** does not mean or include:

   a. cracking of any part on an internal combustion gas turbine exposed to the products of combustion;

   b. damage to any structure or foundation supporting the **covered equipment** or any of its parts;

   c. damage to any vacuum tube, gas tube, or brush;

   d. defects, erasures, errors, limitations or viruses in **computer equipment**, **data**, **media** and/or programs including the inability to recognize and process any date or time or provide instructions to **covered equipment**. However, if a **breakdown** ensues, **we** will pay the ensuing loss or damage not otherwise excluded;

   e. functioning of any safety or protective device;

   f. leakage at any valve, fitting, shaft seal, gland packing, joint or connection; or

   g. malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification.

4. **Computer equipment** means **your** programmable electronic equipment that is used to store, retrieve and process **data**; and associated peripheral equipment that provides communication including input and output functions such as printing or auxiliary functions such as data transmission. It does not include **media** or **data**.

5. **Covered equipment**

   a. **Covered equipment** means any:

      (1) equipment designed and built to operate under internal pressure or vacuum other than weight of contents;

      (2) electrical or mechanical equipment that is used in the generation, transmission or

 Copyright 2015. Brotherhood Mutual Insurance Company 

utilization of energy;

(3) communication equipment and **computer equipment**; or

(4) fiber optic cable.

b. **Covered equipment** includes metal heat exchangers of hot air heating units. For any boiler or fired vessel, the firebox of the **covered equipment** and the gas passages from there to the atmosphere will be considered as outside the **covered equipment**.

c. **Covered equipment** does not mean any:

(1) astronomical telescope, cyclotron used for other than medical purposes, nuclear reactor, particle accelerator used for other than medical purposes, satellites and/or spacecraft (including satellite or spacecraft contents and/or their launch sites);

(2) catalysts;

(3) dragline, power shovel, excavation or construction equipment including any **covered equipment** mounted on or used solely with any dragline, power shovel, excavation or construction equipment;

(4) equipment or any part of equipment manufactured by **you** for sale;

(5) felt, wire, screen, mold, form, pattern, die, extrusion plate, swing hammer, grinding disc, cutting blade, non-electrical cable, chain, belt, rope, clutch plate, brake pad, non-metal part or any part or tool subject to periodic replacement;

(6) firebox, combustion chamber or flue;

(7) insulating or refractory material;

(8) **media**;

(9) non-metallic pressure or vacuum equipment, unless it is constructed and used in accordance with the American Society of Mechanical Engineers (A.S.M.E.) code or a Code that has been accepted by the National Board of Boiler and Pressure Vessel Inspectors;

(10) part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

(11) **power generating equipment**;

(12) pressure vessels and piping that are buried below ground and require the excavation of materials to inspect, remove, repair or replace;

(13) structure, foundation, cabinet or compartment supporting or containing the **covered equipment** or part of the **covered equipment** including penstock, draft tube or well casing;

(14) vehicle, aircraft, self-propelled equipment or floating vessel, including any **covered equipment** mounted on or used solely with **any** vehicle, aircraft, self-propelled equipment or floating vessel.

6. As used in the Endorsement, **covered property** means any building, structure or personal property that **you:**

a. own;

b. is in **your** care, custody or control and for which **you** are legally liable; or

c. for which **you** are required to provide insurance;

as covered elsewhere in this Policy.

7. **Data** means programmed and recorded material stored on **media** and programming records used for electronic data processing, or electronically controlled equipment.

8. **Fungus** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

9. **Hazardous substance** means any substance, other than ammonia, that has been declared to be hazardous to health by a governmental agency.

10. **Media** means electronic data processing or

 Copyright 2015. Brotherhood Mutual Insurance Company 

storage material such as films, tapes, discs, drums or cells.

11. **One breakdown** means if an initial **breakdown** causes other breakdowns, all will be considered **one breakdown**.

    All **breakdowns** at any one location that manifest themselves at the same time and are the result of the same cause will be considered **one breakdown**. If an initial **breakdown** causes other **breakdowns**, all will be considered **one breakdown**.

12. **Perishable goods** means **covered property** maintained under controlled conditions for its preservation that is susceptible to loss or damage if the controlled conditions change.

13. **Power generating equipment** means any pressure, mechanical or electrical equipment, machinery, apparatus used in, or associated with, the generation of electric power; but it does not include emergency power generating equipment less than or equal to 1000 kw capacity.

14. **Specified Perils.** When this Endorsement forms a part of the Policy, **breakdown** to **covered equipment** is understood to be included in the Definition of **specified perils** found elsewhere in this Policy.

## COVERAGE

As respects coverage provided under this Policy, the following coverage is added:

1. **Systems / Equipment Breakdown Protection.**
   **We** will pay for direct physical damage caused by a **breakdown** to **covered property** for which a **limit** is shown on the **declarations**.

   Except as limited herein, the most **we** will pay is the applicable **limit** on the **declarations**.

2. **Coverage Extensions.**
   As respects coverage provided under this Endorsement only, the following are added:

   a. Additional Coverages as may be found elsewhere in this Policy shall extend to loss or damage resulting from a **breakdown** to **covered equipment**, except as modified in b. below.

   b. With regard to coverage provided under this Endorsement only, insurance is extended for the following Additional Coverages:

      (1) **Business Income and Extra Expense.**
      **We** will also pay **your** actual losses or expenses as insured under loss of business income coverage and/or extra expense coverage extensions if selected for coverage elsewhere in the Policy when such loss or expense results from a **breakdown** to **covered equipment**.

      (2) **Drying Out.**
      If covered electrical equipment requires drying out as a result of flood, **we** will pay for direct expenses of such drying out. This coverage does not include the cost to replace such equipment or any other loss, damage or expense that results directly or indirectly from flood.

      (3) **Electrical Surge or Electrical Disturbance.**

         (a) Subject to the following qualification provisions, and to applicable exclusion and exclusion-exception provisions in the Exclusions section, **we** will extend **breakdown** coverage for any loss or damage due to an electrical surge or other electrical disturbance at a location indicated in the **declarations**:
            (i) caused by an incident occurring away from any location described on the **declarations** that would have been covered as a Property loss under the applicable peril-form had the incident occurred at a location indicated in the **declarations**; or
            (ii) caused from an originating source, whether or not at a location indicated in the **declarations**.

         (b) Such electrical surge or electrical disturbance must have

            (i) been transmitted through utility service transmission line(s) to a location indicated in the **declarations**;

            (ii) resulted in a **breakdown** to

 Copyright 2015. Brotherhood Mutual Insurance Company 

**covered equipment** that is **covered property**; and

(iii) such loss or damage is not covered elsewhere in this Policy.

(4) **Expediting Expense.**
With respect to **your** damaged **covered property**, **we** will pay the reasonable extra cost to:

(a) make temporary repairs; and

(b) expedite permanent repairs or permanent replacement.

(5) **Fungus, Mold, Dry Rot and Wet Rot.**

(a) **With respect to coverage provided under this endorsement, we** will pay for loss or damage by **fungus**, wet or dry rot only when the **fungus**, wet or dry rot is the direct result of a **breakdown** to **covered equipment** that occurs during the Policy period. As used in this Coverage Extension, the term loss or damage means direct physical loss to **covered property** caused by **fungus**, wet or dry rot including the cost:

(i) to treat, contain or remove **fungus**, wet or dry rot;

(ii) to dispose of **fungus**, wet or dry rot;

(iii) to tear out and replace any **covered property** as needed to gain access to **fungus**, wet or dry rot;

(iv) of testing performed after removal, repair, replacement or restoration of the damaged property is completed provided there is a reason to believe that **fungus**, wet or dry rot is present.

(b) **We** will also pay **your** actual losses or expenses as insured under loss of business income coverage and/or extra expense coverage extensions if selected for coverage elsewhere in the Policy when such loss or expense results loss as covered under 2.b.(5)(a) above resulting from a **breakdown** to **covered equipment**.

(c) The maximum **we** will pay for coverage under this extension will be $25,000.

(6) **Hazardous Substance.**
With regard to coverage provided under this Endorsement only, insurance for Pollutant Clean-Up and Removal expenses as may be found elsewhere in this Policy is deleted and replaced with the following.

If **covered property** is damaged, contaminated or polluted by a **hazardous substance** as a direct result of a **breakdown** to **covered equipment**, **we** will pay for any **additional expenses** incurred by **you** for clean-up, repair, replacement or disposal of that property. The maximum **we** will pay for coverage under this extension will be $100,000.

For this Coverage Extension, **additional expenses** means the additional cost incurred over and above the amount that **we** would have paid had no **hazardous substance** been involved with the loss. Ammonia is not considered to be a **hazardous substance** as respects this extension.

(7) **Media** or **Data Coverage.**
If **media** is damaged, or **data** is lost or corrupted, as a direct result of a **breakdown** to **covered equipment**, insurance as may be provided under Coverage Extensions 2.b.(1) above, is extended to also pay **your** actual losses during the time necessary to:

(a) research, recreate, replace or restore the damaged **media** or lost or corrupted **data**; and

(b) reprogram instructions used in any covered **computer equipment**.

The maximum **we** will pay for coverage under this extension is $100,000.

There shall be no coverage for any **media** or **data** that cannot be replaced, recreated, or restored.

 Copyright 2015. Brotherhood Mutual Insurance Company 

(8) **Ordinance or Law Extension - Increased Cost of Construction.**
**We** will pay **your** actual losses or expenses as insured under Ordinance or Law Extension if selected for coverage elsewhere in the Policy when such loss or expense results from a **breakdown** to **covered equipment**.

(9) **Refrigerant Contamination.**
If **covered property** is contaminated by refrigerant as a direct result of a **breakdown** to **covered equipment**, **we** will pay for this kind of damage, including clean-up, repair or replacement or disposal of that property and salvage expense. The maximum **we** will pay for coverage under this extension is $100,000.

(10) **Spoilage.**
**We** will pay for:

(a) loss of **perishable goods** due to spoilage resulting from a change in controlled conditions resulting solely from a **breakdown** to **covered equipment**.

(b) **your** loss resulting from the interruption of utility services if the following conditions are met:
The Conditions are:

(i) the interruption is the direct result of a **breakdown** to **covered equipment** owned, operated or controlled by the local private or public utility or distributor that directly generates, transmits, distributes or provides utility services which **you** receive; and

(ii) the **covered equipment** is used to supply air conditioning, communication services, electric power, gas, heating, refrigeration, steam, water or waste treatment to **your** described premises.

(c) any necessary expenses incurred to reduce the amount of loss under this Coverage Extension. **We** will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Coverage Extension.

The maximum **we** will pay under this extension is the **limit** specified for Spoilage elsewhere in the Policy.

(11) **Transportable Covered Equipment.**
If **you** have transportable **covered equipment** that, at the time of a **breakdown**, is within the Coverage Territory, but is not at a location indicated in the **declarations**; or at any other location owned or leased by **you**, **we** will pay for any loss or expense as otherwise covered by this Endorsement to such **covered equipment**. The maximum **we** will pay for coverage under this extension is $100,000.

(12) **Utility Interruption-Business Income and/or Extra Expense.**
Coverage as may be provided under Additional Coverage 2.b.(1) above is extended to include loss from the interruption of utility services. **We** will pay for **your** loss(es) resulting from the interruption of utility services if the following conditions are met:

The Conditions are:

(a) the interruption is the direct result of a **breakdown** to **covered equipment** owned, operated or controlled by the local private or public utility or distributor that directly generates, transmits, distributes or provides utility services which **you** receive; and

(b) the **covered equipment** is used to supply air conditioning, communication services, electric power, gas, heating, refrigeration, steam, water or waste treatment to **your** described premises.

(13) **Water Damage.**

(a) If **covered property** is damaged by water released as a direct result of a **breakdown** to **covered equipment**,

 Copyright 2015. Brotherhood Mutual Insurance Company 

**we** will pay for this kind of damage, including salvage expense. The maximum **we** will pay for coverage under this extension is $50,000.

(b) If coverage is provided elsewhere in this Policy for water damage resulting from sump overflow, **we** will also pay for water damage resulting from a **breakdown** to a sump pump. The most **we** will pay for water damage resulting from a **breakdown** to a sump pump is $5,000. This **limit** is part of, not in addition to, the Water Damage **limit** identified in paragraph 2.b.(13)(a) above.

The most **we** will pay under these Coverage Extensions are the applicable Limits of Insurance shown on the **declarations** or as may be found elsewhere in this Policy or in this Endorsement.

## EXCLUSIONS

As respects coverage provided under this Endorsement only, the following exclusions apply. **We** do not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. Aircraft, Civil Commotion, Collapse, Combustion Explosion, Fire, Freezing caused by cold weather, Hail, Lightning, Molten Material, Objects falling from Aircraft or missiles, Riot, Smoke, Vandalism, Weight of Snow, Ice or Sleet, Vehicles, and Windstorm.

2. Depletion, deterioration, corrosion, erosion, wear and tear, rust, or decay. However, if a **breakdown** ensues, **we** will pay the ensuing loss or damage not otherwise excluded.

3. Earth Movement or Volcanic Action - any earth movement (including sinkhole collapse, regardless of how sinkhole was created), eruption, explosion or effusion of a volcano. Earth movement includes, but is not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising or shifting of earth.

4. Explosion, except of explosion of the following types of **covered equipment**:

   a. steam boiler, electric steam generator, steam piping, steam turbine, and steam engine; or

   b. gas turbine or other moving or rotating machinery, when such explosion is caused by centrifugal force or mechanical breakdown.

5. **Fungus**, Wet Rot and Dry Rot - The presence, growth, proliferation, spread or activity of **fungus**, wet or dry rot, except as provided under Coverage Extension 2.b.5. of this Endorsement. However, if a **breakdown** to **covered equipment** ensues, **we** will pay the ensuing loss or damage not otherwise excluded or limited.

6. Ordinances or Law. Increase in loss from the enforcement of any ordinance, law, rule, regulation or ruling which restricts or regulates the repair, replacement, alteration, use, operation, construction, installation, clean-up or disposal of **covered property**, except as provided under a Coverage Extension 2.b.8 of this Endorsement.

   However the words 'use' and 'operation' shall be eliminated as respects a covered **breakdown** to electrical supply and emergency generating equipment located on any described premises identified in the **declarations**, when continued operation is contingent on the presence of such electrical supply and emergency generating equipment as mandated by any government agency.

7. As respects any transportable **covered equipment**, or **covered equipment** mounted on a vehicle, **we** will not pay for loss or expense from a **breakdown** that results from or is caused by collision, upset, overturning or collapse of the **covered equipment** or of the vehicle on which the **covered equipment** is mounted.

8. Damage to **covered equipment** undergoing a **test** which subjects such **covered equipment** to greater than maximum allowable operating conditions as identified by the manufacturer of the **covered equipment**.

9. Water or other means used to extinguish a fire, even when the attempt is unsuccessful.

10. With respect to Business income and/or Extra Expense Coverage and Utility Interruption Coverage, if selected, the following additional exclusions will apply:


Copyright 2015. Brotherhood Mutual Insurance Company

a. the business that would not or could not have been carried on if the **breakdown** had not occurred; or

b. **your** failure to use due diligence and dispatch to operate **your** business as nearly normal as practicable at the described premises shown in the **declarations**; or

c. the suspension, lapse or cancellation of a contract following a **breakdown** extending beyond the time business could have resumed if the contract had not lapsed, been suspended or cancelled.

11. With respect to Utility Interruption and Electrical Surge or Electrical Disturbance extensions, the following additional exclusions will apply:

    a. acts of sabotage;

    b. deliberate act(s) of load shedding by the supplying or distributing utility.

12. With respect to Electrical Surge or Electrical Disturbance extension, Exclusions 1., 5., and 9. of this Endorsement do not apply.

13. **We** will not pay for any loss or expense under this Endorsement for which coverage is insured elsewhere in this Policy.

## LIMITATIONS

**Animals - We** do not cover loss to animals, including birds or fish, except death or destruction of animals caused by a **breakdown** to **covered equipment**.

## CONDITIONS

As respects coverage provided under this Endorsement only, the following shall apply:

1. **Inspection.**
   **We** have the right but are not obligated to make inspections and surveys at any time, give **you** reports on the conditions **we** find, and recommend changes, except as provided herein.

   Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. **We** do not make safety inspections. **We** do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. **We** do not warrant that conditions are safe or healthful; or comply with laws, regulations, codes or standards.

2. **Jurisdictional Inspections.**
   a. At **your** option, **we** will provide pressure vessel certificate-of-operation engineering services for boilers and other pressure vessels where:

      (1) **We** have been notified of equipment that is insured under this Endorsement that requires a certificate-of-operation;

      (2) The certificate-of-operation is required by a state, city or provincial law; and

      (3) The state, city or provincial law permits inspections by insurance company employees.

   b. If **we** receive notification of a pressure vessel certificate-of-operation inspection less than thirty (30) days prior to the expiration of the certificate-of-operation, **we** will not be responsible for:

      (1) Any fine or other penalty that may be assessed; or

      (2) Any liability that may arise;

      due to the fact that inspection was not performed prior to the expiration of the certificate-of-operation.

   c. Certificate-of-operation inspection engineering services will be provided only for locations in the United States of America, Puerto Rico and Canada.

3. **Suspension.**
   Whenever **covered equipment** is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the coverage provided by this Endorsement. **We** will deliver or mail a written notice of suspension to **your** last known address or the address where the **covered equipment** is located.

   Once suspended in this way, **your** coverage can be reinstated only by an Endorsement for that **covered equipment**.

 Copyright 2015. Brotherhood Mutual Insurance Company 

If **we** suspend **your** coverage, **you** will get a pro rata refund of premium for that **covered equipment**. But the suspension will be effective even if **we** have not yet made or offered a refund.

4. **Equipment Breakdown Valuation.**
**We** will determine the value of **covered property** in the event of loss or damage resulting from a **breakdown** to **covered equipment** as follows:

a. Except as identified in paragraph 4.e. below, **we** will pay the amount **you** spend to repair, rebuild or replace **covered property** with other property of like kind, quality and capacity if such **covered property** is directly damaged by a **breakdown** to **covered equipment**. **Our** payment will be the smallest of:

(1) the cost to repair the damaged property; or

(2) the cost to replace the damaged property; or

(3) the amount **you** actually spend that is necessary to repair or replace the damaged property; or

(4) the **limit** of insurance shown on the **declarations**.

If **your** damaged **covered property** is not repaired or replaced, then **we** will pay the actual cash value of the damaged **covered property**. **We** will not pay for such damaged property that is obsolete or useless to **you**.

b. If **covered equipment** cannot be repaired or the cost to repair is more than the cost to replace, and the cost to repair the damage to the **covered equipment** equals or exceeds 100% of the actual cash value of the **covered equipment**, **you** may choose to apply the following provision.

**New Generation Coverage** – If **you** want to replace damaged **covered equipment** with a newer generation of **covered equipment** of the same capacity, **we** will pay up to 25% more than the cost at the time of the **breakdown** to replace the **covered equipment** with equipment of like kind, quality and capacity.

c. Except for New Generation Coverage, **you** must pay the extra cost of replacing damaged property with property of a better kind or quality or of a larger capacity.

d. If any damaged **covered property** that is intended for **your** use is protected by an extended warranty or maintenance or service contract; and that warranty or maintenance or service contract becomes void or unusable due to a **breakdown**, **we** will reimburse **you** for the prorated amount of the unused costs of non-refundable, non-transferable warranties or contracts.

e. **We** will determine the value of **perishable goods** damaged by spoilage as follows:

(1) for raw materials, the replacement cost;

(2) for goods in process, the replacement cost of the raw materials, the labor extended and the proper proportion of overhead charges; and

(3) for finished goods, the selling price, as if no loss or damage had occurred, less any discounts **you** offered and expenses **you** otherwise would have had.

 Copyright 2015. Brotherhood Mutual Insurance Company 

This COMMERCIAL PROPERTY COVERAGE is subject to the terms shown below and also the terms of the COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100) and PERILS PART. The terms of this COVERAGE PART do not apply to the INLAND MARINE coverages provided by this policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# BUILDING AND PERSONAL PROPERTY COVERAGE PART

## AGREEMENT

In return for **your** payment of the required premium, **we** cover direct physical loss to covered property at the premises described on the **declarations** caused by a covered peril.

## PROPERTY COVERED

**We** cover the following types of property for which a **limit** is shown on the **declarations**.

### BUILDING PROPERTY

This means buildings and structures for which a **limit** is shown and which are described on the **declarations**, including:

1. completed additions;
2. fixtures, machinery and equipment that are a permanent part of the described building or structure;
3. outdoor fixtures;
4. personal property owned by **you** and used to maintain or service the described building or structure or its premises, including air-conditioning equipment; fire extinguishing apparatus; floor coverings; and appliances for refrigerating, cooking, dishwashing and laundering;
5. if not covered by other insurance;
   a. alterations, and repairs to the building or structure;
   b. materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**Renovation Project:** If not covered by the Builder's Risk Coverage Part (BCP-14) or other insurance, BUILDING PROPERTY includes **your Renovation Projec**t. Coverage will apply for **your renovation project** until the earliest of the following:

1. this policy expires or is cancelled; or
2. **you** no longer have an interest in the property; or
3. the end of the policy period.

### CLERGY MINISTRY PERSONAL PROPERTY

This means personal property for which a **limit** is shown and which is described on the **declarations** if the property is:

1. owned by **your** clergy or administrators;
2. used primarily for ministry purposes;
3. in **your** care, custody, or control; and
4. located in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises.

When the ministry personal property of **your** clergy or administrators is located within a residential premises of the clergy or administrator that owns the ministry personal property, this coverage will be excess over any other policy of insurance that applies to the property.

**Our** payment for loss to ministry personal property of **your** clergy or administrators is only for the benefit of the clergy or administrator that owns the ministry personal property.

### ORGANIZATIONAL PERSONAL PROPERTY

This means **your** organizational personal property for which a **limit** is shown and which is described on the **declarations**, that is located in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises. Unless otherwise specified on the **declarations**, this includes:


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

1. **your** interest in personal property of others to the extent of **your** labor, material and services,

2. **your** use interest as a tenant in improvements to the described buildings and structures. These tenants' improvements include fixtures, alterations, installations, or additions:

   a. to buildings and structures **you** occupy but do not own; and

   b. which were made or acquired at **your** expense and which cannot be legally removed by **you**;

3. leased personal property which **you** have a contractual responsibility to insure, unless otherwise insured by this Commercial Property Coverage under Personal Property of Others; and

4. building glass in buildings **you** do not own if **you** have a contractual responsibility to insure such glass.

**PERSONAL PROPERTY OF OTHERS**
This means personal property of others for which a **limit** is shown and which is described on the **declarations** if the property is:

1. in **your** care, custody, or control; and

2. located in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises.

**Our** payment for loss to personal property of others is only for the benefit of the owners of the personal property.

**PROPERTY IN THE OPEN**
This means **your** property, for which a **limit** is shown and which is described on the **declarations**, which is located or intended to be used outside of buildings or structures.

**RENTED PERSONAL PROPERTY OF OTHERS**
This means personal property that **you** rent from others, subject to a written rental agreement, for which a **limit** is shown on the **declarations**. **We** cover loss while the property is located anywhere in the world.

**TENANTS' IMPROVEMENTS**
This means **your** use interest as a tenant in improvements to buildings and structures which are described on the **declarations** and for which a **limit** of Tenants' Improvements is shown. These tenants' improvements include fixtures, alterations, installations, or additions to a building or structure **you** occupy but do not own, which were made or acquired at **your** expense and which cannot be legally removed by **you**.

## PERILS COVERED

See the applicable Perils Part shown on the **declarations**.

## PROPERTY EXCLUDED AND LIMITATIONS

The exclusions and limitations in this section apply to a loss except to the extent that:

a. a **limit** is specifically shown on the **declarations** for the type of property listed in this section; or

b. coverage is specifically provided elsewhere within this policy for the property listed in this section.

Exclusions 3, 11 and 12 in this section will apply regardless of any other coverage granted within this policy.

1. **Animals: We** do not cover animals, including birds and fish, unless owned by others and boarded by **you**. **We** do cover animals **you** own and hold for sale.

2. **Antennas, Art/Decorative Objects, Erected Canopies, Erected Tents, Fences, Light-bearing Standards or Poles, Signs, and Recreational Equipment:** Except for Property in the Open and Rented Personal Property of Others scheduled on the **declarations**, or as provided under Supplemental Coverages, **we** do not cover outdoor:

   a. radio, television, satellite dish type or other antennas, including their masts, towers and lead-in wiring;

   b. art/decorative objects or materials whose primary function is decoration;

   c. erected canopies or awnings of fabric or slat construction and their supports, except awnings attached to a described building, and erected tents and their supports;

   d. fences;

   e. light-bearing standards or poles, vehicle


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

electrical charging stations;

f. signs, other than signs attached to buildings; or

g. permanently installed recreational equipment, which includes, but is not limited to, playground equipment.

3. **Contraband: We** do not cover contraband or property in the course of illegal transportation or trade.

4. **Foundations, Retaining Walls, Piling, Piers, Wharves, or Docks:** Except as provided under Supplemental Coverages, **we** do not cover foundations which are below the lowest basement floor or below ground level if there is no basement, retaining walls that are not part of buildings or structures; or pilings, piers, wharves, or docks.

5. **Grave Markers/Headstones:** Except as provided under Supplemental Coverages, **we** do not cover grave markers and headstones located on **your** premises.

6. **Land; Water; Growing Crops or Lawns; Cost of Excavations, Grading or Filling; Paved Surfaces; or Underground Pipes, Flues, or Drains: We** do not cover:

   a. land, including land on which the property is located;

   b. underground or surface water;

   c. growing crops or lawns;

   d. cost of excavations, grading or filling;

   e. paved outdoor surfaces, including driveways, parking lots, roads, curbs, bridges, and walks; or

   f. underground pipes, flues, and drains.

7. **Money and Securities:** Except as provided under Additional Coverages, **we** do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, **money**, notes, or **securities**.

8. **Property More Specifically Insured: We** do not cover property which is more specifically insured in whole or in part by any other insurance.

9. **Trees, Shrubs, and Plants:** Except as provided under Supplemental Coverages, **we** do not cover trees; shrubs; plants; and grain, hay, straw, or other crops, when outdoors. However, **we** do cover trees, shrubs, and plants **you** own and hold for sale.

10. **Valuable Papers and Records - Research Cost:** Except as provided under Additional Coverages, **we** do not cover the cost to research, replace, or restore the information on valuable papers and records, including those which exist on electronic or magnetic media.

11. **Vehicles, Aircraft, and Watercraft: We** do not cover:

    a. vehicles or other self-propelled machines, that are:

       1) required to be licensed for use on public roads; or
       2) operated principally away from the described premises:

    b. aircraft; or

    c. watercraft.

    Except as provided under Supplemental Coverages, **we** do not cover the equipment, accessories, and spare parts of any of these excluded items or trailers.

    **We** do cover vehicles or self-propelled machines **you** manufacture, process, warehouse, or hold for sale. However, this does not include autos **you** hold for sale. **We** also cover rowboats or canoes out of water at the described premises.

12. The Nuclear Hazard exclusion in the Perils Part (**CP-83, Broad Perils Part or BCP-85, Special Perils Part**) applies to all coverages of this policy. In addition to the Nuclear Hazard exclusion set forth in the Perils Part, the following exclusion will apply to all coverages of this policy:

    **We** do not cover loss to property arising directly or indirectly out of or in connection with any act that is undertaken with the intent to cause injury, damage or harm to any person or entity if such act involves one or more of the following:

    a. the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;

    b. any nuclear reaction or the release of any radiation, or any radioactive contamination;

    c. the use, release, dispersal, application or escape of any biological or chemical materials


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

that have any injurious, pathogenic or poisonous effect of any kind; or

d. any contamination of property, interruption of any **insured**'s operations, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items a. through c. immediately above.

13. **Renovation Project: We** do not cover loss caused by direct physical loss involving collapse of all or any part of a building or structure that is being worked on as a part of **your renovation project**, if the collapse is caused by the use of defective materials or methods in the construction of additions. This exclusion will only apply if the loss occurs during the course of the construction of additions to the buildings or other structures to which the loss occurs.

14. **Pipe Organs:** If coverage is specifically provided for pipe organs under the Pipe Organs and Stained Glass Additional Coverage endorsement (BCP-920) to this policy, **we** do not cover pipe organs under this Building and Personal Property Coverage Part.

15. **Stained Glass:** If coverage is specifically provided for **stained glass** under the Pipe Organs and Stained Glass Additional Coverage endorsement (BCP-920) to this policy, **we** do not cover **stained glass** under this Building and Personal Property Coverage Part.

16. **Metal Roofing and Metal Roof Top Accessories: We** do not cover loss to metal roofing or metal roof top equipment or accessories, unless there has been:

    a. A decrease in functionality of the covered property;

    b. A decrease in the useful life of the covered property; or

    c. Dents, dings, or dimples to the covered property that can be seen without aid from either the ground on or near the insured premises or inside or from a balcony of the building supporting the covered property.

    The term "direct physical loss" shall only mean a., b., or c. when covered property is metal roofing or metal roof top equipment or accessories.

17. **Landscaping:** Except as provided under Supplemental Coverages, **we** do not cover **your landscaping**.

## SUPPLEMENTAL AND ADDITIONALCOVERAGES

**We** provide the following Supplemental and Additional Coverages.

## COVERAGE PART PROVISIONS

Unless otherwise stated, each Supplemental and Additional Coverage:

1. Applies for loss caused by a covered peril;
2. Applies only at the described premises;
3. Is an additional amount of insurance, except as otherwise stated, subject to a maximum amount where indicated;
4. Is not to exceed the **limit** for each supplemental coverage;
5. Is not subject to and not considered in applying coinsurance;
6. Is subject to the policy deductible applicable to any direct physical loss covered only under this Coverage Part;
7. Will not apply to loss to any item specifically insured under any Inland Marine coverage part.

## DEFINITIONS

The following definitions apply as indicated herein.

1. **Renovation Project:** Means the construction of additions which increase the square footage of buildings and structures described on the **declarations**, including their foundations.

   A **Renovation Project** will conclude at the earliest of the following:

   a. this policy expires or is cancelled; or

   b. the property is accepted by the purchaser; or

   c. **you** no longer have an interest in the property; or

   d. **you** abandon the construction, alteration or repair with no intention to complete it; or

   e. unless otherwise specified in writing by **us**,



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

when covered property is occupied or put to its intended use or 90 days after the date of completion.

2. **Money** means:

   a. Currency, coin and bank notes in current use and having a face value;

   b. Personal and commercial checks and other similar negotiable instruments; and

   c. Travelers checks, register checks, scrip, and money orders.

   **Money** does not include **securities.**

3. **Securities** means all negotiable and non-negotiable instruments or contracts representing either **money** or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include **money**.

4. **Specified Perils:** When reference is made in this part to specified perils, **we** mean aircraft; breakage of building glass; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; sinkhole collapse; smoke; sonic boom; vandalism; vehicles; volcanic action; water damage from a system or appliance; weight of ice, snow or sleet; and windstorm, all except as excluded or limited.

   In applying this definition:

   Falling Objects does not include loss to personal property in the open or to the interior of buildings or structures or personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

   Water Damage from a system or appliance means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the plumbing, heating or air conditioning system or domestic appliance containing the water or steam.

**5.** **Stained Glass:** Means **your** stained glass, fine arts glass, or glass set in leaded sections, that is installed in walls of **your** buildings or structures described on the **declarations**, or is temporarily removed from its normal place of installation during construction, alteration or repair of the buildings, structures, or glass.

**6.** **Landscaping:** Means organic and nonorganic materials used wholly or in part to enhance the aesthetic appearance of a place. These materials include, but are not limited to, trees, shrubs, plants, turf/lawns, wood, bricks, patio pavers, statuary, fountains, and other decorative objects and art. **Landscaping** does not include paved surfaces, including, but not limited to, permanent signs, parking lots, sidewalks, or other surfaces paved with asphalt or concrete.

## SUPPLEMENTAL COVERAGES POLICY DEDUCTIBLE

The policy deductible is applicable to the following direct loss extensions. This is not an additional or separate deductible.

1. **Property Off Premises:**

   a. **You** may extend **your** Building Property, Organizational Personal Property, Clergy Ministry Personal Property, Personal Property of Others, or Property in the Open coverage, for which a **limit** is shown on the **declarations**, for a total of up to $25,000 in any one occurrence of loss to **your** Building Property, Organizational Personal Property, Clergy Ministry Personal Property, Personal Property of Others, or Property in the Open for which a **limit** is shown on the **declarations**, while such property is temporarily (not to exceed 180 days) away from locations that **you** own, control, lease or operate. **We** only cover loss while the property is within the policy territorial limits and caused by a peril covered.

   b. **Inter-Continent Coverage:** **You** may extend **your** Building Property, Organizational Personal Property, Clergy Ministry Personal Property, Personal Property of Others, or Property in the Open coverage, for which a **limit** is shown on the **declarations**, for an amount up to $25,000, but not to exceed $2,500 on any one item, to cover direct loss to **your** Building Property, Organizational Personal Property, Clergy Ministry Personal Property, Personal Property of Others, or Property in the Open for which a **limit** is shown on the **declarations**, while such property is temporarily (not to exceed one hundred eighty (180) days) being used during **your** sponsored trip or activity:

      1) At a premises outside of the United States, District of Columbia, Puerto Rico and Canada, caused by a covered peril; or


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

2) During transportation by motor vehicle, air, rail or sea caused by Fire, Collision, Theft, but not mysterious disappearance, unexplained loss or shortage of inventory.

The most **we** will pay for loss caused by theft is $500 for any one item, up to a maximum of $2,500 per loss.

This extension of coverage also applies to **your** Building Property, Organizational Personal Property, Clergy Ministry Personal Property, or Personal Property of Others, away from **your** premises, which **you** intend to donate to others, until the earlier of:

1) 180 days after the property is taken away from **your** premises, or

2) the time that **you** transfer ownership of the property to others.

This extension does not apply if a loss is only covered by an Additional Coverage or a Supplemental Coverage provided by and described in this form.

This extension does not apply if the loss is covered by any other insurance, whether collectible or not, or which would have been covered by such other insurance in the absence of this policy.

2. **Owned Personal Property – Parsonage: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $2,500 to cover **your** personal property at an owned parsonage unit.

   **We** only cover loss caused by a covered peril.

3. **Building/Personal Property - Newly Acquired/ Constructed: You** may extend **your** Building Property or Organizational Personal Property Coverage, for which a **limit** is shown on the **declarations**, for a total of up to $2,000,000 in any one occurrence to cover the following:

   a. **your** real and/or personal property that **you** acquire or buildings or structures being built. This supplemental coverage also applies to repairs or alterations to buildings or structures described on the **declarations**; and

   b. **your** newly acquired personal property; and

   c. **your** contents in **your** newly acquired/constructed building.

   This supplemental coverage does not apply to portions of **your** buildings or structures constructed as part of **your renovation project**.

   This coverage applies until the earlier of:

   a. the passage of 180 days after **you** acquire the property and/or construction, alterations, or repairs are started (**you** must provide **us** with a receipt from the seller verifying the date of purchase); or

   b. the time that **you** report the newly acquired property and/or construction to **us**.

   This coverage does not extend beyond the expiration or cancellation of the policy, but it will extend beyond the expiration if **we** renew the policy. **We** cover direct loss at locations within the policy territorial limits that is caused by a covered peril. Additional premium will be charged from the earlier of the date **you** acquire the property or the date construction is started.

   **We** will not provide this Supplemental Coverage for **your** real and/or personal property that **you** acquire or buildings or structures being constructed, altered, or repaired if such property is not designed or used for purposes similar to:

   a. buildings described on the **declarations**; or

   b. **your** personal property already covered at the time that **you** acquire the property to be covered under this Supplemental Coverage.

4. **Outside Objects/Structures: You** may extend **your** Building Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $20,000 to cover the outdoor property listed below. This coverage is limited to $15,000 for any one of the categories of outdoor property listed in paragraphs a – h below. **We** only cover loss at the described premises caused by a peril covered, except as provided otherwise below.

   a. **Antennas: your** permanent outdoor radio, television, satellite dish type or other antennas, including their masts, towers, or lead-in wiring.

   b. **Erected Canopies/Erected Tents: your** erected canopies, erected tents, and erected awnings not attached to a building, of fabric or slat construction, on or off **your** premises.

   c. **Fences, Light-bearing Standards or Poles, Vehicle Charging Stations: your** fences,


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

light-bearing standards or poles, and vehicle electrical charging stations.

d. **Grave Markers/Headstones:** grave markers and headstones located on **your** premises that **you** are directly responsible to maintain and protect. This supplemental coverage is excess over any other policy of insurance that applies to this property.

e. **Signs:** permanent outdoor signs that are not attached to a building. **We** cover signs that are on and off premises.

f. **Landscaping: your landscaping** located on **your** premises. **We** only cover loss at the described premises, caused by theft or **specified perils**, except hail, water damage from a system or appliance, and weight of ice, snow or sleet. This coverage is limited to $1,000 for any one item, including debris removal expense. **We** will pay no more than $2,500 for each loss caused by windstorm.

g. **Recreational Equipment: your** permanently installed equipment used for recreation, which includes, but is not limited to, playground equipment.

h. **Retaining Walls: your** permanent retaining walls. **We** only cover loss at the described premises and caused by **specified perils**, except water damage from a system or appliance; weight of ice, snow, or sleet; and windstorm.

5. **Other Structures: You** may extend **your** Building Property coverage, for which a **limit** is shown on the **declarations**, for a total payment of $10,000 per occurrence, regardless of the number of structures, to cover detached structures (other than those described on the **declarations** or listed in the Outside Objects/Structures Supplemental Coverage provided by this policy) on the premises described on the **declarations**. **You** may extend **your** Organizational Personal Property coverage for a total payment of $10,000 per occurrence to cover the contents of any structures covered under this provision. This Supplemental Coverage covers direct loss in any one occurrence by a covered peril.

6. **Owned Personal Property – Dwellings:** If coverage applies to one or more dwelling buildings described on the **declarations**, and the dwelling buildings are not owned parsonage units, **you** may extend up to 5 percent (5%) of the amount shown on the **declarations** for each such dwelling to cover **your** personal property located in the dwelling. This is not an additional amount of insurance.

7. **Contents – Buildings and Structures Described on the Declarations: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $10,000 to cover the contents of a structure described on the **declarations** for which the **limit** of insurance shown is no more than $10,000 and for which there is no **limit** of Organizational Personal Property shown on the **declarations** for the structure. This coverage is excess to any other insurance provided by this policy or otherwise which applies to this property.

8. **Trailers: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $10,000 to cover **your** trailers, including owned, rented, leased, or borrowed trailers, which are required to be licensed for use on public roads, unless no licensing requirements exist, or operated principally away from the described premises. This coverage is excess to any other insurance which applies to this property.

9. **Vehicle Equipment and Accessories: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $10,000 to cover equipment, accessories, and spare parts of **your** vehicles or other self-propelled machines, but only if such items are not attached to the vehicles or self-propelled machines at the time of the loss. This coverage does not apply to equipment, accessories, or equipment of aircraft or watercraft. This coverage is excess to any other insurance which applies to this property.

## ADDITIONAL COVERAGES NO DEDUCTIBLE

The policy deductible is not applicable to the following additional coverages.

1. **Debris Removal Expense - Partial or Total Loss: We** cover the cost to remove the debris of covered property that is caused by a covered peril. **We** only cover loss at the described premises, caused by a covered peril.

   This coverage does not apply to costs to:

   a. Extract **pollutants** from land or water; or

   b. Remove, restore or replace polluted land or


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

water.

This coverage does not apply to loss from enforcement of any law, ordinance or code.

**Partial Loss:** When loss to property and the cost of removal of debris of such covered property does not exceed the **limit** of insurance shown on the **declarations** for the covered property, **we** pay for removal of debris up to the remaining **limit** for such covered property following payment for the loss to the covered property.

**Total Loss:** When loss to covered property and removal of debris of the covered property exceeds the **limit** of insurance shown on the **declarations** for the covered property, **you** may extend **your** Building Property or Organizational Personal Property coverage for an additional amount of coverage up to $10,000 to cover expenses for removing debris of the covered property.

2. **Emergency Removal: We** cover loss to covered property while moved or being moved from the described premises for preservation from loss caused by a covered peril. **We** pay for any direct physical loss to that property. This coverage applies for up to 30 days after the property is first moved. This does not increase the **limit**.

3. **Fire Department Service Charges: You** may apply either **your** Building Property or **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $25,000 to cover **your** liability, assumed by contract or agreement, for fire department service charges.

   This coverage is limited to charges incurred when the fire department is called to save or protect covered property from a covered peril.

4. **Fire Extinguisher Recharge: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $25,000 for the recharging of portable fire extinguishers within 30 days after they have been used to combat a fire on the premises.

5. **Pollutant Clean-up and Removal: We** will pay **your** expenses for an amount up to $10,000 to extract **pollutants** from land or water at a described premises if the release, discharge or dispersal of the **pollutants** is caused by or results from a covered peril that occurs during the policy period. The most **we** pay for each described premises is $10,000 for the sum of all such expenses for clean-up occurring during each separate 12 month period of this policy, such period beginning on the month and date shown on the **declarations** as the beginning of the policy period.

   The expenses will be paid only if they are reported to **us** in writing within 180 days of the earlier of:

   a. The date of direct physical loss or damage; or

   b. The end of the policy period.

   This extension does not apply to loss from enforcement of any law, ordinance or code.

6. **Installed Lock Recalibration: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to a maximum of $5,000 for the recalibration of any professionally-installed lock that **you** undertake due to the loss of **your** keys, but only if the keys were lost because of an act of vandalism, theft, or attempted theft. This coverage will only apply if the recalibration is done within 10 days of discovery of such act of vandalism, theft, or attempted theft.

7. **Arson Reward: We** will reimburse **you** for payments that **you** make to pay a reward for information that leads to the arson conviction of any perpetrators in connection with a fire loss covered under this policy. **We** will only make this reimbursement if:

   a. Civil authorities administer the reward program, and

   b. The reward was publicly posted by civil authorities prior to the conviction of any perpetrators.

   Regardless of the number of persons who provide information, **our** maximum reimbursement for rewards under this coverage extension with respect to each covered fire loss is the lesser of:

   a. $15,000, or

   b. The amount paid to **you** as a result of the direct loss caused by the fire damage.

8. **Papers and Records (including electronic data): You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $25,000 to cover the expense to research, replace or restore lost information on missing or damaged valuable papers and records, including that which exists on electronic or magnetic media, for which



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

duplicate papers and records do not exist. These expenses must follow a direct loss to covered property from a covered peril.

This extension does not apply to loss from enforcement of any law, ordinance or code.

9. **Personal Property Owned by Others (non-clergy): You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to a maximum of $10,000 to cover personal property owned by others, except clergy or administrators employed by **you**, while on the described premises and in **your** care and used for **your** benefit. This coverage does not apply to personal property rented from others or to trailers that are required to be licensed for use on public roads or operated principally away from the described premises.

   The maximum benefit to any one person under this coverage is $2,500. This coverage is excess to any other insurance which applies to this property.

10. **Personal Property Owned by Clergy: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to a maximum of $30,000 to cover personal property owned by clergy or administrators employed by **you** while the property is on the described premises. This Additional Coverage does not apply to personal property of **your** employed clergy or administrators that is located within a residential premises of the clergy or administrator that owns the property.

    This coverage is excess to any other insurance provided by this policy or otherwise which applies to this property.

11. **Theft/Vandalism Reward: We** will reimburse **you** for payments that **you** make to pay a reward for information that leads to the theft or vandalism conviction of any perpetrators in connection with a theft or vandalism loss covered under this policy. **We** will only make this reimbursement if:

    a. Civil authorities administer the reward program, and

    b. The reward was publicly posted by civil authorities prior to the conviction of any perpetrators.

    Regardless of the number of persons who provide information, **our** maximum reimbursement for rewards under this coverage extension with respect to each covered theft or vandalism loss is the lesser of:

    a. $5,000, or

    b. The amount paid to **you** as a result of the direct loss caused by the vandalism damage or theft.

## ADDITIONAL COVERAGES
## POLICY DEDUCTIBLE

The policy deductible is applicable to the following additional coverages. This is not an additional or separate deductible.

1. **Money and Securities: You** may apply **your** Organizational Personal Property coverage for an amount up to $5,000 for loss of **your money** and **securities** at the described premises and caused by **specified perils**.

   **We** will pay up to $10,000 for loss of **your money** and **securities** from 48 hours preceding, during, and 48 hours after:

   a. the days upon which are celebrated New Year's Day, Good Friday, Easter, Thanksgiving Christmas Eve, Christmas and New Year's Eve; and

   b. if different from New Year's Eve, the day concluding **your** fiscal year, and the Sunday immediately preceding it.

2. **Spoilage: You** may extend **your** Organizational Personal Property coverage, for which a **limit** is shown on the **declarations**, for an amount up to $5,000 to cover the consequential loss resulting from:

   a. the interruption of power or other like service furnished to the designated premises, or

   b. damage to the generating or transmission equipment, or

   c. mechanical or electrical breakdown of the refrigeration system, provided the refrigeration equipment has been maintained in proper working condition.

3. **Damage to Buildings and Personal Property from Animals: We** cover direct loss up to a **limit** of $2,500 for sudden and accidental loss caused by or resulting from animals. This coverage does


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

not apply to:

a. loss caused by birds, **vermin**, rodents, insects, or animals kept by someone for work, food, or as a pet, or

b. removal of the animal(s) unless they caused physical damage to covered property.

## HOW MUCH WE PAY

1. **Insurable Interest**: **We** do not cover more than **your** insurable interest in any property.

2. **Deductible**: **We** pay only that part of **your** loss over the deductible amount stated on the **declarations** in any one occurrence. The deductible applies to the loss before application of any coinsurance or reporting provision.

   For loss to Rented Personal Property of Others only, **we** pay only that part of **your** loss over $1,000 in any one occurrence.

3. **Loss Settlement Terms:** Subject to paragraphs 1, 2, 4, 5, and 6, in this How Much We Pay section, **we** pay the least of:

   a. the amount determined under Valuation of Property;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the **limit** that applies to covered property, as described on the **declarations**, to which a covered loss has been sustained.

   For a loss occurring to covered Building Property, as described on the **declarations**, which is undergoing or has undergone a **renovation project** at the time of the loss, subject to paragraphs 2, 4, 5, and 6, in this How Much We Pay section, **we** will pay the least of:

   a. the amount determined under Valuation of Property;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the sum of:

      1) the **limit** of insurance shown on the **declarations** for the covered Building Property, and

      2) the lesser of:

         i. the anticipated cost of the completed **renovation project**, or
         ii. the greater of $400,000 or 10% of the value of the covered Building Property;

      multiplied by the proportion of the **renovation project** that has been completed at the time of loss.

   For Additional Coverages and Supplemental Coverages, subject to paragraphs 1, 2, 4, 5, and 6, in this How Much We Pay section, **we** pay the lesser of:

   a. the actual loss sustained; or

   b. the **limit** indicated within each Additional Coverage or Supplemental Coverage.

4. **Coinsurance**: When a coinsurance percentage is shown on the **declarations**, **we** only pay a part of the loss if the **limit** is less than the value of the covered property at the time of the loss multiplied by the coinsurance percentage shown for it on the **declarations**. **Our** part of the loss is determined using the following steps:

   a. Multiply the value of the covered property at the time of the loss by the coinsurance percentage;

   b. Divide the **limit** for covered property by the figure determined in 4.a. above; and

   c. Multiply the total amount of loss, after the application of any deductible, by the figure determined in 4.b. above.

   The most **we** pay is the amount determined in 4.c. above or the **limit**, whichever is less. **We** do not pay any remaining part of the loss.

   If there is more than one **limit** shown on the **declarations** for this Coverage Part, this procedure applies separately to each **limit**.

   If there is only one **limit** shown on the **declarations** for this Coverage Part, this procedure applies to the total of all covered property to which the **limit** applies.

5. **Coinsurance Waiver - Agreed Amount:** When Agreed Amount is shown for a location described on the **declarations**, no coinsurance provision



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

applies to coverage for that location.

6. **Insurance Under More Than One Coverage:** If more than one coverage of this policy insures the same loss, **we** pay no more than the actual claim or loss sustained. If coverage is provided for any item specifically insured under any Inland Marine coverage part of this policy, that is the only coverage of this policy that will apply to loss to the item.

7. **Insurance Under More Than One Policy: You** may have another policy subject to the same plan, terms, conditions, and provisions as this policy. If **you** do, **we** pay **our** share of the covered loss. **Our** share is the proportion that the applicable **limit** under this policy bears to the **limit** of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, **we** pay only for the amount of covered loss in excess of the amount due from that other policy, whether **you** can collect on it or not. However, scheduled Personal Property of Others and Clergy Ministry Personal Property are covered on a primary basis, unless provided otherwise by these coverages. For any covered loss, **we** do not pay more than the applicable **limit**.

8. **No Coverage for Diminished Value:** Regardless of the method used to determine the value of covered property under the Valuation Of Property section, **we** do not pay for any loss in market value following the repairing, replacing, or rebuilding of covered property.

## VALUATION OF PROPERTY

1. **Actual Cash Value:** When Actual Cash Value (ACV) is shown on the **declarations** for covered property, the value is based on the actual cash value at the time of the loss (with a deduction for depreciation), except as provided below.

2. **Glass:** The value of glass is based on the cost of safety glazing material where required by code, ordinance or law.

3. **Merchandise Sold:** The value of merchandise that **you** have sold but not delivered is based on the selling price less all discounts and unincurred expenses.

4. **Valuable Papers and Records:** The value of valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) is based on the cost of blank materials and the labor to transcribe or copy the records when there is a duplicate.

5. **Tenants' Improvements:** The value of tenants' improvements losses is based on a portion of **your** original cost if not repaired or replaced within a reasonable time. This portion is determined as follows:

   a. Divide the number of days from the date of the loss to the expiration date of the lease by the number of days from the date of installation to the expiration date of the lease; and

   b. Multiply the figure determined in 5.a. above by the original cost.

   If **your** lease contains a renewal option, the expiration of the lease in this procedure is replaced by the expiration of the renewal option period.

   Tenants' improvements losses are not covered if repaired or replaced at another's expense.

6. **Pair or Set:** The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

7. **Loss to Parts**: The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

8. **Replacement Cost:** When Replacement Cost (RC) is shown on the **declarations** for covered property, the value is based on replacement cost without any deduction for depreciation.

   This replacement cost provision does not apply to: objects of art, rarity or antiquity; property of others; or paragraphs 2-7 above.

   The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment shall not exceed the amount **you** spend to repair or replace the damaged or destroyed property.

   Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. **You** may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if **you** notify **us** of **your** intent within 180 days after the loss.


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

9. **Replacement Cost - Personal Property:** This provision applies to items 9 [Personal Property Owned by Others (non-clergy)] and 10 [Personal Property Owned by Clergy] in the Additional Coverages - No Deductible section of this policy.

   When Replacement Cost (RC) is shown on the declarations for **your** Organizational Personal Property, the exception for property of others in the Replacement Cost provision of the Valuation of Property section of this policy does not apply to personal property of others referenced in items 9 and 10 above or to specifically declared Personal Property of Others shown on the **declarations**.

   **We** pay the least of the following amounts for each item:

   a. the applicable **limit**;

   b. an amount not greater than the owner's interest in the property;

   c. the replacement cost as defined in the Replacement Cost provision of this policy; or

   d. two (2) times the actual cash value of the property at the time of loss.

   When the replacement cost is more than two (2) times the actual cash value of the damaged property, **we** are not liable for more than the actual cash value of the loss until actual repair or replacement is completed. **You** may make a claim for the actual cash value amount of the loss before repairs are made or replacement is completed. A claim for any additional amount payable under this provision must be made within 180 days after the loss.

   This conditional extension does not apply to the following property:

   a. Property other than **your** ministry related property in your care and for your benefit;

   b. Film, tapes, cassettes, records, magnetic recording or similar property;

   c. Articles of art or rarity that cannot be duplicated;

   d. Property covered by any scheduled insurance;

   e. Memorabilia, souvenirs, collector's items and similar items whose age or history contribute to its value;

   f. Items not maintained in good or workable condition; or

   g. Items that are outdated or obsolete and are stored or not being used.

## LOSS PAYMENT

1. **Our** Options: **We** may:

   a. pay the value of the loss;

   b. pay the cost of repairing or replacing the loss;

   c. rebuild, repair or replace with property of equivalent kind and quality, to the extent practicable; or

   d. take all or any part of the damaged property at the agreed or appraised value.

   **We** must give **you** notice of **our** intentions within 30 days after **we** have received a satisfactory proof of loss.

2. **Your Losses:** **We** adjust all losses with **you**. Payment is made to **you** unless another loss payee is named in the policy, in which case **we** may pay **you** and such other loss payee(s). A covered loss is payable 30 days after a satisfactory proof of loss is received, and:

   a. the amount of the loss has been agreed to in writing;

   b. an appraisal award has been filed with **us**, or

   c. a final judgment has been entered.

3. **Property of Others:** Losses to property of others may be adjusted with and paid to:

   a. **you** on behalf of the owner; or

   b. the owner.

   If **we** pay the owner, **we** do not have to pay **you**. **We** may also choose to defend any suits arising from the owners at **our** expense.

## OTHER CONDITIONS

In addition to the policy terms which are contained in other sections of the Commercial Property Coverage, the following conditions apply.



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

1. **Appraisal:** If **you** and **we** do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers also determine the actual cash value of covered property items at the time of the loss, if requested.

   A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

   Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by **you** and **us**.

   If there is an appraisal, **we** retain **our** right to deny the claim.

2. **Mortgage Provisions:** If a mortgagee (mortgage holder) is named in this policy, losses shall be paid to **you** and the mortgagee as its interest appears. If more than one mortgagee is named, they shall be paid in order of precedence.

   The insurance for the mortgagee continues in effect even when **your** insurance may be void because of **your** acts, neglect, or failure to comply with the coverage terms. The insurance for the mortgagee does not continue in effect if the mortgagee is aware of changes in ownership or substantial increase in risk and does not notify **us**.

   If **we** cancel this policy, **we** notify the mortgagee at least 10 days before the effective date of cancellation if **we** cancel for **your** nonpayment of premium, or 30 days before the effective date of cancellation if **we** cancel for any other reason.

   **We** may request payment of the premium from the mortgagee, if **you** fail to pay the premium. If **we** pay the mortgagee for a loss where **your** insurance may be void, the mortgagee's rights to collect that portion of the mortgage debt from **you** then belongs to **us**. This does not affect the mortgagee's right to collect the remainder of the mortgage debt from **you**. As an alternative, **we** may pay the mortgagee the remaining principal and accrued interest in return for a full assignment of the mortgagee's interest and any instruments given as security for the mortgage debt.

   If **we** choose not to renew this policy, **we** give written notice to the mortgagee at least 10 days before the expiration date of this policy.

3. **Vacancy-Unoccupancy: We** do not pay for loss caused by attempted theft, breakage of building glass, sprinkler leakage (unless **you** have protected the system against freezing), theft, vandalism, or water damage occurring while the building or structure has been:

   a. "vacant" for more than 60 consecutive days; or

   b. "unoccupied" for more than

      1) 60 consecutive days; or

      2) the usual or incidental unoccupancy period for the described premises,

      whichever is longer.

   For a loss caused by a covered peril other than attempted theft, breakage of building glass, sprinkler leakage (unless **you** have protected the system against freezing), theft, vandalism, or water damage during a period of vacancy or unoccupancy of any building, as described above, the amount we pay is reduced by 15%.

   With respect to this provision, "unoccupied" means that the customary activities or operations of the described occupancy are suspended, but organizational personal property has not been removed.

   The building or structure shall be considered "vacant" and not "unoccupied" when the occupants have moved, leaving the building or structure empty, or containing only limited organizational personal property. Buildings or structures under construction are not considered either "vacant" or "unoccupied."

   **Damage to Church Parsonage(s) while Vacant: We** provide the perils coverage provided in form CP-82, CP-83, or BCP-85 (whichever form is


Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

shown in the Property Declarations), to a covered parsonage/staff dwelling while "vacant" for less than 12 months. With respect to this provision "vacant" means that the occupants have moved out, and there is no personal property of the former occupant present in the dwelling.

This provision regarding covered parsonages/staff dwellings will not apply if the building or structure is no longer used as or intended to be used as a parsonage/ staff dwelling.

4. **Governing Board Provision**: This policy has been issued to **your** organization on the condition that it is, and will continue to be operated by a governing board of at least three individuals (not all related to each other by blood or marriage). In consideration of **our** having issued this policy, **you** warrant that no single person within **your** organization will have authority to make large organizational or financial decisions without the authorization of and approval of **your** governing board or governing body. Also in consideration of **our** having issued this policy, **you** warrant that no individual possesses a controlling ownership interest in any of the buildings or structures described on the **declarations**.

5. **Organizational Disputes:** If any dispute should arise within **your** organization concerning who controls the organization or who controls or owns **your** organizational property or assets, at **our** discretion **we** may elect to pay any amounts due under this policy for a loss to a court of competent jurisdiction for it to determine to whom these amounts should be paid. If an individual or an entity is shown on the **declarations** as a Mortgagee or additional insured, their interests will be indicated with respect to **our** payment to the court.

   In the event of a loss when this provision applies, **we** will pay to any putative insured the reasonable and documented cost of fulfilling the obligation under this policy to protect the insured property according to the Protect Property requirement in the What You Must Do In Case of Loss section of this policy.

   Once invoked by **us**, this coverage restriction will apply until such time as a final determination is made in a court of law (including any and all appeals) or a final settlement agreement is entered into by all parties regarding which person or group actually controls the organization. Once a final determination has been made and all appeals exhausted, then the prevailing party will be considered the representative of **your** organization, and:

   a. any coverage provided by this policy in relation to any subsequent loss will apply for the benefit of the prevailing party; and

   b. **we** will reimburse the prevailing party for extra expenses incurred by them as a result of a direct loss caused by a covered peril, in accordance with the Extra Expense coverage of this policy, if the extra expenses are incurred during the pendency of the organizational dispute. Neither attorney fees nor any other costs or expenses associated directly or indirectly with the resolution of the organizational dispute will be considered to be extra expenses with respect to this paragraph.

6. **Covered Property Exposures:** Subject to the terms of the Building/Personal Property – Newly Acquired/Constructed Supplemental Coverage, **we** will provide no coverage for any loss to any of **your** buildings or personal property unless such buildings or personal property are designated in the Schedule of Buildings and Personal Property section of the **declarations.** If during the policy period **we** are notified or otherwise become aware that **your** organization owns or rents any buildings or personal property that are: (1) in poor repair; or (2) being used for any unusual operations activities or events that materially change **your** property exposure; **we** reserve the right to:

   a. adjust **your** coverage **limits**, and

   b. modify coverage with respect to such buildings or personal property (which may result in adding customized coverage form(s) to **your** policy), and

   c. make appropriate premium adjustments as necessary to address the increased exposure presented by the buildings or personal property.

## WHAT YOU MUST DO IN CASE OF LOSS

1. **Notice:** In case of loss, **you** must:

   a. give **us** or **our** agent prompt notice including a description of the property involved (**we** may request written notice);

   b. give notice to the police when the act that causes the loss is a crime; and

   c. give notice to the credit card company if the loss involves a credit card.



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

2. **Protect Property**: **You** must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. **We** pay the reasonable costs incurred by **you** for necessary repairs or emergency measures performed solely to protect covered property from further damage by a covered peril if a covered peril has already caused a loss to covered property. However, **we** do not pay for such repairs or emergency measures performed on property which has not been damaged by a covered peril. This does not increase **our limit**.

3. **Proof of Loss: You** must send **us**, within 60 days after **our** request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. **your** interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title or occupancy of the covered property during the policy period;

   e. detailed estimates for repair or replacement of covered property;

   f. available plans and specifications of buildings or structures;

   g. detailed estimates of any covered loss of income and expenses; and

   h. an inventory of damaged and undamaged covered personal property showing in detail the quantity, description, cost, actual cash value and amount of the loss. **You** must attach to the inventory copies of all bills, receipts and related documents that substantiate the inventory. An inventory of undamaged personal property is not required if the total claim for a loss is less than $10,000 and less than five percent of the total **limit**.

4. **Examination: You** must submit to examination under oath in matters connected with the loss as often as **we** reasonably request and give **us** sworn statements of **your** answers. If more than one person is examined, **we** have the right to examine and receive statements separately and not in the presence of the others.

5. **Records: You** must produce records, including tax returns and bank microfilms of all canceled checks, relating to value, loss and expense and permit copies and extracts to be made of them as often as **we** reasonably request.

6. **Damaged Property: You** must exhibit the damaged and undamaged property as often as **we** reasonably request and allow **us** to inspect or take samples of the property.

7. **Volunteer Payments: You** must not, except at **your** own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment: We** do not have to accept any abandoned property.

9. **Cooperation: You** must cooperate in performing all acts required by the Commercial Property Coverage.



Copyright 2018, Brotherhood Mutual Insurance Company
All Rights Reserved.
Contains material from American Association of Insurance Services, Inc., with its permission.

46M5A0371824

This OPTIONAL PROPERTY COVERAGE is subject to the terms shown below. The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the Declarations as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# INTERIOR BUILDING DAMAGE COVERAGE
# - INCLUDING GUTTERS/DOWNSPOUTS COVERAGE –

## SCHEDULE

(The information required below may be shown on a separate schedule or on the **declarations**.)

| Loc. No. | Bldg. No. | Description of Property | Limit |
|---|---|---|---|
| | | | |

## AGREEMENT

**We** provide the following additional coverages when this form (BCP-49) is shown on the **declarations**.

## ADDITIONAL COVERAGES

1. **Interior Building Damage:** When Special Perils Part (BCP-85) applies, **we** cover, up to the **limit** shown on the schedule above, sudden and accidental direct loss to the interior of buildings or to personal property in the buildings caused by rain, snow, ice, sleet, sand or dust.

   **We** do not cover loss caused by or resulting from:

   a. Wear and tear; or

   b. Water, including:

      1) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

      2) water that backs up through, overflows from, or is otherwise discharged from:

         a) a sewer or drain;

         b) a sump, sump pump, or related equipment; or

         c) any other type of system designed to remove subsurface water which is drained from the foundation area;

      3) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

         a) basements, whether paved or not;

         b) doors, windows, or other openings;

         c) foundations, floors, walls, or paved surfaces; or


Copyright, 2013 Brotherhood Mutual Insurance Company
All Rights Reserved

d) swimming pools, septic tanks, or other structures; or

4) material present in or carried or otherwise moved by water described in items 1. through 4. above.

However, if fire, explosion, or sprinkler leakage (if a covered peril) results, **we** do cover the resulting loss.

This exclusion:

1) applies whether the water or the material described or moved by water described under items 1. through 4. above, results from or is caused by human or animal forces or an act of nature; and

2) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

a) overtops;

b) escapes from;

c) is released from; or

d) is otherwise discharged from:

e) a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

The most we will pay for the necessary clean-up and remediation of mold, mold spores, mildew, rot, fungi or other biological by-products or contaminants resulting from a loss covered by this Additional Coverage is $10,000. Remediation includes the cost of testing, repairing or replacing portions of a building that are damaged or removed as a necessary part of remediation efforts.

The policy deductible applies to this additional coverage. This is not an additional amount of insurance.

2. **Damage to Gutters and Downspouts from Weight of Ice, Snow or Sleet:** When Special Perils Part (BCP-85) applies, **we** cover direct loss to gutters, downspouts and outdoor fixtures, caused by or directly resulting from the weight of ice, snow or sleet.

**We** do not cover collapse of these property items from an excluded cause or event.

The policy deductible applies to this additional coverage. This is not an additional amount of insurance.


Copyright, 2013 Brotherhood Mutual Insurance Company

All Rights Reserved

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

**General Notice-** The federal Terrorism Risk Insurance Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer liability for losses resulting from certified acts of terrorism when the amount of such loss in any calendar year exceeds $100 billion.

**IF THE AGGREGATE INSURED LOSS FOR ALL INSURERS EXCEEDS $100 BILLION, THE TERRORISM COVERAGE PROVIDED TO AFFECTED POLICYHOLDERS MAY BE REDUCED.**

# (PROPERTY)
# TERRORISM EXCLUSION
## - CERTIFIED AND NON-CERTIFIED ACTS OF TERRORISM WITH LIMITED EXCEPTION -

### ADDITIONAL EXCLUSIONS THAT APPLY TO ALL PROPERTY COVERAGES

In addition to the other exclusions of the policy, the following exclusions will apply to all property coverages of the policy:

1. **CERTIFIED Act of Terrorism Exclusion- We** will not pay for loss or damage of any kind arising directly or indirectly out of or in connection with any **CERTIFIED act of terrorism**.

2. **NON-CERTIFIED Act of Terrorism Exclusion- We** will not pay for loss or damage of any kind arising directly or indirectly out of or in connection with any **NON-CERTIFIED act of terrorism**.

### EXCEPTION TO CERTIFIED AND NON-CERTIFIED ACT EXCLUSIONS

The following applies to the above exclusions and only to loss that does not involve any nuclear, biological, or chemical materials:

1. **Fire Exception** -- If either a **CERTIFIED act of terrorism** or a **NON-CERTIFIED act of terrorism** results in fire, **we** will pay for the loss or damage caused by that fire. This exception for fire applies only to direct loss or damage by fire to covered property. This exception does not apply to coverage for loss of earnings or extra expense.

### EXCEPTION TO NON-CERTIFIED ACT EXCLUSION

The following applies only to Exclusion 2 above, and only to loss that does not involve any nuclear, biological or chemical materials:

1. **Scope of Loss Exception** - If a **NON-CERTIFIED act of terrorism** results in damage to buildings at multiple insured locations, but causes less than $25 million in property damage in the aggregate to all such buildings, then **we** will apply the property coverage that is otherwise provided by this policy. This exception does not apply to coverage for loss of earnings or extra expense.

### CONDITIONS

1. The following provision is added.

   a. Neither the **terms** of this endorsement nor the **terms** of any other terrorism endorsement attached to this policy will be construed to provide coverage for any **loss** that would otherwise be excluded under any form, endorsement or provision of this policy, including, but not limited to:

      1) any exclusions that address war, military action, or biological, chemical or nuclear hazard; or

      2) any other exclusion or provision of the policy.

### DEFINITIONS

In addition to the words and phrases defined elsewhere in this policy, the following definition will apply to the provisions of this endorsement:


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

1. **CERTIFIED act of terrorism** means an act causing total insured loss that meets or exceeds the insured loss threshold of any federal Terrorism Risk Insurance Act, and that is certified by an authorized individual under the Act:
   a. to be an act of terrorism; and
   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure; and
   c. to have resulted in damage:
      1) within the United States; or
      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission; and
   d. to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

   A **CERTIFIED act of terrorism** includes, but is not limited to, a certified terrorist act involving:

   1) Explosives, firearms, conventional weapons, or the use of aircraft, watercraft, missiles, autos or persons as weapons or as a means of transporting weapons;
   2) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;
   3) any nuclear reaction or the release of any radiation, or any radioactive contamination;
   4) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or
   5) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items1) through 4) immediately above.

2. **NON-CERTIFIED act of terrorism** means a malicious act that is not certified by government officials as a qualifying "act of terrorism" under any federal Terrorism Risk Insurance law, but only if such act:
   a. is violent or is dangerous to human life, property, or infrastructure; and
   b. is undertaken in an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

   A **NON-CERTIFIED act of terrorism** includes, but is not limited to, a non-certified terrorist act (or a series of related non-certified terrorist acts that occur within any 72 hour period) involving:

   1) Explosives, firearms, conventional weapons, or the use of aircraft, watercraft, missiles, autos or persons as weapons or as a means of transporting weapons;
   2) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;
   3) any nuclear reaction or the release of any radiation, or any radioactive contamination;
   4) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or
   5) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

directly or indirectly out of the situations set forth in items1) through 4) immediately above.


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
# WASHINGTON

1. The following phrase has special meaning when used in this policy.

   Domestic abuse means:

   a. physical harm, bodily injury, assault or the infliction of fear of imminent physical harm, bodily injury or assault of one family or household member by another family or household member;

   b. sexual assault of one family or household member by another;

   c. stalking as defined in RCW 9A.46.110 of one family or household member by another family or household member; or

   d. intentionally, knowingly, or recklessly causing damage to property so as to intimidate or attempt to control the behavior of another family or household member.

2. Under Conditions, Misrepresentation, Concealment, or Fraud is deleted and replaced by the following:

   **Misrepresentation, Concealment, or Fraud** -- This coverage is void if, before or after a loss:

   a. any insured has intentionally concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) the insured's interest herein.

   b. there has been fraud or false swearing by any insured with regard to a matter that relates to this insurance or the subject thereof.

   However, if an insured makes a claim for a loss that is caused by an act of domestic abuse committed by or at the direction of another insured, this condition will not void coverage for an otherwise covered loss if the insured who makes the claim:

   a. did not cooperate with or contribute to the act that caused the loss; and

   b. files a police report and cooperates with any law enforcement investigation relating to the act of domestic abuse.

   Any payments made may be limited to the claimant's insurable interest less payments made to a mortgagee or other party with a legal secured interest in the property.

3. Under Conditions, Recoveries and Subrogation is deleted and replaced by the following:

   **Conditions, Recoveries and Subrogation** -- If "we" pay under the Commercial Property Coverage, "we" may require that "you" assign to "us" any right of recovery against others up to the amount "we" paid.

   Subject to the "terms" of this condition, "you" may waive "your" right to recover, in writing, before a loss takes place, without voiding coverage.

   If "we" pay a loss to or for an insured and the insured recovers from another party for the same loss, the insured will reimburse "us" as provided under Recoveries. If an insured assigns to "us" the rights of recovery under this provision, and "we" recover from another party, "we" will make the insured whole before recovering for "our" loss.

   "We" are not liable for a loss if, after the loss, "you" impair "our" right to recover. But, subject to all the "terms" of this condition, "you" may waive "your" right to recover in writing after a loss only as to the following parties:


Includes copyrighted material from American Association of Insurance Services, Inc.

a. someone insured under the Commercial Property Coverage;

b. "your" tenant;

c. a business firm owned or controlled by "you"; or

d. a business firm which owns or controls "your" business.

If "we" pay for a loss that is caused by an act of domestic abuse committed by or at the direction of an insured, "we" retain all rights set forth in this condition with regard to action against the perpetrator of the abuse. An insured who makes a claim for a loss that is caused by an act of domestic abuse committed by or at the direction of another insured cannot waive the right to recover against the insured who perpetrates the abuse.

(This provision does not apply to Inland Marine coverages.)

4. (Forms BCP-12, BCP-14, CP-15, CP-19, CP-21 and CP-25 Only) Under Valuation, the Actual Cash Value provision is deleted and replaced by the following:

When replacement cost is not shown on the "declarations" for covered property, the value is based on the actual cash value at the time of the loss without further deduction for depreciation, except as provided below.

5. (Forms BCP-12, CP-19, CP-21 and CP-25 Only) Under Valuation, Replacement Cost is deleted and replaced by the following:

**Replacement Cost** -- When replacement cost is indicated on the "declarations", the loss will be based upon the cost to repair or replace with new material of like kind and quality.

This replacement cost provision does not apply to: objects of art, rarity, or antiquity; property of others, or paragraphs 2. through 7. under Valuation.

The replacement cost is limited to the cost of repair or replacement with new materials of like kind and quality on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. "You" may make a claim for actual cash value and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

6. Under the Property Coverage Parts, Other Conditions, Appraisal is amended by the deletion of the last sentence.

(This provision does not apply to Inland Marine Coverage Forms.)

7. (Forms BCP-12, BCP-14, CP-15 and CP-19 Only) Under Other Conditions, Mortgage Provisions are deleted.

8. (Forms BCP-12, BCP-14, CP-15, CP-19, CP-21, CP-25, and Inland Marine Coverage Forms Only) Under Other Conditions, Recoveries is amended to include the following:

The recoveries provision does not apply to a recovery that results from subrogation against others.

9. (Form BCP-85 Only) Under Additional Definitions, the definition of "volcanic action" is deleted and replaced by the following:

"Volcanic action" means direct loss or damage resulting from the eruption of a volcano when loss or damage is caused by:

a. volcanic blast or airborne shock waves; or

b. ash, dust, or particulate matter.

10. (Forms CP-82 and CP-83 Only) Under Perils Covered, Volcanic Action is deleted and replaced by the following:

**Volcanic Action** -- This means direct loss or damage resulting from the eruption of a volcano when loss or damage is caused by:


Includes copyrighted material from American Association of Insurance Services, Inc.

a. volcanic blast or airborne shock waves; or

b. ash, dust, or particulate matter.

All volcanic eruptions that occur within any 168-hour period will be considered a single occurrence.

Volcanic action does not provide for damage to:

a. land;

b. property in the open or in open sheds; or

c. portions of buildings not completely enclosed, or personal property contained within such portions of buildings.

Direct loss from volcanic action includes the cost to:

a. remove the ash, dust, or particulate matter from the interior or exterior surfaces of the covered building; and

b. clean equipment or stock. If stock cannot be returned to its state before the volcanic eruption, the measure of loss will be the reduction in actual cash value.

Payment for removal or cleaning applies only to the initial deposit of ash, dust, or particulate matter following a volcanic eruption. Subsequent deposits arising from the movement of ash, dust, or particulate matter by wind or other means are not covered.

11. Under the Perils Parts, Perils Excluded, the first paragraph of item 1., and the first paragraph and subparagraphs a. an b. of the Exclusions section of BCG-441 WA are deleted and replaced by the following:

"We" will not pay for loss or damage caused by any of the following excluded events. Loss or damage will be considered to have been caused by an excluded event if that event directly and solely results in loss or damage; or initiates a sequence of events that results in loss or damage, regardless of the nature of any intermediate or final event in that sequence.

(This provision does not apply to Inland Marine Coverage Forms.)

12. (Forms CP-80, CP-82, CP-83 and BCP-85 Only) Under Perils Excluded, Earth Movement or Volcanic Eruption is amended to include the following:

"Volcanic action" does not provide for damage to:

a. land;

b. property in the open or in open sheds; or

c. portions of buildings not completely enclosed, or personal property contained within such portions of buildings.

Direct loss from "volcanic action" includes cost to:

a. remove the ash, dust, or particulate matter from the interior or exterior surfaces of the covered building; and

b. clean equipment or stock. If stock cannot be returned to its state before the volcanic eruption, the measure of loss will be the reduction in actual cash value.

Payment for removal or cleaning applies only to the initial deposit of ash, dust or particulate matter following a volcanic eruption. Subsequent deposits arising from the movement of ash, dust, or particulate matter by wind or other means are not covered.

13. Under Perils Excluded, Criminal, Fraudulent, or Dishonest Acts (Form BCP-85 only), Intentional Acts (Form BCG-449 only) and under Exclusion, item 11 (Form BCG-441 WA only) are amended to include the following:

However, if the loss is caused by an act of domestic abuse committed by or at the direction of an insured, this exclusion will not apply to an otherwise covered loss suffered by another insured who:

a. did not cooperate with or contribute to the act that caused the loss; and


Includes copyrighted material from American Association of Insurance Services, Inc.

b. files a police report and cooperates with any law enforcement investigation relating to the act of domestic abuse.

"Our" payment may be limited to the claimant's insurable interest less payments made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

14. (Form BCP-36 Only)
Under Valuation of Property Loss, the words “with a deduction for depreciation” are deleted.

15. (Inland Marine Coverage Forms Only)
Under Definitions, the definition of "volcanic action", if applicable, is deleted and replaced by the following:

"Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It includes the cost to remove the initial deposit of ash, dust, or particulate matter that causes direct physical loss to the covered property. It does not include subsequent deposits arising from the movement of volcanic dust or ash by wind or other means.

16. (Inland Marine Coverage Forms Only) Under Perils Excluded, the first paragraph of item 1. is deleted and replaced by the following:

"We" do not pay for loss or damage caused by any of the following excluded events. Loss or damage will be considered to have been caused by an excluded event if that event directly and solely results in loss or damage, or initiates a sequence of events that results in loss or damage, regardless of the nature of any intermediate or final event in that sequence.

17. (Inland Marine Coverage Forms Only) Under Valuation, Actual Cash Value, if applicable, is amended to include the following:

Actual cash value may include a deduction for depreciation or an adjustment for appreciation, however caused.

18. (Inland Marine Coverage Forms Only) Under Valuation, Replacement Cost, if applicable, Replacement Cost Limitations is deleted and replaced by the following:

**Replacement Cost Limitations** --
Replacement cost is limited to the cost of repair or replacement with new materials of like kind and quality on the same site and used for the same purpose.

19. (Inland Marine Coverage Forms Only)
Under Other Conditions, Subrogation is deleted and replaced by the following:

**Subrogation** -- If "we" pay under this policy, "we" may require from an insured an assignment of the rights of recovery. "We" are not liable for a loss if an insured impairs” our" right to recover. "You" may waive "your” right to recover, in writing, before a loss occurs, without voiding coverage. If "we" pay a loss to or for an insured and the insured recovers from another party for the same loss, the insured will reimburse "us" as provided under Recoveries. If an insured assigns to "us" the rights of recovery under this provision and "we" recover from another party, "we" will make the insured whole before recovering for "our" loss.

20. (Inland Marine Coverage Forms Only)
Under Reporting Conditions, if applicable, Premium Computation And Adjustment is amended to include the following:

The minimum premium is not subject to a refund unless "we" cancel the policy.


Includes copyrighted material from American Association of Insurance Services, Inc.

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# EXCLUSION -- WAR AND MILITARY ACTION

The policy is amended as follows:

## PERILS EXCLUDED

The War exclusion, wherever it appears, is deleted and replaced by the following:

**War And Military Action** --

"We" do not cover loss or damage caused directly or indirectly by the following:

1) war, including undeclared or civil war; or
2) warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.


Contains copyrighted material of the American Association of Insurance Services, Inc., 2008

The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the **Declarations** as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

## -SUPPLEMENTAL PROPERTY VALUATION PROVISION-
# BROADENED VALUATION FORM
## -INCLUDES ADDITIONAL COVERAGE FOR FOUNDATIONS-

## SCHEDULE OF VALUES

(The information shown below may be shown on a separate schedule or supplemental **Declarations.)**

| Loc. No. | Bldg. No. | Description of Property | Location of Property | Stated Value | Stated % | Maximum Payment (Stated Val. x Stated %) |
|---|---|---|---|---|---|---|
| 1 | 1 | Church | 12513 SE Mill Plain Blvd | 2,077,000 | 125% | 2,596,250 |
| 1 | 2 | Shed | 12513 SE Mill Plain Blvd | 4,900 | 125% | 6,125 |

## VALUATION OF PROPERTY

The amount shown on the Schedule of Values as Stated Value is the amount that **you** and **we** agree to be the cost of replacing the covered property described on the Schedule of Values.

This provision will apply only to the described property, and not to any contents of such described property. It will also not apply to cover loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

## HOW MUCH WE PAY

When this endorsement is shown on the **declarations**, and covered property is described on the Statement of Values included on this form, the following paragraphs replace and supersede the Loss Settlement Terms of the How Much We Pay section of the Building and Personal Property Coverage Part (BCP-12) with respect to losses to the covered property shown on the Schedule of Values:


Copyright 2015, Brotherhood Mutual Insurance Company
All Rights Reserved

**Loss Settlement Terms:** Subject to paragraphs 1., 2., 4., 5., and 6., in this How Much We Pay section, for loss to any covered property we pay the least of:

a the Maximum Payment (the Stated Value multiplied by the Stated Percent) shown for the damaged covered property listed on the Statement of Values shown above;

b the cost to repair, replace or rebuild the property with material of like kind and quality to the extent practicable; or

c. the amount **you** actually spend to repair or replace the damaged property.

Broadened valuation does not apply until the damaged or destroyed property is repaired or replaced. **You** may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if **you** notify **us** of **your** intent within 180 days after the loss.

For a loss occurring to covered Building Property, as described on the Statement of Values shown above, that is undergoing a **Renovation Project** at the time of the loss, subject to paragraphs 2., 4., 5., and 6., in this How Much We Pay section, **we** will pay the least of:

a. the Maximum Payment (the Stated Value multiplied by the Stated Percent) shown for the damaged covered property listed on the Statement of Values shown above;

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the Maximum Payment (the Stated Value multiplied by the Stated Percent) shown for the damaged covered property listed on the Statement of Values shown above, to which a covered loss has been sustained and which is undergoing a **Renovation Project.** The Maximum Payment is provisional. The actual **limit** of insurance in effect at the time of loss is the sum of:

1) the **limit** of insurance that **we** provided (either on the Statement of Values, or in the Newly Acquired/Constructed Supplemental Coverage) for any individual building or structure undergoing a **Renovation Project** that applied to such building prior to the inception of the **Renovation Project**, and

2) the value of the completed **Renovation Project**, multiplied by the proportion of the **Renovation Project** that has been completed at the time of loss.

For Additional Coverage and Supplemental Coverages, subject to paragraphs 1., 2., 4., 5., and 6., in this How Much We Pay section, **we** pay the lesser of:

a. the actual loss sustained; or

b. the **limit** indicated within each Additional Coverage or Supplemental Coverage.

Regardless of the method used to determine the amount under Valuation or under Valuation Of Property Losses, **we** do not pay for any loss in market value as a result of repairing, replacing, or rebuilding the covered property.

## ADDITIONAL COVERAGES POLICY DEDUCTIBLE

**Foundations:** When this endorsement is shown on the **declarations**, **we** cover the cost of repairing or replacing **your** foundations below the lowest floor of **your** buildings or structures listed on the **declarations**. The most **we** will pay per occurrence is $50,000, regardless of the number of buildings or structures that are damaged. This is an additional amount of insurance.


Copyright 2015, Brotherhood Mutual Insurance Company
All Rights Reserved

**Partial Losses**: When loss to a building or structure listed on the **declarations** does not exceed the **limit** of insurance shown on the **declarations** for that building or structure, this additional coverage will apply only when the cost to repair or replace the building or structure, excluding the cost to repair or replace its foundations below the lowest floor, exceeds fifty percent (50%) of the **limit** shown on the **declarations** for that building or structure.

**Total Losses**: When loss to a building or structure listed on the **declarations** equals or exceeds the **limit** of insurance shown on the **declarations** for that building or structure, this additional coverage will apply.

## OTHER PROVISIONS

All other provisions of the policy remain unchanged.


Copyright 2015, Brotherhood Mutual Insurance Company
All Rights Reserved

46M5A0371824

The property coverage provided by this policy is subject to the provisions shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the Declarations as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement. The Deductible provision of this endorsement will modify any other deductible provision of the policy in accordance with the provisions set forth herein.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# LOSS FREE DEDUCTIBLE REDUCTION ENDORSEMENT

## DEFINITIONS

The following definitions apply only to the provisions of this endorsement. The defined terms **we**, **you** and **your** have the same meaning in this endorsement as in other property coverage endorsements.

1. **Loss free period** means the period of time during which no property claims are submitted with respect to **your** policy for payment by **us**. Such period begins at:

   a. the inception date of **your** coverage with **us**; or

   b. if **you** have had a covered loss under this policy, the date of the most recent covered loss, for which **we** made a payment, preceding the loss to which the deductible reduction provided by this endorsement applies.

   This **loss free period** ends at the date of a covered loss to which the deductible reduction provided by this endorsement is applied by **us**.

## LOSS FREE DEDUCTIBLE

This endorsement modifies the Deductible provision in the How Much We Pay section of the Building and Personal Property Coverage Part and applies to all property coverage deductibles, except as otherwise noted within this endorsement.

The policy deductible applied to the first loss following a **loss free period** will be reduced in accordance with the provisions set forth below.

1. **Longer than two years:** If the **loss free period** is longer than two years, the deductible applied to the loss will be reduced by 25%.

2. **Longer than four years:** If the **loss free period** is longer than four years, the deductible applied to the loss will be reduced by 50%.

3. **Longer than six years**: If the **loss free period** is longer than six years, the deductible applied to the loss will be reduced by 100%.

4. Regardless of the length of the **loss free period**, the deductible applied to the loss will not be reduced by more than $2,500. The deductible applied to the loss will also never be less than $0.

5. The Loss Free Deductible Reduction provided by this endorsement does not apply to any losses covered by the following endorsements, if they are included with this policy:

   a. Residents' Personal Property Coverage (BCG-441);

   b. Residents' Scheduled Property Coverage (BCG-449); and

   c. windstorm or hail damage deductible endorsements.

**Example - 6+-year loss free period**

| | |
|---|---|
| Net loss: | $2,000 |
| | |
| Policy deductible: | $1,000 |
| Less loss free reduction: | - $ 1000 |
| Deductible applied: | $ 0 |
| | |
| Loss: | $2,000 |
| Deductible Applied: | - $ 0 |
| We Pay: | $2,000 |


Copyright, 2017? Brotherhood Mutual Insurance Co.
All Rights Reserved

The property coverage provided by this policy is subject to the provision shown below. The COMMERCIAL PROPERTY COVERAGE CONDITIONS (BCP-100), the PERILS PART, and either the BUILDING AND PERSONAL PROPERTY COVERAGE PART (BCP-12) or the BUILDERS' RISK COVERAGE PART (BCP-14) (if indicated on the **Declarations** as applying to a particular building) also apply except to the extent modified by the provisions of this endorsement.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

# EXCLUSION - EARTH MOVEMENT AND VOLCANIC ERUPTION

## DEFINITIONS

The following definitions apply only to the provisions of this endorsement. The defined terms **we**, **you** and **your** have the same meaning in this endorsement as in other property coverage endorsements.

1. **Earth movement** means any movement or shaking of land, however caused. **Earth movement** includes, but is not limited to, earthquake, landslide, mudslide, mud flow, earth liquification; or sinking, rising or shifting of earth.

2. **Volcanic eruption** means the eruption of solid, molten or hot gaseous material from within the earth's crust, and includes volcanic explosion.

3. **Direct damage** means:

   a. any structural damage (including cracking, shifting, sagging, marring, warping, bulging, twisting, upheaval or subsidence) to any building or structure, or any portion thereof;

   b. any loss of, or damage to, any decorative element of any building or structure (including masonry veneer or other siding);

   c. the partial or total collapse of any building or structure, or any portion thereof; or

   d. any other damage to buildings, contents or other property;

   if such damage occurs during the course of, or as a result of, any **earth movement** or **volcanic eruption** event. But **direct damage** does not include loss resulting from fire or explosion if such fire or explosion meets the definition of **following damage**.

4. **Following damage** means any damage caused by fire or explosion, but only if such damage clearly arises out of, and follows, an **earth movement** or **volcanic eruption** event.

## PERILS EXCLUDED

1. **We** do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether before, at the same time as, or after the excluded causes or events.

   a. **Earth movement: We** do not cover loss caused by any **earth movement** activity or event of any kind.

   b. **Volcanic eruption: We** do not cover loss of any kind that arises directly or indirectly out of any **volcanic eruption** or activity or event of any kind.

   But **we** will pay for **following damage** arising out of **earth movement** or **volcanic action** if such damage would otherwise be covered under the terms of this policy.

   The exclusions set forth herein replace and supersede any other exclusionary language of the policy pertaining to the movement of earth or volcanic activity.


Copyright 2013, Brotherhood Mutual Insurance Company
All Rights Reserved
Contains material from American Association of Insurance Services, Inc., with its permission.

# Notice Regarding Building Valuation

*If a Building Value Estimate is prepared by us, the following applies:*

**Setting Appropriate Building Limits-**
It is important that you give careful consideration to setting appropriate building values. In the event of a significant covered loss involving a building that is insured under this policy, we will repair or replace the building under the terms of the policy. We pay the lesser of the cost to repair the building or the limit of insurance that has been set on the building*. Accordingly, if it costs less to repair a building than the limit of coverage that has been set on the building, we will pay no more than the cost of repair*. If the cost to repair a building exceeds the limit of coverage that has been set on the building, however, we will pay no more than the limit of coverage that was set. For this reason, the limit that you select when insuring your buildings under this policy is an important component of your overall property coverage.

**Purpose of Building Estimates-**
When coverage is requested on a building or buildings that you wish to insure, Brotherhood Mutual will generally use an internal process to estimate the value of such building or buildings (Building Value Estimate) based on the information about the building that is submitted to us. This estimation process is applied to buildings so that the company can better compare the insurance value that you have requested against an objective measure of the building value. This estimation process is based upon industry-accepted methods for determining building values. As long as the amount of coverage that you've requested on a building appears to be reasonable, our company will insure the building for the amount you've requested*.

**Building Value Estimates are Estimates Only-**
It is important to note that any Building Value Estimate that is generated by our company is done only so that our company can assess the reasonableness of requested building values. Our Building Value Estimate is in no way intended as a formal building valuation or building appraisal. No one should rely on our company's Building Valuation Estimate as a statement of the actual cost that it will take to replace a building in the event of a total loss. Although we use a well-designed (industry accepted) estimating system, many factors contribute to the cost of building replacement following a loss, and the company's internal process to estimate the value of buildings is not designed to capture all such factors. To accurately set the limit of insurance that you request on your building or buildings, it is recommended that you consider conducting your own independent appraisal of the buildings that you intend to insure, as the responsibility for selection of a sufficient limit of insurance on a building rests principally with you*.

**Effect of Significant Variances-**
If there's a significant discrepancy between the amount of insurance you've requested and the Building Value Estimate, we may request or require that that the building be insured for an amount that differs from the building value that you've requested for the building*. In

***NOTE**- Policyholders will be more restricted in setting building limits in "Valued Policy States" than in other states. (Valued Policy states are those that require insurers to pay the limit of property insurance when designated total loss events occur, regardless of the actual cost to replace the building).*

this situation, if you feel that the amount of insurance on any building is improper, you must promptly notify us of this fact, and submit a professional building appraisal in support of the value for which you'd like to insure the building.

**Mid-Term Value Adjustments-**
After you have made an initial building value selection when the policy is first issued or when a building is added to the policy, changes in value can occur during the policy period under certain circumstances. If you notify us of changes in the building during the policy period, or if you have purchased inflation protection coverage, or if you or your agent request annual value adjustments, then the value of the buildings on the policy will be adjusted accordingly. These changes in value will be reflected on the property declarations page of the policy and will be effective as indicated on the applicable policy declaration page or change schedule. If you feel that a building value has been incorrectly adjusted, you should promptly notify us so that we can work with you to set an appropriate value.

**Important Disclaimer-**
In light of the foregoing, the following disclaimer applies to all Building Value Estimates that are generated by our company (this appears on company-generated Building Estimate reports):

*This property evaluation has been prepared solely for the benefit and use of Brotherhood Mutual Insurance Company based on physical information that has been provided to the company by others. No warranty of any kind is provided as to the accuracy of the information or results contained in the above evaluation, and the actual cost to repair or replace the property being evaluated may differ substantially from the evaluation results due to a variety of factors. This analysis should be construed neither as an appraisal of the property nor as a statement of the market value of the property. Setting an insurance limit based on the above value estimate will in no way guarantee that the structure will be fully insured in the event of a covered loss. To accurately determine the value of property, a competent independent property appraiser should be retained to provide an appraisal. This evaluation represents a work product of Brotherhood Mutual Insurance Company, and it should not be conveyed to others without the prior consent of Brotherhood Mutual.*

**Please read your policy carefully**

Your Brotherhood Mutual agent will be pleased to address any questions you may have concerning your policy or premium billings.

This Notice form provides no coverage of any kind, and nothing in this form will waive, alter, vary or extend any of the terms of this policy or any coverage provided by the policy.

***NOTE**- Policyholders will be more restricted in setting building limits in "Valued Policy States" than in other states. (Valued Policy states are those that require insurers to pay the limit of property insurance when designated total loss events occur, regardless of the actual cost to replace the building).*

*This policy provides no flood/water damage coverage of any kind other than the limited flood/water damage coverage conveyed herein. The applicable water damage limit provided herein represents the most we will pay for all water damage/flood loss, regardless of the amount of actual loss or damage sustained. More expansive flood coverage is available from the federal government, and it's your responsibility to decide whether you wish to protect your property from flood and water damage through this federal government program.*

---

# NOTICE: WATER DAMAGE/FLOOD COVERAGE

Your policy does not provide coverage for loss caused by flood, surface water, waves, tidal water, or any other overflow of a body of water, other than limited flood/water damage coverage that may be added to your policy through a Water Damage Coverage Form. Water Damage Coverage Forms are optional and are added to your policy at our request in exchange for an additional premium payment. Depending on which Water Damage Coverage Form option you select, your limit of flood/water damage coverage will be as follows:

**No Water Damage Coverage Form:** $0 flood/water damage coverage

**BCP-25:** $2,500 flood/water damage limit

**BCP-26:** $5,000 flood/water damage limit

**BCP-27:** $10,000 flood/water damage limit

*(Note: All coverages listed above may not be available in all states.)*

The above limit represents the most we will pay for all water damage/flood loss, regardless of the amount of actual loss or damage sustained. This limit will apply to loss involving flood or water damage even if other perils contribute to the loss.

Coverage of the policy is subject to all applicable terms, limits, limitations and exclusions.

**You will not have coverage for property damage caused by flood, surface water, waves, tidal water, or any other overflow of a body of water (except that which is provided under the optional Water Damage Coverage Forms) unless you take steps to purchase a separate policy of flood insurance, at an additional premium, from the National Flood Insurance Program, 42 U.S.C. § 4001, et seq. Coverage for flood damage to your personal property may also be available from the National Flood Insurance Program for an additional premium. If you would like more information about obtaining flood coverage under a Water Damage Coverage Form or the National Flood Insurance Program, please contact your agent or this company.**

**No coverage is conveyed through this notice form. If there are any discrepancies between the policy and this notice, the provisions of the policy govern.**

**PLEASE READ THE TERMS OF YOUR POLICY CAREFULLY.**

 Copyright 2014, Brotherhood Mutual Insurance Company
All Rights Reserved 

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# LOSS PAYABLE ENDORSEMENT
## WASHINGTON

(The entries required to complete this endorsement
will be shown below or on the "declarations" or "schedule of coverages".)

This form is identical to that promulgated in Washington State Insurance Commissioner's Regulation No. 335, pursuant to section 1, Chapter 12, Laws of 1967, ex. sess., State of Washington.

1. Loss or damage, if any, under this policy shall be payable first to the loss payee or mortgagee (hereinafter called secured party), and, second, to the insured, as their interests may appear; PROVIDED, That, upon demand for separate settlement by the secured party, the amount of said loss shall be paid directly to the secured party to the extent of its interest.

2. This insurance as to the interest of the secured party shall not be invalidated by any act or neglect of the insured named in said policy or his agents, employees or representatives, nor by any change in the title or ownership of the insured property: Provided, however, That, the conversion, embezzlement or secretion by the named insured or his agents, employees or representatives is not covered under said policy unless specifically insured against and premiums paid therefor.

3. In applying the pro rata provisions of the policy, the amount payable to the secured party shall be reduced only to the extent of pro rata payments receivable by the secured party under other policies.

4. The company reserves the right to cancel the policy at any time as provided by its terms, but in such case the company shall mail to the secured party a notice stating when such cancellation shall become effective as to the interest of said secured party. The amount and form of such notice shall be not less than that required to be given the named insured, by law or by the policy provisions, whichever is more favorable to the secured party.

5. If the insured fails to render proof of loss within the time granted in the policy conditions, such secured party shall do so within sixty days after having knowledge of a loss, in form and manner as provided by the policy, and, further, shall be subject to the provisions of the policy relating to appraisal and the time of payment and bringing suit.

6. Whenever the company shall pay the secured party any sum for loss or damage under policy and shall claim that, as to the insured, no liability exists, the company shall, to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all collateral held to secure the debt, or may, at its option, pay to the secured party the whole principal due or to grow due on the mortgage or other security agreement, with interest, and shall thereupon receive a full assignment and transfer of the mortgage or other security agreement and of all collateral held to secure it; but no subrogation shall impair the right of the secured party to recover the full amount due it.

46M5A0371824



7. All terms and conditions of the policy remain unchanged except as herein specifically provided.

8. All notices sent to the secured party shall be sent to its last reported address, which must be stated in the policy or in this endorsement below.

9. The following item shall be completed if this endorsement is not referred to by number in the policy to which this endorsement is attached:

The foregoing is attached to and forms a part of Policy No. ________________

of ____________________________________________ Insurance Company,

issued to ______________________________________________________ .

Endorsement effective date ________________________________ , ______.

10. If the secured party and its address is not designated in the policy to which this endorsement is attached, the following line(s) shall be completed:

Secured Party ____________________________________________________

Address: ________________________________________________________

Secured Party ____________________________________________________

Address: ________________________________________________________

By ______________________________________________________________

Agent ____________________________________________________________

Form REG.-335



Copyright, American Association of Insurance Services, 2001

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# EXCLUSION -- WATER DAMAGE

The policy is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## PERILS EXCLUDED

1. The Fire Perils Part, Basic Perils Part, Broad Perils Part, and Special Perils Part, when shown on the "declarations", are amended as follows:

   Exclusion 1.g. is deleted and replaced by the following:

   g. **Water** --

   1) "We" do not cover loss caused by:

      a) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;
      b) water that backs up through, overflows from, or is otherwise discharged from:

         (1) a sewer or drain;
         (2) a sump, sump pump, or related equipment; or
         (3) any other type of system designed to remove subsurface water which is drained from the foundation area;

      c) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

         (1) basements, whether paved or not;
         (2) doors, windows, or other openings;
         (3) foundations, floors, walls, or paved surfaces; or
         (4) swimming pools, septic tanks, or other structures; or

      d) material present in or carried or otherwise moved by water described in items a) through c) above.

      However, if fire, explosion, or sprinkler leakage (if a covered peril) results, "we" do cover the resulting loss.

   2) This exclusion:

      a) applies whether the water or the material carried or moved by water described under items 1)a) through 1)d) above results from or is caused by human or animal forces or an act of nature; and
      b) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

         (1) overtops;
         (2) escapes from;
         (3) is released from; or
         (4) is otherwise discharged from;

         a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

Copyright, American Association of Insurance Services, Inc., 2008

2. When the Earthquake Perils Part is shown on the "declarations", exclusion 1.f. is deleted and replaced by the following:

   f. **Water** --

      1) "We" do not cover loss caused by:

         a) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;
         b) water that backs up through, overflows from, or is otherwise discharged from:

            (1) a sewer or drain;
            (2) a sump, sump pump, or related equipment; or
            (3) any other type of system designed to remove subsurface water which is drained from the foundation area;

         c) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

            (1) basements, whether paved or not;
            (2) doors, windows, or other openings;
            (3) foundations, floors, walls, or paved surfaces; or
            (4) swimming pools, septic tanks, or other structures; or

         d) material present in or carried or otherwise moved by water described in items a) through c) above.

      2) This exclusion:

         a) applies whether the water or the material carried or moved by water described under items 1)a) through 1)d) above results from or is caused by human or animal forces or an act of nature; and
         b) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

            (1) overtops;
            (2) escapes from;
            (3) is released from; or
            (4) is otherwise discharged from;

            a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.



Copyright, American Association of Insurance Services, Inc., 2008

AAIS

This endorsement changes the Commercial Property Coverages provided by this policy

— PLEASE READ THIS CAREFULLY —

CP-111
Ed 1.0

# AUTOMATIC INCREASE

The **limits** shown on the **declarations** for the covered property listed on the schedule below are increased by the annual percentage also listed on the schedule below. This increase applies proportionally from the date this endorsement is made a part of the policy.

**SCHEDULE**
(The information required below may be shown on a separate schedule or supplemental **declarations**.)

| Prem. No. | Bldg. No. | Covered Property | Automatic Increase ( %) |
|---|---|---|---|
| | | | |



Copyright MCMXCIV, American Association of Insurance Services

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# (PROPERTY)
# NUCLEAR, CHEMICAL AND BIOLOGICAL TERRORISM EXCLUSION
## - CERTIFIED AND NON-CERTIFIED ACTS OF TERRORISM -

**ADDITIONAL EXCLUSION THAT APPLIES TO ALL PROPERTY COVERAGES**

In addition to the other exclusions of the policy, the following exclusion will apply to all property coverages of the policy:

1. **We** will not pay for loss or damage of any kind arising directly or indirectly out of or in connection with any **act of nuclear, chemical or biological terrorism**.

**CONDITIONS**

1. The following provision is added.

   a. Neither the **terms** of this endorsement nor the **terms** of any other terrorism endorsement attached to this policy will be construed to provide coverage for any **loss** that would otherwise be excluded under any form, endorsement or provision of this policy, including, but not limited to:

      1) any exclusions that address war, military action, or biological, chemical or nuclear hazard; or

      2) any other exclusion of the policy.

**DEFINITIONS**

In addition to the words and phrases defined elsewhere in this policy, the following definitions will apply to the provisions of this endorsement:

1. **Act of nuclear, chemical or biological terrorism** means either: (1) a **CERTIFIED act of nuclear, chemical or biological terrorism**; or (2) a **NON-CERTIFIED act of nuclear, chemical or biological terrorism.**

2. **CERTIFIED act of nuclear, chemical or biological terrorism** means an act causing total insured loss that meets or exceeds the insured loss threshold of any federal Terrorism Risk Insurance Act, and that is certified by an authorized individual under the Act:

   a. to be an act of terrorism; and

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure; and

   c. to have resulted in damage:

      1) within the United States; or

      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission; and

   d. to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

   e. to involve one or more of the following:

      1) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind; or

      2) any nuclear reaction or the release of any radiation, or any radioactive contamination; or

      3) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

4) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items 1) through 3) immediately above.

3. **NON-CERTIFIED act of nuclear, chemical or biological terrorism** means a malicious act that is not certified by government officials as a qualifying "act of terrorism" under any federal Terrorism Risk Insurance law, but only if such act:

a. is violent or is dangerous to human life, property, or infrastructure; and

b. is undertaken in an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

c. involves one or more of the following:

1) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind; or

2) any nuclear reaction or the release of any radiation, or any radioactive contamination; or

3) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or

4) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items 1) through 3) immediately above.


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

# SCHEDULED PROPERTY FLOATER

In this coverage form, the words "you" and "your" mean the persons or organizations named as the insured on the declarations and the words "we", "us", and "our" mean the company providing this coverage.

Refer to the Definitions section at the end of this coverage form for additional words and phrases that have special meaning. These words and phrases are shown in quotation marks.

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Scheduled Property Floater. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

   a. "your" property; and

   b. property of others in "your" care, custody, and control.

2. **Coverage Limitation** -- "We" only cover "your" property and property of others that are described on the "schedule of coverages".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Buildings And Land** -- "We" do not cover buildings or land including land on which covered property is located.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Money And Securities** -- "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

5. **Vehicles** -- "We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

6. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Copyright, American Association of Insurance Services, Inc., 2009

However, if no "limit" is indicated for a Coverage Extension within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage, including a Coverage Extension, Supplemental Coverage, or other coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following Coverage Extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1. **Coverage** -- "We" pay the cost of debris removal. Debris removal means the costs for the demolition, clearing, and removal of debris of covered property if such debris results from a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss or damage exclusive of the costs for debris removal. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

Copyright, American Association of Insurance Services, Inc., 2009

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension, including a Supplemental Coverage, Coverage Extension, or other coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following Supplemental Coverages are not subject to and not considered in applying coinsurance conditions.

1. **Newly Acquired Property** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional property that:

      1) is similar to the property described on the "schedule of coverages"; and
      2) "you" acquire during the policy period.

   b. **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of:

      1) the value of covered property as described in the Valuation section of this coverage form; or
      2) $15,000.

   c. **Time Limitation** -- "We" extend coverage to the additional property that "you" acquire for up to 60 days.

      This supplemental coverage will end when any of the following first occur:

      1) this policy expires;
      2) 60 days after "you" obtain the additional property; or
      3) "you" report the additional property to "us".

   d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the additional property.

2. **Pollutant Cleanup And Removal** --

   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

      However, "we" pay the cost of testing that is necessary for the extraction of "pollutants" from land or water.

   d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

## PERILS COVERED

"We" cover risks of direct physical loss or damage unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

Copyright, American Association of Insurance Services, Inc., 2009

a. **Civil Authority** -- Order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement** -- Any "earth movement".

However, if eruption, explosion, or effusion of a volcano results in "volcanic action", "we" will pay for the loss or damage caused by that "volcanic action".

If "earth movement" results in fire, "we" will pay for the loss or damage caused by that fire. If "earth movement" (other than eruption, explosion, or effusion of a volcano) results in explosion, "we" will pay for the loss or damage caused by that explosion.

This exclusion does not apply to covered property while in transit.

c. **Flood** -- "Flood".

"We" also do not cover waterborne material carried or otherwise moved by "flood", whether or not driven by wind, including storm surge, or material carried or otherwise moved by mudslide or mudflow.

However, if "flood" results in fire, explosion, or sprinkler leakage, "we" will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

d. **Nuclear Hazard** -- Nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **Sewer, Septic Tank, Sump, Or Drain Backup And Water Below The Surface** --

1) Water or waterborne material that backs up, overflows or is otherwise discharged through a sewer or drain, sump or septic tank, eaves trough or downspout; or
2) water or waterborne material below the surface of the ground, whether naturally or artificially occurring, including but not limited to water or waterborne material that exerts pressure on or flows, seeps, or leaks through or into a building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

But if sewer, drain, sump, septic tank, eaves trough, or downspout backup and water or waterborne material below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

f. **War And Military Action** --

1) War, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

Copyright, American Association of Insurance Services, Inc., 2009

3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War And Military Action exclusion will apply in place of the Nuclear Hazard exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

a. **Contamination Or Deterioration** -- "We" do not pay for loss or damage caused by or resulting from contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

b. **Criminal, Fraudulent, Dishonest, Or Illegal Acts** -- "We" do not pay for loss or damage caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Electrical Currents** -- "We" do not pay for loss or damage caused by or resulting from arcing or by electrical currents other than lightning.

But if arcing or electrical currents other than lightning result in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

d. **Explosion, Rupture, Or Bursting** -- "We" do not pay for loss or damage caused by or resulting from explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

e. **Loss Of Use** -- "We" do not pay for loss or damage caused by or resulting from loss of use, delay, or loss of market.

f. **Mechanical Breakdown** -- "We" do not pay for loss or damage caused by or resulting from any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

g. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

Copyright, American Association of Insurance Services, Inc., 2009

h. **Pollutants** -- "We" do not pay for loss or damage caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

i. **Temperature/Humidity** -- "We" do not pay for loss or damage caused by or resulting from dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature result in a "specified peril", "we" do cover the loss of damage caused by that "specified peril".

j. **Theft From An Unattended Vehicle** -- "We" do not pay for theft from an unattended vehicle except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced.

This exclusion does not apply to covered property in the custody of a carrier for hire.

k. **Voluntary Parting** -- "We" do not pay for loss or damage caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l. **Wear And Tear** -- "We" do not pay for loss or damage caused by or resulting from wear and tear, marring, or scratching.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment Of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property that has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

Copyright, American Association of Insurance Services, Inc., 2009

c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d. changes in title of the covered property during the policy period; and

e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cash Value --**The value of covered property will be based on the actual cash value at the time of loss (with a deduction for depreciation).

2. **Pair Or Set** -- The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

Copyright, American Association of Insurance Services, Inc., 2009

4. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

   b. **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
      2) divide the "limit" for covered property by the result determined in b.1) above;
      3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

      The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

   d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

   e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

Copyright, American Association of Insurance Services, Inc., 2009

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received; and
2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

a. **Adjustment And Payment Of Loss To Property Of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or
2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

Copyright, American Association of Insurance Services, Inc., 2009

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein; or

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

Copyright, American Association of Insurance Services, Inc., 2009

b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

## DEFINITIONS

1. "Earth movement" means:

   a. earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

   b. landslide, mudslide or mudflow;

   c. mine subsidence whether or not the non-natural mine is currently in use;

   d. any other movement of earth, including sinking (other than "sinkhole collapse"), shifting, or rising of earth including, but not limited to, erosion, expansion, shrinking, freezing, thawing, improper soil compaction, and movement of water under the surface of the ground that cause cracking, settling, or shifting of foundations, buildings, or structures; or

   e. eruption, explosion, or effusion of a volcano.

2. "Flood" means an overflowing or inundation by water of an area that was previously and normally dry or not covered by water, whether caused artificially or naturally, by human or animal forces or by an act of nature. "Flood" includes, but is not limited to:

   a. overflow of inland or tidal waters, waves, tidal waves, or tsunamis, or spray that results from any of these, all whether driven by wind or not, including but not limited to storm surge;

   b. unusual and rapid accumulation or runoff of surface waters from any source; or

   c. mudslides or mudflows if caused by:

      1) unusual and rapid accumulation or runoff of surface waters or waves; or
      2) currents of water exceeding anticipated cyclical levels.

3. "Limit" means the amount of coverage that applies.

4. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

5. "Schedule of coverages" means:

   a. all pages labeled "schedule of coverages" or schedules that pertain to this coverage; and

   b. declarations or supplemental declarations that pertain to this coverage.

Copyright, American Association of Insurance Services, Inc., 2009

6. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

7. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to:

   a. personal property in the open; or

   b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

8. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

9. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

   "Volcanic action" does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the covered property.



Copyright, American Association of Insurance Services, Inc., 2009

This Liability Coverage Endorsement is subject to the **terms** of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Forms (BGL-11). Principal Coverage O within the Commercial Liability Coverage Forms (GL-100) is deleted and replaced by the language of this endorsement. Only one liability coverage (Principal, Supplemental, or Additional will apply to an **occurrence** and any **related loss**.

# FIRE LEGAL LIABILITY AND OTHER NONOWNED PROPERTY DAMAGE LIABILITY COVERAGES

## -PROPERTY, OR PORTIONS THEREOF, IN THE INSUREDS' CARE, CUSTODY AND CONTROL –

## AGREEMENT

**We** provide the Principal Coverage and the Additional Coverage described in this endorsement, but only if **you** are a religious, charitable, or not-for-profit organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein. The following definition applies only to the Nonowned Property Damage Additional Coverage of this endorsement.

1. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf and within the scope of their delegated authority.

## PRINCIPAL COVEAGE O

## FIRE LEGAL LIABILITY COVERAGE

[The following supersedes and replaces the Fire Legal Liability Coverage (Principal Coverage O) of the Commercial Liability Coverage Form (GL-100)]:

**We** pay (up to the Limit of Coverage set forth in the How Much We Pay section of this endorsement for Principal Coverage O) for **property damage** to buildings and any portions thereof that **you** rent from another, or that are loaned to **you**, if the **property damage** is caused by fire for which **you** are legally liable. Buildings include fixtures permanently attached thereto. If **you** are renting (or are loaned) a section within a larger structure, then this coverage will apply to **property damage** to the entire structure, and the **limit** for Principal Coverage O (as set forth in the How Much We Pay section of this endorsement for Principal Coverage O) will apply to damage to the entire building, including the portion within **your** control.

## EXCLUSIONS – COVERAGE O ONLY

All of the exclusions of the Commercial Liability Coverage form (GL-100) and the Liability and Medical Coverage Form BGL-11) will apply to this Principal Coverage O except that, with respect to the Additional Exclusions That Apply Only to Property Damage set forth in the Commercial Liability Coverage Form (GL-100):

1. Exclusion 1 will apply to all property that is owned by, occupied in whole or in part by, or rented in whole or in part to, **you** except as specifically otherwise provided by this Fire Legal Liability Coverage; and

2. Exclusion 3 is deleted to the extent that coverage is otherwise specifically provided by this Fire Legal Liability Coverage.

In addition, the following exclusions will apply to this Principal Coverage O:

**We** do not cover:

1. liability assumed under any contract or agreement that seeks to indemnify any person or organization for damage by fire to any premises; or

2. liability arising out of **property damage** that:

   a. is expected by, directed by or intended by any **insured**; or

   b. is the result of intentional or malicious acts of any **insured**; or


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

c. results from any **major construction/ demolition project** involving any building that is loaned or rented (in whole or in part) to **you**.

This Principal Coverage is provided strictly subject to the **limit** set forth in the How Much We Pay section of this endorsement for Principal Coverage O.

## ADDITIONAL COVEAGES

## NONOWNED PROPERTY DAMAGE LIABILITY COVERAGE

**We** pay (up to the Limit of Coverage set forth in the How Much We Pay section of this endorsement for Additional Coverages) those sums which a **covered person** becomes legally obligated to pay as **damages** due to **property damage** to real or personal property to which this coverage applies. The damage must be to property that **you** do not own, and the event or events causing the **property damage**:

a. must arise out of **your** religious, charitable, or not-for profit activity; and

b. must be an **occurrence** taking place in the **coverage** territory during the **policy period**.

This coverage does not apply to **property damage** covered under the Additional Incidental Contractual Liability (Rented or Loaned Property) provided by this endorsement.

## ADDITIONAL INCIDENTAL CONTRACTUAL LIABILITY COVERAGE (RENTED OR LOANED PROPERTY)

**We** cover (up to the Limit of Coverage set forth in the How Much We Pay section of this endorsement for Additional Coverages) **property damage** liability of another that **you** assume under a written contract or written agreement to rent or borrow real or personal property. The liability assumed must be "tort liability," and the **property damage**:

a. must arise out of **your** religious or not-for-profit operations; and

b. must take place in the **basic territory** during the **policy period**.

"Tort Liability" means legal liability to pay **damages** resulting from negligent acts or omissions, but only if such **damages** would be owed in the absence of any contract or agreement.

This Additional Coverage does not apply, however, to:

1. liability, other than "tort liability" of another, that is assumed under a contract or agreement; or

2. liability assumed after any **property damage** has already been sustained; or

3. liability that is assumed prior to, or after, **we** provide liability insurance coverage to **you**; or

4. any contract or agreement relating to any construction project, if any **covered person** is acting as **general contractor** on the construction project; or

5. any contract or agreement seeking to indemnify an architect, engineer or surveyor for their work or any component thereof; or

6. **property damage** covered under the Incidental Contractual Liability Supplemental Coverage of the GL-100 or any other Additional Incidental Contractual Liability Coverage provided by this policy.

All conditions, limitations and exclusions of the policy will apply to this Additional Coverage and to any person or entity for whom “tort liability” has been assumed by **you**.

## EXCLUSIONS – ADDITIONAL COVERAGES ONLY

All exclusions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) will apply to these Additional Coverages, except that the Exclusions That Apply Only to Property Damage in the Commercial Liability Coverage Form (GL-100) are deleted and replaced by the following:

1. **We** do not cover liability assumed under any contract or agreement that seeks to indemnify any person or organization for **property damage** of any kind, unless:

   a. such liability were to exist in the absence of such contract or agreement; or

   b. coverage is provided for such liability under the Additional Incidental Contractual Liability (Rented or Loaned Property) provided by this endorsement.

2. **We** do not pay for **property damage** of any kind that:


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. is expected by, directed by or intended by any **insured**; or

b. is the result of intentional or malicious acts of any **insured**; or

c. occurs in connection with any **major construction/ demolition project** involving any building that is loaned or rented (in whole or in part) to **you**; or

d. arises directly or indirectly out of or in connection with the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, control, **loading or unloading** of any **auto**, aircraft, or watercraft of any kind.

2. **We** do not pay for **property damage** of any kind if:

a. the damaged property is not in the direct care, custody and control of **you**; or **your** authorized **leader**, employee, or **appointed person**; or

b. the damaged property is owned by **you**; or by **your** employee; or

c. the damage is caused in any manner by the owner of the property; or

d. the damage: (1) is to real property that **you** lease, rent, borrow or occupy in whole or in part; and (2) is caused directly or indirectly by fire, unless the Additional Incidental Contractual Liability Coverage (Rented or Loaned Property) provided by this endorsement applies to such damage.

These Additional Coverages are provided strictly subject to the Limits and Sub-limits set forth in the How Much We Pay section of this endorsement, and the coverage herein does not apply to any property that is not within **your** care, custody and control.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to both the Principal Coverage and the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following provisions will also apply:

1. **Limit of Coverage (Principal Coverage O)**
Subject to the General Occurrence Limit and the General Aggregate Limit, **our limit** for **property damage** covered under Coverage O is $300,000 unless:

a. a different amount is shown in the **Declarations** for Principal Coverage O, in which case the amount shown on the **Declarations** will apply; or

b. the General Occurrence Limit shown in the **Declarations** is less than $300,000, in which case the limit for Principal Coverage O will be equal to the General Occurrence Limit.

This Coverage Limit will apply for each **occurrence** (and any **related loss)** to which Principal Coverage O above applies. Any payment made under Principal Coverage O of this endorsement for damage to or destruction of property will be based on the actual cash value of the property that is damaged or destroyed.

2. **Limit of Coverage (Additional Coverages)**
Subject to the General Occurrence Limit and the General Aggregate Limit, and the Personal Property Sublimit below, **our limit** for **property damage** covered under the Additional Coverages of this Endorsement is $300,000 unless:

a. a different amount is shown in the **Declarations** for Nonowned Property Damage, in which case the amount shown on the **Declarations** will apply; or

b. the General Occurrence Limit shown in the **Declarations** is less than $300,000, in which case the limit for Principal Coverage O will be equal to the General Occurrence Limit.

This Coverage Limit represents the most **we** will pay for damage to all property (both real and personal) to which the Additional Coverages of this endorsement apply, for each **occurrence** and any **related loss**. Any payment made under the Additional Coverage of this endorsement for damage to or destruction of real or personal property will be based on the actual cash value of the property that is damaged or destroyed.

3. **Personal Property Sub-limit**
The **limit** of coverage for any personal property in **your** care, custody and control to which the Additional Coverages of this endorsement apply will, in all cases, be equal to 10% of the Limit of Coverage (Additional Coverages) set forth above. (This sub-limit will be $30,000, unless a Limit of Coverage other than $300,000 applies). The Limit of Coverage (Additional Coverages) indicated above for the Additional Coverages of this


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

endorsement represents the most **we** will pay for all damage to covered property for each **occurrence** and any **related loss**.

4. **Personal Property Deductible**
Coverage for personal property under the Additional Coverages of this endorsement will be subject to a $500 deductible. This means that **we** will pay to repair or replace personal property covered herein only after **you**, or the property owner, or any **covered person**, has paid $500 toward such repair or replacement. If the property can be repaired or replaced (on an actual cash value basis) for less than this deductible amount, then no payment will be made by **us** under the Additional Coverage of this endorsement.

5. **Other Insurance**
Any liability coverage provided by either the Principal or Additional Coverages of this endorsement to any **insured** or to any **covered person** will be excess over all other property insurance policies, liability insurance policies or liability coverage plans, even if such insurance policies or plans:

   a. are stated to be secondary, excess or contingent; or

   b. have coverage available, but is not elected to be used.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Principal Coverage and the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following condition also applies to the Principal Coverage and the Additional Coverage of this endorsement.

1. **Other Coverage**
   a. If both a coverage of this endorsement and a Damage to Property of Others coverage of this policy would otherwise apply to the same **occurrence**, then only the coverage of this endorsement will apply to any resulting **property damage**.

   b. If both a coverage of this endorsement and any other property coverage of this policy would otherwise apply to the same **occurrence**, then only the coverage of this endorsement will apply to any resulting **property damage**.

   c. No coverage is provided by Additional Coverages of this endorsement for any **property damage** covered by Principal Coverage O (Fire Legal Liability); and No coverage is provided by Principal Coverage O for any **property damage** covered by the Additional Coverage of this endorsement.

   d. No coverage is provided by this endorsement for any **property damage** otherwise covered under this policy by any Incidental Contractual Liability coverage of any kind.

## OTHER PROVISIONS

Each of the other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to both the Principal Coverage and the Additional Coverages of this endorsement, unless otherwise modified herein.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Medical Coverage Endorsement is subject to the **terms** of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one medical coverage (Principal, Supplemental, or Additional) will apply to an accident and any **related loss**

**- PLEASE READ THIS CAREFULLY -**

# MEDICAL COVERAGE EXTENSION
# - CLERGY ACCIDENTAL DEATH -
## - 24 HOUR COVERAGE -

**CLERGY DEATH PAYMENT AMOUNT**: $15,000 **PER ACCIDENT LIMIT**: $100,000

## AGREEMENT

**We** provide the Coverage Extension described in this endorsement, but only if this endorsement (BGL-998) is properly designated in the **Declarations** of this policy, and only if you are a religious organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), applies of the Coverage Extensions provided by this endorsement, unless otherwise modified herein. The following definitions apply only to the Coverage Extension of this endorsement.

1. **Death payment amount** means only the amount entered above as the CLERGY DEATH PAYMENT AMOUNT.
2. **Per accident limit** means only the amount entered above as the PER ACCIDENT LIMIT.
3. **Designated payee** means the person or entity designated by **your** governing board as payee of the death benefit of this endorsement.
4. **Full time** means working directly for **your** organization for at least 36 hours on average per week.
5. **Pastor or minister** means a person who is ordained or licensed as a pastor and who holds a **full-time** position of pastor or minister within a religious organization.
6. **Your clergy** means a **pastor or minister** who is employed directly by **you** and who is paid by **you** as a **full-time** employee to serve in the position of **pastor or minister**, including a **full-time** assistant or associate **pastor or minister**.

## COVERAGE EXTENSION

### CLERGY ACCIDENTAL DEATH BENEFIT -

**We** will pay, under Principal Coverage M and subject to the **per accident limit**, the amount of the **death payment amount** stated above to the **designated payee** if **your clergy** dies as the result of a physical injury caused by an accident. Both the physical injury and resulting death must occur during the **policy period**.

This extension will apply whether or not **your clergy** is in the course and scope of employment at the time that the physical injury is sustained, and will be paid in addition to any life insurance or other benefit that may be paid in the event of death.

The Coverage Extension will also apply to sudden and accidental impairment in the functioning of a person's heart or lungs as set forth in the How Much We Pay section of this endorsement, strictly subject to each of the exclusions and other provisions of this endorsement.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) applies to the Coverage Extension provided by this endorsement, unless otherwise modified herein. The



Copyright, 2007 Brotherhood Mutual Insurance Co.
All Rights Reserved

following modifications and exclusions apply only to the Coverage Extension of this endorsement.

1. Exclusion 8 a. of the Exclusions that Apply to Bodily Injury and Property Damage section of the Commercial Liability Coverage form (GL-100) is modified to the extent that coverage is otherwise provided herein, but only with respect to the **death payment amount** of this Coverage Extension.

2. Exclusion 20 of the Additional Exclusions that Apply to All Coverages section of the Liability and Medical Coverage Form (BGL-11) is modified to the extent that coverage is otherwise provided herein, but only with respect to payment of the **death payment amount** of this Coverage Extension.

3. This Coverage Extension does not apply to death resulting from illness, infection, or disease, or from any other cause other than as the direct result of physical injury to the body, or impairment of body function, caused directly by an accident, or by unusual physical exertion.

4. This Coverage Extension does not apply to death resulting from any pre-existing health condition that causes or contributes to a person's death.

5. This Coverage Extension does not apply to death occurring during the course of, in connection with, or as a result of any surgical procedure, unless: (a.) death occurs during the course of an emergency surgical procedure; and (b.) such procedure was undertaken to repair traumatic damage to the body caused through impact by or with an external object, surface, or body.

6. This Coverage Extension does not apply to death of **your clergy** that:

   a. results from any intentionally self-inflicted injury of any kind;

   b. occurs during the course of, or in connection with, any criminal act of any kind committed by such clergy; or

   c. is intentionally caused by any **designated payee**.

7. This Coverage Extension does not apply to the death of any of **your** employees who are not **pastors or ministers** or to any other person who is not **your clergy**. Nor does it apply to any **pastor or minister** who is not employed by **you**, or who does not report directly to **you** or **your leaders.**

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) applies to the Coverage Extension provided by this endorsement, unless otherwise modified herein. The following conditions apply to the Coverage Extension of this endorsement.

1. **Proof of Loss** – Upon request **we** must be provided with a death certificate or other acceptable documentation which describes the time of death and the cause thereof.

2. **Designated Payee** - **You** must submit to **us** in writing the name and address of the **designated payee** to whom the amount owed under this Coverage Extension is to be paid. The payee designation must be signed on behalf of **your** governing board by an officer of the governing board.

3. **Time of Death** – Unless otherwise restricted in the How Much We Pay section of this endorsement, coverage will apply as long as death occurs as a direct result of a covered physical injury, but there can be no intervening injury, illness or condition contributing to the death.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extension of this endorsement, unless otherwise modified herein. The following provisions apply to the Coverage Extension of this endorsement.

1. **Extension Limit** – **We** will pay no more than the stated **death payment amount** for each member of **your clergy** to which the Coverage Extension herein applies.

2. **Per Accident Limit** – The **per accident limit** is the most that **we** will pay in connection with any one accident. Accordingly, **we** will pay no more than the stated **per accident limit** if the total **death payment amount** otherwise payable would exceed the **per accident limit** in connection with the death of multiple **pastors or ministers**: (a.) who are covered under the **terms** of this endorsement; and (b.) who die as the result of or in connection with the same accident.

   If the total amount of all **death payment amounts** otherwise payable in connection with a single


Copyright, 2007 Brotherhood Mutual Insurance Co.
All Rights Reserved

accident would exceed the **per accident limit**, then the amount of the **per accident limit** will be divided equally among each of the **designated payees** who are entitled to payment of a **death payment amount** under the **terms** of this endorsement.

3. **Heart and Lung Injuries** –Strictly subject to all exclusions of this endorsement, the Coverage Extension herein will apply to death resulting from sudden and accidental impairment in the functioning of the person's heart or lungs. This includes death caused by suffocation, drowning and sudden cessation of heart function.

   With respect to sudden cessation of heart function, coverage will apply only if the person's heart suddenly stops beating at the time of a traumatic impact to the body, an electrical shock, or a heart attack caused by unusual physical exertion, and the person is unable to be revived.

4. **Designation of Payee** – **We** will pay the **death payment amount** of the Coverage Extension herein only to the person or entity who is designated as the **designated payee** by **your** governing board. The payee can be a surviving spouse or relative, **your** organization, or any other person or entity that **your** governing board designates as the payee.

## LIMITATION

**We** will not be responsible in any manner with respect to **your** determination of the payee under the **terms** of this endorsement. All liability and medical exclusions of the policy will continue to apply to **your clergy** for any **loss** not covered by this endorsement. Nothing in this endorsement will act to increase any **limits** of coverage, or to in any way modify any **terms** of the policy other than the **terms** specified herein.

## OTHER PROVISIONS

Each of the other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to the Coverage Extension of this endorsement, unless otherwise modified herein.


Copyright, 2007 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# BROAD FORM
# MINISTRY COUNSELING LIABILITY COVERAGE

***~FOR COUNSELING ACTIVITY OF PASTORS, LAY CONSELORS, EMPLOYED STAFF AND MINISTRY VOLUNTEERS~***

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if *Counseling Acts* coverage is properly designated in the **declarations** of this policy, and only if **you** are a church or other religious organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverages of this endorsement.

1. **Counselee** means a person who is counseled by **your pastoral counselor**, **your trained lay counselor**, **your leader**, **your** employee, **your appointed person** or **your volunteer**.

2. **Covered person** means **you**; and **your leaders**, **your pastoral counselors**, **your trained lay counselors**, **your** employees, **your appointed persons**, and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

3. **Incidental financial counseling activity** means providing general advice from a spiritual or religious perspective to individuals or groups regarding personal financial planning or general financial matters. **Incidental financial counseling activity** does not include the endorsement of, or any recommendation to use or not to use: (1) any specific investment option (including, but not limited to, specific stocks, bonds, mutual funds, real estate or other investment options); or (2) any specific investment broker, agent, dealer or advisor.

4. **Outside counseling provider** means an individual, partnership, or organization (other than **your** organization), that provides full-time counseling to members of the public.

5. **Pastoral counselor** means **your appointed person** or **your** employee who:

   a. holds the position of pastor or minister within **your** organization; and

   b. is generally authorized by **you** or **your leaders** to engage in **counseling acts** on behalf of **your** organization.

6. For the purpose of this endorsement, **personal injury** includes **personal injury** that arises out of a **counseling act**.

7. **Professional counseling activity** means the rendering of advice to another person in exchange for the payment of a "professional service fee." "Professional service fee" means a predetermined charge for counseling, other than to cover the cost of materials provided to the **counselee**.

8. **School counseling activity** means the rendering of advice to any **student** enrolled in


Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

any educational facility that is owned or operated by **you**.

9. **Trained Lay counselor** means **your leader**, **your appointed person** or **your** employee (other than a **pastoral counselor**):

   a. who has been trained to counsel others; and

   b. who is specifically authorized by **you** or **your leaders** to engage in **counseling acts** on behalf of **your** organization.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**; and **your leaders**, **your pastoral counselors**, **your trained lay counselors**, **your** employees, **your appointed persons**, and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## COUNSELING ACTS LIABILITY COVERAGE

**We** pay all sums which a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury**, **emotional injury** or **personal injury** to which this coverage applies. The event or events causing the **bodily injury** or **emotional injury**:

a. must constitute a **counseling act** undertaken on **your** behalf by a **covered person** in person, by telephone, or over the internet; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

The event or events causing the **personal injury**;

a. must constitute, or arise directly from, a **counseling act** undertaken on **your** behalf by a **covered person** in person, by telephone, or over the internet; and

b. must take place in the **coverage territory** during the **policy period**.

This Additional Coverage does not apply, however, if the **bodily injury**, **emotional injury** or **personal injury** arises out of any **discriminatory act**.

## OUTSIDE COUNSELING REIMBURSEMENT COVERAGE

**We** will reimburse **you** up to $5,000 for counseling expense **you** pay to an **outside counseling provider** on behalf of a **counselee** who has first counseled by a **covered person**, but only if:

a. the **counselee** alleges that such counseling resulted in **emotional injury** to the **counselee**;

b. the counseling undertaken through **your** organization took place in the **coverage territory** during the **policy period**;

c. the **outside counseling provider** is selected by **you** or **your leader**; and

d. the **outside counseling provider** bases its counseling practice on spiritual, religious or Biblical principles.

**We** will reimburse such counseling expense regardless of fault, but only if it is incurred and submitted within one year of the date of the last counseling session that the **counselee** had with **your covered person**.

### Limitation of Coverage:

The Outside Counseling Reimbursement Coverage of this endorsement covers only certain reasonable and necessary counseling expenses, and does not apply to **emotional injury** arising directly or indirectly out of any **sexual act**. The payment of a counseling expense under the Outside Counseling Reimbursement Coverage of this endorsement does not mean that **we** admit **we** are liable under other coverages of the policy.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following exclusions apply only to the Additional Coverages of this endorsement.

1. **We** do not pay for **loss** of any kind:

   a. sustained by any **covered person**, by **your** job applicant, or by any person who is



Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

employed by **you** (or who has been hired by **you**) at the time that the counseling takes place;

b. resulting from any act(s) that violate any local, state, or federal criminal or racketeering statute; or

c. arising directly or indirectly out of or in connection with any actual or alleged **sexual act**, assault or battery.

But if Sexual Acts coverage is properly shown on the **declarations**, then **we** will provide the coverage afforded in the applicable Sexual Acts Liability Coverage endorsement to the **covered persons** covered herein for **emotional injury** arising out of a **sexual act**, but strictly subject to the **terms** and **limits** of the Sexual Acts endorsement, and subject also to each of the conditions and other exclusions of this Counseling Acts Liability Coverage endorsement.

2. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with **professional counseling activity**, other than a **covered person's** legal liability for **emotional injury** arising out of the referral of an individual to an **outside counseling provider**.

3. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with **school counseling activity** of any kind, or for any **loss** sustained by your **student**.

4. **We** do not pay for **loss** of any kind on behalf of any **covered person** unless such person is authorized by **you** to engage in counseling activity. **We** will, however, cover the legal liability of other **covered persons** in connection with unauthorized counseling activity if such activity is otherwise covered by this endorsement.

5. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any dishonest, deceptive or fraudulent act or omission.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with the rendering of medical or physical treatment, or the furnishing of prescription or non-prescription drugs or medical supplies.

7. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with the rendering of legal, medical, financial or other advice that is outside the scope of psychological or spiritual counseling. But this exclusion does not apply to **emotional injury** arising out of **incidental financial counseling activity** conveyed during the course of scheduled counseling sessions or sponsored group seminars.

8. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with the commitment of a **counselee** or any other person to any mental health institution.

9. **We** do not pay for **personal injury** of any kind if the **personal injury** arises out of:

   a. the publication of material by a **covered person**, if the **covered person** publishes the material knowing that it is false; or

   b. the publication of information through any advertising, publishing, broadcasting or telecasting operation or facility which is owned or operated by **you**.

10. **We** do not pay for any fines or non-compensatory penalties, or for any exemplary or punitive damages awarded in any legal proceeding if the legal proceeding is based in whole or in part upon any **counseling act**.

11. None of the Additional Coverages of this endorsement provide coverage for **financial damage** of any kind, even if such damage should arise out of **incidental financial counseling activity**.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following modifications apply to the Additional Coverages of this endorsement.

1. If any **loss** to which this coverage applies arises directly or indirectly out of or in connection with any **sexual act**, then the **limits** applying to such **loss** will be strictly limited to the Sexual Acts coverage **limits** shown in the **declarations**, and the How Much We Pay provisions of the Sexual Acts Liability Coverage endorsement will apply. If no such **limit** is shown in the **declarations**, then no coverage will be provided for any **loss** arising out of such **sexual act**.

2. The Coverage Limit shown in the **declarations** for Counseling Acts coverage, subject to the General Occurrence Limit, the Coverage Aggregate Limit and the General Aggregate


Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

Limit, is the most **we** will pay for all **losses** arising out of an **occurrence** to which the Additional Coverages of this endorsement apply. This Coverage Limit is the most **we** will pay regardless of:

a. the number of persons or entities to whom this policy provides coverage;

b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty;

c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**;

d. the number of claims made or suits brought, or the number of persons initiating such claims or suits;

e. the number of **counseling acts** or other acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**;

f. the extent or duration of the injury, **loss**, or **related loss**;

g. the extent or duration of the counseling activity or the number of acts, errors or omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage or **loss**; or

h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss** or **related loss** should occur.

3. The Coverage Aggregate Limit shown in the **declarations** for Counseling Acts coverage, subject to the General Aggregate Limit, is the most **we** will pay under the Additional Coverages of this endorsement, for all **occurrences** taking place during the period to which the Coverage Aggregate Limit applies [as described in Provision 8 of The How Much We Pay section of the Liability and Medical Coverage Form (BGL-11)].

4. If an **occurrence** to which any Liability Coverage of this policy applies consists of counseling activity occurring on more than one date during any **policy period** or **policy periods**, such activity, together with any **related loss**, will constitute a single **occurrence**, and the date of **occurrence** will be considered to be the earlier of:

   a. the date on which the last alleged **counseling act** out of which the claim arises should occur; or

   b. the last day that **we** provided any coverage to **you** for such act.

   The policy forms, endorsements and **limits** in effect on the date of **occurrence** will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**.

5. **We** will pay no more than $5,000 per **counselee** under the Outside Counseling Reimbursement Coverage for **emotional injury** to which such coverage applies. The reimbursement coverage of this endorsement will apply in addition to the liability coverage herein.

6. Any coverage provided by this policy to any **covered person** of this endorsement is excess over all other professional counseling liability insurance or other liability insurance or coverage plans, even if such insurance or plan is stated to be secondary, excess or contingent, or has coverage available that is not elected to be used.

7. Any coverage provided by this policy to any **appointed person** or **volunteer** is excess over all other insurance or liability coverage plans, even if such insurance or plan is stated to be secondary, excess or contingent; or has coverage available that is not elected to be used.

## CONDITIONS

Each of the conditions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following condition also applies to the Additional Coverages of this endorsement.

1. **Representations:** By accepting this Coverage Endorsement, **you** agree:

   a. the entries pertaining to this coverage on the **declarations** page are based upon representations which **you** or any **insured** have made to **us** in respect to this coverage; and

   b. **we** have issued this Coverage Endorsement in reliance upon such representations.



Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.


Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# BROAD SCOPE CYBER LIABILITY COVERAGE

## ~CHURCHES AND MINISTRY ORGANIZATIONS~ INCLUDING DATA BREACH ALLEGATIONS

***Note**: Coverage for media liability and related **personal injury** is provided in an optional Media Liability Coverage Form (BGL-41). No deductible or policyholder retention applies to the coverage of this liability endorsement.*

## ADDITIONAL COVERAGE

**We** provide the Additional Coverages described in this endorsement, but only if *Cyber Liability* coverage is properly designated in the **declarations** of this policy, and only if **you** are a church or other ministry organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverages of this endorsement.

1. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

2. **Computer use error** means:

   a. the unintended transmission of any computer virus or other program that is harmful to computer hardware, software, program, data or network connection; or

   b. the unauthorized use of **your** computer equipment, computer programs or web site for the purpose of interfering with, or causing the destruction of, another person's or entity's computer hardware, software, program, data, web site, social media site or network connection; or

   c. computer-related activity undertaken by any **covered person** that inadvertently results in the network failure or systems failure of a **third-party** organization or enterprise; or

   d. computer-related activity, including the posting of online content, web site design or modification, creation of metadata, blog creation and postings, online rating activity or other computer-related activity undertaken by any **covered person** that inadvertently results in financial harm to:

      (1) an individual other than a **covered person**; or

      (2) a **third-party** organization or enterprise.

   More than one such related error, or series of related errors, incidents or events will be considered a single **computer use error**.

3. **Data breach error** means the:

   a. improper use of; or

   b. failure to properly protect; or

   c. partial or total loss of;


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

any **personal information** that is obtained, conveyed or stored electronically by **you**. **Data breach error** also includes electronic communication or activity that constitutes a **personal rights breach**, but **data breach error** does not include any:

(1) data loss sustained by; or

(2) data breach permitted by, committed by or allowed to occur by;

any **web service provider**.

4. **Electronic commerce activity** means engaging in online interactions that are undertaken through a web site, social media site, mobile device application or similar online platform, but only if the interaction involves an **online financial transaction**. Such activity includes:

   a. offering a retail product or service to online customers; and

   b. engaging in online business transactions with vendors, suppliers, merchants or other business enterprises.

   **Electronic commerce activity** includes solicitation of customers or donors, transaction processing, order fulfillment, data collection, customer support and similar functions that are undertaken as part of **your** online commerce activity.

5. **Electronic commerce enterprise** means any organization (or any subsidiary of an organization) that:

   a. generates more than twenty percent (20%) of its annual revenue through **electronic commerce activity**; or

   b. devotes more than twenty percent (20%) of its budget to undertake **electronic commerce activity**; or

   c. devotes more than twenty percent (20%) of total staff plus volunteer time to carry out **electronic commerce activity**; or

   d. views **electronic commerce activity** as the primary purpose, mission or function of the organization or subsidiary.

6. **Electronic commerce error** means an error or series of errors that arise out of **electronic commerce activity**, including errors involving:

   a. the electronic transfer of any funds into or out of any savings, checking or other bank or financial institution account; or

   b. the transmission of any credit card or debit card information through any web site or other electronic communication network; or

   c. facilitating the unauthorized use of any credit card, debit card, online money transfer account, electronic funds transfer account, automated online banking account or similar electronic payment method; or

   d. any other unauthorized or improper electronic transmission of funds, or the electronic transmission of information providing access to funds.

   More than one such related error, or series of related errors, incidents or events will be considered a single **electronic commerce error**.

7. **Online financial transaction** means conveying or receiving funds through an electronic process on a web site, social media site, mobile device application or similar electronic means. **Online financial transaction** includes online credit card payment, online debit card payment, online money transfer, electronic funds transfer, automated online banking or a similar electronic payment method.

8. **Outsourced technology contractor** means a **third-party** technology specialist or **third-party** technology firm that is retained by **your** ministry organization to do work on **your** behalf in connection with **your**:

   a. computers, or other technology hardware or infrastructure; or

   b. web site, social media site, blog posts, data feeds or other online content; or

   c. computer-based network, systems, processes or components;

   but only if the hardware, software, content or system being worked on is owned, operated or controlled by **you**. **Outsourced technology contractor** does not include a **web service provider**.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

9. **Personal information** means bank account information, credit card information, debit card information, social security numbers, dates of birth, access passwords, digital identity, employment information or similar personal information.

10. **Personal rights breach** means the posting, publication, communication or depiction of material or information that:

    a. violates the person's right of privacy; or

    b. breaches the person's expectation of confidentiality.

11. **Third-party** means a person or entity:

    a. that is not a **covered person**; and

    b. that **you** do not own, operate, manage or control.

12. **Web service provider** means an entity that offers or delivers any of the following services through an electronic network (e.g. the internet) to multiple individuals, organizations or clients:

    a. infrastructure as a service; or

    b. platform as a service; or

    c. software as a service; or

    d. financial transaction services; or

    e. content management services; or

    f. other similar internet-related services.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## COMPUTER USE LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **property damage** or **financial damage** to which this coverage applies. The damage must arise out of one or more **computer use errors**, and the event or events causing the **property damage** or **financial damage**:

a. must be undertaken in connection with **your** religious not-for-profit or camp operations; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period.**

But this coverage will not apply to **loss** of any kind arising out of:

(1) any **electronic commerce error**, or any **data breach error** of any kind; or

(2) damage to, or destruction of, **your** computer equipment, data, software, programs, network connections or other tangible or intangible property of any kind.

Nor will this Additional Coverage apply to activity resulting in **bodily injury**, **emotional injury** or **personal injury** of any kind.

## ELECTRONIC COMMERCE LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **financial damage** to which this coverage applies. The injury or damage must arise out of one or more **electronic commerce errors**, and the event or events causing the **financial damage**:

a. must be undertaken in connection with **your** religious not-for-profit or camp operations; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period.**

But this coverage will not apply to **loss** of any kind arising out of:

(1) any **computer use error**, or any **data breach error** of any kind; or

(2) damage to, or destruction of, **your** computer equipment, data, software, programs,


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

network connections or other tangible or intangible property of any kind.

Nor will this Additional Coverage apply to activity resulting in **bodily injury**, **emotional injury** or **personal injury** of any kind.

## DATA BREACH LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** or **financial damage** to which this coverage applies. The injury or damage must arise out of one or more **data breach errors**, and the event or events causing the **emotional injury** or **financial damage**:

a. must be undertaken in connection with **your** church or other ministry operations; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

But this coverage will not apply to **loss** of any kind arising out of:

(1) any **computer use error**, or any **electronic commerce error** of any kind; or

(2) damage to, or destruction of, **your** computer equipment, data, software, programs, network connections or other tangible or intangible property of any kind; or

(3) any data loss sustained by any **web service provider**; or

(4) any data breach that is (i) permitted by; (ii) committed by; or (iii) allowed to occur by; any **web service provider**.

Nor will this Additional Coverage apply to activity resulting in **bodily injury**, **emotional injury** or **personal injury** of any kind, other than a covered **personal rights breach**.

## OUTSOURCED IT LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **property damage**, **emotional injury** or **financial damage** to which this coverage applies. The damage must arise out of one or more **computer use errors**, **electronic commerce errors** or **data breach errors** committed, caused or aggravated by **your outsourced technology contractor**, and the event or events causing the **property damage**, **emotional injury** or **financial damage**:

a. must be undertaken in connection with **your** religious not-for-profit or camp operations; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

But this coverage will not apply to **loss** of any kind arising out of:

(1) any **computer use errors**, **electronic commerce errors** or **data breach errors** of any kind caused by any **covered person**, or by any other person or entity other than an **outsourced technology contractor**; or

(2) damage to, or destruction of, **your** computer equipment, data, software, programs, network connections or other tangible or intangible property of any kind.

Nor will this Additional Coverage apply to activity resulting in **bodily injury** or **personal injury** of any kind, other than a covered **personal rights breach**.

## SPECIAL REIMBURSEMENT COVERAGE *(DATA BREACH RECTIFICATION COSTS)*

If **you** incur expense to:

a. send communication or mailings to individuals who have been negatively affected by a **data breach error**; or

b. cover the cost of reissuing credit cards, debit cards, ATM cards, smart cards or other similar financial transaction cards on behalf of individuals affected by the **data breach error**; or

c. provide a credit watch service to individuals who have been negatively affected by a **data breach error** for which a **covered person** is responsible; or

d. otherwise rectify a **data breach error** for which **you** are responsible;

then, subject to the **terms** and **limits** set forth herein, **we** will reimburse such costs.

In addition, subject to the **terms** and **limits** set forth herein, **we** will reimburse costs that **you** incur to



Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

retain a public relations firm or other reputation-management firm to assist you as you respond to media inquiries and other issues associated with the breach.

This Special Reimbursement Coverage will apply only to expenses:

(1) that have been approved by **us** before they are paid; and

(2) that are reasonable and necessary; and

(3) that do not exceed the stated reimbursement limit in the How Much We Pay section of this endorsement; and

(4) that relate to a **data breach error** that occurs in the **basic territory** during the **policy period**.

The Data Breach Rectification Costs reimbursement **limit** stated in the How Much We Pay section of this endorsement will apply to all covered costs arising from the same or related acts, errors, omissions, incidents, events, investigations or causes of action.

## SPECIAL REIMBURSEMENT COVERAGE *(ELECTRONIC DISCOVERY COSTS)*

If **you** incur expense (not otherwise covered herein) to:

a. retain a data retrieval or data forensics firm to assist in responding to an electronic discovery request associated with litigation; or

b. hire an expert to assist you in responding to a discovery request that requires the retrieval of e-mail records, social media use or other computer data; or

c. otherwise incur expense to respond to a discovery request involving electronic data;

then, subject to the **terms** and **limits** set forth herein, **we** will reimburse such costs.

This Special Reimbursement Coverage will apply only to expenses:

(1) that relate to a discovery request involving electronic data; and

(2) that involve computer use within **your** ministry organization that occurred in the **basic territory** during the **policy period**; and

(3) that have been approved by **us** before they are paid; and

(4) that are reasonable and necessary; and

(5) that do not exceed the stated reimbursement limit in the How Much We Pay section of this endorsement; and

(6) that are not otherwise covered by this policy or any other insurance policy of any kind.

The Electronic Discovery Costs reimbursement **limit** stated in the How Much We Pay section of this endorsement will apply to all covered costs arising from the same or related acts, errors, omissions, incidents, events, investigations or causes of action.

## SPECIAL DEFENSE COVERAGE *(SUBPOENAS, REGULATORY ACTIONS AND INJUNCTIVE RELIEF SUITS)*

If any of the following writs, orders or actions are directed against a **covered person** in connection with a **computer use error**, **electronic commerce error** or **data breach error**:

a. a subpoena; or

b. an action seeking injunctive relief; or

c. a regulatory action;

and if no other coverage is provided by this policy in relation to such writ, order or action, then **we** will provide the **covered person** with the following limited Defense Coverage:

**We** agree to provide the Defense Coverage in the applicable Commercial Liability Coverage Form of this policy to any **covered person** who is the subject of a subpoena, an injunctive relief action, or a regulatory action, but only with respect to:

a. alleged wrongdoing that occurs in the **basic territory** during the **policy period**; and

b. a writ, order or action that is filed or commenced in the **basic territory**.

**Limitation of Defense Coverage:**
The Defense Coverage provided in this endorsement covers only those legal expenses and other related


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

costs that are specified in the Defense Coverage section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11).

Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for any costs required to comply with: (1) litigation discovery requests that are unrelated to a covered **loss**; or (2) injunctive relief that is ordered by a judge or judicial body.

Similarly, nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for:

a. any fees, costs or expenses that are not specifically covered herein; or

b. any costs for any actual or alleged damage, injury or **loss** of any kind sustained by any person or entity; or

c. any related judgment or award that arises directly or indirectly out of any **loss**.

The Subpoenas, Regulatory Actions and Injunctive Relief Suits reimbursement **limit** stated in the How Much We Pay section of this endorsement will apply to all covered costs arising from the same or related acts, errors, omissions, incidents, events, investigations or causes of action.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following exclusions apply to the Additional Coverages of this endorsement.

1. **We** do not pay for **bodily injury** or **personal injury** of any kind, other than **personal injury** related to a covered **personal rights breach**.

2. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **electronic commerce enterprise** that is owned or operated:

   a. by **you**, or **your leader(s)**; or

   b. by any subsidiary that **you** own or operate.

3. **We** do not pay for **loss** of any kind if such **loss** arises out of any fraudulent or self-serving acts, willful harm, intimidation or harassment, or the violation of any local, state or federal criminal or racketeering statute committed by **you**, **your leaders** or **your** employees.

4. **We** do not pay for **loss** of any kind on behalf of any person:

   a. who intentionally causes any injury, damage, or other **loss** to any other person or entity; or

   b. who has, or who should have, a reasonable belief that their actions will result in injury, damage, or other **loss** to another person or entity; or

   c. who knowingly allows anyone under their supervision or control to cause any injury, damage or other **loss** to another person or entity.

5. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **sexual act** of any kind.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **discriminatory act** of any kind.

7. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **counseling act** of any kind.

8. **We** will pay no more than the **limit** stated within the Fines, Penalties and/or Punitive Damages provision within the How Much We Pay section of this endorsement, for any fines or non-compensatory penalties, or for any exemplary or punitive damages awarded in any legal proceeding or assessed by any local, state or federal agency.

9. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. the creation, marketing, issuance or administration by **you** or **your leaders** of (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

   b. the violation by **you** or **your leaders** of any local, state or federal regulation or law relating to (1) any security or financial


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

c. any lost opportunities or investment-related losses sustained by any person or entity (including **you** or **your leaders**), which arise out of the creation, marketing, issuance or administration by any person or entity of (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

d. the rendering of, or failure to render, any legal, financial or investment advice of any kind.

10. **We** do not pay for **loss** of any kind sustained by any **covered person** or by any of **your** past or present employees or job applicants. Nor do **we** pay for **loss** arising directly or indirectly out of or in connection with the administration of any **employee benefit program**.

11. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any dispute involving the existence, validity or extent of title to any property, including disputes involving a determination of **your** interest in real, personal, or intangible property.

12. **We** do not pay for damage to, destruction of, or interference with **your** computer hardware, software, program, data, web site, network connections or any other tangible or intangible property that **you** own, lease, use or borrow. Nor do **we** pay for **loss** of any kind arising directly or indirectly out of or in connection with any error, defect or deficiency in any computer hardware, software, program, data, web site or network connection, regardless of who owns or has developed it.

13. **We** do not pay for **loss** of any kind if such **loss** or any **related loss** is, or has been, the basis of any **prior claim**.

14. **We** do not pay for **financial damage**, **emotional injury** or **property damage** of any kind if:

a. the event(s) that cause the damage or injury occur prior to the date on which this coverage becomes effective; or

b. the event(s) that cause the damage or injury occur after this coverage terminates; or

c. on the date that **we** first provide Cyber Liability Coverage to **your** organization, **you** or **your leaders** are aware that the alleged damage or injury has been, is being, or will be, incurred by any person or entity; or

d. on the date that **we** first provide Cyber Liability Coverage to **your** organization, **you** or **your leaders** are aware of any prior situation that may reasonably be anticipated to result in a claim for damage or injury.

15. No coverage is provided under the Additional Coverages of this endorsement for **emotional injury**, other than the coverage which is specifically provided for **emotional injury** under the Data Breach Liability Additional Coverage of this endorsement.

16. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any:

a. data loss sustained by; or

b. data breach permitted by, committed by or allowed to occur by;

any **web service provider**..

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following modifications apply to the Additional Coverages of this endorsement.

1. The Coverage Limit shown in the **declarations** for Cyber Liability coverage, subject to the General Occurrence Limit, the Coverage Aggregate Limit and the General Aggregate Limit, is the most **we** will pay for all **losses** arising out of an **occurrence** to which the Additional Coverages of this endorsement apply. This Coverage Limit is the most **we** will pay regardless of:

a. the number of persons or entities to whom this policy provides coverage; or

b. the number of losses or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions,



Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

decisions, incidents, events or breaches of duty; or

c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**; or

d. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

e. the number of **computer use errors**, **electronic commerce errors** or **data breach errors** or other acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**; or

f. The extent or duration of the injury, **loss**, or **related loss**; or

g. the extent or duration of the wrongful activity or the number of acts, errors or omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage or **loss**; or

h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss** or **related loss** should occur.

2. The Coverage Aggregate Limit shown in the **declarations** for Cyber Liability coverage, subject to the General Aggregate Limit, is the most **we** will pay under the Additional Coverages of this endorsement, for all **occurrences** taking place during the period to which the Coverage Aggregate limit applies [as described in Provision 8 of The How Much We Pay section of the Liability and Medical Coverage Form (BGL-11)].

3. If an **occurrence** to which any Liability Coverage of this policy applies consists of activity occurring on more than one date during any **policy period** or **policy periods**, such activity, together with any **related loss**, will constitute a single **occurrence**, and the date of **occurrence** will be considered to be the earlier of:

   a. the date on which the last alleged wrongful act out of which the claim arises should occur; or

   b. the last day that **we** provided any coverage to **you** for such act.

   The policy forms, endorsements and **limits** in effect on the date of **occurrence** will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**.

4. **Expense Reimbursement (Rectification Costs and Special Litigation Expenses)**:
   Subject to all conditions, **limits**, limitations, exclusions and other **terms** set forth within this endorsement and this policy, the following will apply:

   a. **Data Breach Rectification Costs**: **We** will reimburse **you** up to the amount of the Coverage Limit shown on the **declarations** for Special Reimbursement Coverage (Data Breach Rectification Costs) toward the cost of rectifying a **data breach error** for which **you** are responsible, provided that **we** have agreed to such expense in advance of **your** payment.

      If Data Breach Rectification Costs include the provision of a credit watch service to individuals who have been negatively affected by a **data breach error**, **we** will reimburse **you** for those expenses that **you** incur to provide a credit watch service only if such service is actually provided within the two years immediately following the **data breach error**.

   b. **Electronic Discovery Costs**: **We** will reimburse **you** up to the amount of the Coverage Limit shown on the **declarations** for Special Reimbursement Coverage (Electronic Discovery Costs) toward the cost of responding to an electronic discovery request for which **you** are responsible (if not otherwise covered by this policy), provided that **we** have agreed to such expense in advance of **your** payment.

   c. **Subpoenas, Regulatory Actions and Injunctive Relief Suits**: **We** will reimburse **you** up to the amount of the Coverage Limit shown on the **declarations** for Special Defense Coverage (Subpoenas, Regulatory Actions and Injunctive Relief Suits) toward the cost of responding to a covered writ, order or action that is directed against a **covered person** (if not otherwise covered by this policy), provided that **we** have agreed to such expense in advance of **your** payment.

   The above reimbursement **limits** represent the most **we** will pay for all covered costs arising from the same or related acts, errors, omissions,


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

incidents, events, investigations or causes of action.

These reimbursement **limits** do not add to or increase the **limits** of coverage otherwise provided herein.

5. **Fines, Penalties and/or Punitive Damages**: Subject to all conditions, **limits**, limitations, exclusions and other **terms** set forth within this endorsement and this policy, the following will apply:

    a. To the extent that a wrongful act undertaken by a **covered person** results in **loss** to which the Additional Coverages of this endorsement apply, and where such payment is permitted by law, **we** will pay up to $500,000 for fines, non-compensatory penalties, exemplary damages and/or punitive damages that are awarded against the **covered person** in any legal proceeding or that are assessed against the **covered person** by any local, state or federal agency in relation to such wrongful act.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following conditions also apply to the Additional Coverages of this endorsement.

1. **Worldwide Coverage** (*for suits brought in the Basic Territory*): The Additional Coverages provided by this endorsement will apply on a worldwide basis to claims brought against **covered persons** by a foreign person or entity, provided that suit is filed within the **basic territory**.

2. **Hacker/Malware Liability Coverage:** The Computer Use Liability Additional Coverage provided by this endorsement will apply to covered **property damage** or **financial damage** associated with malicious computer activity and/or malicious programming that results in covered harm to others. This applies whether the malicious activity occurs on **your** premises or anywhere in the world; and it applies whether the injured party incurs damage through a desktop computer, laptop computer, tablet computer, smart phone, or other mobile device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any covered damage arising out of such errors or activity.

3. **E-Commerce Liability Coverage:** The Electronic Commerce Liability Additional Coverage provided by this endorsement will apply to covered **financial damage** arising out of errors or malicious activity associated with online business transactions, including electronic charitable donations. This applies whether the error or malicious activity occurs on **your** premises or anywhere in the world; and it applies whether the injured party incurs financial harm through the theft or misuse of credit card data, bank account data or other financial information. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any covered damage arising out of such errors or activity.

4. **Data Breach Liability Coverage (Donors and Others):** The Data Breach Liability Additional Coverage provided by this endorsement will apply to covered **loss** arising out of inadequate protection of personal information of donors and others for data within **your** control, and includes claims of emotional distress arising out of data breach situations. The Data Breach Reimbursement Additional Coverage of this endorsement will also apply in these situations. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any covered damage arising out of such errors or activity.

5. **Shared Device Liability Coverage:** In addition to coverage for claims arising out of the use of **your** computers located on **your** premises, the Additional Coverages provided by this endorsement will also apply to **your** liability arising out of the use of laptop computers, tablet computers, smart phones or other mobile devices that are provided to a **covered person** by **you**. This applies whether **your** liability arises out of business/ministry activity or the personal use of such devices. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any covered damage arising out of such errors or activity.

6. **Litigation Discovery Expense Reimbursement Coverage:** The Electronic Data Discovery Reimbursement Additional Coverage provided by this endorsement will apply to covered expense arising out of demands that **you** provide


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

electronic documents (such as e-mail records, e-documents, spreadsheets, etc.) that are stored on a server or other computer device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any covered expense reimbursement provided herein.

7. **Limitation of Defense Coverage:**
Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for any costs required to comply with: (1) litigation discovery requests that are unrelated to a covered **loss**; or (2) injunctive relief that is ordered by a judge or judicial body.

   Similarly, nothing in the Defense Coverage provided herein shall be construed to obligate **us** in any way to pay for any costs for any actual or alleged damage, injury or **loss** of any kind sustained by any person, nor any related judgment or award that arises directly or indirectly out of any **loss**.

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Defense Coverage Endorsement is subject to the terms of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage (Principal, Supplemental, or Additional) will apply to an **occurrence** and any **related loss**. No payment is provided by this endorsement for any judgment, award, penalty, verdict or **loss.**

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

## MINISTRY OPERATIONS

# LEGAL LIABILITY DEFENSE REIMBURSEMENT COVERAGE
## - RELIGIOUS AND NOT-FOR-PROFIT ORGANIZATIONS -

***Note****: This endorsement is intended to reimburse certain legal defense costs related to a variety of lawsuits or law enforcement inquiries that are not typically covered by insurance policies. The reimbursement limits are stated in the How Much We Pay section of this form.*

## AGREEMENT

**We** provide the Additional Coverage described in this endorsement, but only if *Defense Reimbursement* coverage is properly designated in the **declarations** of this policy, and only if **you** are a ministry organization or a camp.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverage of this endorsement.

1. **Covered lawsuit** means:

   A civil lawsuit, civil administrative proceeding, formal mandatory civil arbitration proceeding or similar civil action or proceeding alleging one or more of the following:

   a. **discriminatory acts** directed against **your** past or present employee or job applicant; or

   b. **personal injury** or **emotional injury** sustained by **your** past or present employee or job applicant; or

   c. **bodily injury** sustained by **your** employee, but only if such employee is not acting in the course and scope of employment at the time of injury; or

   d. discipline or dismissal of **your** employee; or

   e. **sexual acts** or **sexual harassment** directed against **your** employee; or

   f. **financial damage** arising directly out of the errors or omissions of **your leaders** in their leadership capacity, but only with respect to a civil lawsuit in which **your leader** or **leaders** are named as defendant(s); or

   g. the failure to procure or maintain insurance of any kind, or to properly administer any **employment benefit program**; or

   h. breach of contract, whether express or implied; or

   i. the unintentional violation of any law relating to the regulation of securities or investment programs; or

   j. disputes involving the existence, validity or extent of title to **your** property; or

   k. the rendering of, or failure to render, any financial or investment advice, other than to **your** employees; or

   l. wrongful acts for which equitable relief is sought; or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

m. malicious prosecution and/or wrongful imprisonment; or

n. a civil action or a government hearing related to the actual or potential transmission of any widespread infectious disease that has been categorized as a public health emergency by any governmental body.

More than one such civil lawsuit, proceeding, action (or appeal thereof), arising out of the same or related incidents, allegations or events will be considered a single **covered lawsuit**.

2. **Covered person** means **you**; and **your leaders**, **your** employees and **your appointed persons**, but only while acting on **your** behalf and within the scope of their delegated authority.

3. **Defense costs** means reasonable and necessary legal fees, costs, and expenses charged by a law firm or an attorney that are directly related to the legal defense of a person against whom a proceeding or inquiry is directed.

4. **Law enforcement inquiry** means an investigation undertaken by law enforcement officials and directed against a person suspected of committing a criminal offense under federal, state or local law, including any related prosecution for such alleged offense. More than one such criminal investigation, prosecution (or appeal thereof) arising out of the same or related incidents, allegations or events will be considered a single **law enforcement inquiry**.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**; and **your leaders**, **your** employees and **your appointed persons**, but only while acting on **your** behalf and within the scope of their delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## LEGAL LIABILITY DEFENSE REIMBURSEMENT COVERAGE

**We** will reimburse those **defense costs** incurred by a **covered person** who is named as a defendant in a **covered lawsuit** to which this coverage applies. The **covered lawsuit** must be filed or formally initiated in the **basic territory** during the **policy period**. The event or events upon which the **covered lawsuit** is based:

a. must arise out of the operations of **your** religious or not-for-profit organization; and

b. must be an **occurrence** taking place at a time that **we** provided premises/operations liability insurance to **your organization**.

This coverage is provided subject to the proceeding limits set forth in the How Much We Pay section of this endorsement.

**We** will also apply this Defense Reimbursement Coverage, if otherwise applicable, to a **covered person** who is the target of a **law enforcement inquiry**, subject to the inquiry limits set forth in the How Much We Pay section of this endorsement. This law enforcement inquiry extension will apply anywhere in the **coverage territory**.

The Additional Coverage of this endorsement will not be provided if other liability coverage applies to a lawsuit; and submission of a Coverage Request under the terms of this endorsement will waive all other liability coverages of **our** policy or policies with respect to such lawsuit.

## EXCLUSIONS

The following exclusions apply to the Additional Coverage of this endorsement.

1. **We** do not pay for any **defense costs** associated with any Workers' Compensation proceeding or any **covered lawsuit** based in whole or in part upon **bodily injury** sustained by **your** employee while in the course and scope of employment with **your** organization.

2. **We** do not pay for any **defense costs** associated with any **covered lawsuit** or **law enforcement inquiry** based in whole or in part upon any **loss** sustained by any **covered person**. Nor do **we** pay for any **defense costs** associated with any lawsuit or proceeding filed by any **covered person** against **you** or against any other


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

**covered person.** But this exclusion does not apply to civil claims of **your** employees that are based on employment-related incidents or events.

3. **We** do not pay for any **defense costs** associated with any small claims court proceeding, unless the **covered person** named as a defendant in such proceeding is required by law to retain an attorney in order to defend the small claims action.

4. **We** do not pay for **defense costs** associated with the appeal of any **law enforcement inquiry**, or related to the appeal of any **covered lawsuit** if such appeal is initiated by the **covered person.**

5. **We** do not pay for **defense costs** associated with:

   a. any **prior claim**; or

   b. any **covered lawsuit** or **law enforcement inquiry** filed or initiated after the Additional Coverage herein takes effect, if such lawsuit or inquiry and any **prior claim** are based upon the same **loss** or upon a **related loss**; or

   c. any lawsuit or inquiry which, on the inception date of this endorsement, has been discussed by **your leaders**, presented or threatened by another party, or is otherwise known of, anticipated or expected by **your leader** or by the **covered person** who is a subject of the lawsuit or inquiry; or

   d. any lawsuit or inquiry that is filed or commenced within 60 days of the inception date of this endorsement.

6. **We** do not pay for **defense costs** associated with any **law enforcement inquiry** if the inquiry is based in whole or in part upon:

   a. the violation of any traffic law, unless such violation is alleged to have negligently caused **bodily injury**; or

   b. the violation of any existing court order or criminal law that has been conveyed or enacted for purposes of:

      (i) protecting persons from unwanted or inappropriate bodily contact, physical threats or bodily harm; or

      (ii) protecting property of others from vandalism, theft, damage or destruction; or

   c. any **sexual act** if the subject of the **law enforcement inquiry:**

      (i) enters into a plea agreement; pleads guilty or no contest; or is criminally convicted in relation to the **sexual act**; or

      (ii) has a verdict rendered against him or her in a civil court in relation to the **sexual act**; or

      (iii) admits to anyone that he or she engaged in the **sexual act**; or

      (iv) is implicated by clear and convincing physical evidence (such as, photographic evidence, computer logs, DNA evidence, etc.) that he or she engaged in the **sexual act.**; or

   d. the violation of any law related to the intentional infliction of **bodily injury**, which is not:

      (i) subsequently adjudicated to be a valid claim of the defense of self or others, or

      (ii) determined by law enforcement officials or other authorities to not be appropriate for prosecution.

7. **We** do not pay for any **defense costs** associated with any dispute within **your** organization regarding who has the right to govern or control the organization or who controls or owns **your** organizational property or assets.

## WHAT MUST BE DONE IN THE EVENT OF A PROCEEDING OR INQUIRY

1. **Coverage Request:**
   No coverage will be available under the Additional Coverage of this endorsement until we receive a written request for coverage (Coverage Request) by or on behalf of the **covered person** who is the subject of the proceeding or inquiry. The Coverage Request must acknowledge that none of the liability coverage of any of **our** policies apply to the **covered person** with respect to such proceeding or inquiry.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

2. **Selection of Counsel:**
**Covered persons** against whom a **covered lawsuit** or **law enforcement inquiry** is directed have both the right and duty to select and retain legal counsel. **We** will not be responsible for any actual or alleged deficiency or delay relating to the legal defense afforded by such counsel.

3. **Waiver of Coverage:**
Selection of counsel by a **covered person** will be deemed to prejudice **us** with respect to the defense of any related **covered lawsuit**. Accordingly, any payment made under this endorsement will act to waive coverage with respect to the **covered person** under all other liability coverages (Principal, Supplemental and Additional) of this policy, and any of **our** other policies, with respect to the allegations of the **covered lawsuit**. Submission of a Coverage Request, as provided above, will be considered an acknowledgement of such waiver of liability coverage.

4. **Duty to Cooperate:**
Any **covered person** seeking coverage under this endorsement must cooperate with **us** and must, upon **our** request, assist **us** in settling any **covered lawsuit** to which the Additional Coverage of this endorsement applies.

## CONDITIONS

1. **Limitation of Coverage:**
This endorsement covers only certain specified legal fees, costs, and expenses. Nothing in this endorsement shall be construed to obligate **us** in any way to pay for any actual or alleged damage, injury or **loss** sustained by any person or entity, or to pay for any related fine, penalty, judgment or award that arises directly or indirectly out of any civil, criminal or other proceeding.

2. **Initiation of Coverage:**
**We** will pay no legal cost incurred prior to the latter of:

   a. the date on which **we** receive a written Coverage Request under the terms of this endorsement; or

   b. the date on which the **covered lawsuit** or **law enforcement inquiry** is filed or otherwise initiated.

   **We** will, however, reimburse covered **defense costs** incurred on or after the date that **we** first receive from **you** notice that a **covered lawsuit** has been filed or a covered **law enforcement inquiry** is being pursued. If covered, such retroactive payment will be made, however, only after **we** receive a Coverage Request from **you**, and will be made subject to all of the **terms** of this endorsement.

3. **Settlement:**
By providing the Defense Coverage of this endorsement, **we** undertake no obligation of any kind to contribute toward the settlement of any lawsuit or proceeding. **We** maintain the right, however, to use any remaining amount of the Proceeding Limit of the Additional Coverage herein to settle, or to contribute toward the settlement of, any **covered lawsuit**. **We** will not settle any lawsuit on behalf of any **covered person**, however, if such **covered person** conveys to **us** a written request to terminate coverage prior to settlement of the proceeding. Nothing in the settlement process will obligate **us** in any way to pay any amount beyond the specified **defense costs** provided herein, nor will it in any way modify the **terms** of this endorsement.

4. **Other Coverage or Other Insurance:**
No coverage will be provided under the Additional Coverage of this endorsement if this policy or another insurance policy provides any liability coverage with respect to the allegations of a **covered lawsuit**. Nor will any coverage apply if any legal defense is provided or required to be provided under this policy or another policy with respect to a **covered lawsuit** or **law enforcement inquiry**.

5. **Arbitration:**
Any dispute between **us** and any **covered person** regarding the existence or application of coverage under the **terms** of this endorsement may be submitted to the American Arbitration Association (or to any other organization providing arbitration services if agreed to in writing by **us** and by all **covered persons** who are a party to the dispute) for a determination of coverage by a three-person arbitration panel appointed by the arbitration organization. The decision rendered by the arbitration panel will be binding upon all persons affected by the Additional Coverage of this endorsement.

6. **Termination of Payments:**
No further payment will be provided under the terms of this endorsement as of the first date that any of the following events occur in connection with any **covered lawsuit** or **law enforcement inquiry**:


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. the **covered person** is dismissed from the **covered lawsuit**, a verdict or final judgment is entered in a **covered lawsuit** or **law enforcement inquiry**, or the proceeding or inquiry is otherwise dismissed or resolved; or

b. **we** have paid under the Defense Reimbursement Coverage an amount equal to any proceeding or inquiry **limit** set forth in the How Much We Pay section of this endorsement; or

c. the **covered person** fails to comply with any condition of this endorsement, or submits to **us** a written request to terminate payments.

But the termination of payments in connection with a **covered lawsuit** or **law enforcement inquiry** will not preclude payments with respect to any subsequent lawsuit or inquiry that is otherwise covered.

## HOW MUCH WE PAY

1. **Hourly Limit: We** will pay no more than $175 per hour toward legal fees to which the Additional Coverage of this endorsement applies.

2. **Proceeding Limits: We** will pay no more than the limit that is properly shown as the Proceeding Limit on the **declarations** toward **defense costs** incurred in relation to each **covered lawsuit** filed or initiated during the **policy period**. **We** will pay no more than the limit that is properly shown as the Aggregate Proceeding Limit toward **defense costs** incurred in relation to all **covered lawsuits** filed or initiated during the **policy period**.

3. **Inquiry Limits: We** will pay no more than the limit that is properly shown as the Inquiry Limit on the **declarations** toward **defense costs** incurred in relation to each **law enforcement inquiry** commenced or initiated during the **policy period**. **We** will pay no more than the limit that is properly shown as the Aggregate Inquiry Limit on the **declarations** toward **defense costs** incurred in relation to all **law enforcement inquiries** commenced or initiated during the **policy period**.

4. **Application of Limits:**
The hourly, proceeding and inquiry **limits** set forth above represent the most **we** will pay regardless of:

   a. The total cost or expense required to prepare for or defend any covered suits, inquiries, or related appeals; or

   b. The number of plaintiffs, victims, accusers, or other persons or entities alleging damage, injury or **loss**; or

   c. The number of **covered persons** or other persons or entities that are the subject of a lawsuit or inquiry, or the number of attorneys or law firms representing such persons; or

   d. The number of alleged acts, omissions, incidents or exposures upon which the lawsuits or inquiries are based; or

   e. The number of **our policy periods**, or portions thereof, during which any alleged acts, omissions, incidents or exposures should occur; or

   f. The number of **our policy periods**, or portions thereof, during the course of which any lawsuits or inquiries should transpire.

   In addition, the Aggregate Proceeding Limit is the most **we** will pay regardless of the number of **covered lawsuits** filed or initiated during the policy period, and the Aggregate Inquiry Limit is the most **we** will pay regardless of the number of **law enforcement inquiries** commenced during the **policy period**. All related **covered lawsuits** will be considered a single **covered lawsuit** for the purpose of applying the stated Limits of this endorsement.

5. **Reasonable Costs:**
**We** will not pay any covered legal cost, fee or expense unless such cost, fee or expense is reasonable and necessary, relates to completed tasks (not a retainer fee), and is directly related to the legal defense of a **covered lawsuit** or **law enforcement inquiry** directed against a **covered person**.

6. **Defense Cost Reimbursement:**
**We** have the right to pay **defense costs** covered herein to either the **covered person** or to the law firm retained by such **covered person**, but only after proper documentation of the covered legal expense has been submitted to **us**. If more than one **covered person** is the subject of a **covered lawsuit** or **law enforcement inquiry**, **we** will pay the related legal expenses in the order that documentation of such expense is received by **us**, subject to the **limits** set forth herein.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

In accordance with state law, **we** may reimburse **defense costs** during the course, or upon completion, of the **covered lawsuit** or **law enforcement inquiry**, or any appeals filed in relation thereto. In the event that **we** pay any **defense costs** and subsequently determine they should not have been paid due to the application of an exclusion or any other terms of this endorsement or policy, **we** reserve the right to recover such **defense costs** from any person on whose behalf they were paid.

7. **Related Lawsuit or Proceeding:**
   If any lawsuit, proceeding or inquiry covered herein:

   a. relates directly or indirectly or in any other manner to any lawsuits, proceedings or inquiries that have been previously filed or initiated; or

   b. arises in any manner out of the same or related situation(s), incident(s) or event(s) as any lawsuits, proceedings or inquiries that have been previously filed or initiated;

   then all such related lawsuits and proceedings will be considered a single **covered lawsuit** or a single **law enforcement inquiry** for purposes of determining applicable **limits**, even if the prior lawsuit(s) or proceeding(s) were filed during a prior **policy period**. Only one Proceeding Limit or one Inquiry Limit will apply to all related lawsuits, proceedings or inquiries, regardless of the dates of filing.

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.



Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy. This is not a surety bond.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# BROAD FORM DIRECTORS AND OFFICERS LIABILITY COVERAGE
## - RELIGIOUS AND NOT-FOR-PROFIT LEADERSHIP -

***Note**: No deductible or policyholder retention applies to the coverage of this liability endorsement.*

## AGREEMENT

**We** provide the Additional Coverage described in this endorsement, but only if *Broad Directors and Officers* coverage is properly designated in the **declarations** of this policy, and only if **you** are a not-for-profit organization or a camp.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverage of this endorsement.

1. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**; and any spouse of **your leader**, **your** employee, **your appointed person** or **your volunteer**; in relation to any **leadership activity** undertaken on **your** behalf.

2. **Computer-related harm** means:

   a. the creation or transmission of any computer virus or other program that is harmful to any computer hardware, software, data or network connection; or

   b. the use of any computer equipment, computer program or web site for the purpose of interfering with, or causing the destruction of, any computer hardware, software, program, data, web site or network connection; or

   c. the improper use of, or failure to protect, any personal information (such as access to passwords, bank account numbers, social security numbers or similar personal information), that is obtained or held electronically; or

   d. the improper downloading, copying or distribution of any computer application, software or program in violation of any law, or in violation of any applicable licensing, accessing, or use agreement; or

   e. the improper supervision of persons having access to **your** computer equipment, programs, network or data.

3. **Electronic commerce activity** means engaging in online interactions that are undertaken through a web site, social media site, mobile device application or similar online platform, but only if the interaction involves an **online financial transaction**. Such activity includes:

   a. offering a retail product or service to online customers; and

   b. soliciting/receiving charitable donations from others through a web site; and

   c. engaging in online business transactions with vendors, suppliers, merchants or other business enterprises.

   **Electronic commerce activity** includes solicitation of customers or donors, transaction processing, order fulfillment, data collection, customer support and similar functions that are


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

undertaken as part of **your** online commerce activity.

4. **Electronic commerce error** means an error or series of errors that arise out of **electronic commerce activity**, including errors involving:

   a. the electronic transfer of any funds into or out of any savings, checking or other bank or financial institution account; or

   b. the transmission of any credit card or debit card information through any web site or other electronic communication network; or

   c. facilitating the unauthorized use of any credit card, debit card, online money transfer account, electronic funds transfer account, automated online banking account or similar electronic payment method; or

   d. any other unauthorized or improper electronic transmission of funds, or the electronic transmission of information providing access to funds.

   More than one such related error, or series of related errors, incidents or events will be considered a single **electronic commerce error**.

5. **Leader** means a person (whether or not a director or officer) while serving as a member of **your** governing board, or **your** administrator, director, officer or trustee, but only if acting on **your** behalf and within the scope of their delegated authority as such.

6. **Leadership activity** means the decision-making acts of **your leaders** regarding the operation of **your** organization, and includes related and authorized activity undertaken by **volunteer** committee members and by other **covered persons** for the purpose of implementing such decisions.

7. **Online financial transaction** means conveying or receiving funds through an electronic process on a web site, social media site, mobile device application or similar electronic means. **Online financial transaction** includes online credit card payment, online debit card payment, online money transfer, electronic funds transfer, automated online banking or a similar electronic payment method.

8. **Unaffiliated person or entity** means a person or entity who has been neither a member of **your** organization, nor affiliated with any association to which **your** organization has belonged. **Unaffiliated person or entity** does not include any person, group or faction within **your** organization, nor any denominational headquarters, district, office or body with which **your** organization has been affiliated.

## ADDITIONAL COVERAGE

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **<u>covered person</u>** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, and the spouse of **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, in relation to any **leadership activity** undertaken on **your** behalf. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## DIRECTORS AND OFFICERS LEADERSHIP LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **financial damage** to which this coverage applies. The **financial damage** must arise out of one or more wrongful acts by a **covered person** in connection with **leadership activity**. The event or events causing the **financial damage**:

a. must be undertaken in furtherance of **your** religious or not-for-profit purposes; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

Related decisions that are made in the course of **leadership activity** and that result in **financial damage** to one or more persons will be considered a single **occurrence**.

A sub-limit will apply to covered **loss** arising out of specified financing/fundraising activity, as set forth in the How Much We Pay section of this endorsement.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

modified herein. The following exclusions apply to the Additional Coverage of this endorsement.

1. Exclusion 16 of the Additional Exclusions that Apply to All Coverages section of the Liability and Medical Coverage Form (BGL-11) is modified as follows:

   **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged **sexual act** or **discriminatory act**.

   **We** will, however, provide the Additional Coverage herein for **financial damage** resulting from one or more **discriminatory acts** directed against a person other than **your** past or present **leader**, employee or job applicant.

2. **We** do not pay for **loss** of any kind on behalf of a **covered person** if the **loss** arises directly or indirectly out of or in connection with any actual or alleged:

   a. fraudulent or self-serving acts, willful harm, or the violation of any local, state or federal criminal or racketeering statute by the **covered person**; or

   b. breach of contract; (whether express or implied); or

   c. failure to procure or maintain insurance of any kind.

3. **We** do not pay for **financial damage** of any kind arising directly or indirectly out of or in connection with any actual or alleged discharge, dispersal, seepage, migration, release or escape of any pollutant [as defined on page 8 of the Commercial Liability Coverage Form (GL-100)], even if such **financial damage** arises out of the wrongful acts of one or more **covered persons**.

4. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. the rendering of, or failure to render, any legal, financial or investment advice of any kind; or

   b. any intentional or knowing violation by **you** or any **covered person** of any local, state or federal regulation or law relating to: (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind.

5. **We** do not pay for **loss** of any kind sustained by:

   a. any of **your** past or present employees or job applicants; or

   b. any individual within **your** association or organization (whether or not employed by **you**) if the **loss** arises directly or indirectly out of or in connection with: (1) any employment-related act, error, omission, decision, incident or event; or (2) any ordination or licensing-related act, error, omission, decision, incident or event.

   Nor do **we** pay for **loss** arising directly or indirectly out of or in connection with the administration of any **employee benefit program**.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any dispute within **your** organization or **your** denomination involving the existence, validity or extent of title to any property, including disputes involving a determination of **your** interest in real, personal, or intangible property. But **we** will pay for **financial damage** associated with the claim of an **unaffiliated person or entity** who challenges **your** title to, rights in, or possession of, any real property, property easements, personal property, or intangible property.

7. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. any **computer-related harm** or any **electronic commerce error** of any kind; or

   b. any error, defect or deficiency in any computer hardware, software, program, data, web site or network connection, regardless of who owns or has developed it.

   Nor do **we** pay for any damage to, destruction of, or interference with **your** computer hardware, software, program, data, web site, network connection, or any other tangible or intangible property that **you** own, lease, use or borrow.

8. **We** do not pay for **loss** of any kind if such **loss** or any **related loss** is, or has been, the basis of any **prior claim**.

9. **We** do not pay for **financial damage** of any kind relating to any claim or action instituted by or on behalf of any **covered person** against any other **covered person**; nor will **we** pay for **financial damage** arising directly or indirectly out of or in connection with any claim, allegation, judgment


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

or award associated with any legal proceeding instituted by or on behalf of any **covered person** against any other person or entity (including any legal proceeding against **your** organization).

10. **We** do not pay for **financial damage** of any kind if:

    a. the event(s) that cause the **financial damage** occur prior to the date on which this coverage becomes effective; or

    b. the event(s) that cause the **financial damage** occur after this coverage terminates; or

    c. on the date that **we** first provide Directors and Officers coverage to **your** organization, **you** or **your leaders** are aware that the alleged **financial damage** has been, is being, or will be, incurred by any person or entity; or

    d. on the date that **we** first provide Directors and Officers Coverage to **your** organization, **you** or **your leaders** are aware of any prior situation that may reasonably be anticipated to result in a claim against **you** or **your leaders** for **financial damage**.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following modification applies only to the Additional Coverage of this endorsement.

1. **Financing/Fundraising Sub-Limit:**
   **We** will pay up to, but no more than, $500,000 toward any **financial damage** otherwise covered by this endorsement if such **financial damage** arises directly or indirectly out of or in connection with:

    a. the innocent, unintentional and unknowing violation by any **covered person** of any local, state or federal regulation or law relating to: (1) any security or financial instrument (including, but not limited to, stocks, bonds, certificates, notes and other financial instruments); or (2) any other fundraising or financing program of any kind; or

    b. investment-related losses sustained by one or more person or entity that arise out of the lawful creation, marketing, issuance and/or administration by **your** organization of: (1) any security or financial instrument (such as stocks, bonds, certificates, notes and other financial instruments); or (2) any other fundraising or financing program of any kind; or

    c. **financial damage**, other than investment-related losses, arising out of the lawful creation, marketing, issuance and/or administration by **your** organization of: (1) any security or financial instrument (such as stocks, bonds, certificates, notes and other financial instruments); or (2) any other fundraising or financing program of any kind.

   But **we** will make no payment in relation to any **loss** arising out of any fundraising or financing program of any kind that **you** or any **covered person** knows to be unlawful, deceitful, improper or dishonest.

2. **Application of Limits:**
   All stated **limits** and sub-limits represent the most **we** will pay for all **financial damage** arising out of one or more related acts, errors, omissions, decisions, incidents, events, breaches of duty, offerings, issuances, programs or plans, regardless of:

    a. the number of persons, entities, organizations or **related organizations/operations** to whom this policy provides coverage; or

    b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events, breaches of duty, offerings, issuances, programs or plans; or

    c. the number of persons effected by decisions, or who otherwise sustain **loss** covered herein; or

    d. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

    e. the extent or duration of the injury, damage, **loss** or any **related loss**; or

    f. the extent, duration or number of acts, errors, omissions, decisions, incidents, events, breaches of duty, offerings, issuances, programs or plans contributing to injury, damage or **loss**; or


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

g. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, breaches of duty, offerings, issuances, programs or plans contributing to injury, damage or **loss** should occur; or over which the injury, damage, **loss**, or **related loss** should occur.

3. **Fines, Penalties and/or Punitive Damages:** Subject to the Limitations stated below, the following will apply to each **covered person**:

   a. to the extent that coverage of this endorsement otherwise applies to a wrongful act by a **covered person** in connection with their **leadership activity**, and where such payment is permitted by law, **we** will pay up to $500,000 for fines, non-compensatory penalties, exemplary damages and/or punitive damages that are awarded against the **covered person** in any legal proceeding or that are assessed against the **covered person** by any local, state or federal agency in relation to such wrongful act.

   <u>**Limitations:**</u>

   A. The coverage for Fines, Penalties and/or Punitive Damages stated herein will apply only to those **covered persons**: (1) who are not personally involved in any intentionally fraudulent, self-serving or malicious acts; and (2) who do not knowingly allow illegal activity to occur with knowledge of its illegal nature. All exclusions of this endorsement will continue to apply to individual **covered persons** who knowingly engage in improper activity (such exclusions include, but are not limited to, Exclusion 2.a. [fraudulent, intentional or self-serving acts], and Exclusion 4b. [intentional or knowing security law violations]).

   B. Any payment made under this Fines, Penalties and/or Punitive Damages provision will reduce the Directors and Officers Coverage Limit. This is not an additional amount of coverage, and payment made under this provision will not act to increase any **limit** of the policy.

## OTHER PROVISIONS

All provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy. This is not a surety bond.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# EMPLOYEE BENEFITS LIABILITY COVERAGE
## - RELIGIOUS AND NOT-FOR-PROFIT ORGANIZATIONS -

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if *Benefits Administration* coverage is properly designated in the **declarations** of this policy, and only if **you** are a not-for-profit ministry organization or a camp.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverage of this endorsement.

1. **Administration** means the performance of any of the following acts in relation to an existing **employee benefit program**:

   a. counseling employees regarding the program; and/or

   b. interpreting the program; and/or

   c. maintaining program records; and/or

   d. effecting enrollment, termination, or cancellation of employees in the program; and/or

   e. calculating benefits of the program; and/or

   f. preparing communication material concerning the program; and/or

   g. processing program claims; and/or

   h. collection and distribution of program contributions.

2. **Beneficiary** means a person who qualifies to receive benefits under **your employee benefit program**.

3. **Covered person** means **you**, **your leaders** and **your** employees, but only with respect to the authorized **administration** of, and/or other authorized actions taken in relation to, **your employee benefit program(s)**.

4. **Employee benefit program** means any of the following programs, insurance or plans procured, maintained or monitored by any entity or employer for the benefit of any of past or present group of employees or the dependents/beneficiaries of such employee group:

   a. group medical, accident, health or life insurance programs, or any workers© compensation, disability, or unemployment insurance; or

   b. severance programs or salary continuation plans, or any pension or retirement benefit plans.

5. **Leader** means a person (whether or not a director or officer) while serving as a member of **your** governing board, or **your** administrator, director, officer or trustee, but only if acting on


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

**your** behalf and within the scope of their delegated authority as such.

## ADDITIONAL COVERAGE

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**, **your leaders** and **your** employees, but only with respect to the authorized **administration** of, and/or other authorized actions taken in relation to, **your employee benefit program(s)**. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## EMPLOYEE BENEFIT LIABILITY COVERAGE

**We** pay all sums which a **covered person** becomes legally obligated to pay as **damages** due to **financial damage** to which this coverage applies. The **financial damage** must be sustained by **your** past or present employee or their dependents as a result of one or more wrongful acts by **your leader** or **your** employee in the **administration** of **your employee benefit program**. The event or events causing the **financial damage**:

a. must be undertaken in furtherance of **your** religious or not-for-profit purposes; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

Related decisions which are made in the **administration** of an **employee benefit program** resulting in **financial damage** to one or more persons will be considered a single **occurrence**.

This Additional Coverage is provided subject to the Medical Expense Limit set forth in the How Much We Pay section of this endorsement.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following exclusions apply to the Additional Coverage of this endorsement.

1. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any of the following:

   a. the commission of any fraudulent or criminal acts, or any acts undertaken for the purpose of causing harm, loss or damage.

   b. the breach of any contract by **you** or **your leaders**, or the failure to perform a contract by any entity associated with **your employee benefit program**.

   c. the failure on the part of any **covered person** to comply with any regulation or law relating to workers' compensation, unemployment insurance, social security or disability benefits.

   d. the failure of any stock, bond, mutual fund or other investment to perform as represented by a **covered person**, or any loss resulting from the investment or noninvestment of employee funds or program funds.

   e. the violation of the responsibilities, obligations, or duties imposed on fiduciaries by any law, statute, or ordinance, including the Employee Retirement Income Security Act of 1974 (as amended) and any regulations pertaining thereto.

   f. the termination or failure of any plan included in the **employee benefit program**.

   g. any error, defect or deficiency in any computer hardware, software, program, data, web site or network connection, regardless of who owns or has developed it.

2. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. the creation, marketing, issuance or administration by **you** or **your leaders** of (1) any security or financial instrument (including, but not limited to stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind;

   b. the violation by **you** or **your leaders** of any local, state or federal regulation or law relating to (1) any security or financial instrument (including, but not limited to stocks, bonds, certificates, notes and other


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

financial instruments); or (2) any fundraising or financing program of any kind;

c. any lost opportunities or investment-related losses sustained by any person or entity (including **you** or **your leaders**), which arise out of the creation, marketing, issuance or administration by any person or entity of (1) any security or financial instrument (including, but not limited to stocks, bonds, certificates, notes and other financial instruments); or (2) any fundraising or financing program of any kind; or

d. the rendering of, or failure to render, any legal, financial or investment advice of any kind.

3. **We** do not pay for **loss** of any kind sustained by any person:

   a. whose day-to-day work **you** or **your leaders** do not control;

   b. while such person is working for the benefit of an employer other than **you**;

   c. who is a **temporary employee**; or

   d. who is a clergy within **your** association or organization if the **loss** arises out of: (1) the ordination or licensing process; (2) any ordination or licensing relationship; or the termination or revocation thereof.

4. **We** do not pay for any fines or non-compensatory penalties, or for any exemplary or punitive damages awarded in any legal proceeding or assessed by any local, state, or federal agency.

5. **We** do not pay for **loss** of any kind if such **loss** or any **related loss** is, or has been, the basis of any prior claim.

6. **We** do not pay for **financial damage** of any kind if:

   a. the event(s) that cause the **financial damage** occur prior to the date on which this coverage becomes effective;

   b. the event(s) that cause the **financial damage** occur after this coverage terminates;

   c. on the date that **we** first provide Employee Benefits coverage to **your** organization, **you** or **your leaders** are aware that the alleged **financial damage** has been, is being, or will be, incurred by any person or entity; or

   d. on the date that **we** first provide Directors and Officers Coverage to **your** organization, **you** or **your leaders** are aware of any prior situation that may reasonably be anticipated to result in a claim against any **covered person** for such **financial damage**.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein.

1. **Medical Expense Limit:**
   **We** will pay no more than $100,000 for all unpaid **medical expense** or other **financial damage** incurred by any one **beneficiary** (or by the dependent of any **beneficiary**) if such unpaid **medical expense** or other **financial damage** is incurred as a result of any actual or alleged error relating directly or indirectly to the **administration** of any group medical or other health benefit program or plan. This $100,000 per-person limit is the most we will pay regardless of the total amount of **financial damage** incurred, the duration of any individual's treatment, or the number of **policy periods**, or portions thereof, over which such **financial damage** is incurred.

   Furthermore, **we** will pay no more than $500,000 for all unpaid **medical expense** or other **financial damage** incurred during the **policy period** if such unpaid **medical expense** or other **financial damage** is incurred as a result of any actual or alleged error relating directly or indirectly to the **administration** of any group medical or other health benefit program or plan. This $500,000 per-**policy period** limit is the most **we** will pay for all such medical-related **loss** incurred during the **policy period** regardless of the number of persons sustaining **loss**, the total amount of **financial damage** incurred, the duration of any individual's treatment or the number of **policy periods**, or portions thereof, over which such **financial damage** is incurred.

2. **Defense Coverage (Other than medical-related):**
   Other than for: (1) **loss** to which the Medical


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

Expense Limit of this section applies; or (2) the Exception set forth below; any payments made under the Defense Coverage provided herein, up to $250,000, will be made in addition to the **limits** of the Additional Coverage of this endorsement. Any further payment made under the Defense Coverage will reduce the **limits** of the Additional Coverage herein by the amount of such payment.

3. **Defense Coverage (Medical-related):**
With respect to any **loss** to which the Medical Expense Limit of this section applies, other than the Exception set forth below, **we** will pay no more than $250,000 under the Defense Coverage provided by this policy arising directly or indirectly out of any such **loss**.

**Exception:** If the Defense Coverage of this policy applies to any interest accrued after the entry of a judgment, the payment of such interest will not reduce the **limits** of coverage provided herein.

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.



Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# BROAD SCOPE MEDIA LIABILITY COVERAGE

## ~CHURCHES AND MINISTRY ORGANIZATIONS~ INCLUDING PERSONAL INJURY ALLEGATIONS

***Note**: Coverage for e-commerce and other computer-based transactions is provided in an optional Cyber Liability Coverage Form (BGL-87).*

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if *Media Liability* coverage is properly designated in the **Declarations** of this policy, and only if **you** are a church or other ministry organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverages of this endorsement.

1. **Advertising violation** means the posting, publication, communication or depiction of any advertising or promotional material that:

   a. disparages a person's or entity's goods, products, or services; or

   b. is false, harmful or misleading; or

   c. violates any federal, state or local comparative advertising law; or

   d. serves as the basis of a claim for **financial damages** arising out of the marketing or publicity of **your** organization; or out of the promotion of **your** organization's goods or services.

2. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

3. **Defamatory act** means the posting, publication, communication or depiction of any information that:

   a. slanders or libels a person or entity; or

   b. constitutes an injurious falsehood; or

   c. constitutes defamation of character, or that otherwise harms a person's reputation.

4. **Infringement act** means the posting, publication, communication, performance or depiction of any material that:

   a. infringes any copyright, slogan, trademark, title or trade name, the rights to which are owned by another person or entity; or

   b. violates the publicity rights that are owned by another person or entity; or

   c. constitutes plagiarism, theft of concept, piracy of intellectual property or the violation


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

of any implied contract regarding the use of another person's or entity's creative ideas; or

d. fails to provide proper attribution of authorship, ownership, or other rights in a work; or

e. constitutes the unauthorized reproduction, display, or use of music, hymns, commentaries, ministry study aids or other similar material; or

f. breaches any licensing rights associated with content that is owned by another person or entity; or

g. misappropriates the content, format, trade name, slogan, logo, graphic material, artwork, musical composition, stage performance, photographic depiction, web design or other creative work that is created and owned by another person or entity; or

h. conveys a trade secret to one or more third parties or to the general public without permission of the owner of the trade secret;

but **infringement act** does not include any actual or alleged infringement of a patent, a patentable invention or patentable process.

5. **Media enterprise** means any organization (or any subsidiary of an organization) that:

   a. generates more than twenty percent (20%) of its annual revenue through one or more of the following enterprises:

      (1) publishing; or

      (2) broadcasting; or

      (3) telecasting; or

      (4) advertising; or

      (5) internet-based communication (audio or visual), web content drafting, web design development or web hosting; or

   b. devotes more than twenty percent (20%) of its budget to carry out one or more of the enterprises listed in 5 a. above; or

   c. devotes more than twenty percent (20%) of total staff plus unpaid worker time to carry out one or more of the enterprises listed in 5 a. above; or

   d. holds out one or more of the enterprises listed in 5 a. above as the primary purpose, mission or function of the organization or subsidiary.

6. **Personal injury** means any of the following:

   a. a **defamatory act**; or

   b. an **infringement act**; or

   c. an **advertising violation**; or

   d. a **personal violation**.

   But **personal injury** does not include **bodily injury**, **property damage**, **emotional injury** or **financial damage** of any kind; nor any injury arising directly or indirectly out of or in connection with any **sexual act**, **counseling act**, or **discriminatory act**.

7. **Personal rights breach** means the posting, publication, communication or depiction of material or information that:

   a violates the person's right of privacy; or

   b breaches the person's expectation of confidentiality.

8. **Personal violation** means any of the following wrongful acts directed against one or more persons:

   a. improper restraint, detention, or imprisonment of the person; or

   b. trespass or wrongful entry into, wrongful eviction from, or invasion of the right of private occupancy of a premises occupied by the person; or

   c. any type of **personal rights breach**.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **<u>covered person</u>** means **you**; and **your leaders**, your employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.



Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

## PERSONAL INJURY LIABILITY COVERAGE *(MEDIA / COMMUNICATION ACTIVITY)*

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **personal injury** to which this coverage applies. The **personal injury** must arise out of a **defamatory act**, an **infringement act** or an **advertising violation**, and such act or violation:

a. must occur in connection with the religious or not-for-profit operations of **your** organization; and

b. must be an **occurrence** taking place in the **basic territory** during the **policy period.**

This Additional Coverage applies to the development, deployment, maintenance and/or use of **your** ministry organization's:

(1) brand; and

(2) web sites; and

(3) blog posts, video feeds or webcasts; and

(4) social media content; and

(5) overall intellectual property assets.

This Additional Coverage also applies to **your** ministry organization's:

(1) advertising activity; and

(2) promotional activity; and

(3) general communication activity.

This Additional Coverage further applies regardless of the medium or channel that is used to advance such activity (whether digital, print, broadcast, etc.).

This Additional Coverage does not apply, however, if the **personal injury** arises in any manner out of or in connection with any **media enterprise** that **you** or **your leader(s)** own or operate. Nor does this Additional Coverage apply to **loss** arising out of:

(1) any **personal violation** of any kind; or

(2) any **sexual act**, **counseling act** or **discriminatory act** of any kind.

## PERSONAL INJURY LIABILITY COVERAGE *(PERSONAL VIOLATIONS)*

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **personal injury** to which this coverage applies. The **personal injury** must arise out of a **personal violation**, and the event or events causing the **personal violation**:

a. must occur in connection with the religious or not-for-profit operations of **your** organization; and

b. must take place in the **basic territory** during the **policy period**.

This Additional Coverage does not apply, however, if the **personal injury** arises in any manner out of or in connection with any **media enterprise** that **you** or **your leader(s)** own or operate. Nor does this Additional Coverage apply to **loss** arising out of:

(1) any **defamatory act**, **infringement act** or **advertising violation** of any kind; or

(2) any **sexual act**, **counseling act** or **discriminatory act** of any kind.

## PERSONAL INJURY LIABILITY COVERAGE *(UNAUTHORIZED ACCESS / POSTING)*

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **personal injury** to which this coverage applies. The **personal injury** must arise out of: (1) the unauthorized access by a person or entity to; and/or (2) the posting of unauthorized content to; any web site, social media site, bulletin board, web portal or other communication platform. The event or events causing the **personal injury**:

a. must occur in connection with the religious or not-for-profit operations of **your** organization; and

b. must take place in full or in part within the **basic territory**; and

c. must occur during the **policy period.**

This Additional Coverage does not apply, however to:

(1) **loss** arising out of any activity other than unauthorized access or web posting to a site that is controlled by **your** organization; or


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

(2) any **sexual act**, **counseling act** or **discriminatory act** of any kind.

## SPECIAL DEFENSE COVERAGE *(ALLEGED INTENTIONAL ACTS)*

If a **covered person** denies intentional wrongdoing in connection with any alleged **personal injury**, then **we** will provide such **covered person** with the following limited Defense Coverage:

**We** agree to provide the Defense Coverage in the applicable Commercial Liability Coverage Form of this policy to any **covered person** who is accused of engaging in intentional misconduct, but only with respect to:

a. alleged wrongdoing that occurs in the **basic territory** during the **policy period**; and

b. a lawsuit that is filed in the **basic territory**;

And only until such time as intentional wrongdoing:

(1) is admitted to by the **covered person**; or

(2) is determined to have occurred by a judge or a judicial body in any:

(a) civil action or proceeding; or

(b) criminal process, action or proceeding.

**Limitation of Defense Coverage** -
The Defense Coverage provided in this endorsement covers only those legal expenses and other related costs that are specified in the Defense Coverage section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for any actual or alleged damage, injury or **loss** of any kind sustained by any person, or any related judgment or award that arises directly or indirectly out of any **loss**.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following exclusions apply only to the Additional Coverages of this endorsement.

1. The Additional Coverages provided by this endorsement will not apply to any claim, suit or proceeding brought in any country or territory other than the United States of America, its territories and possessions, Puerto Rico or Canada. But coverage will apply on a worldwide basis to claims made by foreign persons or entities who view or receive information or material outside of the **basic territory**, provided that suit is filed within the **basic territory**.

2. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **media enterprise** that is owned or operated:

   a. by **you**, or **your leader(s)**; or

   b. by any subsidiary that **you** own or operate.

   ***Note**: Media-related **personal injury** coverage is available for **Media Enterprise** exposures through an optional Expansive Media Liability endorsement. Please contact **your** Brotherhood Mutual insurance agent if **you** desire **personal injury** coverage for **your media enterprise** exposure.*

3. The Additional Coverages provided by this endorsement will not apply to any person who knowingly and intentionally:

   a. misappropriates the property of others without regard to existing property rights; or

   b. violates any right protected by any copyright, slogan, trade secret, trademark or trade name treaty, regulation or law; or

   c. engages in any willful, wanton, dishonest, deceptive, fraudulent or malicious misconduct; or

   d. engages in acts that violate any local, state, or federal criminal or racketeering statute; or

   e. conveys information or material to others with knowledge that such information or material is false.

   But **we** will defend **covered persons** who are accused of such misconduct until such time as any intentional wrongdoing:

   (1) is admitted to by the **covered person**; or

   (2) is determined to have occurred by a judge or a judicial body in any:



Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

(a) civil action or proceeding; or

(b) criminal process, action or proceeding.

Furthermore, the Additional Coverages of this endorsement will continue to apply to any **covered person** who has not engaged in intentional misconduct (subject to all applicable **terms** of coverage).

4. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged infringement of a:

   a. patent; or

   b. patentable invention; or

   c. patentable process.

5. **We** do not pay for **loss** of any kind sustained by any person who is or who has been **your** employee or **your** job applicant, if the injury arises directly or indirectly out of or in connection with the hiring process, any employment relationship, or the termination thereof.

6. **We** do not pay for **loss** of any kind sustained by any individual within **your** association or organization (whether or not employed by **you**) if the **loss** arises directly or indirectly out of or in connection with: any ordination or licensing-related act, error, omission, decision, incident or event.

7. **We** do not pay for any **loss** arising directly or indirectly out of or in connection with any **discriminatory act**, **sexual act** or **counseling act**.

8. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. the electronic transmission of funds or release of information providing electronic access to funds; or

   b. the improper use of, or failure to protect, any personal information (such as access passwords, bank account numbers, social security numbers or similar personal information) stored or maintained within an electronic database.

9. **We** do not pay for any fines or non-compensatory penalties, or for any exemplary or punitive damages awarded in any legal proceeding or assessed by any local, state or federal agency.

10. The Additional Coverages of this endorsement do not apply to any **bodily injury**, **property damage**, **emotional injury** or **financial damage** of any kind.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following modifications apply to the Additional Coverages of this endorsement.

1. The Coverage Limit shown in the **declarations** for Media Liability coverage, subject to the General Occurrence Limit, the Coverage Aggregate Limit and the General Aggregate Limit, is the most **we** will pay for all **losses** arising out of an **occurrence** to which the Additional Coverages of this endorsement apply. This Coverage Limit is the most **we** will pay regardless of:

   a. the number of persons or entities to whom this policy provides coverage;

   b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty;

   c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**;

   d. the number of claims made or suits brought, or the number of persons initiating such claims or suits;

   e. the number of **defamatory acts**, **infringement acts**, **advertising violations**, **personal violations** or other acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**;

   f. the extent or duration of the injury, **loss**, or **related loss**;

   g. the extent or duration of the wrongful activity or the number of acts, errors or omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage or **loss**; or

   h. the number of **our policy periods**, or portions thereof, over which any acts, errors,


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss** or **related loss** should occur.

2. The Coverage Aggregate Limit shown in the **declarations** for Media Liability coverage, subject to the General Aggregate Limit, is the most **we** will pay under the Additional Coverages of this endorsement, for all **occurrences** taking place during the period to which the Coverage Aggregate limit applies [as described in Provision 8 of The How Much We Pay section of the Liability and Medical Coverage Form (BGL-11)].

3. If an **occurrence** to which any Liability Coverage of this policy applies consists of activity occurring on more than one date during any **policy period** or **policy periods**, such activity, together with any **related loss**, will constitute a single **occurrence**, and the date of **occurrence** will be considered to be the earlier of:

   a. the date on which the last alleged wrongful act out of which the claim arises should occur; or

   b. the last day that **we** provided any coverage to **you** for such act.

   The policy forms, endorsements and **limits** in effect on the date of **occurrence** will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following conditions also apply to the Additional Coverages of this endorsement.

1. **Worldwide Coverage** (*for suits brought in the Basic Territory*) - The Additional Coverages provided by this endorsement will apply on a worldwide basis to claims brought against **covered persons** by a foreign person or entity, provided that suit is filed within the **basic territory**.

2. **Webcast/Podcast Liability Coverage** - The Additional Coverages provided by this endorsement will apply to audio or video broadcasts that are conveyed by **your** organization to targeted recipients, or to the public, through any form of internet transmission. This applies whether the recipient receives the transmission through a desktop or laptop computer, tablet device, smart phone, or other screen type or mobile device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **personal injury** arising out of such transmission.

3. **Social Media Liability Coverage** - The Additional Coverages provided by this endorsement will apply to communication or activity that is conveyed through web-based social media. This applies whether the recipient receives the transmission through a desktop or laptop computer, tablet device, smart phone, or other screen type or mobile device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **personal injury** arising out of such transmission.

4. **Satellite Ministry Operations Liability Coverage** - The Additional Coverages provided by this endorsement will apply to live broadcast or delayed feeds that are conveyed by **your** organization to remote locations that are owned or operated by **your** ministry. This applies whether the recipients receive the transmission through a television receiver, image projector, or other display device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **personal injury** arising out of such transmission.

5. **Limitation of Defense Coverage** - Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for any actual or alleged damage, injury or **loss** of any kind sustained by any person, or any related judgment or award that arises directly or indirectly out of any **loss**.

6. **Representations** - By accepting this Coverage Endorsement, **you** agree:

   a. the entries pertaining to this coverage on the **declarations** page are based upon representations which **you** or any **insured** have made to **us**; and

   b. **we** have issued this Coverage Endorsement in reliance upon such representations.

## OTHER PROVISIONS

All other provisions of the Commercial Liability



Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.



Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Medical Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one medical coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.
PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# RELIGIOUS OPERATIONS ATHLETIC MEDICAL COVERAGE
## - EXCLUDING STUDENTS, DAY CARE PARTICIPANTS, AND CAMPERS -

## AGREEMENT

**We** provide the Additional Coverage described in this endorsement, but only if *Religious Athletic Medical* coverage is properly designated in the **declarations** of this policy, and only if **you** are a religious organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following definition applies only to the Additional Coverage of this endorsement.

1. **Covered participant** means only the following persons:

   a. **RECREATIONAL ACTIVITY**:
   With respect to incidental **athletic activity** associated with any of **your** social events, meetings or other similar unofficiated athletic activity (not taking place on a rink or snow slope), **covered participant** means:

      1) any person who undertakes such recreational **athletic activity** as part of **your** operations; and

      2) those spectators or bystanders who are injured during such activity.

   b. **LEAGUE EVENTS:**
   With respect to league sporting or fitness events, **covered participant** means:

      1) any person representing **your** organization at a league sporting or fitness practice or event, including **your** coaching staff; and

      2) those game officials, spectators or bystanders (but not opposing players) who are injured during a sporting or fitness event by a person representing **your** organization.

   c. **NON-LEAGUE SPORTS OR FITNESS ACTIVITY:**
   With respect to non-league sporting or fitness activity (other than activity taking place on a rink or snow slope), **covered participant** means:

      1) any person who undertakes authorized sporting or fitness activity as part of **your** operations; and

      2) those game officials, spectators or bystanders who are injured during a sporting or fitness activity by a person associated with **your** organization.

   d. **RINK OR SLOPE ACTIVITY**:
   With respect to sporting, fitness or recreational activity taking place at a roller rink, skating rink or snow slope, **covered participant** means:

      1) any person who undertakes such recreational activity as part of **your** operations and under the general supervision or control of **your** employee, **appointed person**, or **volunteer**, (including such **appointed person** or **volunteer**).


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

## ADDITIONAL COVERAGE

## ATHLETIC MEDICAL PAYMENT COVERAGE

**We** pay **medical expense** for **bodily injury** sustained by a **covered participant** while taking part in **athletic activity**. The **bodily injury**:

a. must arise out of **your** not-for-profit operations; and

b. must be caused by an accident taking place in the **coverage territory** during the **policy period**.

**We** pay such expense regardless of fault, but only if it is incurred and reported within one year of the accident.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) applies to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following modification and exclusion applies only to the Additional Coverage of this endorsement.

1. Exclusion 4 of the Additional Exclusions that Apply Only to Medical Payments section of the Commercial Liability Coverage Form (GL-100) is deleted to the extent that coverage is otherwise provided herein.

2. The Additional Coverage provided by this endorsement does not apply to:

   a. any **student** whose injury arises out of **athletic activity** in relation to a school that **you** own or operate;

   b. any **day care participant** whose injury arises out of **athletic activity** in relation to a day care that **you** own or operate; or

   c. any **camper** whose injury arises out of **athletic activity** in relation to a camp or retreat facility that **you** own or operate.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following provisions apply to the Additional Coverage of this endorsement.

1. **Other Medical Coverage:**
   As governed by provision 10 of the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11), the medical coverage of this endorsement is primary only for the first $1000 of covered **medical expense**. All other **medical expense** covered herein will be paid strictly on an excess basis. Only one medical coverage of this policy will apply to an accident and to any related **medical expense**.

2. **Limit of Coverage:**
   The **limit** shown in the **declarations** for Religious Athletic Medical Coverage is the most **we** will pay on behalf of any **covered participant** in relation to any accident covered herein.

3. **Deductible (None)**:
   No deductible applies to the Additional Coverage of this endorsement.

## OTHER PROVISIONS

Each of the other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to each of the Additional Coverage of this endorsement, unless otherwise modified herein.



Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy. Attachment of this endorsement to the policy will not convert the policy into an automobile policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

## MINISTRY OPERATIONS

# BROAD FORM NONOWNED VEHICLE COVERAGE

## ~ INCLUDING RENTED VEHICLE PHYSICAL DAMAGE PAYMENTS AND MEDICAL PAYMENTS COVERAGE ~

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if B*road Nonowned/Rented Vehicle* coverage is properly designated in the **declarations** of this policy.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverages of this endorsement.

1. **Authorized operator** means:

   a. **Your leader** or **your** employee, but only while operating or using a **nonowned vehicle** on **your** behalf and for the benefit of **your** organization; and

   b. Any other person, but only while such person is operating or using a **nonowned vehicle** at the request of **your leader**, **your** employee, or **your appointed person**, and only if operated:

      1) on **your** behalf and for the benefit of **your** organization; or

      2) for the sole purpose of gratuitously parking such vehicle on **your** premises or ways immediately adjoining **your** premises (free valet parking).

   But **authorized operator** does not include an **independent contractor**.

2. **Covered person** means **you**; and **your leaders** while acting on **your** behalf and within the scope of their delegated authority. **Covered person** also includes the **authorized operator** of **your rented vehicle**, but does not include: (a.) **independent contractors**; or (b) any other operator of a **nonowned vehicle** who is not an **authorized operator**.

3. **Financing agreement** means any contract or arrangement in which a vehicle is provided in exchange for installment payments (over time) to a vehicle owner, a leasing company or to any other financial institution.

4. **Independent contractor** means a person:

   a. who receives payment or other compensation from **you** in exchange for work performed; and

   b. who, in performing his or her work, uses primarily his or her own property, equipment or supplies (or such property, equipment and supplies they have procured from other sources); and

   c. whose approach to and method of work **your** organization does not materially control.

5. **Mobile maintenance equipment** means a farm tractor, riding lawn mower or similar self-propelled, land motor vehicle that:

   a. is designed for use off public roads; and


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. is generally used in the maintenance of real property; and

c. weighs less than 2000 pounds; and

d. has four or more wheels.

But **mobile maintenance equipment** does not include any vehicle designed primarily for construction or demolition activity or that utilizes crawler treads.

6. **Nonowned vehicle** means **mobile maintenance equipment** or an **auto** that is not:

a. owned by **you**; or

b. titled solely or jointly in **your** name; or

c. leased to **you** under any **financing agreement**; or

d. used as a temporary substitute for an **auto you** own that is out of service because of its breakdown, repair, servicing, loss or destruction; or

e. kept and controlled by **you**, or otherwise regularly made available for **your** benefit.

7. **Rented vehicle** means a **nonowned vehicle** that:

a. is obtained by a **covered person** through a written rental agreement, and

b. is rented from either: (1) an organization in the business of renting **autos** or **mobile maintenance equipment** to others; or (2) an organization or institution, other than a rental company, that rents **autos** or **mobile maintenance equipment** to others on a regular or an occasional basis; and

c. is rented for the benefit of **your** organization; and

d. is obtained with the express permission of **you**, **your leader** or **your** employee.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**; and **your leaders** while acting on **your** behalf and within the scope of their delegated authority. **Covered person** also includes the **authorized operator** of **your rented vehicle**, but does not include: (a.) **independent contractors**; or (b) any other operator of a **nonowned vehicle** who is not an **authorized operator**. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

## NONOWNED VEHICLE LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** to which this coverage applies. The event or events causing the **bodily injury** or **property damage**:

a. must arise out of the operation, use, **loading or unloading** of a **nonowned vehicle** (including a **rented vehicle**) by an **authorized operator**; and

b. must be an **occurrence** taking place in the **basic territory** during the **policy period**.

This liability coverage is strictly excess over any policy, program, or plan (including direct, excess, and umbrella insurance) covering the operation or use of any specific **nonowned vehicle** or covering the liability of any person operating or using such vehicle, even if such policy, program, or plan is stated to be secondary, excess, or contingent, or has coverage available that is not elected to be used.

## DEFENSE COVERAGE: AUTHORIZED OPERATOR

This endorsement provides no liability coverage for any person other than a **covered person**, but if an **authorized operator** of a **nonowned vehicle** has no other applicable defense coverage, then **we** will provide the **authorized operator** with the following limited Defense Coverage:

**We** agree to provide the Defense Coverage in the Commercial Liability Coverage Form (GL-100) of this policy to an **authorized operator** of a **nonowned vehicle**, but only with respect to **bodily injury** or **property damage** allegedly caused by the **authorized operator** while operating the **nonowned vehicle** on **your** behalf and for the benefit of **your** organization. Such defense will be provided only if the **bodily injury** or **property damage** occurred in the **basic territory** during the **policy period**.

**Limitation of Defense Coverage:** The Defense Coverage provided to **authorized operators** by this


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

endorsement covers only those legal expenses and other related costs that are specified in the Defense Coverage section of the Commercial Liability coverage form (GL-100). Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for any actual or alleged damage, injury, or **loss** of any kind sustained by any person, or any related judgment or award rendered against any **authorized operator**.

This Defense Coverage will not apply to any **authorized operator** who is entitled to, or who is provided, defense coverage through another policy, program or plan of any kind.

## RENTAL VEHICLE PHYSICAL DAMAGE COVERAGE

**We** will pay for physical damage to, or the total loss of, a **rented vehicle** regardless of **your** liability, but only if:

a. the damage to, or total loss of, the **rented vehicle** is properly documented; and

b. the damage or loss occurs in the **basic territory** during the **policy period**.

This Physical Damage Coverage is a primary coverage with respect to all **authorized operators** unless the **authorized operator** is the owner of the **rented vehicle**. If the **authorized operator** is the owner of the **rented vehicle**, then this Physical Damage Coverage is strictly excess over any policy, program, or plan (including direct, excess, and umbrella insurance):

a. covering the operation or use of any specific **rented vehicle**; or

b. providing physical damage coverage for such specific **rented vehicle**;

even if such policy, program, or plan is stated to be secondary, excess, or contingent, or has coverage available that is not elected to be used.

This Physical Damage Coverage is subject to a $500 deductible. **We** will pay the lesser of the amount to repair or to replace the vehicle. **We** will not under any circumstances pay more than the actual cash value of the vehicle, and will pay no more than $60,000 toward the repair or replacement of any one vehicle covered herein, subject to the **limit** per **policy period** stated in the How Much We Pay section of this endorsement.

## NONOWNED VEHICLE MEDICAL PAYMENTS EXTENSION

Any Principal Coverage M (Medical Payments) coverage of this policy will apply to **bodily injury** sustained by any person during the **policy period** while occupying, **loading or unloading your nonowned vehicle** (including **your rented vehicle)** but only if the **nonowned vehicle** is being used on **your** behalf and for the benefit of **your** organization.

If a **limit** is entered for Principal Coverage M on the **declarations** of this policy, then such **limit** will apply to this Coverage Extension, along with all other **terms**, **limits**, limitations, conditions and exclusions of Principal Coverage M, and all of the **terms**, **limits**, limitations, conditions and exclusions of this Nonowned Vehicle endorsement. If no **limit** is entered for Principal Coverage M on the **declarations** of this policy, then this Coverage Extension will not apply. Payments made under this Coverage Extension are subject to the Medical Extension Aggregate Limit provision in the How Much We pay section of this endorsement.

### Limitation of Medical Payments Coverage:

The Medical Payments Extension of this endorsement covers only certain reasonable and necessary **medical expense.** This Coverage Extension will apply regardless of fault, and the payment of a **medical expense** under the Medical Payments Extension of this endorsement does not mean that **we** admit **we** are liable under other coverages of the policy.

## LOSS OF USE COVERAGE

**We** will pay up to $1,500 per vehicle for claims of loss of use, loss of rental income, rental company administrative fees and/or proven diminution in vehicle value that results from damage to, or the total loss of, a **rented vehicle** regardless of **your** liability, but only if:

a. the damage to, or total loss of, the r**ented vehicle** is properly documented; and

b. the claim for loss of use, loss of rental income, rental company administrative fees and/or diminution in vehicle value is fair and reasonable; and

c. the damage or loss occurs in the **basic territory** during the **policy period**.

This Loss of Use Coverage is a primary coverage, but is provided strictly subject to the designated **limit** per **policy period** and related limitations set forth in the How Much We Pay section of this endorsement.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

## TRIP OCCUPANT COVERAGE

**We** will pay up to $1,000 per person toward replacement of personal property that is stolen or destroyed while secured on or in a **nonowned vehicle** (including a rented vehicle) or attached trailer, but only if:

a. the property is owned by a participant in an overnight trip organized and directed by **you**; and

b. the **nonowned vehicle** is under the general care of an **authorized operato**r; and

c. the value and loss of the property is properly documented, and

d. the loss is sustained in the basic territory during the policy period.

This Additional Coverage is strictly excess over any other policy, program or plan covering such loss, but this coverage may be applied toward the deductible applying to such policy program or plan. **We** will, under no circumstances, pay more than the actual cash value of such property. This coverage does not apply to property covered under the Damage To Property of Others Coverage of this endorsement.

## DAMAGE TO PROPERTY OF OTHERS COVERAGE

**We** will pay up to $1,000 for property of others that is stolen, damaged, or destroyed while being transported for **your** benefit on or in a n**onowned vehicle** (including a **rented vehicle**) or attached trailer, but only if:

a. the property is not owned, rented, or leased by **you** or by the owner of the vehicle; and

b. the **nonowned vehicle** is under the general care of an **authorized operator**; and

c. the value and loss of the property is properly documented; and

d. the loss is sustained in the **basic territory** during the **policy period**.

This Additional Coverage is strictly excess over any other policy, program or plan covering such loss, but this coverage may be applied toward the deductible applying to such policy, program or plan. **We** will pay the lesser of the amount to repair or replace the property, subject to the **limit** of this coverage. **We** will, under no circumstances, pay more than the actual cash value of such property. This coverage does not apply to property covered under the Trip Occupant Coverage of this endorsement.

## NONOWNED VEHICLE DEDUCTIBLE REIMBURSEMENT COVERAGE

**We** will reimburse the owner or driver of a **nonowned vehicle** up to $1,000 for damage to the vehicle, but only if the owner or driver pays to repair or replace the vehicle under a deductible provision of their insurance policy, and only if:

a. the **nonowned vehicle** is under the care of an **authorized operator**; and

b. the damage to the vehicle and amount of the deductible is properly documented; and

c. the loss is sustained in the **basic territory** during the **policy period**.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein.

1. Exclusion 6 of the Exclusions section of the Liability and Medical Coverage Form (BGL-11) [which replaces and supersedes Exclusion 6 of the Exclusions That Apply to Bodily Injury and Property Damage section of the Commercial Liability Coverage Form (GL-100)] is modified to the extent that coverage is otherwise provided herein, but only with respect to **nonowned vehicles**.

2. Exclusions 1, 3 and 4 of the Additional Exclusions That Apply only to Property Damage section of the Commercial Liability Coverage Form (GL-100) are modified, but only to the extent that Coverage is otherwise provided herein by the Rental Vehicle Physical Damage, Loss of Use, Trip Occupant, and Damage to Property of Others Additional Coverages of this endorsement.

3. **We** do not pay for **loss** of any kind arising directly or indirectly out of the use of any **nonowned vehicle** in, or the practice or preparation for, racing, speed, pulling, pushing, demolition or stunt contests.

4. **We** do not pay for **loss** of any kind arising directly or indirectly out of the use of any **nonowned**


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

**vehicle** in chauffer or taxi services, fee-based valet services, or fee-based livery services; this includes any **nonowned vehicle** that is used to make deliveries to **you**, or on behalf of **you** or **your leaders**.

5. **We** do not pay for **loss** of any kind which is caused intentionally or in the course of committing a crime by any **covered person** or any **authorized operator**. But this exclusion does not apply to moving violations or similar traffic offenses.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of the operation of any **nonowned vehicle** if a driver is provided with the vehicle as part of any charter, lease, or rental agreement. But this exclusion does not apply to claims of negligent selection or negligent retention of a charter company by **you** or **your leaders**. No coverage will apply under this policy, however, to any charter company or to any supplied driver.

7. **We** do not pay for physical damage, **property damage** or other loss to any nonowned vehicle, except to the extent that coverage is otherwise provided by the Rental Vehicle Physical Damage, Loss of Use, or Nonowned Vehicle Deductible Reimbursement Additional Coverages herein.

8. **We** do not pay for physical damage, **property damage** or other loss to any property being stored in, or transported by, a **nonowned vehicle** or attached trailer, except to the extent that coverage is otherwise provided by the Trip Occupant or Damage to Property of Others Additional Coverages herein.

9. **We** do not pay for physical damage, **property damage** or other loss caused by or resulting from wear and tear, freezing, mechanical or electrical breakdown, or for damage to tires or theft of sound equipment that is not permanently installed in a vehicle.

10. **We** do not pay for physical damage, **property damage** or other loss to portable telephones, computers or related accessories or software; or for any audio or video tapes, records, discs, or other media used in connection with sound equipment, video equipment or computers.

11. **We** do not pay for loss of use or loss of rental income resulting from damage to any **nonowned vehicle**, except to the extent that such coverage for **rented vehicles** is otherwise provided herein by the Loss of Use Additional Coverage.

12. **We** do not cover any liability assumed under any contract or agreement relating to the operation, rental, or use of any **nonowned vehicle**, except to the extent that coverage is otherwise provided in the absence of liability by the Rental Vehicle Physical Damage and Loss of Use Additional Coverages herein.

13. **We** do not provide any liability coverage for **loss** of any kind arising directly or indirectly out of the use of any owned or nonowned trailer or other device, if such trailer or device is towed by an **auto**, **mobile maintenance equipment** or other motorized vehicle that is owned by **you**. But **we** will provide the Rental Vehicle Physical Damage Coverage of this endorsement in relation to a rented trailer that is being pulled by a motorized vehicle that is owned by **you**.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following conditions apply to the Additional Coverages of this endorsement.

1. **Nature of Coverage**:
   The Additional Coverages of this endorsement relate to, and are strictly limited to, certain nonowned equipment and vehicles. No premium has been collected or received by **us** for any owned vehicle coverage commonly provided by automobile policies, and no such coverage will be provided in any manner by **us** in connection with this endorsement.

   The attachment of this endorsement to the policy will not convert this premises/operations policy into an automobile policy for the purpose of applying any federal, state or local law regulating automobile insurance or automobile coverages, including any no-fault, uninsured motorist, underinsured motorist, or similar law.

2. **Premium**:
   The premium charged for the Additional Coverages of this endorsement has been based on an assumption that **nonowned vehicles** rented by **you** or on **your** behalf will be limited to 45 or fewer "vehicle rental days" per year. "Vehicle rental days" means the number of vehicles rented, multiplied by the number of days that each vehicle was rented.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

If **your** vehicle rental exposure exceeds 45 "vehicle rental days" per year, **we** maintain the right to adjust **your** premium accordingly.

3. **Subrogation Rights**:
Any person to or for whom **we** make payment under any Additional Coverage of this endorsement thereby transfers to **us** their rights of recovery against any party responsible for the loss, and must assist **us** in **our** attempt to recover any amounts **we** have paid under the terms of this endorsement, after **you** have been indemnified.

4. **Subrogation Rights- Medical Payments**:
Any person to or for whom **we** make payment under the Nonowned Vehicle Medical Payments Extension of this endorsement thereby transfers to **us** their rights of recovery against any party responsible for the injury, and must assist **us** in **our** attempt to recover any amounts **we** have paid under the medical payments extension of this endorsement, after **you** have been indemnified.

5. **Physical Damage Appraisal**:
If **we** and the owner of a vehicle covered herein disagree as to the value of the vehicle or cost to repair the vehicle, either party may demand an appraisal of the value or cost. In this case, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value or cost to repair. If they fail to agree, they will submit their differences to an umpire. A decision agreed to by any two will be binding. Each party will pay its appraiser and will bear other appraisal expenses and the cost of the umpire equally.

The submission of a dispute to an appraisal will not waive any rights the respective parties have under this policy.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverages Form (BGL-11) apply to the Additional coverages provided by this endorsement, unless otherwise modified herein.

1. **Other Insurance**:
The Additional Coverages of this endorsement do not provide coverage for named vehicles or for named operators. The coverages of this endorsement are "excess" over any other available coverage relating to specific vehicles or operators, unless **our** coverage is specifically designated as primary coverage herein. "Excess" means that no payment will be made by **us** until all other available policies, programs, plans or agreements have paid their limit of coverage; even if such policy, program, plan or agreement is stated to be secondary, excess or contingent; or has coverage available that is not elected to be used.

2. **Vehicles Rented By Your Employees, Leaders or Volunteers**:
If **your leader**, **your** employee, **your appointed person** or **your volunteer** is directed by **you** to rent a vehicle, and if such person is acting as the **authorized operator** of such **rented vehicle** at the time of **loss**, then the Nonowned Vehicle Liability Coverage of this endorsement will be primary to other liability coverage in which the **leader**, employee, **appointed person**, or **volunteer** is listed as a named insured. **Our** liability coverage will remain excess, however, to all other applicable policies, programs, plans and agreements.

3. **Physical Damage Limit**:
**We** will pay no more than $60,000 per vehicle under the Rental Vehicle Physical Damage Coverage for damage or **loss** to which this coverage applies. **We** will pay no more than $120,000 under the Rental Vehicle Physical Damage Coverage for all covered losses occurring during the **policy period**.

4. **Medical Extension Aggregate Limit**:
**We** will pay no more than $150,000 per **occurrence** for all claims to which the Nonowned Vehicle Medical Payments Extension applies. Covered medical bills will be paid in the order that they are received by **us** until an applicable limit (per person or coverage aggregate) is reached, at which point payment associated with such person or **occurrence** will cease. This Medical Extension Aggregate Limit represents the most **we** will pay for any one **occurrence** for all claims to which the Nonowned Vehicle Medical Payments Extension applies, regardless of the number of persons affected, or the total amount of cost incurred in connection with such **occurrence**.

5. **Loss of Use Limit**:
**We** will pay no more than $1,500 per vehicle under the Loss of Use Coverage for loss of use or loss of rental income to which the Loss of Use Additional Coverage of this endorsement applies. In addition, **we** will pay no more than $3,000 under the Loss of Use Additional Coverage for all covered losses occurring during the **policy period**.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

6. **Shared Losses (Physical Damage)**:
   If other policies, programs, plans or agreements provide primary physical damage coverage, then **we** will pay under **our** Physical Damage Coverage an equal share with all other obligated payors until the full amount of the loss is paid, or until **we** have paid **our** limit in full. No duplicate payment will be made with respect to any covered loss.

7. **Application of Coverage**:
   The Defense, Rental Vehicle Physical Damage, Medical Payments Extension, Trip Occupant, Damage to Property of Others and Nonowned Vehicle Deductible Reimbursement Additional Coverages of this endorsement will apply in addition to the liability coverage herein, but will not act to increase any **limit** relating to any Nonowned Vehicle Coverage.

## OTHER PROVISIONS

All other provisions of the Commercial General Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# RELIGIOUS FREEDOM PROTECTION℠ COVERAGE

## RELIGIOUS COMMUNICATION℠, RELIGIOUS ACTIVITY℠, RELIGIOUS BELIEF DEFENSE℠ AND DISCRIMINATORY ACTS LIABILITY

***Note**: The coverage of this Religious Freedom Protection Endorsement applies to covered claims arising out of belief-based decisions and communication, but does not apply to any claims made by **your** employee or job applicant. Coverage for employment-related allegations is provided in an optional Employment Practices Liability Coverage Form.*

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if *Religious Freedom* coverage is properly designated in the **declarations** of this policy, and only if **you** are a religious or not-for-profit ministry organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following definitions apply only to the Additional Coverages of this endorsement.

1. **Belief-based decision or practice** means:

   a. the decision to pursue a particular course of action; or

   b. a practice, policy or stance;

   that is undertaken or otherwise pursued in accordance with, and in furtherance of, the spiritual or religious beliefs of **your** ministry organization.

2. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

3. **Defense Costs** means reasonable and necessary legal fees, costs, and expenses charged by a law firm or an attorney that are directly related to the legal defense of a person against whom a lawsuit, proceeding, action, subpoena, summons, inquiry, or tax challenge is directed.

4. **Discriminatory act** means:

   a. any act that would be considered discrimination under any applicable federal, state or local statute, ordinance or law; or

   b. any conduct characterized or interpreted as violating any federal, state or local statute, ordinance or law enacted for the purpose of protecting individuals from discriminatory conduct; or

   c. any disparate impact sustained by any person because of that person's race, religion, gender, sexual orientation, age, nationality, criminal background, physical impairment or disability; or

   d. any conduct characterized or interpreted as being discriminatory in nature by a person


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

against whom such conduct is directed.

Any of the above acts or conduct will be considered a single **discriminatory act** if undertaken by the same perpetrator(s), entity or employer, even if such acts are directed against more than one person, occur over time, or take place during more than one **policy period**.

**Discriminatory act** does not include conduct characterized or interpreted as sexual intimidation or sexual harassment, or as intimidation or harassment based on a person's gender.

5. **Law enforcement inquiry** means an investigation undertaken by law enforcement officials and directed against a person suspected of committing a criminal offense under federal, state or local law, including any related prosecution for such alleged offense. More than one such criminal investigation, prosecution (or appeal thereof) arising out of the same or related incidents, allegations or events will be considered a single **law enforcement inquiry**.

6. **Personal activity** means individual activity or group activity that is undertaken apart from **your** ministry operations. **Personal activity** includes activity:

   a. that is outside the scope or purpose of **your** ministry operations; or

   b. that is outside the scope, purpose or directives conveyed by **you** or **your leaders** to any committee, group, or **covered person**; or

   c. that is unauthorized, unapproved or prohibited by **your** organization; or

   d. that is neither coordinated, overseen nor monitored by **your** organization; or

   e. that does not further the **belief-based decisions or practices** of **your** ministry organization.

7. **Prior claim** means a formal claim, a civil lawsuit, civil government action or similar proceeding directed against one or more **insureds** or **covered persons** in which monetary damages or equitable relief is sought, but only if such claim, lawsuit, action or proceeding was filed or initiated prior to the date on which this policy or any applicable coverage takes effect. **Prior claim** includes a claim or litigation which is in process on the date that any coverage of this policy takes effect.

8. **Religious activity** means an act or expression undertaken in accordance with, and in furtherance of, the spiritual or religious beliefs of **your** organization. More than one related act or expression will be considered a single **religious activity**, even if such activity occurs over time, during more than one **policy period** or involves multiple persons.

9. **Religious communication** means a religious message, sermon, invocation, church publication, or other oral or written communication containing any religious or spiritual content that is conveyed to three or more persons. **Religious communication** includes religious or spiritual communication that is conveyed as an electronic data transmission (such as e-mail), or that is posted on an electronic communication network (such as the internet or a social media site).

   More than one related communication will be considered a single **religious communication**, even if such communication is conveyed over time, during more than one **policy period**, or to multiple recipients.

10. **Targeted action** means a civil lawsuit, a governmental action, agency hearing, legislative summons, **law enforcement inquiry**, contempt proceeding or other similar action, summons, proceeding, hearing or inquiry that targets **you**, **your leaders** or **your** employees as a direct result of **your belief-based decision or practice**, but only if the allegations of such legal action or inquiry are not otherwise covered under the **terms** of this policy. More than one such lawsuit, action, summons, proceeding, hearing or inquiry (or appeal thereof) arising out of the same or related incidents, allegations or events will be considered a single **targeted action**.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **<u>covered person</u>** means **you**; and **your leaders**, **your** employees, **your appointed persons** and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

## RELIGIOUS COMMUNICATION℠ LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** to which this coverage applies. The **emotional injury** must arise out of **your religious communication**, and the event or events causing the **emotional injury**:

a. must occur in connection with the religious or not-for-profit operations of **your** organization; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

This Additional Coverage does not apply to **religious activity** of any kind.

This Additional Coverage also does not apply to **personal injury**, nor does it apply to any **emotional injury** arising directly or indirectly out of any **discriminatory act**, **sexual act** or **counseling act** of any kind.

## RELIGIOUS ACTIVITY℠ LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** to which this coverage applies. The **emotional injury** must arise out of **your religious activity**, and the event or events causing the **emotional injury**:

a. must occur in connection with the religious or not-for-profit operations of **your** organization; and

b. must be an **occurrence** taking place in the **coverage territory** during the **policy period**.

This Additional Coverage does not apply, however, to **religious communication** of any kind.

This Additional Coverage also does not apply to **personal injury**, nor does it apply to any **emotional injury** arising directly or indirectly out of any **discriminatory act**, **sexual act** or **counseling act** of any kind.

## DISCRIMINATORY ACTS LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** to which this coverage applies. The **emotional injury** must be sustained by a person other than **your** employee or job applicant, and the event or events causing the **emotional injury**:

a. must constitute a **discriminatory act** arising out of the operation of **your** ministry organization; and

b. must take place in the **coverage territory** during the **policy period**.

This Additional Coverage will apply to **emotional injury** arising out of alleged **discriminatory acts** involving electronic data transmissions (such as e-mail) or the posting of information on an electronic communication network (such as the internet or a social media site), provided that claim for such injury is brought in the **basic territory**.

This Additional Coverage will also apply to **emotional injury** arising out of alleged **discriminatory acts** directed against persons who have been convicted of, or have entered into a plea agreement involving, any criminal act.

This Additional Coverage does not apply, however, to any:

a. **bodily injury**, **property damage** or **personal injury** of any kind; or

b. **loss** of any kind arising directly or indirectly out of or in connection with any:

   (1) **sexual act** of any kind; or

   (2) **counseling act** of any kind; or

   (3) doctrine, belief or practice that embraces or espouses racial superiority, racial segregation or other similar race-based beliefs or practices of any kind.

## TAX EXEMPT CHALLENGE: EXPENSE REIMBURSEMENT COVERAGE

***(CHALLENGE TO THE MINISTRY'S TAX-EXEMPT STATUS)***

Subject to the **terms** and **limits** set forth herein, **we** will reimburse reasonable and necessary **defense costs** and other reasonable tax-consultation


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

expenses incurred by **your** ministry organization in response to a challenge to **your** federal tax-exempt status.

The challenge to **your** tax status may be made by an agency of the federal government (such as the IRS) or by another agency, person or entity. Such challenge must be initiated in the **basic territory** during the **policy period**, and the act(s), error(s) or omission(s) upon which the challenge is based must have taken place at a time that **we** provided premises/operations liability insurance to **your** organization.

This coverage is provided subject to the Tax Exempt Challenge Expense Reimbursement Limit set forth in the How Much We Pay section of this endorsement. The Expense Reimbursement Coverage of this endorsement will not be provided if other liability coverage applies.

**Limitation of Expense Coverage**:
Nothing in the Expense Reimbursement Coverage provided by this policy shall be construed to obligate **us** in any way to pay for:

a. any fees, costs or expenses that are not specifically covered herein; or

b. any costs for any actual or alleged damage, injury or **loss** of any kind sustained by any person or entity; or

c. any related judgment or award that arises directly or indirectly out of any **loss**.

## LITIGATION ACTIVITY: LEGAL DEFENSE REIMBURSEMENT COVERAGE

***(DEFENDING ATTACKS ON BELIEF-BASED DECISIONS AND PRACTICES)***

Subject to the **terms** and **limits** set forth herein, **we** will reimburse reasonable and necessary **defense costs** incurred by a **covered person** who is pursued in a **targeted action** to which this coverage applies. The event or events upon which the **targeted action** is based must arise out of:

a. **religious communication**; or

b. **religious activity**; or

c. a **belief-based decision or practice**.

In addition, the **targeted action** must be initiated in the **basic territory** during the **policy period**, and the communication, activity, decision or practice out of which the **targeted action** arises must have taken place at a time that **we** provided premises/operations liability insurance to **your** organization.

**We** will also reimburse **defense costs** incurred by a **covered person** who is the subject of a subpoena or injunctive relief in connection with a **targeted action** to which this coverage applies.

This coverage is provided subject to the Defense Reimbursement Limit set forth in the How Much We Pay section of this endorsement, and no coverage will be provided in connection with **personal activity** of any kind.

The Defense Reimbursement Coverage of this endorsement will not be provided if other liability coverage applies to a **targeted action**; and submission of a Coverage Request under the terms of this endorsement will waive all other liability coverages of **our** policy or policies with respect to such action.

**Limitation of Defense Coverage**:
Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for:

a. any fees, costs or expenses that are not specifically covered herein; or

b. any costs for any actual or alleged damage, injury or **loss** of any kind sustained by any person or entity; or

c. any related judgment or award that arises directly or indirectly out of any **loss**.

## LITIGATION ACTIVITY: DECLARATORY ACTION REIMBURSEMENT COVERAGE

***(ADDRESSING THREATS TO BELIEF-BASED DECISIONS AND PRACTICES)***

If **your** ministry organization incurs expense to file a declaratory judgment action against a governmental body, governmental agency or other governmental entity in order to enforce **your** right to undertake or pursue a **belief-based decision or practice**, then, subject to the **terms** and **limits** set forth herein, **we** will reimburse such costs.

This Declaratory Action Reimbursement Coverage


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

will apply only to a declaratory judgment action:

(1) that seeks to correct an alleged violation of **your belief-based decision or practice**; and

(2) that is filed in the **basic territory** during the **policy period**.

This Declaratory Action Reimbursement Coverage will further apply only to expenses:

(1) that are reasonable and necessary; and

(2) that do not exceed the stated Declaratory Action Reimbursement Limit in the How Much We Pay section of this endorsement.

This coverage is provided subject to the Declaratory Action Reimbursement Limit set forth in the How Much We Pay section of this endorsement, and no coverage will be provided in connection with **personal activity** of any kind.

**Limitation of Defense Coverage**:
Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for:

a. any fees, costs or expenses that are not specifically covered herein; or

b. any costs for any actual or alleged damage, injury or **loss** of any kind sustained by any person or entity; or

c. any related judgment or award that arises directly or indirectly out of any **loss**.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following exclusions apply to the Additional Coverages of this endorsement.

1.a. Exclusion 1 of the Additional Exclusions That Apply to All Coverages Section of the Liability and Medical Coverage Form (BGL-11) is deleted to the extent that coverage is otherwise provided herein.

1.b. Exclusion 16 of the Additional Exclusions That Apply to All Coverages Section of the Liability and Medical Coverage Form (BGL-11) is deleted to the extent that coverage is otherwise provided herein.

2. **We** do not pay for **loss** of any kind sustained by **your leader**, **your** employee or **your** job applicant.

3. **We** do not pay for **loss** of any kind sustained by any clergy, employee or job applicant within **your** association or organization, whether or not such person is directly employed by **you**.

4. **We** do not pay for **loss** of any kind arising directly or indirectly out of; nor do **we** provide any coverage in relation to allegations arising directly or indirectly from, any **sexual act**, or **counseling act**. Coverage does apply, however, to claims of gender discrimination, but only if **sexual harassment** is not alleged in connection with such discrimination.

5. **We** do not pay for **loss** of any kind arising directly or indirectly out of, nor do **we** provide any coverage in relation to allegations arising directly or indirectly from, the actual, threatened, or alleged uninvited touching of, or use of physical force against, one or more persons by another.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of, nor do **we** provide any coverage in relation to allegations arising directly or indirectly from, any doctrine, belief or practice that embraces or espouses racial superiority, racial segregation or other similar race-based beliefs or practices of any kind.

7. **We** do not pay for any **loss** of any kind arising directly or indirectly out of, nor do **we** provide any coverage in relation to allegations arising directly or indirectly from, any **personal activity** of any kind.

8. **We** do not pay for **loss** of any kind arising directly or indirectly out of, nor do **we** provide any coverage in relation to allegations arising directly or indirectly from, any libel, slander, invasion of privacy, copyright infringement or other **personal injury**.

9. **We** do not pay any fines or non-compensatory penalties or for any exemplary or punitive damages awarded in any legal proceeding.

10. **We** do not pay for any **defense costs** associated with any **targeted action** that is filed by any of **your leaders**, **your** employees or **your** job


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

applicants against **you** or against any other **covered person**.

11. **We** do not pay for **defense costs** associated with the appeal of any **targeted action** if such appeal is initiated by any **covered person**.

12. **We** do not pay for **defense costs** associated with:

    a. any **prior claim** or **related loss**; or

    b. any lawsuit, action, summons, proceeding, hearing or inquiry that is filed or initiated after the Additional Coverages herein takes effect, if any such lawsuit, action, summons, proceeding, hearing or inquiry is based upon a **prior claim** or upon a **related loss**; or

    c. any lawsuit, action, summons, proceeding, hearing or inquiry which, on the inception date of this endorsement, has been discussed by **your leaders**, presented or threatened by another party, or is otherwise known of, anticipated or expected by **your leader** or by the **covered person** who is a subject of the lawsuit, action, summons, proceeding, hearing or inquiry; or;

    d. any lawsuit, action, summons, proceeding, hearing or inquiry that is filed or commenced within 60 days of the inception date of this coverage endorsement.

13. **We** do not pay for any **defense costs** associated with any dispute within **your** organization regarding who has the right to govern or control the organization or who controls or owns **your** organizational property or assets.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following modifications apply to the Additional Coverages of this endorsement.

1. The Coverage Limit shown in the **declarations** for Religious Freedom Liability coverage, subject to the General Occurrence Limit, the Coverage Aggregate Limit and the General Aggregate Limit, is the most **we** will pay for all **losses** arising out of an **occurrence** to which the Additional Coverages of this endorsement apply.

   This Coverage Limit is the most **we** will pay regardless of:

   a. the number of persons or entities to whom this policy provides coverage; or

   b. the number of losses or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty; or

   c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**; or

   d. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

   e. the number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**; or

   f. the extent or duration of the injury, **loss**, or **related loss**; or

   g. the extent or duration of the wrongful activity or the number of acts, errors or omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage or **loss**; or

   h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss** or **related loss** should occur.

2. The Coverage Aggregate Limit shown in the **declarations** for Religious Freedom Liability coverage, subject to the General Aggregate Limit, is the most **we** will pay under the Additional Coverages of this endorsement, for all **occurrences** taking place during the period to which the Coverage Aggregate limit applies [as described in Provision 8 of The How Much We Pay section of the Liability and Medical Coverage Form (BGL-11)].

3. If an **occurrence** to which any Coverage of this policy applies consists of activity occurring on more than one date during any **policy period** or **policy periods**, such activity, together with any **related loss**, will constitute a single **occurrence**, and the date of **occurrence** will be considered to be the earlier of:


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. the date on which the last alleged wrongful act out of which the claim arises should occur; or

b. the last day that **we** provided any coverage to **you** for such act.

The policy forms, endorsements and **limits** in effect on the date of **occurrence** will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**.

4. **Reasonable Costs:**
**We** will not pay any covered legal cost, fee or expense unless such cost, fee or expense is reasonable and necessary, relates to completed tasks (not a retainer fee), and is directly related to:

a. the legal defense of a lawsuit, action, summons, proceeding, hearing, tax challenge or inquiry directed against a **covered person** to which the applicable Reimbursement Coverage provided herein applies; or

b. a declaratory judgment action to which the Declaratory Action Reimbursement Coverage provided herein applies.

5. **Tax Exempt Challenge Reimbursement Limits:**
**We** will pay no more than $25,000 toward **defense costs** and other reasonable tax-consultation expenses incurred in relation to a tax-exemption challenge that is commenced during the **policy period**. Further, **we** will pay no more than $25,000 toward all covered costs incurred in relation to all tax-exemption challenges that are commenced during the **policy period**.

## HOW MUCH WE PAY PROVISIONS RELATED TO LITIGATION ACTIVITY COVERAGES

1. **Hourly Limit: Defense Reimbursement:**
**We** will pay no more than $175 per hour toward legal fees to which the Defense Reimbursement Coverage of this endorsement apply.

2. **Hourly Limit:**
**Declaratory Action Reimbursement:**
**We** will pay no more than $175 per hour toward legal fees to which the Declaratory Action Reimbursement Coverage of this endorsement apply.

3. **Defense Reimbursement Limits:**
**We** will pay no more than $100,000 toward **defense costs** incurred in relation to each unrelated **targeted action** filed or initiated during the **policy period**, and **we** will pay no more than $300,000 toward **defense costs** incurred in relation to all unrelated **targeted actions** that are filed or initiated during the **policy period**.

4. **Declaratory Action Reimbursement Limits:**
**We** will pay no more than $50,000 toward **defense costs** incurred in relation to each unrelated declaratory judgment action commenced or initiated during the **policy period**, and **we** will pay no more than $100,000 toward **defense costs** incurred in relation to all unrelated declaratory judgment action commenced or initiated during the **policy period**,

5. **Application of Limits:**
The hourly, defense reimbursement and declaratory judgment reimbursement **limits** set forth above represent the most **we** will pay regardless of:

a. the total cost or expense required to prepare for or defend any covered lawsuit, action, summons, proceeding, hearing, inquiry, or related appeals; or

b. the number of plaintiffs, victims, accusers, or other persons or entities alleging damage, injury or **loss**; or

c. the number of **covered persons** or other persons or entities that are the subject of a lawsuit or inquiry, or the number of attorneys or law firms representing such persons; or

d. the number of alleged acts, omissions, incidents or exposures upon which the lawsuits or inquiries are based; or

e. the number of **our policy periods**, or portions thereof, during which any alleged acts, omissions, incidents or exposures should occur; or

f. the number of **our policy periods**, or portions thereof, during the course of which any lawsuits or inquiries should transpire.

In addition, the $300,000 Aggregate Defense Reimbursement Limit is the most **we** will pay regardless of the number of lawsuits, actions, summonses, proceedings, hearings or inquiries filed or initiated during the **policy period**; and the $100,000 Aggregate Declaratory Action


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

Reimbursement Limit is the most **we** will pay regardless of the number of actions filed during the **policy period**. All related lawsuits, actions, summonses, proceedings, hearings and inquiries will be considered a single **targeted action** for the purpose of applying the stated **limits** of this endorsement.

The reimbursement **limits** of this endorsement do not add to or increase the **limits** of coverage otherwise provided herein.

6. **Defense Cost Reimbursement:**
   **We** have the right to pay **defense costs** covered herein to either the **covered person** or to the law firm retained by such **covered person**, but only after proper documentation of the covered legal expense has been submitted to **us**. If more than one **covered person** is the subject of a covered lawsuit, action, summons, proceeding, hearing or inquiry, **we** will pay the related legal expenses in the order that documentation of such expense is received by **us**, subject to the **limits** set forth herein.

7. **Related Lawsuit or Proceeding:**
   If any lawsuit, action, summons, proceeding, hearing or inquiry covered herein:

   a. relates directly or indirectly or in any other manner to any lawsuits, actions, summonses, proceedings, hearings or inquiries that have been previously filed or initiated; or

   b. arises in any manner out of the same or related situation(s), incident(s) or event(s) as any lawsuits, proceedings or inquiries that have been previously filed or initiated;

   then all such related lawsuits, actions, summonses, proceedings, hearings and inquiries will be considered a single covered action for purposes of determining applicable **limits**, even if the prior lawsuit(s) or proceeding(s) were filed during a prior **policy period**. Only one Legal Defense Reimbursement Limit or one Declaratory Action Reimbursement Limit will apply to all related lawsuits, actions, summonses, proceedings, hearings or inquiries, regardless of the dates of filing.

## LITIGATION ACTIVITY REIMBURSEMENT COVERAGE REQUIREMENTS

The following requirements apply to both Litigation Activity Reimbursement Coverages of this endorsement (Legal Defense Reimbursement Coverage and Declaratory Action Reimbursement Coverage):

1. **Coverage Request:**
   No coverage will be available under the Reimbursement Coverages of this endorsement until **we** receive a written request for coverage (Coverage Request) by or on behalf of the **covered person** who is the subject of the lawsuit, action, summons, proceeding, hearing or inquiry. The Coverage Request must acknowledge that none of the liability coverage of any of **our** policies apply to the **covered person** with respect to such lawsuit, action, summons, proceeding, hearing or inquiry.

2. **Selection of Counsel:**
   **Covered persons** against whom a lawsuit, action, summons, proceeding, hearing or inquiry is directed have both the right and duty to select and retain legal counsel. **We** will not be responsible for any actual or alleged deficiency or delay relating to the legal defense afforded by such counsel.

3. **Waiver of Coverage:**
   Selection of counsel by a **covered person** will be deemed to prejudice **us** with respect to the defense of any related lawsuit, action, summons, proceeding, hearing or inquiry. Accordingly, any payment made under this endorsement will act to waive coverage with respect to the **covered person** under all other liability coverages (Principal, Supplemental and Additional) of this policy, and any of **our** other policies, with respect to the allegations of the lawsuit, action, summons, proceeding, hearing or inquiry. Submission of a Coverage Request, as provided above, will be considered an acknowledgement of such waiver of liability coverage.

4. **Duty to Cooperate:**
   Any **covered person** seeking coverage under this endorsement must cooperate with **us** and must, upon **our** request, assist **us** in settling any lawsuit, action, summons, proceeding, hearing or inquiry to which the Additional Coverage of this endorsement applies, provided that the terms of such settlement does not violate the spiritual or religious beliefs of **your** ministry organization.

## CONDITIONS RELATED TO LITIGATION ACTIVITY REIMBURSEMENT COVERAGES

In addition to the other Conditions set forth above,


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

the following conditions also apply to the Litigation Activity Reimbursement Coverages of this endorsement.

1. **Initiation of Coverage:**
   **We** will pay no legal cost incurred prior to the latter of:

   a. the date on which **we** receive a written Coverage Request under the terms of this endorsement; or
   b. the date on which the lawsuit, action, summons, proceeding, hearing or inquiry is filed or otherwise initiated.

2. **Settlement:**
   By providing the Defense Reimbursement Coverage of this endorsement, **we** undertake no obligation of any kind to contribute toward the settlement of any lawsuit or proceeding. **We** maintain the right, however, to use any remaining amount of the Defense Reimbursement Limit of the Additional Coverage herein to settle, or to contribute toward the settlement of, any applicable lawsuit, action, summons, proceeding, hearing or inquiry. **We** will not settle any lawsuit on behalf of any **covered person**, however, if:

   a. **we** are in agreement with **you** that the terms of such settlement would violate the spiritual or religious beliefs of **your** ministry organization; or

   b. such **covered person** conveys to **us** a written request to terminate coverage prior to settlement of the proceeding.

   Nothing in the settlement process will obligate **us** in any way to pay any amount beyond the specified **defense costs** provided herein, nor will it in any way modify the **terms** of this endorsement.

3. **Other Coverage or Other Insurance:**
   No coverage will be provided under the Reimbursement Coverages of this endorsement if this policy or another insurance policy provides any liability coverage with respect to the allegations of the applicable lawsuit, action, summons, proceeding, hearing or inquiry. Nor will any reimbursement coverage apply if any legal defense is provided or required to be provided under this policy or another policy with respect to the applicable lawsuit, action, summons, proceeding, hearing or inquiry.

4. **Arbitration:**
   Any dispute between **us** and any **covered person** regarding the existence or application of coverage under the **terms** of this endorsement may be submitted to the American Arbitration Association (or to any other organization providing arbitration services if agreed to in writing by **us** and by all **covered persons** who are a party to the dispute) for a determination of coverage by a three person arbitration panel appointed by the arbitration organization. The decision rendered by the arbitration panel will be binding upon all persons affected by the Additional Coverage of this endorsement.

5. **Termination of Payments:**
   No further payment will be provided under the terms of this endorsement as of the first date that any of the following events occur in connection with any applicable lawsuit, action, summons, proceeding, hearing or inquiry:

   a. the **covered person** is dismissed from the lawsuit, action, summons, proceeding, hearing or inquiry, a verdict or final judgment is entered in the lawsuit, action, summons, proceeding, hearing or inquiry, or the lawsuit, action, summons, proceeding, hearing or inquiry is otherwise dismissed or resolved; or

   b. **we** have paid under the Reimbursement Coverage an amount equal to any Defense Reimbursement Limit or Declaratory Action Reimbursement Limit set forth in the How Much We Pay section of this endorsement; or

   c. the **covered person** fails to comply with any condition of this endorsement, or submits to **us** a written request to terminate payments.

   But the termination of payments in connection with any lawsuit, action, summons, proceeding, hearing or inquiry will not preclude payments with respect to any subsequent lawsuit or inquiry that is otherwise covered.

## GENERAL CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following conditions also apply to the Additional Coverages of this endorsement.

1. **Worldwide Coverage** (*for suits brought in the Basic Territory*): The Additional Coverages


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

provided by this endorsement will apply on a worldwide basis to claims brought against **covered persons** by a foreign person or entity, provided that suit is filed within the **basic territory**.

2. **Changing Societal Trends Liability Coverage:** The Additional Coverages provided by this endorsement will apply to claims made against **your** ministry organization because **your belief-based decisions or practices** do not align with one or more societal trends that impinge on **your** ministry's sincerely-held religious belief. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **emotional injury** arising out of such situation.

3. **Defense Costs Related to Regulatory Hearings, Law Enforcement Inquiries and Contempt Proceedings:** The Legal Defense Reimbursement Coverage provided by this endorsement will apply to a civil lawsuit, a governmental action, agency hearing, legislative summons, **law enforcement inquiry**, contempt proceeding or other similar actions that are directed against **your** ministry organization, its **leaders**, employees, or **volunteers** as a direct result of **your belief-based decision or practice**. All conditions, **limits**, limitations and exclusions that apply to the Legal Defense Reimbursement Coverage of this endorsement will apply to legal costs arising out of such **targeted action**.

4. **Expense Reimbursement Related to Tax-Exempt Challenges:** The Tax-Exempt Challenge Expense Reimbursement Coverage provided by this endorsement will apply to costs incurred in responding to a challenge to **your** ministry organization's tax-exempt status. This expense reimbursement coverage applies whether the challenge is made by a federal government agency, such as the IRS, or by other agencies, persons or entities. All conditions, **limits**, limitations and exclusions that apply to the Tax-Exempt Challenge Expense Reimbursement Coverage of this endorsement will apply to covered expenses.

5. **Webcast/Podcast Liability Coverage:** The Additional Coverages provided by this endorsement will apply to audio or video broadcasts that are conveyed by **your** organization to targeted recipients, or to the public, through any form of internet transmission. This applies whether the recipient receives the transmission through a desktop computer, laptop computer, tablet computer, smart phone, or other screen type or mobile device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **emotional injury** arising out of such transmission.

6. **Social Media Liability Coverage:** The Additional Coverages provided by this endorsement will apply to communication or activity that is conveyed through web-based social media. This applies whether the recipient receives the transmission through a desktop computer, laptop computer, tablet computer, smart phone, or other screen type or mobile device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **emotional injury** arising out of such transmission.

7. **Satellite Ministry Operations Liability Coverage:** The Additional Coverages provided by this endorsement will apply to live broadcast or delayed feeds that are conveyed by **your** organization to remote locations that are owned or operated by **your** ministry. This applies whether the recipients receive the transmission through a television receiver, image projector, or other display device. All conditions, **limits**, limitations and exclusions that apply to the Additional Coverages of this endorsement will apply to any **emotional injury** arising out of such transmission.

8. **Limitation of Reimbursement Coverages:** Nothing in the Reimbursement Coverages provided herein shall be construed to obligate **us** in any way to pay for any fees, costs or expenses that are not specifically covered herein.

   Similarly, nothing in the Reimbursement Coverages provided herein shall be construed to obligate **us** in any way to pay for any costs for any actual or alleged damage, injury or **loss** of any kind sustained by any person, nor any related judgment or award that arises directly or indirectly out of any **loss**.

9. **Representations:** By accepting this Coverage Endorsement, **you** agree:

   a. the entries pertaining to this coverage on the **declarations** page are based upon representations which **you** or any **insured** have made to **us**; and

   b. **we** have issued this Coverage Endorsement in reliance upon such representations.


Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

## OTHER PROVISIONS

Each of the other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement, unless otherwise modified herein.



Copyright, 2017 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one **liability coverage** will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# SECURITY OPERATIONS LIABILITY COVERAGE

### EMERGENCY RESPONSE TEAM MEMBERS
### ARMED AND UNARMED SECURITY PERSONNEL

***Note**: Coverage for **bodily injury** or **property damage** liability arising out of security incidents is addressed under Principal Coverage L, which is provided in the Commercial Liability Coverage Form of this policy (GL-100).*

## AGREEMENT

**We** provide the Coverage Extension and Additional Coverages described in this endorsement, but only if *Security Operations* coverage is properly designated in the **declarations** of this policy, and only if **you** are a religious or not-for-profit organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) applies to this endorsement, unless otherwise modified herein. The following definitions apply only to the Coverage Extension and Additional Coverages of this endorsement.

1. **Covered person** means **you**; and **your leaders**, **your** employees, and **your emergency response personnel**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

2. **Emergency response incident** means a situation that:

   a. constitutes a **traumatic incident**; or

   b. constitutes a disruptive interference of **your** activity or event; or

   c. poses a reasonable threat of harm to persons or property; or

   d. results in an emergency ("911") call being placed for purposes of summoning law enforcement personnel or emergency medical personnel.

   Any related acts or events associated with a - d above will be considered a single **emergency response incident**, even if such acts or events do not occur at the same time or in the same location.

3. **Emergency response personnel** means an employee, an **appointed person**, or an individual serving as **hired security personnel** on **your** behalf who:

   a. has been individually assigned to protect the safety and security of **your** organization, or

   b. is a member of an **emergency response team**; or

   c. has been hired by **you** to provide security services on **your** premises or during **your** activities or events;

   But only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority, and only in connection with activities or events that:


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. occur on premises that **you** own or operate; or

b. are undertaken as part of **your** ministry operations.

4. **Emergency response team** means a group, team or committee that is established and authorized by **you** to undertake any or all of the following:

   a. providing facility security on property that **you** own or operate; or

   b. protecting persons or property associated with **your** ministry operations, or

   c. responding to emergency situations that occur on **your** premises or in connection with **your** ministry operations.

5. **Hired security personnel** means an off-duty law enforcement officer or other person who is hired by **you** as an independent contractor to provide security services:

   a. on **your** premises or

   b. during **your** activities or events;

   but only while acting on **your** behalf, for **your** benefit, and within the scope of the authority granted to them by **you** in their role as a security service provider. **Hired security personnel** does not include **your** employee, **your appointed person** or **your volunteer**.

6. For purposes of this endorsement, the defined **term** "**personal injury"** will include:

   a. the alleged violation of a person's right to bear arms; and

   b. the restriction of a person's motion or mobility based on an actual or perceived threat to persons or property, and

   c. the restriction of a person's rights and/or movement on premises that **you** own, operate or control in accordance with **your** security policy or **your** weapons policy.

7. **Traumatic incident** means:

   a. a violent attack directed against one or more persons that results in death or in a life-threatening injury; or

   b. a violent attack directed against **your** organization or its property that results in death or in a life-threatening injury; or

   c. the holding of a group of people in a location against their will by force or by the threat of force; or

   d. a suicide event that is witnessed by other persons.

   Any related acts or events associated with a - d above will be considered a single **traumatic incident**, even if such acts or events do not occur at the same time or in the same location.

## COVERAGE EXTENSION
## ~EMERGENCY RESPONSE PERSONNEL~

### EMERGENCY INCIDENT BENEFIT/ SECURITY EQUIPMENT EXTENSION

In the event that an **emergency response incident** takes place: (1) on **your** premises; or (2) during the course of **your** scheduled activity, **we** will pay up to the limit of coverage stated below (but subject to the Aggregate Limit stated in the How Much We Pay section of this endorsement) for qualifying expenses that are incurred by **your emergency response personnel** as a result of such **emergency response incident**. But only if **you** direct **us** to do so, and only if such incident takes place in the **coverage territory** and during the **policy period**.

### Additional Medical Expense Coverage

Upon **your** request, **we** will pay up to an additional $50,000, per person, for **medical expense** (including funeral or burial costs) of **emergency response personnel** that would otherwise be covered under Principal Coverage M of this policy. This medical coverage extension is excess over any other medical coverage that is available or payable under any other policy, program or plan, and does not apply to any expense relating to the treatment of **emotional injury**. Payments made under this medical expense coverage extension are subject to the Medical Extension Aggregate provision in the How Much We Pay section of this endorsement. Such **medical expense** must be incurred and reported within one year of the date on which the **emergency response incident** occurs.



Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

All exclusions and other limitations that apply to Principal Coverage M (as set forth in forms GL-100 and BGL-11) will apply to this Additional Medical Expense Extension.

## Broadened Wage Loss Reimbursement Coverage *(Emotional Injury)*

If this policy includes Wage Loss Reimbursement Coverage (Form BGL-99), then, upon **your** request, **we** will pay up to an additional $10,000 ($13,500 total) for loss of income arising out of **bodily injury** or **emotional injury** sustained by **emergency response personnel** as the result of a covered **emergency response incident**. The **terms** of coverage set forth in the Wage Loss Reimbursement Form (BGL-99) that apply to loss of income resulting from **bodily injury** will also apply to this extension. Payments made under this wage loss coverage extension are subject to the Wage Loss Extension Aggregate provision in the How Much We Pay section of this endorsement. Such wage loss must be incurred and reported within 6 months (180 days) of the date on which the **emergency response incident** occurs.

All exclusions and other limitations that apply to Wage Loss Reimbursement Coverage (as set forth in form BGL-99) will apply to this Broadened Wage Loss Reimbursement Extension, and no Wage Loss Coverage will apply under this endorsement unless Wage Loss Reimbursement Coverage (form BGL-99) is shown on the **declarations** of this policy.

## Individual Counseling Coverage

Upon **your** request, **we** will pay up to $10,000 per individual **emergency response personnel** for individual (one-on-one or family) counseling costs associated with **emotional injury** sustained by **your emergency response personnel** as the result of a covered **emergency response incident**. Payments made under this counseling coverage extension are subject to the Counseling Extension Aggregate provision in the How Much We Pay section of this endorsement. Such counseling costs must be incurred and reported within 18 months of the date on which the **emergency response incident** occurs.

## Damage to Security-Related Equipment

Upon **your** request, **we** will pay up to $2,500 per **emergency response personnel** for damage to, loss of or destruction of their security-related equipment, protective devices, weapons and gear, regardless of **your** liability, but only if:

1. such equipment is either owned by the **emergency response personnel**, or the **emergency response personnel** is otherwise personally liable for loss or damage to such equipment; and
2. such equipment is damaged, stolen, lost or destroyed while stored on **your** premises or while being used for the benefit of **your** ministry operations; and
3. the damage, loss or destruction takes place in the **coverage territory** and during the **policy period**.

This Equipment Damage Extension does not apply to any property that is owned by **you**, nor does it apply to any damage that is covered elsewhere under this policy. Payments made under this equipment damage coverage extension are subject to the Equipment Damage Aggregate provision in the How Much We Pay section of this endorsement.

The above Coverage Extension provides no liability coverage of any kind to any person or entity, and no judgment, award, settlement, penalty, fine, legal fees or other such cost, obligation or expense will be paid under the terms of this Extension. Payment under the above Coverage Extension will be made in accordance with **your** direction. No **covered person**, other than **you** and **your leaders** have the right to direct payment under this Extension. Security Operations Liability Coverage is limited to the **terms** of the Additional Coverages set forth below.

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

For purposes of the Additional Coverages set forth herein, **covered person** means **you**; and **your leaders**, **your employees**, and **your emergency response personnel**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

delegated authority. The above-named **covered persons** will be considered **insureds** for the Additional Coverages provided herein.

### *PROVISION MODIFICATION:*

### PRIMARY COVERAGE FOR VOLUNTEER EMERGENCY RESPONSE PERSONNEL AND VOLUNTEER SECURITY TEAM MEMBERS

Any coverage provided to **your** volunteer **emergency response personnel** under:

1. Principal Coverage L (Bodily Injury and Property Damage); or

2. the Additional Liability Coverages provided by this endorsement;

will be provided to such **emergency response personnel** on a primary basis. This means that the Coverages listed in 1. and 2. above will be primary to any other available insurance policy that provides coverage for the personal liability of **your** volunteer **emergency response personnel**. Coverage granted under this endorsement to **hired security personnel**, however, will be provided strictly on an excess basis. Nothing in this Additional Coverage will affect or modify the **terms** of Principal Coverage L or the **terms** set forth in this endorsement as they relate to **your emergency response personnel.**

### *PROVISION MODIFICATION:*

### UNREASONABLE USE OF FORCE COVERAGE FOR INNOCENT INSUREDS

In the event that one or more persons are found to have acted unreasonably in connection with:

1. an actual or perceived threat to persons or property; or

2. maintaining order on **your** premises or in connection with **your** activities or events;

neither the intentional acts exclusion (Exclusion 1 of the Commercial Liability Coverage Form), nor the unreasonable use of force exclusion of this endorsement (Exclusion 1 below) will preclude coverage for any **insured** (including **you**, **your leaders**, **your** employees and **your appointed persons**) who did not engage in, or actively direct, the use of force. The intentional acts exclusion and the unreasonable use of force exclusion will continue to apply, however, to persons who actually engaged in or directed any unreasonable use of force.

### *LIABILITY COVERAGE:*

### ENFORCEMENT OF SECURITY POLICY OR WEAPONS POLICY *(PERSONAL INJURY / EMOTIONAL INJURY)*

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **personal injury** or **emotional injury** to which this coverage applies. The event or events causing the **personal injury** or **emotional injury**:

1. must arise out of **your** ministry operations; and

2. must take place in the **coverage territory** during the **policy period**.

Subject to the above **terms**, this Additional Coverage will apply to **personal injury** or **emotional injury** arising out of or resulting from the enforcement of **your** security policy or weapons policy. Such policy enforcement includes:

a. the restriction of persons from carrying weapons:

   (1) on premises that **you** own or control; or

   (2) at **your** activities or events; and

b. the search for and/or confiscation of weapons that are being carried or concealed by persons who are not authorized to possess weapons on **your** premises or at **your** activities; and

c. the eviction of persons from **your** premises or **your** activities in response to the violation of **your** security policy or weapons policy; and

d. the reporting of persons to law enforcement authorities when such persons are believed to be in violation of **your** security policy or weapons policy; and

e. the restriction of a person's mobility or movement during a lock-down, pat-down or other similar application of **your** security policy or weapons policy that is triggered by an actual or perceived threat to persons or property.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

For purposes of this Additional Coverage, the defined **term** "**personal injury"** will include the alleged violation of a person's right to bear arms, the restriction of a person's motion or mobility based on an actual or perceived threat to persons or property, and the restriction of a person's rights and/or movement on premises that **you** own, operate or control in accordance with **your** security policy or **your** weapons policy.

This Enforcement of Security/Weapons Policy Additional Coverage does not apply, however, to:

1. **personal injury** or **emotional injury** arising directly or indirectly out of or in connection with:

   a. any lethal or violent use of force; or

   b. the operation, maintenance, use supervision or discharge of any weapon or security device of any kind; or

2. **personal injury** or **emotional injury** arising directly or indirectly out of or in connection with any **discriminatory act**, **sexual act** or **counseling act**; or

3. any **bodily injury**, **property damage** or **financial damage** of any kind; or

4. **personal injury** or **emotional injury** that is otherwise covered:

   a. under this endorsement; or

   b. under another coverage of this policy.

   In the event that more than one liability coverage applies to a **loss**, **you** must select which coverage will apply.

This Additional Coverage is provided strictly subject to the Security Operations Liability **limit** shown on the liability **declarations**.

### *LIABILITY COVERAGE:*

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS ARISING FROM SECURITY OPERATIONS *(EMOTIONAL INJURY)*

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **emotional injury** to which this coverage applies. The event or events causing the **emotional injury**:

1. must arise out of **your** ministry operations; and

2. must take place in the **coverage territory** during the **policy period**.

Subject to the above **terms**, this Additional Coverage will apply to **emotional injury** arising out of or resulting from:

1. the brandishing of any weapon by a member of **your emergency response team** or other **emergency response personnel**; or

2. the witnessing by bystanders of a **traumatic incident** (or the aftermath of a **traumatic incident**) that involves one or more of **your emergency response personnel**; or

3. any threatened use of force conveyed to a third party by a member of **your emergency response team** or other **emergency response personnel**.

This Negligent Infliction of Emotional Distress Additional Coverage does not apply, however, to:

1. **emotional injury** arising directly or indirectly out of or in connection with any **discriminatory act**, **sexual act** or **counseling act**; or

2. any **bodily injury**, **property damage**, **personal injury** or **financial damage** of any kind; or

3. **emotional injury** that is otherwise covered:

   a. under this endorsement; or

   b. under another coverage of this policy.

   In the event that more than one liability coverage applies to a **loss**, **you** must select which coverage will apply.

This Additional Coverage is provided strictly subject to the Security Operations Liability **limit** shown on the liability **declarations**.

## EXCLUSIONS

Each of the exclusions set forth in the "Exclusions" section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extension and Additional Coverages of this endorsement unless otherwise modified herein. The following exclusions


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

also apply to the Coverage Extension and Additional Coverages of this endorsement.

1. **We** will provide no coverage on behalf of any person who knowingly exceeds explicit authority that has been conveyed to him or her in relation to the use of force against others, or who is otherwise found to have engaged in an unreasonable use of force against others. **We** will, however, provide:

   a. the Defense Coverage of this policy to such person until such time as unreasonable use of force has been established; and

   b. the Unreasonable Use of Force Coverage as set forth herein to innocent **insureds**.

   **We** will also provide the coverages of this endorsement to **emergency response personnel** who, while engaging in an intentional act against a threat to persons or property, inadvertently harm a bystander or other innocent person or property.

2. **We** will not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **discriminatory act**, **sexual act** or **counseling act**.

3. The Additional Coverages of this endorsement entitled *Liability Coverage* Enforcement Of Security Policy Or Weapons Policy provides no coverage for any claim alleging any **bodily injury**, **property damage**, or **financial damage** of any kind.

   ***Note***: *Coverage for **bodily injury** or **property damage** liability arising out of security incidents is addressed under Principal Coverage L.*

4. **We** will not pay for **loss** of any kind arising directly or indirectly out of or in connection with the operation, maintenance, occupancy or use of any **auto,** unless such **auto** is used with violent intent by a person who plans to cause injury or death to other persons through the use of the **auto**: (1) as a weapon; or (2) to transport a weapon; or unless **your emergency response personnel** is providing security while occupying an **auto** in the event of an **emergency response incident** that takes place in such **auto**.

5. **We** will not pay for **loss** of any kind arising directly or indirectly out of or in connection with:

   a. the use, release or escape of nuclear or radioactive materials, or

   b. nuclear reaction, radiation or radioactive contamination; or

   c. the dispersal, release or application of any pathogenic or poisonous biological or chemical materials of any kind.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extension and Additional Coverages of this endorsement. The following provisions also apply to the Coverage Extension and Additional Coverages of this endorsement.

1. **Application of Coverage:**
   The **limit** of payment stated within each section of the Coverage Extension of this endorsement represents the most **we** will pay for qualifying expenses to which the Coverage Extension applies. For the purpose of applying **limits** of coverage, any related acts, incidents or events that qualify as, or that together develop into, an **emergency response incident**, will be considered a single incident to which the **limits** of coverage as set forth herein will apply, even if such acts or events do not occur at the same time or in the same location.

2. **Coverage Aggregate Limit:**
   The most **we** will pay for all covered costs associated directly or indirectly with an **emergency response incident** covered herein is the limit shown on the **declarations** for Security Operations Coverage. This Coverage Aggregate Limit represents the most **we** will pay under the Coverage Extension and additional Coverages of this endorsement in relation to a single **emergency response incident**, regardless of the number of Coverage Extensions that apply, the number of persons affected, or the total amount of cost incurred in connection with such incident.

3. **Medical Extension Aggregate Limit:**
   **We** will pay no more than $250,000 for all **medical expense** associated with a single **emergency response incident** covered under the Additional Medical Expense Coverage Extension herein, regardless of the number of **covered persons** injured or the amount of medical expense incurred. Covered medical bills will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

which point payment associated with such person, extension or incident will cease. This Medical Extension Aggregate Limit represents the most **we** will pay for all **medical expense** in relation to a single **emergency response incident**, regardless of the number of persons affected, or the total amount of cost incurred in connection with such incident.

4. **Wage Loss Extension Aggregate Limit:**
**We** will pay no more than $50,000 for all wage loss reimbursement associated with a single **emergency response incident** covered under the Broadened Wage Loss Reimbursement Coverage Extension herein, regardless of the number of **covered persons** injured or the amount of wage loss incurred. This $50,000 aggregate **limit** is payable over and above payments received under the **terms** of coverage set forth in the Wage Loss Reimbursement Form (BGL-99). Covered wage loss will be paid in the order that proof of wage loss documentation is received by **us**, until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease. This Wage Loss Extension Aggregate Limit represents the most **we** will pay for all covered income loss in relation to a single **emergency response incident**, regardless of the number of persons affected, or the total amount of income loss incurred in connection with such incident.

5. **Counseling Extension Aggregate Limit:**
**We** will pay no more than $50,000 for all counseling expense associated with a single **emergency response incident** covered under the Individual Counseling Coverage Extension herein regardless of the number of **covered persons** involved or the amount of counseling expense incurred. Covered counseling bills will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease. This Counseling Extension Aggregate Limit represents the most **we** will pay for all individual counseling expense in relation to a single **emergency response incident**, regardless of the number of persons affected, or the total amount of cost incurred in connection with such incident.

6. **Equipment Damage Extension Aggregate Limit:**
**We** will pay no more than $10,000 for all equipment that is damaged, lost, stolen or destroyed in connection with a single incident or event covered under the Damage to Security-Related Equipment Extension herein, regardless of the amount of equipment affected or the value of such equipment. Covered equipment receipts will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease. This Equipment Damage Extension Aggregate Limit represents the most **we** will pay for all loss or damage in relation to a single incident or event, regardless of the number of persons affected, or the total amount of cost incurred in connection with such incident.

7. **Other Liability Coverage:**
Any liability coverage provided by this policy to **hired security personnel** is excess over all other insurance or liability coverage plans, even if such insurance or plan:

   a. is stated to be secondary, excess or contingent; or

   b. has coverage available, but is not elected to be used.

8. **Other Medical Insurance:**
Unless prohibited by state or federal law, the medical payments coverage provided in this endorsement will be strictly excess over any other policy, program or plan designed to pay medical expenses.

9. **Payment/Reimbursement Limitations:**
Costs to which this endorsement would otherwise apply will be paid or reimbursed by **us** only to the extent that such costs are reasonable and necessary, or have been authorized in advance by **us**.

10. **Application of Coverage Extension Limits:**
Payments made under the Coverage Extension provided by this endorsement will reduce the Security Operations Coverage Limit shown on the liability **declarations**. Payments made under the **terms** of this endorsement are subject to the General Occurrence Limit and General Aggregate Limit of the policy, as well as being subject to the coverage-specific Extension **limits** set forth herein.

11. **Coverage Requests:**
The Coverage Extension provided under this endorsement will apply based on **your** request for coverage. The **leaders** of **your** organization are responsible for identifying which categories of


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

coverage (Medical, Wage Loss, Counseling and/or Equipment Damage) will apply under the Coverage Extension of this endorsement. If, during the course of claim administration, **your leaders** decide to revise their coverage request by eliminating a category of coverage that had previously been selected (a change request), then, subject to any applicable **limits**, **we** will complete the processing and payment of covered bills from that category that were received by **us** prior to the change request. **We** will not pay any bills from such category if they are submitted after **your** change request has been received.

12. **Order of Payments:**
    Covered bills and expenses that are submitted under the Coverage Extension of this endorsement will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease.

13. **Communication to Affected Persons:**
    **You** will be responsible for conveying to **us** the Coverage Extension categories for which **you** are requesting coverage under the **terms** of this endorsement. **You** will also be responsible for assisting **us** in communicating to affected persons the manner in which payment under the **terms** of this endorsement will apply.

14 **Wrongful or Malicious Intent:**
    This endorsement will provide no liability coverage to any **covered person** who undertakes any action, uses any weapon, or conveys any information with any improper, wrongful or malicious intent. **We** will, however, provide the Defense Coverage of this policy to such person until such time as wrongful intent has been established.

    In addition, **we** will provide the coverages of this endorsement to **emergency response personnel** who, while engaging in an intentional act against a threat to persons or property, inadvertently harm a bystander or other innocent person or property.

## LIMITATION

Nothing in this endorsement will act to increase any **limits** of coverage, or to in any way modify any **terms** of the policy other than the **terms** specified herein.

## OTHER PROVISIONS

All other provisions of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage of this endorsement, unless otherwise modified herein.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.
PLEASE READ IT CAREFULLY.

## MINISTRY OPERATIONS

# SEXUAL ACTS LIABILITY COVERAGE

### *~INCLUDING COVERAGE FOR IMPROPER ABUSE REPORTING, IMPROPER SUPERVISION, COUNSELING REIMBURSEMENT AND IMAGE RESTORATION~*

## AGREEMENT

**We** provide the Additional Coverages described in this endorsement, but only if *Sexual Acts Liability Coverage* is properly designated in the **declarations** of this policy.

## DEFINITIONS

The following definitions apply only to the Additional Coverages of this endorsement.

1. The words **you** and **your** mean the person, persons, or organization named as the insured on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing this coverage.

3. **Advertising violation** means the posting, publication, communication, or depiction of any advertising or promotional material that:

   a. disparages a person's or entity's goods, products, or services; or

   b. is false, harmful or misleading; or

   c. violates any federal, state or local comparative advertising law; or

   d. serves as the basis of a claim for **financial damages** arising out of the marketing or publicity of **your** organization; or out of the promotion of **your** organization's goods or services.

4. **Alleged perpetrator** means a **covered person** accused of committing a **sexual act**.

5. **Appointed person** means a person (other than **your leader** or **employee**), who has been appointed to an unpaid position within **your** organization, but only while acting on **your** behalf and within the scope of the authority delegated to them by **you**, **your leaders** or **your employee**. Any person who is appointed to undertake work at a single program or event lasting 24 hours or less will be considered a **volunteer** rather than an **appointed person**.

6. **Basic territory** means the United States of America, its territories and possessions, Canada, and Puerto Rico.

7. **Bodily injury** means bodily harm, sickness or disease sustained by a person and includes required care and loss of services. **Bodily injury** includes death that results from bodily harm, sickness, or disease. **Bodily injury** does not include mental or emotional injury, suffering, or distress that does not result from a physical injury.

8. **Convicted sexual offender** means a person who has been convicted of, or pleaded guilty or no contest to, a criminal offense involving a **sexual act**.

9. **Counseling act** means the rendering of advice to another person, but only if such advice is provided for the purpose of benefiting the person's mental, emotional, or spiritual condition. **Counseling act** does not include the rendering of legal, medical, financial, or similar advice that is outside of the scope of psychological or spiritual counseling, and does not include the rendering of advice to, or in the presence of, a general audience. Counseling which occurs over time will be considered a single **counseling act**, even if it takes place during more than one **policy period**.

10. **Coverage territory** means:

    a. the **basic territory**;


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. international waters and airspace, only if the **bodily injury** or **property damage** occurs in the course of travel to or from the **basic territory**;

c. the world, if the injury or damage arises out of:

(1) products **you** have made or sold in the **basic territory**; or

(2) the activities of a person who normally resides in the **basic territory**, but is away for a short time on **your** business; and

provided that **your** liability to pay **damages** has been determined in a suit on the merits in the **basic territory**, or in a settlement that **we** have agreed to.

For purposes of defining **coverage territory**, the phrase "*away for a short time on **your** business*" means that the person: (1) is intending to be outside of the **basic territory** for no more than 60 days; and (2) is traveling on **your** behalf and with **your** permission. In addition, to the extent that Principal Coverage M (Medical Payments) would have otherwise applied to persons who are away from the **basic territory** for a short time on **your** business, such coverage will apply regardless of whether suit is filed or any liability settlement has been agreed to.

11. **Covered person** means **you**; and **your leaders**, **your employees**, **your appointed persons**, and **your volunteers**, but only while acting on **your** behalf, for **your** benefit, and within the scope of their delegated authority.

12. **Damages** means compensation in the form of money for a person or entity who claims to have suffered an injury. But **damages** do not include any money that would have been owed (by statute, contract, or otherwise) independent of such injury, nor does it include any cost, fee, or expense incurred to pursue a claim or to prove the extent of injury sustained.

13. **Declarations** means all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this policy.

14. **Defamatory act** means the posting, publication, communication, or depiction of any information that:

a. slanders or libels a person or entity; or

b. constitutes an injurious falsehood; or

c. constitutes defamation of character, or that otherwise harms a person's reputation.

15. **Discriminatory act** means:

a. any act that would be considered discrimination under any applicable federal, state, or local statute, ordinance, or law; or

b. any conduct characterized or interpreted as violating any federal, state or local statute, ordinance or law enacted for the purpose of protecting individuals from discriminatory conduct; or

c. any disparate treatment or disparate impact sustained by any person because of that person's race, religion, gender, sexual orientation, age, nationality, physical impairment, or disability; or

d. any conduct characterized or interpreted as being discriminatory in nature by a person against whom such conduct is directed.

Any of the above acts or conduct will be considered a single **discriminatory act** if undertaken by the same perpetrator(s), entity, or employer, even if such acts are directed against more than one person, occur over time, or take place during more than one **policy period**.

**Discriminatory act** does not include conduct characterized or interpreted as sexual intimidation or **sexual harassment**, or as intimidation or harassment based on a person's gender.

16. **Emotional injury** means mental or emotional injury, suffering, or distress sustained by a person other than as a result of physical injury. **Emotional injury** does not include **bodily injury**, **property damage**, **personal injury**, or **financial damage** of any kind.

17. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

18. **Financial damage** means financial or monetary loss sustained by a person or entity, but does not include:

a. loss of any kind sustained by **you** or **your leader**; or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. loss sustained in relation to the holding or investment of **your** funds or the funds of **your leaders**; or

c. any cost, fee, or expense incurred to pursue a damage claim or to prove the extent of financial or monetary loss sustained; or

d. any **bodily injury**, **property damage**, **emotional injury**, or **personal injury** of any kind.

19. **Infringement act** means the posting, publication, communication, performance, or depiction of any material that:

a. infringes any copyright, slogan, trademark, title, or trade name, the rights to which are owned by another person or entity; or

b. violates the publicity rights that are owned by another person or entity; or

c. constitutes plagiarism, theft of concept, piracy of intellectual property, or the violation of any implied contract regarding the use of another person's or entity's creative ideas; or

d. fails to provide proper attribution of authorship, ownership, or other rights in a work; or

e. constitutes the unauthorized reproduction, display, or use of music, hymns, commentaries, ministry study aids, or other similar material; or

f. breaches any licensing rights associated with content that is owned by another person or entity; or

g. misappropriates the content, format, trade name, slogan, logo, graphic material, artwork, musical composition, stage performance, photographic depiction, web design, or other creative work that is created and owned by another person or entity; or

h. conveys a trade secret to one or more third parties or to the general public without permission of the owner of the trade secret;

but **infringement act** does not include any actual or alleged infringement of a patent, a patentable invention, or a patentable process.

20. **Leader** means a person while serving as a member of **your** governing board, or **your** administrator, director, officer or trustee, but only if acting on **your** behalf and within the scope of their delegated authority as such.

21. **Leased worker** means a person whom **you** lease from a labor leasing firm under a contract or agreement to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

22. **Limit** means the amount of coverage that applies.

23. **Loss** means specified **bodily injury**, **property damage**, **emotional injury**, **personal injury**, or **financial damage**.

24. **Medical expense** means reasonable and necessary expenses for:

a. medical, surgical, x-ray, and dental services, including prosthetic devices and eye glasses; and

b. ambulance, hospital, professional nursing, and funeral services; and

c. first aid at the time of an accident.

25. **Molestation/corruption act** means:

a. any act directed against a person under the age of 18 that would be considered a criminal act under any applicable federal, state or local statute, ordinance or law relating to sexual offenses or the corruption of minors; or

b. any act or conduct involving a minor that involves exhibitionism, voyeurism, the creation, distribution or display of pornography, sensual touching, sexually explicit communication, or any similar act or conduct that may reasonably be anticipated to harm or corrupt a minor; or

c. any other act directed against a person who is, or who is believed to be, under the age of 18 that may reasonably be assumed to have been undertaken for the purpose of obtaining sexual arousal or sexual gratification or that would otherwise serve to corrupt a minor.

This does not include acts of sexual intimacy between persons who are married to one another.

26. **Occurrence** means an accident and includes repeated exposure to similar conditions.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

27. **Outside counseling provider** means an individual, partnership, or organization (other than **your** organization), that provides full-time counseling to members of the public.

28. **Personal injury** means any of the following:

    a. a **defamatory act**; or

    b. an **infringement act**; or

    c. an **advertising violation**; or

    d. a **personal violation**.

    But **personal injury** does not include **bodily injury**, **property damage**, **emotional injury**, or **financial damage** of any kind; nor any injury arising directly or indirectly out of or in connection with any **sexual act**, **counseling act**, or **discriminatory act**.

    For the purpose of this endorsement, **personal injury** includes **personal injury** that arises out of a **sexual act**.

29. **Personal rights breach** means the posting, publication, communication or depiction of material or information that:

    a. violates the person's right of privacy; or

    b. breaches the person's expectation of confidentiality.

30. **Personal violation** means any of the following wrongful acts directed against one or more persons:

    a. improper restraint, detention, or imprisonment of the person; or

    b. trespass or wrongful entry into, wrongful eviction from, or invasion of the right of private occupancy of a premises occupied by the person; or

    c. any type of **personal rights breach**.

31. **Policy period** means only that time period shown as the *policy period* on the **declarations** of this policy.

32. **Prior claim** means a formal claim, a civil lawsuit, civil government action, or similar proceeding directed against one or more **covered persons** in which monetary damages or equitable relief is sought, but only if such claim, lawsuit, action, or proceeding was filed or initiated prior to the date on which this policy or any applicable coverage takes effect. **Prior claim** includes a claim or litigation which is in process on the date that any coverage of this policy takes effect.

33. **Property damage** means:

    a. physical injury or destruction of tangible property; or

    b. the loss of use of tangible property whether or not it is physically damaged. Loss of use is deemed to occur at the time of the **occurrence** that caused it.

34. **Related loss** means a **loss**, or multiple **losses**, of any kind arising directly or indirectly out of the same **occurrence**, or out of the same or related act(s), error(s), omission(s), decision(s), incident(s), event(s), or breach(es) of duty.

35. **Related organization/operation** means an organization or operation:

    a. which has separate leadership or separate operations from **you**; and

    b. whose leaders report to **you** or to **your leaders**; and

    c. over which **you** have authority or control.

36. **Sexual act** means:

    a. any act that would be considered a criminal act under any applicable federal, state, or local statute, ordinance, or law relating to sexual offenses; or

    b. any actual or attempted touching of a person by another person for the purpose of obtaining sexual arousal or sexual gratification; or

    c. any other act undertaken by a person for the purpose of obtaining sexual arousal or sexual gratification; or

    d. any conduct characterized or interpreted as **sexual harassment**; or

    e. any conduct characterized or interpreted as being sexual in nature.

    Any of the above acts or conduct will be considered a single **sexual act** if undertaken by the same perpetrator or perpetrators, even if such acts are directed against more than one


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

person, happen over time, or take place during more than one **policy period**.

37. **Sexual harassment** means only those **sexual acts** involving conduct that is characterized or interpreted as sexual intimidation, unwelcome sexual advances, requests for sexual favors, and other verbal or physical harassment of a sexual nature. Any such conduct will be considered a single **sexual harassment** incident if undertaken by the same perpetrator or perpetrators, even if such conduct is directed against more than one person, happens over time, or takes place during more than one **policy period.**

38. **Temporary worker** means a person who is furnished to **you** as a temporary substitute for an **employee.**

39. **Terms** are all limitations, exclusions, conditions, definitions and other provisions that apply to any liability, medical or related coverage of this policy.

40. **Volunteer** means a person (other than **your leader**, **appointed person** or **employee**) who is undertaking work without compensation for the benefit of **your** organization, but only while acting on **your** behalf and within the scope of authority delegated to them by **you**, **your leader**, **your employee** or **your appointed person.**

## ADDITIONAL COVERAGES

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Coverages.

## SEXUAL ACTS LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury**, **personal injury**, or **emotional injury** to which this coverage applies. The event or events causing the **bodily injury** or **emotional injury**:

a. must constitute a **sexual act** arising out of the operation of **your** organization; and

b. must take place in the **coverage territory** during the **policy period.**

The event or events causing the **personal injury**:

a. must constitute, or result directly from, a **sexual act** arising out of the operation of **your** organization; and

b. must take place in the **coverage territory** during the **policy period.**

This Additional Coverage does not apply, however, to any **bodily injury**, **personal injury**, or **emotional injury** that:

a. is sustained by **your employee** or **your** job applicant; or

b. arises directly or indirectly out of any **discriminatory act**; or

c. arises out of any **sexual harassment** of any kind; or

d. arises out of any error in reporting a **sexual act** to any law enforcement authority, government agency, or other entity; or

e. arises out of the failure to supervise or monitor any **convicted sexual offender** who is on **your** premises or involved in **your** organizational activities.

## SEXUAL HARASSMENT LIABILITY COVERAGE (Other Than Your Employees)

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury**, **personal injury**, or **emotional injury** to which this coverage applies. The event or events causing the **bodily injury** or **emotional injury**:

a. must constitute **sexual harassment** arising out of the operations of **your** organization; and

b. must take place in the **coverage territory** during the **policy period.**

The event or events causing the **personal injury**:

a. must constitute, or result directly from, **sexual harassment** arising out of the operation of **your** organization; and

b. must take place in the **coverage territory** during the **policy period.**

This Additional Coverage does not apply, however, to **bodily injury**, **personal injury**, or **emotional injury** that:

a. is sustained by **your employee** or **your** job applicant; or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. arises directly or indirectly out of any **discriminatory act**; or

c. arises out of any **sexual act** other than **sexual harassment**; or

d. arises out of any error in reporting a **sexual act** to any law enforcement authority, government agency, or other entity.

## IMPROPER REPORTING OF SEXUAL ACTS LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury**, **personal injury**, or **emotional injury** to which this coverage applies. The event or events causing the **bodily injury** or **emotional injury**:

a. must constitute an error in reporting a **sexual act** to a law enforcement authority, government agency, or other proper reporting entity; and

b. must take place in the **coverage territory** during the **policy period.**

The event or events causing the **personal injury**:

a. must constitute, or result directly from, an error in reporting a **sexual act** to a law enforcement authority, government agency, or other proper reporting entity; and

b. must take place in the **coverage territory** during the **policy period.**

An error in reporting a **sexual act** will be deemed to have occurred at: (1) the time that the **covered person** first had a reasonable basis for believing that the **sexual act** had occurred or (2) at the point that an erroneous report was first made, whichever is later.

This Additional Coverage does not apply, however, to any **bodily injury**, **personal injury**, or **emotional injury** that:

a. is sustained by **your employee** or **your** job applicant; or

b. arises directly or indirectly out of any **discriminatory act**; or

c. arises in any manner other than out of an error in the reporting of a **sexual act.**

## IMPROPER SUPERVISION OF CONVICTED SEXUAL OFFENDERS LIABILITY COVERAGE

**We** pay all sums that a **covered person** becomes legally obligated to pay as **damages** due to **bodily injury** or **emotional injury** to which this coverage applies. The event or events causing the **bodily injury** or **emotional injury**:

a. must arise out of an alleged failure to properly supervise or monitor a **convicted sexual offender** who is on **your** premises, attending **your** church service, or otherwise involved in **your** organizational activities; and

b. must take place in the **coverage territory** during the **policy period.**

Failing to supervise or monitor the same **convicted sexual offender** on more than one occasion will be considered a single event of failure to supervise or monitor.

This Additional Coverage does not apply, however, to any **bodily injury**, **personal injury**, or **emotional injury** that:

a. is sustained by **your employee** or **your** job applicant; or

b. arises directly or indirectly out of any **discriminatory act**; or

c. arises in any manner other than out of an error in the supervision or monitoring of a **convicted sexual offender.**

## OUTSIDE COUNSELING REIMBURSEMENT COVERAGE

**We** will reimburse **you** up to $5,000 for counseling expense **you** pay to an **outside counseling provider** on behalf of a person against whom a **sexual act** was directed, but only if:

a. the **sexual act** was allegedly committed by a **covered person**; and

b. the **sexual act** resulted in **emotional injury** and took place in the **coverage territory** during the **policy period**; and

c. the **outside counseling provider** is selected by **you** or **your leader**; and


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

d. the **outside counseling provider** bases its counseling practice on spiritual, religious or Biblical principles.

**We** will reimburse such counseling expense regardless of fault, but only if it is incurred and submitted within one year of the date that **you** or **your leaders** become aware of the **sexual act**.

**Limitation of Reimbursement Coverage:**
The Outside Counseling Reimbursement Coverage of this endorsement covers only certain reasonable and necessary counseling expenses. If multiple persons seek counseling as the result of sexual activity involving the same perpetrator or perpetrators, then the Multiple Counselee Aggregate Limit as described in the How Much We Pay section of this endorsement will apply. The payment of a counseling expense under the Outside Counseling Reimbursement Coverage of this endorsement does not mean that **we** admit **we** are liable under other coverages of the policy.

## SEXUAL ACTS MEDICAL PAYMENTS EXTENSION

Principal Coverage M (Medical Payments) coverage of this policy will apply to **bodily injury** sustained by any person against whom a **sexual act** was directed during the **policy period**. If a **limit** is entered for Principal Coverage M on the **declarations** of this policy, then such **limit** will apply to this Coverage Extension, along with all other **terms**, conditions, **limits**, limitations and exclusions that apply to Principal Coverage M of this policy. If no **limit** is entered for Principal Coverage M on the **declarations** of this policy, then this Coverage Extension will not apply.

**Limitation of Medical Payments Coverage:**
The Medical Payments Coverage of this endorsement covers only certain reasonable and necessary **medical expense**. The payment of a **medical expense** under the Medical Payments Extension of this endorsement does not mean that **we** admit **we** are liable under other coverages of the policy.

## IMAGE RESTORATION EXTENSION

At **your** request, **we** will reimburse **your** ministry organization up to $10,000 for the following expenses that **you** incur as the result of a **sexual act** that is alleged to have occurred on **your** premises or in connection with **your** ministry operations:

a. costs to retain a professional public relations specialist or public relations firm; and/or

b. costs to retain other outside professional specialists to assist the organization in responding to media inquiries or to law enforcement inquiries associated with the incident;

but only to the extent that such cost is a reasonable and necessary expense, or has been authorized by **us** prior to being incurred.

Costs covered herein must be incurred within 120 days of the date on which the **sexual act** allegation becomes known to the general public through a media report.

**Limitation of Image Restoration Coverage:**
The Image Restoration Coverage of this endorsement covers only certain reasonable and necessary costs incurred to respond to **sexual act** allegations. The payment of an expense under the Image Restoration Extension of this endorsement does not mean that **we** admit **we** are liable under other coverages of the policy.

## DEFENSE COVERAGE: ALLEGED PERPETRATOR

The commission of a **sexual act** will not be considered to have occurred within the scope of anyone's delegated authority, but if a person otherwise covered herein denies involvement in the **sexual act**, then **we** will provide the alleged perpetrator with the following limited Defense Coverage:

**We** agree to provide the Defense Coverage of this endorsement to **alleged perpetrators**, but only with respect to an alleged **sexual act** which occurs in the **coverage territory** during the **policy period**, and only until such time as one of the following events occur:

a. the **alleged perpetrator** enters into a plea agreement, pleads guilty or no contest, or is criminally convicted in relation to any **sexual act** which is directly or indirectly related to a claim made under the Additional Coverages of this endorsement; or

b. a verdict is rendered against the **alleged perpetrator** in a civil court in relation to any **sexual act** which is directly or indirectly related to a claim made under the Additional Coverages of this endorsement; or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

c. the **alleged perpetrator** admits to anyone that he or she engaged in any **sexual act** which is directly or indirectly related to a claim made under the Additional Coverages of this endorsement; or

d. the **alleged perpetrator** is implicated by clear and convincing physical evidence (such as, photographic evidence, computer logs, DNA evidence, etc.) to have engaged in any **sexual act** which is directly or indirectly related to a claim made under the Additional Coverages of this endorsement.

**Limitation of Defense Coverage**:
At **our** option, **we** may reimburse defense costs during the course, or upon completion, of a covered **sexual act** claim. In the event that **we** pay any defense costs, and subsequently determine they should not have been paid due to the application of an exclusion or any other **terms** of this endorsement or policy, **we** reserve the right to recover such defense costs from any person on whose behalf they were paid. **Our** right to recover defense costs that **we** determine should not have been paid will only apply after a reservation of rights has been delivered to the applicable **alleged perpetrator**.

Defense Coverage provided to an **alleged perpetrator** through this Additional Coverage will not obligate **us** in any way to pay for any actual or alleged damage, injury or **loss** of any kind sustained by any person, or any related judgment or award that arises directly or indirectly out of any **sexual act**.

## DEFENSE COVERAGE

Defense Coverage will be provided in relation to any suit or proceeding that is covered by the **terms** of this endorsement, subject to the following:

1. **We** have the right and duty to defend a suit seeking **damages** which may be covered under this endorsement. **We** may make investigations and settle claims or suits **we** decide are appropriate.

   Suit includes any alternative dispute resolution proceeding involving **bodily injury** or **property damage** to which:

   a. **you** must submit; or

   b. **you** submit with **our** consent.

2. **We** do not have to provide defense after **we** have paid an amount equal to the **limit** as the result of:

   a. a judgment; or

   b. a written settlement agreed to by **us.**

3. If **we** defend a suit, **we** will pay:

   a. The costs taxed to the **covered person.**

   b. The expenses incurred by **us.**

   c. The actual loss of earnings by a **covered person** for the time spent away from work at **our** request. **We** pay up to $100 per day.

   d. The necessary expenses incurred by a **covered person** at **our** request.

   e. Pre-judgment interest awarded against any **covered person** on that part of the judgment **we** pay. If **we** offer to pay the **limit**, **we** will not pay any pre-judgment interest based on that period of time after the offer.

   f. The interest which accrues beginning with entry of a judgment and ending when **we** tender, deposit in court, or pay up to **our limit**.

   g. The cost of appeal bonds or bonds for the release of attachments up to **our limit. We** are not required to apply for or furnish such bonds.

4. Payment provided under the Defense Coverage of this endorsement will be made in addition to the **limits** for the Additional Coverages of this endorsement.

5. **We** maintain the right to select defense counsel in connection with any legal defense that is provided by this endorsement.

## EXCLUSIONS

**We** do not pay for **loss** of any kind if one or more of the following excluded causes or events apply to the **loss**.

The following exclusions apply to the Additional Coverages of this endorsement.

1. **We** do not pay for **loss** of any kind on behalf of any person who participates in or directs any **sexual act** or who knowingly allows any **sexual act** to occur.

2. **We** do not pay for **loss** of any kind caused by a **sexual act** that arises directly or indirectly out of


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

any **counseling act** rendered by a pastor, minister, professional counselor, school **employee**, student counselor, trained lay counselor or **leader**. But if a Counseling liability coverage is properly shown as an Additional Coverage on the **declarations**, then **we** will provide the coverage afforded in this Sexual Acts Liability Coverage endorsement to counseling activity, but strictly subject to the **terms** and **limits** of this Sexual Acts Liability Coverage endorsement, and subject also to each of the conditions and exclusions of the Counseling Acts Liability Coverage endorsement.

3. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged **discriminatory act**.

4. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **sexual act** undertaken by an **alleged perpetrator** who has been employed by **you** or appointed to a position by **you** if **you**, **your** present **leaders** or **your** past **leaders** while in **your** service, had actual knowledge that the **alleged perpetrator**:

   a. pleaded guilty or no contest to, or been criminally convicted of, any previous **molestation/corruption act**; or

   b. had a verdict rendered against him or her in civil court in relation to any previous **molestation/corruption act**; or

   c. been dismissed or disciplined in any way in relation to any previous **molestation/ corruption act**; or

   d. admitted to anyone that he or she participated in any previous **molestation/ corruption act**; or

   e. been implicated by clear and convincing physical evidence (such as, photographic evidence, computer logs, DNA evidence, etc.) that he or she had participated in any previous **molestation/corruption act**; or

   f. was a **convicted sexual offender.**

   **Exception to Exclusion 4** (Youthful Indiscretions)**:** Exclusion 4 above will not apply if all previous **molestation/corruption acts** or criminal convictions involving a **sexual act** that are known by **you** or **your leaders** to have been committed by the **alleged perpetrator**:

   a. occurred when the **alleged perpetrator** was 12 years of age or younger; or

   b. occurred more than 3 years prior to the employment by **you** or appointment to a position by **you**; and

      (1) involved no actual or threatened use of violence or force of any kind; and

      (2) occurred when the **alleged perpetrator** was twenty-one years of age or younger; and

      (3) when involving person(s) younger than the **alleged perpetrator**, were directed only toward person(s) whose age was within 3 years (36 months) of the age of the **alleged perpetrator.**

5. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **sexual act** if the injury is compensable under any workers' compensation, occupational disease, or like law.

6. **We** do not cover any **leader, employee**, **appointed person,** or **volunteer** who willfully conceals material information from **your leaders** regarding any **sexual act** occurring in connection with **your** operations.

7. **We** do not pay for **loss** of any kind sustained by **your employee** or **your** job applicant if such **loss** arises directly or indirectly out of or in connection with any **sexual act.**

   If **you** are a religious office or headquarters, then this exclusion will also apply to **employees** and job applicants within your association that are not employed directly by **you.**

8. **We** do not pay for **personal injury** of any kind if the **personal injury** arises out of:

   a. the publication of material by a **covered person** if the **covered person** publishes the material knowing that it is false; or

   b. the publication of information through any advertising, publishing, broadcasting or telecasting operation or facility that is owned or operated by **you.**

9. **We** do not pay for any fines or non-compensatory penalties or for any exemplary or punitive damages awarded in any legal proceeding if the legal proceeding is based in whole or in part upon the commission of any **sexual act.**


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

10. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged breach of an express or implied contract. This exclusion does not affect any coverage for Incidental Contractual Liability that is provided by this policy.

11. **We** do not pay for **loss** of any kind that arises out of the rendering or the failure to render a professional service. However, if Incidental Medical Malpractice Injury Coverage applies to **losses** that arise directly or indirectly out of or in connection with any **sexual act**, such coverage is strictly subject to the **terms** and **limits** of this Sexual Acts Liability Coverage endorsement.

12. **We** do not pay under more than one Liability Coverage or more than one Medical Coverage (as set forth in Condition 7 of this endorsement) for **loss** arising directly or indirectly out of an **occurrence**, or out of the same or related accident(s), incident(s), or event(s).

13. **We** do not pay for **loss** of any kind other than the type of **loss (bodily injury**, **property damage**, **emotional injury**, or **personal injury**) for which coverage is specifically provided by the Additional Coverages of this Sexual Acts Liability Coverage endorsement.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice**:
   If a **sexual act** occurs, or if **you** become aware of any incident that indicates there might be a claim under this endorsement, **you** or **your leaders** agree to give **us** or **our** agent notice within thirty (30) days of the date of **occurrence**, or the date that **you** or any **leader** became aware of such incident. Notice to **our** agent is notice to **us.**

   The notice to **us** must state:

   a. **your** name;

   b. **your** policy number;

   c. the time, the place, and the circumstances of the **sexual act**, or the situation that indicates that there might be a claim; and

   d. the names and addresses of all known potential claimants and witnesses.

2. **Cooperation:**
   All **covered persons**, and any other person or entity seeking coverage under any Additional Coverage of this endorsement must cooperate fully with **us** as **we** investigate, negotiate, and attempt to settle any potentially covered **loss.** Such cooperation includes, but is not limited to, protecting evidence, assisting **us** in obtaining evidence, executing documents (including documents necessary to resolve claims), responding to other requests that **we** make during the course of investigation, conveying to **us**, upon our request, law enforcement reports and other documents or evidence relating to the **loss**, and submitting to an examination under oath when and as often as **we** may require.

3. **Volunteer Payments**: A **covered person** must not make payments or assume obligations or other costs except at the **covered person's** own cost. This does not apply to first aid to others at the time of **bodily injury.**

4. **Other Duties**:

   a. If a claim is made or suit is brought, the **covered person** must:

      (1) promptly send to **us** copies of all legal papers, demands, and notices; and

      (2) at **our** request, assist in:

         (a) a settlement;

         (b) the conduct of suits. This includes the attendance at trials or hearings;

         (c) the enforcing of rights against all parties who may be liable to a **covered person** for the injury or damage;

         (d) the securing of and giving of evidence; and

         (e) obtaining the attendance of all witnesses.

   b. In the case of a medical payments loss:

      (1) the injured person (or one acting on such person's behalf) must:

         (a) give **us** written proof of claim (under oath if requested) as soon as practicable; and

         (b) give **us** permission to get copies of the medical records;


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

(2) the injured person must submit to medical exams by doctors chosen by **us** when and as often as **we** may reasonably require.

## HOW MUCH WE PAY

The following provisions apply to the Additional Coverages of this endorsement.

1. **Coverage Limits**: The Coverage Limit shown in the **declarations** for Sexual Acts Liability Coverage, subject to the General Occurrence Limit, the Coverage Aggregate Limit, and the General Aggregate Limit, is the most **we** will pay for all **losses** sustained by one or more persons arising out of any **sexual act** (including any error in reporting such act) to which the Additional Coverages of this endorsement apply. This Coverage Limit is the most **we** will pay regardless of:

   a. the number of persons or entities to whom this endorsement provides coverage; or

   b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events, or breaches of duty; or

   c. the number of persons acted upon, or who otherwise sustain injury, damage, or **loss**; or

   d. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

   e. the number of **sexual acts** or other acts, errors, omissions, decisions, events, or breaches of duty contributing to the injury, damage, or **loss**; or

   f. the extent or duration of the injury, **loss**, or **related loss**; or

   g. the extent, duration or amount of sexual activity or the number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage, or **loss**; or

   h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage, or **loss** should occur; or over which the injury, **loss**, or **related loss** should occur; or

   i. the number and/or type of causes of action or theories of liability asserted in a suit for damages. Such causes or theories may include, but are not limited to, negligence, negligent supervision, negligent entrustment, intentional or negligent infliction of emotional distress, assault/battery, false imprisonment, defamation, invasion of privacy, or any other cause or theory arising directly or indirectly out of any **sexual act** or alleged in addition to a **sexual act**.

2. **Insurance Under More Than One Coverage**: Only one "Liability Coverage" of this policy will apply to a **sexual act** (including any error in reporting such act) and any **related loss**. No payment will be made under more than one "Liability Coverage" of this policy or more than one "Medical Coverage" of this policy, except that:

   a. both a "Liability Coverage" and a "Medical Coverage" will be provided, if otherwise applicable, for **bodily injury** in accordance with the Sexual Acts Medical Payments Extension; and

   b. Excess Liability Coverage of this policy, if applicable, will pay covered **losses** in addition to another applicable "Liability Coverage" of this policy.

   "Liability Coverage" means a coverage (Principal, Supplemental, or Additional) that has the word *Liability* in the heading of the coverage. "Medical Coverage" means a coverage (Principal, Supplemental or Additional) that has the word *Medical* in the heading of the coverage.

   Although more than one coverage of this endorsement may apply to a particular accident or **occurrence**, this will not act to increase any occurrence **limit** or any other **limits**, nor will it modify any of the **terms** of this endorsement.

3. **Specified Limits:** Any **limit** specifically stated within this endorsement represents the most **we** will pay for the coverage to which such **limit** applies. The specified **limit** is subject to any applicable coverage **limit**, occurrence **limit**, or aggregate **limit** applying to the **occurrence** or accident.

4. **Coverage Aggregate Limit**: The Coverage Aggregate Limit shown in the **declarations** for Sexual Acts Liability Coverage, subject to the


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

General Aggregate Limit, is the most **we** will pay under the Additional Coverages of this endorsement for all **sexual acts** (including any error in reporting such acts) taking place during the period to which the Coverage Aggregate Limit applies [as described in Provision 5 of this section].

5. **Coverage Aggregate Re-Set:** The Coverage Aggregate Limit shown in the **declarations** for the Additional Coverages of this endorsement will re-set every 12-months from the inception date of the applicable liability coverage until the date that the coverage is terminated or expires.

6. **Incidents Occurring Over Time**: If a **sexual act** to which any liability coverage of this endorsement applies consists of sexual activity or behavior occurring on more than one date during any **policy period** or **policy periods**, such activity or behavior, together with any **related loss**, will constitute a single **sexual act**, and the date of such act will be considered to be the earlier of:

   a. the date on which the last alleged **sexual act** out of which the claim arises should occur; or

   b. the last day that **we** provided any coverage to **you** for such act.

   The policy forms, endorsements and **limits** in effect on such date will govern coverage with respect to all claims arising directly or indirectly out of the **sexual act**.

7. **Per Counselee Limit: We** will pay no more than $5,000 per person under the Outside Counseling Reimbursement Coverage for **emotional injury** to which this coverage applies. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is less than the General Occurrence Limit, then the reimbursement coverage of this endorsement will apply in addition to the Sexual Acts Liability Coverage Limit. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is equal to the General Occurrence Limit, then payment under the reimbursement coverage of this endorsement will reduce the Sexual Acts Liability Coverage Limit by the amount of reimbursement payments that are made.

8. **Multiple Counselee Aggregate Limit**: If multiple persons seek counseling as the result of sexual activity involving the same perpetrator or perpetrators, then **we** will pay no more than $100,000 under the Outside Counseling Reimbursement Coverage on behalf of all such counselees. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is less than the General Occurrence Limit, then the reimbursement coverage of this endorsement will apply in addition to the Sexual Acts Liability Coverage Limit. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is equal to the General Occurrence Limit, then payment under the reimbursement coverage of this endorsement will reduce the Sexual Acts Liability Coverage Limit by the amount of reimbursement payments that are made.

9. **Medical Payments Limit: We** will pay no more than the per person Coverage M **limit** shown on the **declarations** under the Sexual Acts Medical Payments Extension for **bodily injury** to which this coverage applies. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is less than the General Occurrence Limit, then the reimbursement coverage of this endorsement will apply in addition to the Sexual Acts Liability Coverage Limit. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is equal to the General Occurrence Limit, then payment under the Medical Payments Extension of this endorsement will reduce the Sexual Acts Liability Coverage Limit by the amount of **medical expense** payments that are made.

10. **Medical Payments Aggregate Limit**: If multiple persons seek medical treatment as the result of sexual activity involving the same perpetrator or perpetrators, then we will pay no more than $100,000 under the Sexual Acts Medical Payments Extension on behalf of all such persons. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is less than the General Occurrence Limit, then the reimbursement coverage of this endorsement will apply in addition to the Sexual Acts Liability Coverage Limit. If the Sexual Acts Liability Coverage Limit shown in the **declarations** is equal to the General Occurrence Limit, then payment under the reimbursement coverage of this endorsement will reduce the Sexual Acts Liability Coverage Limit by the amount of **medical expense** payments that are made.

## CONDITIONS

The following conditions apply to the Additional Coverages of this endorsement.

1. **Bankruptcy: Your** bankruptcy or insolvency does not relieve **us** of **our** obligations under this Sexual Acts Liability Coverage endorsement.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

2. **Insurance Under More Than One Policy** (Applies to all coverages except Coverage M -- Medical Payments):

   a. Insurance under this Sexual Acts Liability Coverage endorsement is primary unless otherwise stated. The amount of **our** liability is not reduced because of other insurance which applies to the **loss** on other than a primary basis.

   b. If the other insurance is also primary, **we** will share in the **loss** as follows:

      (1) If the other insurance provides for contribution by equal shares, **we** will pay equal amounts with other insurers until:

         (a) the lowest applicable **limit** under any one policy is reached; or

         (b) the full amount of the **loss** is paid.

      If part of the **loss** remains unpaid, **we** will pay an equal share with the other insurers until the full amount of the **loss** is paid, or until **we** have paid **our limit** in full.

      (2) If the other insurance does not provide for contribution by equal shares, **we** will pay, up to **our limit**, no more than that proportion of the **loss** to which the applicable **limit** under this policy for such **loss** bears to the total applicable **limit** for all insurance against the **loss**.

   c. When this insurance is excess over any other insurance:

      (1) **we** will have no duty to defend any claim or suit that any other insurer has a duty to defend. If no other insurer defends, **we** will do so. However, **we** will be entitled to the **covered person's** rights against all those other insurers.

      (2) **we** will pay **our** share of the amount of **loss**, if any, that exceeds the sum of:

         (a) the total amount that all such other insurance would pay for the **loss** in the absence of this insurance; and

         (b) the total of all deductibles and self-insured amounts required by such other insurance.

      **We** will share the remaining **loss** with any other insurance that is not described in this excess insurance provision and was not bought specifically to apply in excess of the **limits** shown on the **declarations** for this Sexual Acts Liability Coverage.

3. **Misrepresentation, Concealment or Fraud:** This coverage is void as to **you** and any other **covered person** if before or after a **loss**:

   a. **you** have or any **covered person** has willfully concealed or misrepresented:

      (1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      (2) the **covered person's** interest herein;

   b. there has been fraud or false swearing by **you** or any other **covered person** with regard to a matter that relates to this insurance or the subject thereof.

4. **Separate Insureds:** Coverage provided under this Sexual Acts Liability Coverage endorsement applies separately to each **covered person** against whom claim is made or suit is brought. This does not affect the **limits** stated under How Much We Pay.

5. **Subrogation:** If **we** pay under this Sexual Acts Liability Coverage endorsement, **we** may require from a **covered person** an assignment of any right of recovery. **We** are not liable under this Sexual Acts Liability Coverage endorsement if any **covered person** has impaired **our** right to recover. **You** may waive the right to recover, in writing, before an **occurrence** takes place.

6. **Suit Against Us:** No suit may be brought against **us** unless:

   a. all the **terms** of this Sexual Acts Liability Coverage endorsement have been complied with; and

   b. the amount of a **covered person's** liability has been determined by:

      (1) a final judgment against a **covered person** as a result of a trial; or

      (2) a written agreement by the **covered person**, the claimant, and **us.**

   No person has a right under this Sexual Acts Liability Coverage endorsement to join **us** or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

implead **us** in actions that are brought to determine a **covered person's** liability.

7. **Liability Deductible:** If a liability deductible is shown in the **declarations** for a particular coverage, **we** will pay only that portion of **loss**, if any, which exceeds the designated deductible amount for any one **occurrence** to which such coverage should apply.

8. **Additional Insureds:** With respect to any person or entity shown on the **declarations**, or any other endorsement, as an Additional Insured specifically for Sexual Acts Liability Coverage, **we** will provide the Additional Coverages of this Sexual Acts Liability Coverage endorsement (BGL-61) to such Additional Insured (they will be considered a **covered person** for the Additional Coverages provided by this endorsement), but only to the extent that such person or entity is legally liable for the acts of **you**, **your leader**, **your employee**, or **your appointed person**. Such coverage will be limited to that which is specifically provided by the Additional Coverages of this endorsement, and will be strictly subject to the **terms** of this endorsement. No coverage will apply to any independent acts, errors or omissions of any Additional Insured.

9. **Related Organizations: We** will provide no coverage under this endorsement for any **loss** arising out of the operations of any **related organization/operation** that exists at the inception date of this policy unless such **related organization/operation** is properly designated in the **declarations**.

10. **Covered Liability Exposures: We** will provide no liability or medical coverage for any **loss** arising out of any exposure known by **you** or **your leaders** to exist: (a) at the beginning of the **policy period**; or (b) at the time that this liability endorsement is added to the policy; unless such exposure is designated in the Schedule of Liability Exposures section of the **declarations**. If during the **policy period we** are notified or otherwise become aware that **your** organization is or will be: (1) changing or expanding **your** operations; or (2) engaging in any unusual activities or events that materially change **your** liability exposure; **we** reserve the right to adjust limits and/or modify coverage with respect to such operations, activities or events (which may result in adding customized coverage form(s) to the policy), and to make appropriate premium adjustments as necessary to address the change in exposure. **We** will provide **you** with written notice of any adjustments to limits, coverage, or premium made during the **policy period** based on a change in **your** operations or material changes to **your** liability exposure at least 45 days before they become effective. With respect to premises that **you** own at the beginning of the **policy period**, **we** will cover **loss** under the **terms** of this policy relating directly or indirectly to such premises only if the premises is listed in the policy **declarations**. All premises listed in the **declarations** must be owned, occupied or rented by **you**.

11. **Losses Not Within Coverage Dates:** This policy will not provide any coverage for **loss** of any kind:

    a. incurred prior to the date on which this policy, or this endorsement, becomes effective; or

    b. incurred after this policy or endorsement terminates; or

    c. if such **loss** (or any **related loss**) is, or has been, the basis of any **prior claim**; or

    d. if such **loss** is a continuation of, or resumption of, any **loss** that was known by any **covered person** prior to the date that the policy, (or any applicable coverage) took effect. For purposes of this provision, a **loss** will be considered to be known by a **covered person** if the **terms** of Condition 15 of this endorsement apply.

12. **Arbitration (Coverage Disputes):** Any dispute between **us** and any **covered person** regarding the existence or application of coverage under the **terms** of this Sexual Acts Liability Coverage endorsement may be submitted to the American Arbitration Association (or to any other organization providing arbitration services if agreed to by **us** and by all **covered persons** who are a party to the dispute) for a determination of coverage by a three member arbitration panel appointed by the arbitration organization. The decision rendered by the arbitration panel will only be binding upon the persons affected by the coverage of this policy if the parties to the arbitration so agree in advance. All arbitration costs, fees and expenses will be divided equally between the parties to the arbitration. **Our** participation in an arbitration process will not waive any rights **we** have under this policy.

13. **Governing Board Provision:** This policy has been issued to **your** organization on the condition that it is, and will continue to be, operated by an autonomous governing board or other autonomous governing body. To be considered autonomous, such board or body


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

must be comprised of three or more individuals; and a majority of the individuals serving on the board or body may not be related to each other by blood (family members) or marriage (in-laws). In consideration of **our** having issued this policy, **you** warrant that no single person within **your** organization will have authority to make large organizational or financial decisions without the authorization and approval of **your** autonomous governing board or autonomous governing body.

14. **Organizational Disputes:** If any dispute should arise within **your** organization concerning who controls the organization or who controls or owns **your** organizational property or assets, no coverage of any kind will apply under this policy to any person, group or entity in relation to such dispute. In addition, no liability coverage will apply to any alleged damage, injury, or **loss** sustained by any person, group or entity if such damage, injury, or **loss** arises directly or indirectly out of or in connection with any dispute over control of **your** organization. This coverage restriction will apply until such time as a final determination is made in a court of law regarding which person or group actually controls the organization. Once a final determination has been made and all appeals exhausted, then the prevailing party will be considered the representative of **your** organization, and: (1) any coverage provided by this policy in relation to any ongoing or subsequent **loss** will apply to such prevailing party; and (2) **we** will reimburse such prevailing party up to $25,000 toward reasonable and necessary legal expense (if any) that they incurred as the defendant in a declaratory action to determine organizational control.

15. **Knowledge of Loss:** Knowledge of **loss** will be deemed to have occurred at the earliest of the following times:

    a. when a suit, claim, or demand for **damages** alleging any **loss** is received by any **covered person**; or

    b. when any **covered person** reports the **loss** to **us** or any other insurer, or insurance agent or broker; or

    c. when any **covered person,** other than an **alleged perpetrator,** becomes aware of anything that indicates that any **loss** may have occurred or is occurring.

16. **Representations:** By accepting this Sexual Acts Liability Coverage endorsement, **you** agree that:

    a. the entries pertaining to this coverage on the **declarations** are based upon representations which **you** have made to **us** with respect to this coverage; and

    b. **we** have issued this Sexual Acts Liability Coverage endorsement in reliance upon such representations.

## OTHER PROVISIONS

The **terms** of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) do not apply to the coverages of this endorsement. However, except to the extent modified herein, any **terms** in the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) that apply to Principal Coverage M (Medical Payments) will apply to the Sexual Acts Medical Payments Extension of this endorsement.



Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form, the Liability and Medical Coverage Form and Sexual Acts Liability Coverage Form. Only one *liability coverage* will apply to a **sexual act** (including any error in reporting such act) and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

## MINISTRY OPERATIONS

# COVERAGE LIMITS
# REDEMPTIVE EMPLOYMENT AND/OR REDEMPTIVE APPOINTMENT

## PROVISION MODIFICATION

### REDEMPTIVE EMPLOYMENT AND/OR REDEMPTIVE APPOINTMENT COVERAGE LIMIT

**Liability Limits**- The Sexual Acts Coverage **limit** that applies to **loss** arising directly or indirectly out of or in connection with any **redemptive employment** or any **redemptive appointment** is <u>$300,000</u>. But this **limit** modification will only apply until the end of the **limitation period**.

**Medical Payments Limits**- The Sexual Acts Medical Payments Extension limit is <u>$0</u>, for any **medical expense** arising directly or indirectly out of or in connection with any **redemptive employment** or any **redemptive appointment**. But this **limit** modification will only apply until the end of the **limitation period**.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the applicable Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and the Sexual Acts Coverage Form (BGL-61) applies to this endorsement, unless otherwise modified herein. The following definitions apply only to the provisions of this endorsement.

1. **Adult volunteer group** means the membership in a group that:

   a. is open for membership to the congregation or to the general public; and

   b. does not require any election or appointment to join; and

   c. does not involve ministry directed toward children, youth or disabled individuals.

   **Adult volunteer group** includes membership in an adult choir, adult music ensemble, adult discussion group, or similar open group, but does not include any position that involves independent activity apart from the group, nor leadership responsibilities within the group.

2. **Extramarital sexual act** means:

   a. any sexual affair or sexual relationship; or

   b. any other act that may reasonably be assumed to have been undertaken for the purpose of obtaining sexual arousal or sexual gratification.

   This does not include acts of sexual intimacy between persons who are married to one another, or any **molestation/corruption act**.

3. **Limitation period** means a three (3) year period:

Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. beginning on the date of the last **extramarital sexual act** that is acknowledged or admitted to by the **subject appointee** or the **subject employee**; and

b. ending three (3) years after such date.

Should a **subject appointee** or a **subject employee** engage in one or more additional **extramarital sexual acts** during or after the **limitation period**, and should **your leader** or **leaders** become aware of such act(s), then the **limitation period** will re-set and the three (3) year period will begin running from the date of the last such subsequent **extramarital sexual act.**

4. **Redemptive appointment** means a situation in which:

   a. a person (the **subject appointee**) is known by **your leader** or **leaders** to have engaged in one or more **extramarital sexual acts**; and

   b. such person is, at any time during the three-year **limitation period**:

      (1) appointed to a position in **your** organization; or
      (2) retained in a position within **your** organization;

5. **Redemptive employment** means a situation in which:

   a. a person (the **subject employee**) is known by **your leader** or **leaders** to have engaged in one or more **extramarital sexual acts**; and

   b. such person is at any time during the three-year **limitation period**:

      (1) hired by **your** organization; or
      (2) retained as an *employee* within **your** organization;

6. **Subject appointee** means a person who is

   a. appointed to a position in **your** organization during the **limitation period**; or

   b. retained in a position within **your** organization during the **limitation period**;

   with the actual knowledge of **your leader** or **leaders** that such person had engaged in one or more prior **extramarital sexual acts**. For purposes of this Limitation Endorsement, membership in an **adult volunteer group** does not constitute appointment to a position, provided that the person does not hold a leadership position in such group.

7. **Subject employee** means a person who is

   a. hired by **your** organization during the **limitation period**; or

   b. retained as an *employee* within **your** organization during the **limitation period**;

   with the actual knowledge of **your leader** or **leaders** that such person had engaged in one or more prior **extramarital sexual acts.**

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11), and the Sexual Acts Liability Coverage Form (BGL-61) apply to this endorsement unless otherwise modified herein.

## HOW MUCH WE PAY

For other than **redemptive employment** situations and **redemptive appointment** situations, each of the provisions set forth in the How Much We Pay section of the applicable Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and the Sexual Acts Liability Coverage form (BGL-61) will apply to covered **loss** arising out of **sexual act(s)**.

The following **limit** modifications will apply, however, to all liability coverages of the policy and to all medical coverages of the policy for **loss** of any kind arising directly or indirectly out of or in connection with any **redemptive employment** and/or **redemptive appointment**.

Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

1. **Limit of Liability Coverage** - **We** will pay no more than $300,000 for any **sexual act** arising directly or indirectly out of or in connection with any **redemptive employment** and/or any **redemptive appointment**. This Redemptive Employment/Appointment Sexual Acts Liability Limit will replace and supersede: (1) the Sexual Acts Coverage Limit of the policy; and (2) any other otherwise-applicable coverage **limits** of the policy, for **loss** arising in any manner out of any **redemptive employment** and/or any **redemptive appointment.** This Redemptive Employment/Appointment Sexual Acts Liability Limit is the most **we** will pay for loss arising out of or in connection with any **redemptive employment** and/or any **redemptive appointment** regardless of

   a. The number of persons or entities to whom this policy provides coverage; or

   b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty; or

   c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**; or

   d. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

   e. the number of **sexual acts**, **sexual harassment** acts, or other acts, errors, omissions, decisions, events or breaches of duty contributing to the injury, damage, or **loss**; or

   f. the extent or duration of the injury, **loss** or **related loss**; or

   g. the extent, duration or amount of sexual activity or the number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**; or

   h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss**, or **related loss** should occur.

   i. the number and/or type of causes of action or theories of liability asserted in a suit for damages. Such causes or theories may include, but are not limited to, negligence, negligent supervision, negligent entrustment, intentional or negligent infliction of emotional distress, assault/battery, false imprisonment, defamation, invasion of privacy, or any other cause or theory arising directly or indirectly out of any **sexual act** or alleged in addition to a **sexual act.**

2. **Limit of Premises Medical Coverage** - **We** will pay no **medical expense** arising in any manner out of or in connection with any **redemptive employment** and/or any **redemptive appointment**. This Redemptive Employment/Appointment Sexual Acts Liability Limit will replace and supersede all other medical **limits** of the policy for **medical expense** arising in any manner out of any **redemptive employment** and/or any **redemptive appointment**.

3. **Aggregate Limits** - **We** will pay no more than $300,000 for all **sexual acts** taking place during the **policy period** if such acts arise directly or indirectly out of or in connection with any **redemptive employment** and/or any **redemptive appointment**.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the applicable Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and the Sexual Acts Liability Coverage form apply to each of the Additional Coverages provided by this endorsement, unless otherwise modified herein. The following conditions apply to this endorsement.

1. **Application of Coverage** - Nothing in this endorsement will act to increase any **limits** of coverage, or to in any way modify any **terms** of the policy other than the **terms** specified herein. No coverage is provided by the Provision Modification of this endorsement unless the Sexual Acts Liability Coverage

Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

Form is included as part of this policy, and only to the extent that coverage applies under the **terms** of that form. No Excess Liability coverage (if otherwise applicable) will apply to any claim arising out of any **redemptive employment** situation or any **redemptive appointment** situation.

2. **Coverage for Subject Employees and Subject Appointees** – If a **subject employee** or a **subject appointee** becomes an **alleged perpetrator** of a **sexual act** or of any **sexual harassment**, then coverage, if any, for such person will be provided subject to the **terms** of the Sexual Acts Liability Coverage Form and to the **limits** set forth in this endorsement. Under the terms of the Sexual Acts Liability Coverage Form, the following will apply:

   **We** do not pay for **loss** of any kind on behalf of any person who participates in or directs any **sexual act**, or **sexual harassment**; or who knowingly allows any **sexual act** or **sexual harassment** to occur.

3. **Coverage for Other Covered Persons** – If a claim is made against **you**, **your leaders** or any other **covered person** (other than a **subject employee** or a **subject appointee)**, then coverage, if any, for such **covered person** will be provided subject to the **terms** of the Sexual Acts Liability Coverage Form, and to the **limits** set forth in this endorsement.

## OTHER PROVISIONS

All other provisions of the applicable Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and the Sexual Acts Liability Coverage form apply to this endorsement, unless otherwise modified herein.

Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one **liability coverage** will apply to a **sexual act** (including any error in reporting such act) and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

# COVERAGE EXTENSION -- EMPLOYMENT-RELATED SEXUAL HARASSMENT AND SEXUAL ACTS LIABILITY

## AGREEMENT

**We** provide the Coverage Extension described in this endorsement, but only if this endorsement (BGL-861) is properly designated in the **declarations** of this policy, and only if **you** are a religious organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to the Coverage Extension provided by this endorsement, unless otherwise modified herein. The following definitions apply only to the Coverage Extension of this endorsement.

1. **Covered person** means **you**; and **your leaders**, **your** employees, **your appointed persons**, and **your volunteers**, but only while acting on **your** behalf and within the scope of their delegated authority

2. **Sexual Acts Coverage** means only the Sexual Acts Liability Additional Coverage, if any, that may be provided under the **terms** of this policy (through endorsement BGL-61).

3. **Sexual Harassment Coverage** means only the Sexual Harassment Liability Additional Coverage, if any, that may be provided under the terms of this policy (through endorsement BGL-61).

## LIMITATION

Nothing in this endorsement will act to increase any **limits** of coverage, or to in any way modify any **terms** of the policy other than the **terms** specified herein. No coverage is provided by the Coverage Extension of this endorsement unless the Sexual Acts Liability Coverage Endorsement (BGL-61) is included as part of this policy.

## COVERAGE EXTENSION (of BGL-61)

### EMPLOYMENT-RELATED SEXUAL HARASSMENT AND SEXUAL ACTS LIABILITY COVERAGE

Any **sexual acts coverage** or **sexual harassment coverage** otherwise provided to **your** organization will also apply to **bodily injury**, **emotional injury** or **personal injury** claims that are made against a **covered person** by **your** past or present employee or job applicant.

This Coverage Extension will apply only if, on the date of **loss**, this policy includes both the BGL-61 endorsement and this endorsement.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11), and the Sexual Acts Liability Coverage Endorsement (BGL-61) apply to the Coverage Extension provided by this endorsement, unless otherwise modified herein. The following exclusions apply to the Coverage Extension of this endorsement.

1. Exclusion 7 of the Sexual Acts Liability Coverage Endorsement (BGL-61) is deleted to the extent that coverage is otherwise provided herein.

2. The Coverage Extension of this endorsement provides no coverage for **financial damage** of


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

any kind; including loss of income or loss of employee benefits.

3. **We** do not pay for **loss** of any kind arising directly or indirectly out of any actual or alleged:

   a. fraudulent acts, willful harm, or the violation of any local, state or federal criminal or racketeering statute;

   b. violation of any local, state or federal statute relating to, or regulating, union or labor relations, occupational safety, fair labor standards, wage levels, hours of work or other similar employee rights or benefits; or

   c. punitive or retaliatory action directed against an employee or job applicant by any **covered person** as a result of the employee's or job applicant's compliance with any local, state or federal law.

4. **We** do not pay for **loss** of any kind, nor do **we** pay for costs associated with, any award or judgment granting a party relief other than compensatory monetary relief. This includes any injunctive orders, job reinstatement, or any other equitable relief. **We** also do not pay for any fines or non-compensatory penalties, or for any exemplary or punitive damages of any kind.

5. **We** do not pay for **loss** of any kind, nor do **we** pay for costs, associated with:

   a. any compensation or employee benefits earned in the course of employment;

   b. any amounts owed under any **employee benefit program**;

   c. any agreement obligating **your** organization to compensate an employee in the event of employee termination;

   d. the reinstatement or reemployment of any person; or

   e. any front pay, future **damages** or other future compensation, benefits, or **damages** resulting from any failure to reinstate or reemploy any person, if **you** have the option to reinstate or reemploy an individual, but fail to do so.

6. **We** do not pay for **loss** of any kind sustained by any person (other than a direct job applicant of **your** organization):

   a. whose day-to-day work **you** or **your leaders** do not control;

   b. while such person is working for the benefit of an employer other than **you**;

   c. who is a **temporary worker**; or

   d. who is a clergy person within **your** association or organization if the **loss** arises out of: (1) the ordination or licensing process; (2) any ordination or licensing relationship; or the termination or revocation thereof.

7. **We** do not cover any liability assumed under any contract or agreement relating to hiring or employment.

## HOW MUCH WE PAY

Each or the provisions set forth in the How Much We Pay section of the Sexual Acts Liability Coverage form (BGL-61) apply to the Coverage Extension of this endorsement. The following provisions also apply to the Coverage Extension of this endorsement.

1. **Limits of Coverage:**
   The **limits** that apply to **sexual acts coverage** (and **sexual harassment coverage**) will apply to the Coverage Extension of this endorsement.

## OTHER PROVISIONS

Each of the other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to the Coverage Extensions of this endorsement, unless otherwise modified herein.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy. No liability coverage is provided by this form.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

# MINISTRY OPERATIONS

## COVERAGE EXTENSION:
## TRAUMATIC INCIDENT RESPONSE℠ COVERAGE
## ($150,000 AGGREGATE LIMIT)

## AGREEMENT

**We** provide the Coverage Extension described in this endorsement, but only if this endorsement (BGL-991A) is properly designated in the **declarations** of this policy, and only if **you** are a religious or not-for-profit organization.

## COVERAGE EXTENSION

### TRAUMATIC INCIDENT RESPONSE EXTENSION

In the event that a traumatic incident takes place: (1) on **your** premises; or (2) during the course of **your** scheduled activity, at **your** request, **we** will pay up to the **limit** of coverage stated below (but subject to the Coverage Aggregate Limit and the individual Extension Aggregate Limits stated in the How Much We Pay section of this endorsement) for qualifying expenses that are incurred as a result of such **traumatic incident** that takes place in the **coverage territory** and during the **policy period**.

### ADDITIONAL MEDICAL EXPENSE COVERAGE

At **your** request, **we** will pay up to an additional $25,000, per person, for **medical expense** (including funeral or burial costs) of a **covered person** that would otherwise be covered under Principal Coverage M of this policy. This medical coverage extension is excess over any other medical coverage that is available or payable under any other policy, program or plan, and does not apply to any expense relating to the treatment of **emotional injury**. Payments made under this medical expense coverage extension are subject to the Medical Extension Aggregate provision in the How Much We Pay section of this endorsement. Such **medical expense** must be incurred within one year of the date on which the **traumatic incident** occurs.

### BROADENED WAGE LOSS REIMBURSEMENT COVERAGE (INCLUDING EMOTIONAL INJURY)

If this policy includes Wage Loss Reimbursement Coverage (Form BGL-99), at **your** request, **we** will pay up to an additional $1,500 ($5,000 total) for loss of income arising out of **bodily injury** or **emotional injury** sustained by a **covered person** or by a **covered observer** as the result of a covered **traumatic incident**. The terms of coverage set forth in the Wage Loss Reimbursement Form (BGL-99) that apply to loss of income resulting from **bodily injury** will also apply to this extension. Payments made under this wage loss coverage extension are subject to the Wage Loss Extension Aggregate provision in the How Much We Pay section of this endorsement. Such wage loss must be incurred within 6 months (180 days) of the date on which the **traumatic incident** occurs.

### INDIVIDUAL COUNSELING COVERAGE

At **your** request, **we** will pay up to $2,500 per **covered person**/**covered observer** for individual (one-on-one or family) counseling costs associated with **emotional injury** sustained by a **covered person** or by a **covered observer** as the result of a covered **traumatic incident**. Payments made under


Copyright, 2015 Brotherhood Mutual Insurance Co.
All Rights Reserved

this counseling coverage extension are subject to the Counseling Extension Aggregate provision in the How Much We Pay section of this endorsement. Such counseling costs must be incurred within 18 months of the date on which the **traumatic incident** occurs.

### ADDITIONAL ORGANIZATIONAL EXPENSE

At **your** request, **we** will reimburse **your** organization up to $50,000 (in total) for the following expenses that **you** incur as the result of a **traumatic incident**:

a. costs to obtain an alternate facility while the incident is being investigated; and

b. costs to retain a professional independent counselor or counseling service to meet with members of **your** organization; and

c. costs to retain a professional public relations specialist or public relations firm; and

d. costs to retain legal counsel to assist the organization in responding to the media, to victims or their representatives, or to law enforcement inquiries associated with the incident; and

e. costs to retain security personnel to guard **your** facility against further incidents; and

f. costs to retain temporary employees to handle additional work resulting from the incident; and

g. costs (such as non-refundable off-site facility rental charges) associated with event cancellation following a traumatic incident, but not including loss of event revenue or the refund of receipts that **you** convey in connection with such cancellation; and

h. other additional costs (not including property repair costs) that are incurred as a direct result of the incident and which have been authorized in advance by **us**;

but only to the extent that such cost is a reasonable and necessary expense, or has been authorized by **us** prior to being incurred.

Such additional expense must be incurred within 60 days of the date on which the **traumatic incident** occurs, or within 30 days before or 30 days after the first anniversary of the **traumatic incident**.

Any payment made under this Additional Organizational Expense coverage extension is subject to the Organizational Expense Extension Aggregate provision in the How Much We Pay section of this endorsement.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), applies to this endorsement, unless otherwise modified herein. The following definitions apply only to this endorsement.

1. **Covered observer** means: (1) **your leader**, **your** employee, a member of **your** organization, or a participant in **your** activity, who is present at, and who witnesses, a **traumatic incident**; or (2) the immediate family of a kidnapped, abducted, or unlawfully taken child while in **your** care. But **covered observer** does not include any person who has sustained a physical injury of any kind to their body in connection with the **traumatic incident**.

2. **Covered person** means: (1) a **leader** or a member of **your** organization; or (2) a participant in **your** activity; who sustains a physical injury to their body as a result of a **traumatic incident**. But **covered person** does not include anyone who:

   a. sustains only **emotional injury** in connection with a **traumatic incident**; or

   b. is employed by **you** or who is otherwise paid by **you** to do any work.

3. **Life-threatening injury** means **bodily injury** involving: (1) significant (life-threatening) damage to one or more vital organs; (2) substantial loss of blood or tissue; or (3) other grave physical injury; but only if such injury results in a substantial probability of death absent aggressive medical intervention.

4. **Traumatic incident** means only the following:

   a. a violent attack directed against one or more persons that results in death or in a **life-threatening injury**; or

   b. a violent attack directed against **your** organization or its property that results in death or in a **life-threatening injury**; or


Copyright, 2015 Brotherhood Mutual Insurance Co.
All Rights Reserved

c. the holding of a group of people in a location against their will by force or by the threat of force; or

d. the kidnapping, abduction, or unlawful taking of a child in **your** care; or

e. a suicide event that is witnessed by other persons; or

f. any other sudden event not otherwise excluded herein that results in: (i) the death of one or more persons; or (ii) a **life-threatening injury** to one or more persons; if such death or injury is witnessed by others.

Any related acts or events associated with a - f above will be considered a single **traumatic incident**, even if such acts or events do not occur at the same time or in the same location.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extension of this endorsement unless otherwise modified herein. The following exclusions also apply to the Coverage Extension of this endorsement.

1. All exclusions and other limitations that apply to Principal Coverage M (as set forth in forms GL-100 and BGL-11) will apply to the Additional Medical Expense Extension of this endorsement.

2. All exclusions and other limitations that apply to Wage Loss Reimbursement Coverage (as set forth in form BGL-99) will apply to the Broadened Wage Loss Reimbursement Extension of this endorsement, and no Wage Loss Coverage will apply under this endorsement unless Wage Loss Reimbursement Coverage (form BGL-99) is shown on the **declarations** of this policy.

3. The Coverage Extension of this endorsement will provide no liability coverage of any kind to any person or entity, and no judgment, award, settlement, penalty, fine, legal fees or other such cost, obligation or expense will be paid under the terms of this endorsement.

4. The Coverage Extension of this endorsement will provide no property coverage of any kind to any person or entity, and no payment will be made to rebuild, repair or replace any property of any kind under the terms of this endorsement.

5. The Coverage Extension of this endorsement will not apply to **bodily injury** resulting from the operation, maintenance, occupancy or use of any **auto**, unless such **auto:**

   a. strikes a pedestrian who is located on property that **you** own or rent; or

   b. strikes a pedestrian in the course of an off-site activity that is coordinated or sponsored by **your** organization; or

   c. is used with violent intent by a person who plans to cause injury or death to other persons through the use of the **auto**: (i) as a weapon; or (ii) to transport a weapon.

6. The Coverage Extension of this endorsement will not apply to **loss** of any kind resulting from any sexual contact or other **sexual act**, unless such act is undertaken as part of: (1) a public assault that is witnessed by multiple persons (other than the perpetrator and the victim); or (2) a kidnapping, abduction, or unlawful taking of a child in **your** care.

7. **We** will not pay for **loss** of any kind:

   a. that involves the use, release or escape of nuclear or radioactive materials, or

   b. that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

   c. that involves the dispersal, release or application of any pathogenic or poisonous biological or chemical materials of any kind.

8. **We** will not pay for **loss** of any kind sustained by any person or persons who intentionally inflict harm on others (or on themselves), unless such harm is directed against a violent perpetrator in self-defense or in defense of other innocent persons. Nor will **we** pay for injury sustained by any person other than a **covered person**.

9. The Additional Organizational Expense Extension of this endorsement will not apply to:

   a. any loss of, or reduction in, **your** organization's revenue, income, or donation receipts; or


Copyright, 2015 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. any other loss of revenue associated with a **traumatic incident**;

nor will it apply to any refunds that **you** convey in connection with cancelled events.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extension of this endorsement. The following provisions also apply to the Coverage Extension of this endorsement.

1. **Application of Coverage**:
The limit of payment stated within each section of the Coverage Extension of this endorsement represents the most **we** will pay for qualifying expenses to which the Coverage Extension applies. For the purpose of applying **limits** of coverage, any related acts, incidents or events that qualify as, or that together develop into, a **traumatic incident**, will be considered a single incident to which the **limits** of coverage as set forth herein will apply, even if such acts or events do not occur at the same time or in the same location.

2. **Coverage Aggregate Limit:**
The most **we** will pay for all covered costs associated directly or indirectly with a **traumatic incident** covered herein is $150,000. This Coverage Aggregate Limit represents the most **we** will pay in relation to a single **traumatic incident**, regardless of the number of Coverage Extensions that apply, the number of persons affected, or the total amount of cost incurred in connection with such incident.

3. **Medical Extension Aggregate Limit:**
**We** will pay no more than $100,000 for all **medical expense** associated with a single **traumatic incident** covered under the Additional Medical Expense Coverage Extension herein. Covered medical bills will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease. This Medical Extension Aggregate Limit represents the most **we** will pay for all **medical expense** in relation to a single **traumatic incident**, regardless of the number of persons affected, or the total amount of cost incurred in connection with such incident.

4. **Wage Loss Extension Aggregate Limit**:
**We** will pay no more than $10,000 for all wage loss reimbursement associated with a single **traumatic incident** covered under the Broadened Wage Loss Reimbursement Coverage Extension herein. This $10,000 aggregate **limit** is payable over and above payments received under the **terms** of coverage set forth in the Wage Loss Reimbursement Form (BGL-99). Covered wage loss will be paid in the order that proof of wage loss documentation is received by **us**, until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease. This Wage Loss Extension Aggregate Limit represents the most **we** will pay for all covered income loss in relation to a single **traumatic incident**, regardless of the number of persons affected, or the total amount of income loss incurred in connection with such incident.

5. **Counseling Extension Aggregate Limit**:
**We** will pay no more than $40,000 for all counseling expense associated with a single **traumatic incident** covered under the Individual Counseling Coverage Extension herein. Covered counseling bills will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease. This Counseling Extension Aggregate Limit represents the most **we** will pay for all individual counseling expense in relation to a single **traumatic incident**, regardless of the number of persons affected, or the total amount of cost incurred in connection with such incident.

6. **Organizational Expense Extension Aggregate Limit:**
**We** will pay no more than $50,000 for all additional organizational expense associated with a single **traumatic incident** covered under the Organizational Expense Extension herein. Covered expenses will be paid in the order that documentation is received by **us** until an applicable **limit** (per extension or coverage aggregate) is reached, at which point payment associated with such extension or incident will cease. (This includes expenses for costs that were approved by **us**). This Organizational Expense Extension Aggregate Limit represents the most **we** will pay for all additional organizational expense in relation to a single **traumatic incident**, regardless of the total amount of cost incurred in connection with such incident.


Copyright, 2015 Brotherhood Mutual Insurance Co.
All Rights Reserved

7. **Other Medical Insurance**:
   The medical payments coverage provided in this endorsement will be strictly excess over any other policy, program or plan designed to pay medical expenses.

8. **Payment/Reimbursement Limitations**:
   Costs to which this endorsement would otherwise apply will be paid or reimbursed by **us** only to the extent that such costs are reasonable and necessary, or have been authorized in advance by **us**.

9. **Other Policy Coverages:**
   The coverage provided by this endorsement will apply in addition to other available coverages of this policy, but remains subject to the General Occurrence Limit and General Aggregate Limit of the policy, as well as being subject to the coverage-specific extension limits set forth herein.

10. **Coverage Requests**:
    Coverage under this endorsement will apply based on **your** request for coverage. The leaders of **your** organization are responsible for identifying which categories of coverage (Medical, Wage Loss, Counseling and/or Organizational Expense) will apply under the **terms** of this endorsement. If, during the course of claim administration, **your leaders** decide to revise their coverage request by eliminating a category of coverage that had previously been selected (a change request), then, subject to any applicable **limits**, **we** will complete the processing and payment of covered bills from that category that were received by **us** prior to the change request. **We** will not pay any bills from such category if they are submitted after **your** change request has been received.

11. **Order of Payments:**
    Covered bills and expenses will be paid in the order that they are received by **us** until an applicable **limit** (per person, per extension or coverage aggregate) is reached, at which point payment associated with such person, extension or incident will cease.

12. **Communication to Affected Persons**:
    **You** will be responsible for conveying to **us** the extension categories for which **you** are requesting coverage under the **terms** of this endorsement. **You** will also be responsible for assisting **us** in communicating to affected persons the manner in which, and the extent to which, payment under the **terms** of this endorsement will apply.

## LIMITATION

Nothing in this endorsement will act to increase any **limits** of coverage, or to in any way modify any terms of the policy other than the **terms** specified herein. This endorsement provides no liability coverage of any kind.

## OTHER PROVISIONS

All other provisions of the policy will continue to apply, unless otherwise modified herein.


Copyright, 2015 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# WAGE LOSS REIMBURSEMENT COVERAGE

## AGREEMENT

**We** provide the Additional Coverage described in this endorsement, but only if *Wage Reimbursement* coverage is properly designated in the **Declarations** of this policy.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), applies to this endorsement, unless otherwise modified herein. The following definition applies only to the Additional Coverage of this endorsement.

1. **Covered wage loss** means reasonable and necessary loss of actual income as the result of **bodily injury**, but only to the extent that such income was being paid on the date of accident, and only if the income loss is documented in writing by the employer of the person sustaining the income loss.

2. **Life-threatening injury** means **bodily injury** involving: (1) significant (life-threatening) damage to one or more vital organs; (2) substantial loss of blood or tissue; or (3) other grave physical injury; but only if such injury results in a substantial probability of death absent aggressive medical intervention.

## ADDITIONAL COVERAGES

### WAGE LOSS REIMBURSEMENT COVERAGE

Subject to the limitations set forth herein, **we** pay reasonable and necessary **covered wage loss** resulting from **bodily injury**, up to $3,500 per injured person. The **bodily injury** must be caused by an accident:

a. on premises **you** own or rent; or

b. arising out of **your** operations.

**We** pay such **covered wage loss** regardless of fault, but only if such wage loss:

a. arises out of an accident that occurs in the **coverage territory** during the **policy period**; and

b. is incurred and reported within 6 months (180 days) of the accident; and

c. results from time away from work: (1) as specifically directed by a physician; or (2) as required to personally care for a dependent covered herein; or (3) to coordinate funeral details and other details associated with the death of a dependent; or (4) to coordinate life care details and other details associated with a **life-threatening injury** to a dependent.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

The payment of **covered wage loss** by **us** does not mean that **we** admit **we** are liable under other coverages of this policy.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following exclusions apply only to the Additional Coverage of this endorsement.

1. **We** do not pay for any wage or income loss if such loss is covered under any Workers' Compensation, occupational disease or disability insurance policy, or to the extent that any **covered wage loss** is paid to or on behalf of any person covered herein by another policy, program or plan of any kind.

2. **We** do not pay for any wage or income loss arising directly or indirectly out of **bodily injury** sustained by:

   a. **your** employee, or by any person **you** have hired to do work on **your** behalf; or

   b. any **student**, **day care participant** or **camper**, unless **we** provide medical payments coverage that applies to such person.

3. **We** do not pay for any wage or income loss arising directly or indirectly out of **bodily injury** that results in any manner from the operation, occupancy, maintenance, use, **loading or unloading** of any auto, aircraft or watercraft of any kind.

4. **We** do not pay for any wage or income loss arising directly or indirectly out of **bodily injury** to a person injured on that part of the premises that the person normally occupies, or for any wage or income loss sustained by any tenant of an **insured**.

5. **We** do not pay for any wage or income loss arising directly or indirectly out of **bodily injury** sustained while taking part in any **athletic activity**.

6. **We** do not pay for any wage or income loss arising directly or indirectly out of **bodily injury** sustained by any person staying at **your** facility, if the facility regularly houses or cares for persons who do not have a residence or who have voluntarily or involuntarily placed themselves, or been placed, at **your** facility.

7. **We** do not pay for any wage or income loss arising directly or indirectly out of **bodily injury** sustained by anyone who is:

   a. trespassing on property when the injury occurs;

   b. on or in an area without permission; or

   c. on or in an area that the person does not have a reasonable belief they are entitled to occupy.

8. **We** do not pay for any wage or income loss that is not documented, or that is speculative in nature.

9. Except in the case of coordinating details associated with a **life-threatening injury** to a dependent, **we** do not pay for any wage or income loss for time away from work due to appointments with medical providers.

10. **We** do not pay for any wage or income loss for time away from work by an injured person unless required by a physician, or for time away from work after a physician has authorized an injured party to return to work.

11. Other than with respect to the following specified Injury Exception, **we** do not pay for any wage or income loss on behalf of any person who does not sustain **bodily injury**.

    **<u>Injury Exception</u>**: Despite the injury requirement stated in Exclusion 11, **we** will provide the Additional Coverage herein for **covered wage loss** sustained by an uninjured person if:

    a. **bodily injury** or death that is otherwise covered herein is sustained by a dependent of the uninjured person; and

    b. the uninjured person misses time from work: (1) to care for a dependent covered herein; or (2) to coordinate funeral details and other details associated with the death of a dependent; or (3) to coordinate life care


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

details and other details associated with a **life-threatening injury** to a dependent; and

c. the time away from work is essential for the care of the injured person; or is related to the coordination of funeral details and other details associated with the death of a dependent; or is related to the coordination of life care details and other details associated with a **life-threatening injury** to a dependent.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Additional coverage provided by this endorsement, unless otherwise modified herein. The following provisions apply to the Additional Coverage of this endorsement.

1. **We** will pay two-thirds (2/3) of the reasonable, necessary and documented **covered wage loss** provided by the Additional Coverage of this endorsement. In the event that another policy, program or plan pays a portion of the **covered wage loss** (but less than 2/3 of the **covered wage loss**), then **we** will pay the difference between such portion and two-thirds (2/3) of the **covered wage loss**.

2. **We** will pay no more than $3,500 per injured person for any **covered wage loss** to which this endorsement applies.

3. Coverage under this endorsement for an uninjured person is limited to the following:

   a. in the event of a non-life-threatening injury to a dependent, **we** will pay up to two-thirds (2/3) of the uninjured person's **covered wage loss** for 40 hours of work, or $3,500, whichever is less.

   b. in the event of a **life-threatening injury** to, or the death of, a dependent, **we** will pay up to two-thirds (2/3) of the uninjured person's **covered wage loss** for 80 hours of work, or $3,500, whichever is less.

4. **We** will pay no more than $35,000 toward all **covered wage loss** to which this endorsement applies. This Coverage Aggregate Limit represents the most that **we** will pay for **covered wage loss** arising out of any one incident or event, or any series of related incidents or events. This $35,000 Coverage Aggregate Limit will apply regardless of the number of persons sustaining **loss**, or the total amount of lost wages incurred by such persons.

## CONDITIONS

Each of the provisions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following condition applies to the Additional Coverage of this endorsement.

1. **Required Documentation**:
   If a person to whom coverage applies under this endorsement is self-employed or is employed by a relative, then such person must submit to **us**, at our request, payroll records, tax returns and other necessary records to document their **covered wage loss**.

## OTHER PROVISIONS

All other provisions of the Commercial General Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to this endorsement unless otherwise modified herein.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one **liability coverage** will apply to an **occurrence** and any **related loss**. No **liability coverage** applies under this endorsement for **loss** of any kind associated with any **auto**, mobile equipment or owned aircraft. This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

***To report an international claim, visit the Claims page at www.brotherhoodmutual.com***

# WORLDWIDE LIABILITY AND MEDICAL EXTENSION
## WITH OPTIONAL EXTENDED FOREIGN OPERATIONS COVERAGE

## EXTENDING LIABILITY AND MEDICAL COVERAGES OF THIS POLICY TO YOUR INTERNATIONAL LIABILITY EXPOSURES

***Note**: This endorsement extends the **liability coverages** and **medical coverages** of this policy to injuries sustained, claims brought, or lawsuits filed anywhere in the world. Additional coverage is extended to protect **your** ministry and its covered ministry representatives for exposures associated with international activity.*

*Coverage for **extended foreign ministry operations** is only provided if shown as Included on the **declarations**, and such coverage, if included, is subject to* the *Extended Foreign Ministry Operations Coverage Schedule of the **declarations**, as set forth in the How Much We Pay section of this endorsement.*

*No coverage applies under this endorsement for **loss** of any kind associated with any **auto**, mobile equipment or owned aircraft. Unless otherwise specifically indicated herein, no coverage applies to claims occurring in **foreign territory** unless such claim would otherwise be covered under this policy in the **basic territory**.*

## COVERAGE EXTENSIONS AND PROVISION MODIFICATION

**We** provide the Coverage Extensions and Provision Modifications described in this endorsement, but only if *Worldwide Liability and Medical Extension* is properly designated in the **declarations** of this policy, and only if **you** are a religious or not-for-profit organization, or **you** are an organization that is owned by or controlled by a religious or not-for-profit organization.

## GENERAL DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extensions and other grants of coverage provided by this endorsement, unless otherwise modified herein. The following definitions apply only to this endorsement.

1. **Covered person** means, with respect to any **liability coverage** or **medical coverage** of this policy, only:

   a. those persons or entities who are defined as a "covered person" in an applicable liability or medical endorsement; and

   b. **your foreign ministry participants**.

   If a **covered person** should die, then his or her estate will be a **covered person** if a covered claim is made against the estate.

2. **Extended foreign ministry operations** means any operation, activity, mission work or related travel undertaken by any person in **foreign territory** if performed in furtherance of **your** ministry operations, but only if such operation, activity or travel is intended to extend, or does extend, for more than 60 consecutive days. Any activity undertaken on **your** behalf by a **foreign-based person** will in all cases be part of **your extended foreign ministry operations**, even if


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

undertaken in conjunction with a **short-term foreign trip**, or with activity occurring in the **basic territory**. Any communication, decision, supervision, planning or other activity undertaken by a **covered person** in connection with or in support of **extended foreign ministry operations** will be considered to be **extended foreign ministry operations,** even if such **covered person** is located in the **basic territory** when such communication, decision, supervision, planning or other activity occurs.

3. **Foreign ministry participant** means an individual while working in, traversing, lodging in, traveling in or otherwise located within, **foreign territory**, but only when:

   a. participating in a **short-term foreign trip**; and

   b. acting on **your** behalf, for **your** benefit and within the scope of his or her delegated authority in furtherance of **your** ministry operations.

   If Extended Foreign Ministry Operations is shown as *Included* for Worldwide Liability Extension Coverage on the **declarations**, then **foreign ministry participant** will also include individuals (including **foreign-based persons**) who are participating in **your extended foreign ministry operations**, but only when acting on **your** behalf, for **your** benefit and within the scope of such person's delegated authority in furtherance of **your** ministry operations.

4. **Foreign-based person** means an individual who is stationed in, working in, living in, traversing within, residing in, or otherwise located in **foreign territory** for more than 60 days, or who intends to remain in **foreign territory** for more than 60 days.

5. **Foreign territory** means:

   a. land that is not part of the **basic territory**; and

   b. international waters and airspace.

6. **Kidnap/extortion incident** means a situation in which one or more persons are improperly seized and detained against their will as a hostage or hostages, and the release of such hostage or hostages is conditioned upon an act or transaction, including the payment of a ransom. If more than one person is kidnapped through a coordinated effort of one or more conspiring kidnappers, such kidnapping will be considered a single **kidnap/extortion incident**, even if the acts of kidnapping occur over time.

7. **Law enforcement inquiry** means an investigation undertaken by law enforcement officials and directed against a person suspected of committing a criminal offense under national, territorial or local law, including any arrest, detention or related prosecution for such alleged offense. More than one such criminal investigation, prosecution (or appeal thereof) arising out of the same or related incidents, allegations or events will be considered a single **law enforcement inquiry**.

   **Law enforcement inquiry** also includes an investigation, detention, or imprisonment undertaken by law enforcement officials in **foreign territory** against a person suspected of committing an offense under the laws or cultural restrictions of the **foreign territory**, including any arrest, detention or related prosecution for such offense.

8. **Leader** means a person (whether or not a director or officer) while serving as a member of **your** governing board, or **your** administrator, director, officer or trustee, but only if acting on **your** behalf and within the scope of their delegated authority as such.

9. **Liability coverage** means the liability coverages provided by this policy (whether Principal, Supplemental or Additional Coverage, and whether such coverage is mandatory or optional). But **liability coverage** does not include:

   a. any coverage provided by an Excess/Umbrella Liability Coverage Form, if included as part of this policy; or

   b. any coverage that may have been added to this policy that applies to **loss** relating in any manner to an **auto** or to mobile equipment, regardless of who owns such **auto** or equipment; or

   c. any coverage that may have been added to this policy that applies to **loss** relating in any manner to any type of air conveyance that is owned, operated or controlled by **you** or by any **covered person**.

10. **Medical coverage** means any coverage provided by this policy that is intended to pay for covered **medical expense** regardless of fault.

11. **Qualifying act of terrorism** means a malicious act that is certified by government officials as a


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

qualifying act of terrorism under any national terrorism law.

12. **Short-term foreign trip** means temporary travel abroad in furtherance of **your** ministry operations by one or more individuals who reside in the **basic territory**; but only if such travel occurs:

    a. in **foreign territory**; and

    b. for no more than 60 consecutive days.

    **Short-term foreign trip** includes temporary travel by persons who reside in the **basic territory** in support of **your** ministry operations in **foreign territory**, but **short-term foreign trip** does not include any trip, travel, work activity or other activity of any kind that is undertaken by any **foreign-based person**. **Short-term foreign trip** also does not include **extended foreign ministry operations** of any kind.

## PROVISION MODIFICATION: WORLDWIDE LIABILITY COVERAGE

Subject to the applicable **terms** of coverage, **we** provide the following Provision Modification.

**Definition of coverage territory:**
Other than for the coverages specifically excluded herein, wherever the definitions **basic territory** or **coverage territory** appear in a **liability coverage** of this policy (other than within this Worldwide Liability Coverage Endorsement), they will mean "anywhere in the world".

This means that all Principal Liability Coverages, Supplemental Liability Coverages, and Additional Liability Coverages provided by this policy will extend to claims or suits that are brought or filed anywhere in the world in relation to a covered act, error, omission, or incident occurring during the **policy period**. This includes claims or suits that are brought or filed in the United States, its territories and possessions, but also includes claims or suits that are pursued against **you** or other **covered persons** in foreign countries.

Other than a broadening of the territory definition as described above, all provisions, **limits**, limitations, conditions, exclusions and other **terms** that apply to the applicable **liability coverage** of this policy will continue to apply to **short-term foreign trips**.

This Provision Modification will apply to **short-term foreign trips** even if such trips are undertaken with the purpose of supporting **your** foreign operations that would otherwise constitute **extended foreign ministry operations**.

**Extended foreign ministry operations:** This Provision Modification will also conditionally apply to **your extended foreign ministry operations**, but only if Extended Foreign Ministry Operations is shown as *Included* for Worldwide Liability Extension Coverage on the **declarations**. Coverage **limits** applicable to **loss** of any kind:

1. related to **your extended foreign ministry operations**; or

2. incurred by, caused by or related to any **foreign-based person**;

will be subject to the Extended Foreign Ministry Operations Coverage Schedule of the **declarations**, as set forth in the How Much We Pay section of this endorsement.

Coverage for **your extended foreign ministry operations** will apply only if **your** organization has also purchased a foreign liability policy, program, or plan that:

a. provides commercial general liability coverage for **your extended foreign ministry operations**; and

b. is placed with a commercial lines carrier that has been approved for **your** ministry organization by Brotherhood Mutual.

**Excluded Coverage – Excess/Umbrella Liability:**
This Provision Modification will not apply to coverage provided by an Excess/Umbrella Liability Coverage Form, if included as part of this policy.

Accordingly, the definition of **coverage territory** as set forth in the Commercial Liability Coverage Form (GL-100) will continue to apply to coverage provided by an Excess/Umbrella Liability Coverage Form, if included as part of this policy, and Excess/Umbrella Liability Coverage will not apply to any claims made or suits brought outside of the **basic territory**.

**Excluded Coverage – Auto Liability / Mobile Equipment Liability / Owned Aircraft Liability:**
This Provision Modification will not apply to any endorsement of this policy that applies to **loss** arising out of an **auto** or mobile equipment (whether owned or non-owned); nor will this Provision Modification apply to any endorsement of this policy that applies to **loss** arising out of any air conveyance of any kind if such conveyance is owned by, operated by or controlled by **you** or by any **covered person**.

Accordingly, the definition of **coverage territory** as set forth in the Commercial Liability Coverage Form


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

(GL-100) will continue to apply to any liability endorsement of this policy that applies to **loss** of any kind arising out of an **auto** or mobile equipment (whether owned or non-owned). The definition of **coverage territory** as set forth in the Commercial Liability Coverage Form (GL-100) will continue to apply to any liability endorsement of this policy that applies to **loss** of any kind arising out of any air conveyance of any kind if such conveyance is owned, operated or controlled by **you** or by any **covered person**.

No coverage will apply under the **terms** of such endorsement to any vehicle use or owned aircraft use that occurs outside of the **basic territory**, or to any claim made or suit brought outside of the **basic territory** if such claim or suit involves any vehicle, or any air conveyance that is owned by, operated by or controlled by **you** or by any **covered person.**

## PROVISION MODIFICATION: WORLDWIDE MEDICAL COVERAGE

Subject to the applicable **terms** of coverage, **we** provide the following Provision Modification.

Principal Coverage M, and any other **medical coverage** provided by this policy will apply on a worldwide basis. This means that the **medical coverage** of this policy will apply to **covered persons** who are injured: (1) within the United States, its territories and possessions; or (2) anywhere else in the world while such person is away from the **basic territory** while engaged in a **short-term foreign trip** during the **policy period** as part of **your** ministry operations. **We** will pay for covered **medical expense** whether such expense is incurred in the United States or anywhere in the world.

Other than a broadening of the territory definition as described above, all provisions, **limits**, limitations, conditions, exclusions and other **terms** that apply to the applicable **medical coverage** of this policy will continue to apply.

This Provision Modification will apply to **short-term foreign trips** even if such trips are undertaken with the purpose of supporting **your** foreign operations that would otherwise constitute **extended foreign ministry operations**.

**Extended Foreign Ministry Operations:** This Provision Modification will conditionally apply to **your extended foreign ministry operations**, but only if Extended Foreign Ministry Operations is shown as *Included* for Worldwide Liability Extension Coverage on the **declarations**.

## ADDITIONAL LIABILITY COVERAGE EXTENSIONS

Subject to the applicable **terms** of coverage, **we** provide insurance for the following Additional Liability Coverage Extensions.

## SHORT-TERM TRIP LIMITED KIDNAP AND EXTORTION EXPENSE REIMBURSEMENT COVERAGE

At **your** request, **we** will reimburse **your** ministry organization up to $25,000 (in total) for the following expenses that **you** incur in response to a **kidnap/extortion incident** that occurs anywhere in the world in connection with a **short-term foreign trip** during the **policy period**:

a. ransom costs incurred to pay for the release of kidnapped individuals; and/or

b. costs to retain a hostage negotiator who is hired by the ministry; and/or

c. costs to retain local security personnel to protect remaining members of a traveling group until they can be evacuated; and/or

d. costs incurred to set up a command center in the country where the kidnap occurs; and/or

e. costs incurred to pay a reward or to compensate an informant in connection with the kidnapping; and/or

f. costs incurred to send up to two individuals to the country, region or location where the kidnap occurred; and/or

g. costs to retain a professional public relations specialist or public relations firm; and/or

h. costs to retain a legal advisor to assist the organization in responding to potential legal claims associated with the incident if not otherwise covered by this policy; and/or

i. costs to retain a professional independent counselor or counseling service to meet with individuals affected by the kidnapping; and/or

j. other additional reasonable and necessary costs that are incurred by **your** ministry organization as a direct result of the


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

**kidnap/extortion incident**, and which have been authorized in advance by **us**;

but only to the extent that such cost is a reasonable and necessary expense, or such cost has been authorized by **us** prior to being incurred.

This liability coverage extension applies to **kidnap/extortion incidents** involving one or more individuals engaged in a **short-term foreign trip.** No coverage applies to any **kidnap/extortion incident** arising directly or indirectly out of or in connection with any **extended foreign ministry operations.**

Payment of the above expenses will be subject to a $25,000 limit, regardless of the number of **covered persons** who are the subject of a **kidnap/extortion incident.**

Such additional expense must be incurred during the time that a kidnapped individual is being held hostage, or within 30 days of the date upon which all hostages have been released.

**Limitations:** This Short-term Trip Limited Kidnap and Extortion Expense Reimbursement Coverage provides reimbursement funds as described herein, but it provides no hostage negotiation assistance nor any other kidnap and ransom services. Coverage applies only to **kidnap/extortion incidents** arising out of **short-term foreign trips**. No coverage applies to any **loss**, cost or expense related to any **kidnap/extortion incident** arising out of any **extended foreign ministry operations.**

## SHORT-TERM FOREIGN TRIP TERRORISM-RELATED TRAVEL INTERRUPTION REIMBURSEMENT

At **your** request, **we** will reimburse **your** ministry organization up to $100,000 (in total) for the following expenses that **you** incur in response to a **qualifying act of terrorism** that disrupts a **short-term foreign trip** during the **policy period**:

a. lodging expenses that are incurred as a direct result of the cancellation of scheduled transportation due to, and occurring within 72 hours of, a **qualifying act of terrorism**;

b. the increased cost incurred to re-route or re-book comparable transportation as a replacement for transportation that is cancelled as a direct result of a **qualifying act of terrorism**;

but only to the extent that such cost is a reasonable and necessary expense, or such cost has been authorized by **us** prior to being incurred. This coverage applies to **qualifying acts of terrorism** occurring in the United States, its territories or possessions; in Canada; in international waters or airspace; or in **foreign territory.**

This liability coverage extension applies to expenses incurred in connection with a **short-term foreign trip.** No coverage applies to any expenses incurred if such expenses arise directly or indirectly out of or in connection with any **extended foreign ministry operations.**

Payment of the above expenses will be subject to a $100,000 limit, regardless of the number of **covered persons** whose travel is interrupted by a **qualifying act of terrorism.**

## SHORT-TERM FOREIGN TRIP DEATH REIMBURSEMENT COVERAGE FOR YOUR LEADERS

At **your** request, **we** will pay an accidental death benefit to **your** ministry organization in the amount of $50,000 (in total) if **your leader** suffers an accidental injury that results in loss of life while on a **short-term foreign trip** during the **policy period.** Such loss of life must occur not later than 180 days after the policy period expiration, the date of cancellation, or the date of non-renewal or not later than one year from the date of the accident, whichever is later.

*Limitation on Travel Death Reimbursement Coverage*
This Short-Term Foreign Trip Death Reimbursement Coverage for Your Leaders will not apply to any loss of life that is caused by:

a. an act of suicide or attempted suicide;

b. an act of war; or

c. a disease, illness or medical condition unrelated to an accident, regardless of where such disease or illness is contracted.

This liability coverage extension applies to an accidental injury that occurs on a **short-term foreign trip** only. No coverage applies in connection with **extended foreign ministry operations.**


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

## PROVISION MODIFICATION: COVERAGE FOR FOREIGN MINISTRY PARTICIPANTS – OTHER INSURANCE

**Coverages to which Primary Coverage Applies:** Other than the coverages indicated within the Coverages to Which Excess Coverage Applies provision stated immediately below, and strictly subject to all of the **terms** of this endorsement, any coverage provided to a **foreign ministry participant** or other **covered person** under the **terms** of this endorsement will be provided on a primary basis. For the coverages of this policy that are not subject to the excess coverage provision below, this means that the coverage of this policy as conveyed through this endorsement will be primary to any other available insurance policy that provides any liability coverage for any **covered person** designated herein.

**Coverages to Which Excess Coverage Applies:** Subject to all of the **terms** of this endorsement, the Principal and Supplemental Coverages of the Commercial Liability Coverage Form (GL-100), the Principal and Additional Coverages of the Fire Legal Liability and Other Nonowned Property Damage Liability Coverages Form (BGL-951), and the Additional Coverages of the Broad Scope Media Liability Coverage Form (BGL-41) will be strictly excess with respect to any foreign commercial general liability policy, program, or plan that provides commercial general liability coverage in relation to **your** ministry operations in a **foreign territory**, as set forth in the How Much We Pay Section of this endorsement.

## PROVISION MODIFICATION: LAW ENFORCEMENT INQUIRY IN FOREIGN TERRITORY (DETENTION/IMPRISONMENT) DEFENSE REIMBURSEMENT

The definition of **law enforcement inquiry**, as defined in the Definition section of this endorsement, will replace and supersede the definition of “law enforcement inquiry” in the Legal Liability Defense Reimbursement Coverage Form (BGL-89) and Religious Freedom Protection Coverage Form (BGL-66), but only if Legal Liability Defense Reimbursement Coverage and/or Religious Freedom Protection Coverage are listed in the **declarations**, and are included as part of this policy.

## FOREIGN OPERATIONS IMAGE RESTORATION EXTENSION

At **your** request, **we** will reimburse **your** ministry organization up to $10,000 for the following expenses that **you** incur as the result of or in connection with an **occurrence** resulting in **bodily injury**, **property damage**, **personal injury**, **emotional injury**, **financial damage**, or a **law enforcement inquiry** otherwise covered by this policy that arises out of a **short-term foreign trip** or **your extended foreign ministry operations** (if coverage for such operations is included as part of this policy):

a. costs to retain a professional public relations specialist or public relations firm; and/or

b. costs to retain other outside professional specialists;

for purposes of responding to a threat to the reputation, image or effective operations of **your** ministry organization.

Reimbursement of such cost applies, however, only to the extent that such cost is a reasonable and necessary expense, or such cost has been authorized by us prior to being incurred.

This liability coverage extension will not apply any expense incurred as a result of any **sexual act** or **kidnap/extortion incident**.

Costs covered herein must be incurred within 120 days of the date of the **occurrence** to which the applicable coverage applies.

## EXPANDED MEDICAL COVERAGE FOR FOREIGN MINISTRY PARTICIPANTS

***(Covered Endemic Disease, Environmental Conditions; and Foreign Terrorism)***

Subject to the applicable **terms** of coverage, **we** will extend Principal Coverage M (Medical Payments) as follows:

**We** pay reasonable and necessary **medical expenses** not otherwise covered by this policy if incurred by a **foreign ministry participant** as the result of **bodily injury** caused by or resulting directly from:

a. a **covered endemic disease**; or

b. a **covered environmental medical condition**; or


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

c. **foreign terrorism**;

but only if such accidental injury, infection, disease or condition occurs:

(1) in **foreign territory**; and

(2) in connection with a **short-term foreign trip** or **your extended foreign ministry operations** (if coverage for such operations is included as part of this policy); and

(3) during the **policy period**.

No deductible applies to this coverage.

**We** will pay up to the *Coverage M Medical Limit* stated in the **declarations** for **medical expenses** covered herein, subject to all of the **terms** of Principal Coverage M. **We** will pay such medical expense whether the treatment is provided in **foreign territory** or in the **basic territory**, but only if it is incurred within one year of the date of the accident or the onset of the infection, disease or medical condition.

## ADDITIONAL MEDICAL COVERAGE DEFINITIONS

### *(Covered Endemic Disease, Environmental Conditions; and Foreign Terrorism)*

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Expanded Medical Coverage of this endorsement, unless otherwise modified herein. The following definitions apply only to the Expanded Medical Coverage of this endorsement.

1. **Covered endemic disease** means a disease, **parasitic infection** or other medical condition that is either common to, or is constantly present among, a population in a particular location or region in **foreign territory**. **Covered endemic disease** includes malaria, tuberculosis, typhoid and similar diseases, but **covered endemic disease** does not include any non-communicable medical condition, such as malignant or non-malignant growths, heart attack or stroke. **Covered endemic disease** also does not include any communicable disease, illness or infection that has been declared to be a pandemic by the World Health Organization or by any similar global health agency.

2. **Covered environmental medical condition** means an illness, infection or other medical condition that:

   a. is triggered by local or environmental conditions; or

   b. results from ingesting tainted food or water; or

   c. is otherwise sustained by or contracted by a **covered person** due to his or her involvement in a **short-term foreign trip** or **your extended foreign ministry operations** (if coverage for such operations is included as part of this policy);

   but only if such illness, infection or condition is contracted in **foreign territory**. **Covered environmental medical condition** includes asthma attacks, food poisoning, water-borne illnesses, heat exhaustion and other medical conditions that are sustained or contracted because of an individual's involvement in a **short-term foreign trip** or **your extended foreign ministry operations** (if coverage for such operations is included as part of this policy). **Covered environmental medical condition** does not include any illness, infection or condition that has been declared to be a pandemic by the World Health Organization or by any similar global health agency.

3. **Foreign terrorism** means a malicious act occurring in **foreign territory** that:

   a. is violent, or is dangerous to human life, property, or infrastructure; and

   b. is undertaken in an effort to:

      (1) terrorize a civilian population, or

      (2) affect political or societal change; or

      (3) destabilize a ruling authority or ruling body; or

      (4) influence governmental policy; or

      (5) attack the policy, practices, symbols or beliefs of any government institution, or any religion, sect or belief system.

4. **Parasitic infection** means illness or tissue damage that arises from the invasion of a human body by a being that:


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. is classified as a protozoan or helminth organism; and

b. inhabits the human body, blood, fluids or organs as a host.

**Parasitic infection** includes malaria, intestinal worms, liver or lung flukes, elephantiasis, sleeping sickness and other similar infections.

## EXCLUSIONS

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and other applicable liability endorsements will apply to the Coverage Extensions and other grants of coverage provided by this endorsement, unless otherwise modified herein. The following exclusions also apply.

1. Any coverage provided by an Excess/Umbrella Liability Coverage Form, if included as part of this policy, will not extend to **loss** of any kind associated with an accident, incident, injury or damage of any kind occurring in **foreign territory**.

2. No coverage is provided herein with respect to **loss** of any kind arising directly or indirectly out of or in connection with the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, control, **loading or unloading** of any **auto** or mobile equipment (whether such **auto** or equipment is owned or non-owned), nor will coverage herein apply to the supervision of any person(s) while occupying any **auto** or mobile equipment (whether such **auto** or equipment is owned or non-owned).

3. No coverage is provided herein with respect to **loss** of any kind arising directly or indirectly out of or in connection with:

   a. any **extended foreign ministry operations**; or

   b. any trip, travel, work activity or other activity of any kind that is undertaken by any **foreign-based person**;

   unless Extended Foreign Ministry Operations is shown as *Included* for Worldwide Liability Extension Coverage on the **declarations**.

   This exclusion does not apply, however, to **your** covered electronic commerce activity nor to **your products** distribution activity.

4. No coverage is provided herein with respect to **loss** of any kind arising directly or indirectly out of or in connection with the ownership or operation, by any **covered person**, of any aircraft or other air conveyance. But this exclusion does not apply with respect to **covered persons** who are occupying an aircraft or other air conveyance that is owned, operated and controlled by a commercial carrier, a charter company or other third-party flight operator.

5. Other than for the Additional Liability Coverage Extensions and Provision Modifications of this endorsement, no coverage will apply under the **terms** of this endorsement to claims occurring in **foreign territory** unless such claim would otherwise be covered under this policy in the **basic territory**. This means that, other than for the Additional Liability Coverage Extensions and the Provision Modifications set forth within this endorsement, this endorsement simply extends coverages of this policy (if otherwise applicable) to acts, incidents, events or exposures that occur in **foreign territory**.

6. No coverage is provided herein with respect to **loss** of any kind arising directly or indirectly out of or in connection with any **extended foreign ministry operations** unless **your** organization has purchased a foreign liability policy, program, or plan that:

   a. provides commercial general liability coverage for **your extended foreign ministry operations**; and

   b. is placed with a commercial lines carrier that has been approved for **your** ministry organization by Brotherhood Mutual.

   This exclusion does not apply, however, to **your** covered electronic commerce activity nor to **your products** distribution activity.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extensions and other grants of coverage provided by this endorsement, unless otherwise modified herein. The following provisions also apply.

1. **Other Foreign Commercial General Liability Coverage**:
   The Principal and Supplemental Coverages of the Commercial Liability Coverage Form (GL-


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

100), including Principal Coverage M (Medical Payments) and any extensions of Principal Coverage M included on **your** policy, the Principal and Additional Coverages of the Fire Legal Liability and Other Nonowned Property Damage Liability Coverages Form (BGL-951), and the Additional Coverages of the Broad Scope Media Liability Coverage Form (BGL-41) are strictly excess over any commercial general liability policy, program, or plan (including direct, excess and umbrella insurance) that provides commercial general liability coverage for **your** ministry operations in a **foreign territory**, even if such insurance or coverage:

a. is stated to be secondary, excess or contingent; or

b. has coverage available, but is not elected to be used.

All other coverages of this policy will be provided on a primary basis unless stated otherwise in the applicable endorsement.

2. **Short-Term Foreign Trips Coverage Limit:**
For claims that arise directly out of and in connection with a **short-term foreign trip**, the Coverage Limit shown in the **declarations** for all applicable **liability coverages** of this policy, subject to the General Occurrence Limit, the Coverage Aggregate Limit and the General Aggregate Limit, is the most **we** will pay for all **losses** arising out of an **occurrence** to which such **liability coverage** applies.

This Coverage Limit (related to **short-term foreign trips**) is the most **we** will pay regardless of:

a. the number of persons or entities to whom this policy provides coverage;

b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty;

c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**;

d. the number of claims made or suits brought, or the number of persons initiating such claims or suits;

e. the number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**;

f. the extent or duration of the injury, **loss**, or **related loss**;

g. the extent or duration of the wrongful activity or the number of acts, errors or omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage or **loss**;

h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss** or **related loss** should occur; or

i. the territory or territories within which the acts, errors, omissions, decisions, incidents, events or breaches of duty should occur.

3. **Extended Foreign Ministry Operations Coverage Limit:**
No coverage will be provided for claims that arise out of **extended foreign ministry operations** unless shown as *Included* for Worldwide Liability Extension Coverage on the **declarations.**

If **extended foreign ministry operations** is shown as *Included* for Worldwide Liability Extension Coverage on the **declarations**, the applicable **limit** of coverage for claims that arise out of **extended foreign ministry operations** or that are incurred by, caused by or related to any **foreign-based person** will be the lesser of:

a. the Coverage Limit shown *for Extended Foreign Ministry Operations* in the Extended Foreign Ministry Operations Coverage Schedule;

b. the Coverage Limit shown for a **liability coverage** specifically listed within the Extended Foreign Ministry Operations Coverage Schedule;

c. the Coverage Limit shown in the **declarations** for the applicable **liability coverage**; or

d. the specific **limit** of coverage set forth within an applicable endorsement of this policy.

The applicable Coverage Limit (related to **your extended foreign ministry operations** or to **foreign-based persons**), subject to the General Occurrence Limit, the applicable Coverage


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

Aggregate Limit, and the General Aggregate Limit, is the most **we** will pay regardless of:

a. the number of persons or entities to whom this policy provides coverage;

b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty;

c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**;

d. the number of claims made or suits brought, or the number of persons initiating such claims or suits;

e. the number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**;

f. the extent or duration of the injury, **loss**, or **related loss**;

g. the extent or duration of the wrongful activity or the number of acts, errors or omissions, decisions, incidents, events or breaches of duty contributing to the injury, damage or **loss**;

h. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, **loss** or **related loss** should occur; or

i. the territory or territories within which the acts, errors, omissions, decisions, incidents, events or breaches of duty should occur.

***Note:*** *If **extended foreign ministry operations** coverage is shown as Included in the **declarations**, applicable coverage **limits** for **extended foreign ministry operations** and/or involving **foreign-based persons** will be subject to the Extended Foreign Ministry Operations Coverage Schedule. **Extended foreign ministry operations limits** will typically be lower than if the claim: (1) arises out of a **short-term foreign trip**; (2) does not involve and **foreign-based person**; or (3) arises out of local operations taking place in the **basic territory**.*

4. **Short-Term Foreign Trips Coverage Aggregate Limit**:
   For claims arising out of a **short-term foreign trip**, the Coverage Aggregate Limit shown in the **declarations** for all applicable **liability coverages** of this policy, subject to the General Aggregate Limit, is the most **we** will pay under such **liability coverage**, for all **occurrences** taking place during the period to which the Coverage Aggregate limit applies [as described in Provision 8 of The How Much We Pay section of the Liability and Medical Coverage Form (BGL-11)].

5. **Extended Foreign Ministry Operations Coverage Aggregate Limit:**
   No coverage will be provided for claims that arise out of **extended foreign ministry operations** unless shown as *Included* for Worldwide Liability Extension Coverage on the **declarations.**

   If **extended foreign ministry operations** is shown as *Included* for Worldwide Liability Extension Coverage on the **declarations**, the Coverage Aggregate Limit for claims that arise out of **extended foreign ministry operations** or that are incurred by, caused by or related to any **foreign-based person** will be the lesser of:

   a. the Coverage Aggregate Limit shown *for Extended Foreign Ministry Operations* in the Extended Foreign Ministry Operations Coverage Schedule;

   b. the Coverage Aggregate Limit shown for a **liability coverage** specifically listed within the Extended Foreign Ministry Operations Coverage Schedule;

   c. the Coverage Aggregate Limit shown in the **declarations** for the applicable **liability coverage**; or

   d. the specific aggregate **limit** of coverage set forth within an applicable endorsement of this policy.

   The applicable Coverage Aggregate Limit, subject to the General Aggregate Limit, is the most **we** will pay under such **liability coverage** for all **occurrences** taking place during the period to which the Coverage Aggregate Limit applies [as described in Provision 8 of the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11)].

6. If an **occurrence** to which any **liability coverage** of this policy applies consists of activity occurring


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

on more than one date during any **policy period** or **policy periods**, such activity, together with any **related loss**, will constitute a single **occurrence**, and the date of **occurrence** will be considered to be the earlier of:

a. the date on which the last alleged wrongful act out of which the claim arises is demonstrated to have occurred; or

b. the last day that **we** provided any coverage to **you** for such act.

The policy forms, endorsements and **limits** in effect on the date of **occurrence** will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**.

7. If an **occurrence** to which any **liability coverage** of this policy applies consists of activity occurring both in the **basic territory** and in **foreign territory** in connection with **your extended foreign ministry operations**, such activity, together with any **related loss**, will constitute a single **occurrence** arising out of **your extended foreign ministry operations**.

8. **We** will make every effort to respond to claims covered herein to the extent that **we** are permitted to do so by law. But **we** will be able to make payment under the **terms** of this endorsement only to the extent that such payment does not violate applicable trade sanctions, governmental restrictions, or other similar international payment restrictions. If **we** are prevented by law, or otherwise, from defending a **covered person**, then, subject to the **terms**, **limits** and other stated limitations of this policy, **we** will reimburse the **covered person** for reasonable and necessary expenses incurred for the defense of a claim, lawsuit, action, or proceeding to which this insurance applies and that **we** would have otherwise been able to exercise **our** right and duty to defend. Reimbursement of such defense costs will be conveyed to the extent that the cost incurred was reasonable and necessary, unless **we** are specifically prohibited by law from conveying the reimbursement to the **covered person**.

   If a **covered person** becomes legally obligated to pay **damages** to which this insurance applies and **we** are prevented by law, or otherwise, from paying such sums on behalf of the **covered person**, then, subject to the terms, limits and other limitations of this policy, **we** will reimburse the **covered person** for such sums, to the extent that the cost incurred was reasonable and necessary. Reimbursement of such damages will be conveyed unless **we** are specifically prohibited by law from conveying the reimbursement to the **covered person**.

9. **Currency Used:**
   All payment that is conveyed under the **terms** of this endorsement will be paid in U.S. Dollar currency unless foreign law or other circumstances dictate that payment must be made in the currency of a foreign country. In this situation, **we** will endeavor to work through domestic and foreign financial institutions to arrange for payment in the required foreign currency.

10. **Reasonable Costs:**
    Costs to which this endorsement would otherwise apply will be paid or reimbursed by **us** only to the extent that such costs are reasonable and necessary, or such costs have been authorized in advance by **us**.

## HOW MUCH WE PAY
### *(KIDNAP AND EXTORTION EXPENSE REIMBURSEMENT COVERAGE)*

In addition to the above How Much We Pay provisions, the following provisions will also apply to the Kidnap and Extortion Expense Reimbursement coverage of this endorsement.

1. **K & E Expense Reimbursement Limit:**
   **We** will pay no more than $25,000 toward all expenses that are covered within the Kidnap and Extortion Expense Reimbursement coverage of this endorsement. This $25,000 limit applies to all covered expenses that are incurred in relation to any **kidnap/extortion incident**.

2. **Application of the Kidnap and Extortion Limit:**
   The $25,000 expense reimbursement **limit** set forth above represents the most **we** will pay under the Kidnap and Extortion Expense Reimbursement coverage of this endorsement regardless of:

   a. the amount of ransom being sought or other conditions being demanded;

   b. the total cost or expense required to respond to a **kidnap/extortion incident** locally or internationally; or

   c. the number of **covered persons** or other persons who are taken hostage or who otherwise are impacted by a **kidnap/extortion incident**.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

If more than one person is kidnapped through a coordinated effort of one or more conspiring kidnappers, such kidnapping will be considered to be a single **kidnap/extortion incident**, even if the acts of kidnapping occur over time.

3. **Coverage Requests**:
Coverage under the Kidnap and Extortion Expense Reimbursement coverage of this endorsement will apply based on **your** request for coverage. The **leaders** of **your** organization are responsible for identifying and submitting the expenses for which reimbursement is sought.

4. **Order of Payments**:
Covered bills and expenses under the Kidnap and Extortion Expense Reimbursement coverage of this endorsement will be paid in the order that they are received by **us** until the **limit** of coverage has been paid, at which point payment under this reimbursement coverage will cease.

5. **Communication to Affected Persons**:
**You** will also be responsible for assisting **us** in communicating to affected persons the manner in which, and the extent to which, payment under the **terms** of this endorsement will apply.

## LIMITATION

Nothing in this endorsement will act to increase any **limits** of coverage stated within: (1) the **declarations**; or (2) the Extended Foreign Ministry Operations Coverage Schedule (if applicable); and no **terms** of the policy are modified through this endorsement, unless such **terms** are specifically modified herein.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to the Coverage Extensions and other grants of coverage provided by this endorsement, unless otherwise modified herein. The following conditions also apply.

1. **Extending the "Basic Territory" Coverage of Your Policy to Foreign Territory:**

Other than for the Additional Liability Coverage Extensions and Provision Modifications of this endorsement, no coverage will apply under the **terms** of this endorsement to claims occurring in **foreign territory** unless such claim would otherwise be covered under this policy in the **basic territory**. This means that, other than for the Additional Liability Coverage Extensions and Provision Modifications, this endorsement simply extends coverages of this policy (if otherwise applicable) to acts, incidents, events or exposures that occur in **foreign territory**.

Coverage is automatically extended through this endorsement, subject to the **terms** provided herein, to **short-term foreign trips** as follows:

**Short-term Foreign Trips:** Unless otherwise specifically modified under the **terms** of this endorsement, or specifically modified within the Extended Foreign Ministry Operations Coverage Schedule shown on the **declarations**, all provisions, **limits**, limitations, conditions, exclusions and other **terms** that apply to the applicable coverages of this policy will apply to a **short-term foreign trip**.

Coverage may also conditionally be extended through this endorsement, subject to the **terms** provided herein, to **your extended foreign ministry operations** as follows:

**Extended Foreign Ministry Operations:** If **extended foreign ministry operations** is shown as *Included* on the **declarations** for Worldwide Liability Extension Coverage, then, unless otherwise specifically modified under the **terms** of this endorsement or specifically modified within the Extended Foreign Ministry Operations Coverage Schedule shown on the **declarations**, all provisions, limitations, conditions, exclusions and other **terms** that apply to the applicable coverages of this policy will apply to **loss** of any kind:

a. related to **your extended foreign ministry operations**; or

b. incurred by, caused by or related to any **foreign-based person**.

Coverage for **your extended foreign ministry operations** will apply only if **your** organization has also purchased a foreign liability policy, program, or plan that:

a. provides commercial general liability coverage for **your extended foreign ministry operations**; and

b. is placed with a commercial lines carrier that has been approved for **your** ministry organization by Brotherhood Mutual.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

2. **Liability Coverage Grant** (*following coverage*): All **liability coverage** that is conveyed through this endorsement is subject to the **limits**, limitations, conditions, exclusions and other **terms** stated in the applicable liability form or endorsement, unless otherwise modified herein, and is also subject to the applicable **terms** set forth in this endorsement.

3. **Medical Coverage Grant** (*following coverage*): All **medical coverage** that is conveyed through this endorsement is subject to the **limits**, limitations, conditions, exclusions and other **terms** stated in the applicable medical form or endorsement, unless otherwise modified herein, and is also subject to the applicable **terms** set forth in this endorsement.

4. **Worldwide Coverage** (*for claims made/suits brought in **foreign territory***): The Coverage Extensions and other grants of coverage provided by this endorsement will apply on a worldwide basis to claims brought against **covered persons** if: (1) the claim is made; and/or (2) the suit is filed; in **foreign territory**.

5. **Worldwide Legal Defense:** The Defense Coverage(s) provided by the applicable forms and endorsements of this policy will apply to claims made or suits brought in **foreign territory**. **We** will identify and work with foreign-based attorneys, translation services, and other service providers to appropriately defend **covered persons** in foreign countries. **We** will also apply any applicable defense reimbursement coverage of the policy to covered lawsuits and covered foreign law enforcement inquiries that may occur or be pursued in foreign countries. Other than a broadening of the territory definition as described above all provisions, **limits**, limitations, conditions, exclusions and other **terms** that apply to the applicable defense coverage(s) of this policy will continue to apply. For Defense Coverage(s) applicable to **your extended foreign ministry operations** and specifically listed in the Extended Foreign Ministry Operations Coverage Schedule of the **declarations**, however, the Coverage Limit shown in the schedule will apply.

   Nothing in the Defense Coverage provided by this policy shall be construed to obligate **us** in any way to pay for any actual or alleged damage, injury or **loss** of any kind sustained by any person, or any related judgment or award that arises directly or indirectly out of any **loss**.

6. **Kidnap & Extortion Expense Reimbursement Coverage: We** will reimburse up to $25,000 for common expenses that are incurred in response to **kidnap/extortion incidents**. Such expenses include ransom costs, hostage negotiator expenses, costs incurred to set up a command center, professional public relations or legal consultation expenses, and other enumerated reasonable and necessary expenses that are incurred by **your** ministry organization in response to a **kidnap/extortion incident**. This Expense Reimbursement Coverage applies to incidents occurring anywhere in the world. All stated conditions, **limits**, limitations, exclusions and other **terms** of this Expense Reimbursement Coverage will apply.

7. **Expanded Medical Coverage for Foreign Ministry Participants** *(Covered Endemic Disease, Environmental Conditions; and Foreign Terrorism)*: Coverage M (medical payments) will apply to **foreign ministry participants** who incur medical costs in connection with specified endemic disease; environmental medical conditions; or **foreign terrorism** while engaged in a **short-term foreign trip** or **extended foreign ministry operations**. All conditions, **limits**, limitations, exclusions and other **terms** of the policy will continue to apply unless otherwise modified herein.

8. **Representations**: By accepting this Coverage Endorsement, **you** agree:

   a. the entries pertaining to this coverage on the **declarations** page are based upon representations which **you** or any **insured** have made to **us**;

   b. any information that **you** have provided to **us** regarding **your** foreign trips, **your** foreign-based workers and the scope of **your** activity in **foreign territory** is essentially accurate;

   c. **your** organization has also purchased a foreign liability policy, program, or plan that:

      (1) provides commercial general liability coverage for **your extended foreign ministry operations**, and

      (2) is placed with a commercial lines carrier that has been approved for **your** ministry organization by Brotherhood Mutual,

   if coverage for **extended foreign ministry operations** is provided through this endorsement and shown as included for Worldwide Liability Extension Coverage on the **declarations**;


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

d. to notify Brotherhood Mutual if such foreign liability policy, program or plan is cancelled at any time while this Coverage Endorsement is in effect; and

e. **we** have issued this Coverage Endorsement in reliance upon such representations.

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and other applicable forms of the policy will continue to apply.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# COVERAGE LIMITS
# – HIGH HAZARD ACTIVITIES –

## PROVISION MODIFICATION

### HIGH HAZARD ACTIVITIES COVERAGE LIMIT

**Liability Limits**- The coverage/occurrence **limit** for any applicable liability coverage that applies to **loss** arising directly or indirectly out of or in connection with any **high hazard activity** is reduced to $100,000, unless a different High Hazard Activity Liability Limit is specifically indicated on the **declarations**, and then only for the type of **high hazard activity** indicated.

**Medical Payments Limits**- The medical payments coverage limit for any applicable medical payments coverage that would pay in relation to any **high hazard activity** is reduced to $0, unless a different High Hazard Activity Medical Limit is specifically indicated on the **declarations**, and then only for the type of **high hazard activity** indicated.

## ADDITIONAL DEFINITIONS

Each of the defined words or phrases set forth in the Definitions section of the Commercial Liability Coverage Form (GL-100), and the Liability and Medical Coverage Form (BGL-11) will continue to apply. The following definitions apply only to the provisions of this endorsement:

**General contractor** means any person or entity who oversees or directs the performance of construction or demolition work, and to whom workers or subcontractors report in connection with the work undertaken. The owner of property on which such work is being performed will be considered a **general contractor** with respect to work on the premises unless the owner has hired an outside independent contractor to oversee and direct the work.

**High hazard activity** means any of the following:

a. **Skate Park Operations**: The development, construction, maintenance, oversight or use of any ramps, half-pipes, slopes or similar structures that:

(1) are designed for, or are intended to be used in connection with, any roller skates, skate boards, bicycles, roller blades, or any other similar wheeled conveyance; and

(2) are arranged by, installed by, operated by, or otherwise made available for use by **your** organization; and

(3) are located on premises that **you** own or otherwise control; and

b. **Fireworks Sales**: The sale, marketing, distribution, or storage of fireworks of any kind if undertaken: (1) on any premises that **you** own, occupy or control; or (2) on **your** behalf or for **your** benefit, whether on or away from **your** premises; and

c. **Fireworks Display**: The display of any fireworks on **your** behalf: (1) by **you**, **your leaders**, **your** employees, or **your**


Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

**appointed persons**; or (2) by an any other person or organization that is hired by **you** or that is acting on **your** behalf to exhibit the fireworks display; and

d. **Major Construction Oversight/ Indemnification**: Work of any kind on any **major construction/demolition project** if **you**, or any of **your leaders**, **your** employees, or **your appointed persons**:

(1) act as a **general contractor** on **your** behalf; or

(2) indemnify any contractor, or otherwise assume liability for the contractor's negligence, in connection with any **major construction/demolition project.**

**Major construction/demolition project** means the building of a new structure or the addition onto, demolition, renovation, or remodeling of, an existing structure that **you** own, use or occupy (or that **you** intend to own, use or occupy in the future), but only if:

a. the construction involves the installation of pre-fabricated rafters or trusses; or

b. the structure, or addition being built, when completed, will encompass more than 5,000 square feet; or

c. the demolition, renovation, or remodeling is of a structure encompassing more than 5,000 square feet.

## HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) apply to the coverages of this policy, except to the extent that the Provision Modification of this endorsement and the following provisions limit the policy's coverages.

1. **Limit of Liability Coverage**: **We** will pay no more than $100,000 per **occurrence** for **loss** arising directly or indirectly out of or in connection with any **high hazard activity** (unless a different High Hazard Activity Liability Limit is specifically indicated on the **declarations**, and then only for the type of high hazard activity indicated). This High Hazard Liability Limit will replace and supersede: (1) the General Occurrence Limit of the policy; and (2) any other otherwise-applicable coverage limits of the policy, for **loss** arising in any manner out of any **high hazard activity**. This High Hazard Activity Liability Limit is the most **we** will pay for loss arising out of or in connection with any **high hazard activity** regardless of the amount of **loss** incurred, the number of persons sustaining loss, or the number of related acts, errors, omissions, decisions or events that contribute to the **loss.**

2. **Limit of Premises Medical Coverage**: **We** will pay no **medical expense** arising in any manner out of or in connection with any **high hazard activity** (unless a High Hazard Activity Medical Limit other than $0 is specifically indicated on the **declarations**, and then only for the type of high hazard activity indicated). This High Hazard Medical Limit will replace and supersede all other medical limits of the policy for **medical expense** arising in any manner out of any **high hazard activity.**

3. **Aggregate Limits**: Provisions relating to Aggregate Limits in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) will apply to **loss** arising out of any **high hazard activity**, and the amount that **we** pay for such **loss** will be subject to the general aggregate limit of the policy and to any applicable coverage aggregate limit.

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) will continue to apply.


Copyright, 2016 Brotherhood Mutual Insurance Co.
All Rights Reserved

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT

1. Under Conditions, Arbitration (Coverage Disputes) is deleted and replaced by the following:

   **Arbitration (Coverage Disputes)** – Any dispute between **us** and any **insured** or **covered person** regarding the existence or application of coverage under the **terms** of any liability or medical (GL or BGL) coverage form of this policy may, if **we** and the **insured** or **covered person** agree, be submitted to the American Arbitration Association (or to any other organization providing arbitration services if agreed to by **us** and by all **insureds** or **covered persons** who are a party to the dispute) for a determination of coverage by a three member arbitration panel appointed by the arbitration organization. The decision rendered by the arbitration panel will be binding upon all persons affected by the coverage of this policy. All arbitration costs, fees, and expenses will be divided equally between the parties to the arbitration. **Our** participation in an arbitration process will not waive any rights **we** have under this policy.


Copyright, Brotherhood Mutual Insurance Company 2013

46M5A0371824

This Liability Coverage Endorsement is subject to the **terms** of the Commercial Liability Coverage Form (GL-100). It modifies the 'Conditions' section of the Commercial Liability Coverage Form (GL-100) as stated herein.

**-Please read this carefully-**

# COMMERCIAL LIABILITY ENDORSEMENT

## CONDITIONS

The following Condition provision 5 replaces and supersedes Condition 5 of the Commercial Liability Coverage Form (GL-100):

5. **Premium Audit**
   The premium shown on the **declarations** may be an estimated premium subject to audit. If so, **we** will compute the final earned premium following each period for which an audit is to be done. If the earned premium is more than the estimated premium paid by **you**, **we** will provide you with a notice of additional premium due for the difference. Any audit premium balance is due no later than the date specified as the Due Date on the additional premium notice.

   If the final earned premium is less than the estimated premium paid by **you**, at our option **we** will return the difference to you or credit it against the renewal premium.

   **You** must maintain records of the information that is necessary for computing the earned premium. Copies of the records must be sent to **us** at the end of the policy period or when requested by **us**.

## SCOPE

All other policy provisions of the policy remain unchanged.

All provisions of the Commercial Liability Coverage Form (GL-100) and any Liability Coverage Endorsements or Medical Coverage Endorsements (BGL Forms) of the policy are subject to the **terms** of this policy. Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

## MINISTRY OPERATIONS

# LIABILITY AND MEDICAL COVERAGE FORM

The following **terms** apply to all liability, medical and related coverages (GL, BGL, and BCG forms). In the case of conflicting **terms**, the **terms** in this endorsement will replace the conflicting **terms** in the Commercial Liability Coverage Form (GL-100). Defined words or phrases in this policy will be shown in either bold type or quotation marks.

## DEFINITIONS

The Definitions in the Commercial Liability Coverage Form (GL-100), together with the following definitions, apply to all liability, medical and related coverages of this policy (as provided in GL and BGL forms), unless otherwise specifically modified.

**Advertising violation** means the posting, publication, communication or depiction of any advertising or promotional material that:

a. disparages a person's or entity's goods, products, or services; or

b. is false, harmful or misleading; or

c. violates any federal, state or local comparative advertising law; or

d. serves as the basis of a claim for **financial damages** arising out of the marketing or publicity of **your** organization; or out of the promotion of **your** organization’s goods or services.

**Appointed person** means a person (other than **your leader** or employee), who has been appointed to an unpaid position within **your** organization, but only while acting on **your** behalf and within the scope of the authority delegated to them by **you**, **your leaders** or **your** employee. Any person who is appointed to undertake work at a single program or event lasting 24 hours or less will be considered a **volunteer** rather than an **appointed person**.

**Athletic activity** means the preparation, practice or participation in:

a. any sporting, athletic or fitness activity in a gymnasium or on a court, ball diamond, ball field or sports/athletic field or facility located on premises that **you** own or operate; or

b. any sporting, athletic or fitness activity, including league or intramural play, occurring on or away from **your** premises; or

c. any recreational activity occurring on a snow slope or at a roller rink or skating rink.

**Camp activity** means the training, instruction, supervision, reasonable discipline and provision of shelter to **campers** at a retreat or camping facility, and all other operations directly related to such activity.

**Camper** means a person who has arrived at a retreat or camping facility, and who intends to spend one or more nights at the facility, or who intends to participate in a scheduled camp or retreat program of at least 4 hours that is operated in connection with the facility. A **camper** remains a **camper** from the time they reach the retreat or camping facility until they depart the facility to return to their usual place of residence. **Camper** does not include any of **your** employees or anyone **you** hire to work at the camp or retreat.

**Counseling act** means the rendering of advice to another person, but only if such advice is provided for the purpose of benefiting the person's mental,


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

emotional or spiritual condition. **Counseling act** does not include the rendering of legal, medical, financial or similar advice that is outside of the scope of psychological or spiritual counseling, and does not include the rendering of advice to, or in the presence of, a general audience. Counseling which occurs over time will be considered a single **counseling act**, even if it takes place during more than one **policy period**.

**Covered person** means, with respect to any Additional Coverage provided by a Liability Coverage endorsement, only those persons or entities who are defined as a "covered person" in the Endorsement. If a **covered person** should die, then their estate will be considered to be a **covered person** if a covered claim is made against the estate.

For purposes of defining **covered territory** in the Commercial Liability Coverage Form (GL-100), the phrase *away for a short time on **your** business* means that the person: (1) is intending to be outside of the **basic territory** for no more than 60 days; and (2) is traveling on **your** behalf and with **your** permission. In addition, to the extent that Principal Coverage M (Medical Payments) would have otherwise applied to persons who are away from the **basic territory** for a short time on **your** business, such coverage will apply regardless of whether suit is filed or any liability settlement has been agreed to.

**Damages** means compensation in the form of money for a person or entity who claims to have suffered an injury. But **damages** do not include any money that would have been owed (by statute, contract or otherwise) independent of such injury, nor does it include any cost, fee or expense incurred to pursue a claim or to prove the extent of injury sustained.

**Day care activity** means the teaching, supervision, evaluation, reasonable discipline and care of d**ay care participants** in exchange for the payment of a fee, and all other operations directly related to such activity.

**Day care participant** means a person enrolled in a program providing care, supervision and/or instruction to infants, toddlers and/or preschool children for which a fee is charged. If the program includes teaching at the kindergarten level, however, then any person enrolled in the kindergarten program will be considered a **day care participant**. A **day care participant** remains a **day care participant** from the time they reach the day care facility until they depart the facility to return to their usual place of residence. An **off-hours supervised child** will not be considered to be a **day care participant** for purposes of applying any medical payments coverage of this policy.

46M5A0371824

**Defamatory act** means the posting, publication, communication or depiction of any information that:

a. slanders or libels a person or entity; or

b. constitutes an injurious falsehood; or

c. constitutes defamation of character, or that otherwise harms a person's reputation.

**Discriminatory act** means:

a. any act that would be considered discrimination under any applicable federal, state or local statute, ordinance or law; or

b. any conduct characterized or interpreted as violating any federal, state or local statute, ordinance or law enacted for the purpose of protecting individuals from discriminatory conduct; or

c. any disparate treatment or disparate impact sustained by any person because of that person's race, religion, gender, sexual orientation, age, nationality, physical impairment or disability; or

d. any conduct characterized or interpreted as being discriminatory in nature by a person against whom such conduct is directed.

Any of the above acts or conduct will be considered a single **discriminatory act** if undertaken by the same perpetrator(s), entity or employer, even if such acts are directed against more than one person, occur over time, or take place during more than one **policy period**.

**Discriminatory act** does not include conduct characterized or interpreted as sexual intimidation or sexual harassment, or as intimidation or harassment based on a person's gender.

**Emotional injury** means mental or emotional injury, suffering or distress sustained by a person other than as a result of physical injury. **Emotional injury** does not include **bodily injury**, **property damage**, **personal injury** or **financial damage** of any kind.

**Employee benefit program** means any of the following programs, insurance or plans procured, maintained or monitored by any entity or employer for the benefit of any of past or present group of employees or the dependents/beneficiaries of such employee group:


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

a. group medical, accident, health or life insurance programs, or any workers' compensation, disability, or unemployment insurance; or

b. severance programs or salary continuation plans, or any pension or retirement benefit plans.

**Financial damage** means financial or monetary loss sustained by a person or entity, but does not include:

a. loss of any kind sustained by **you** or **your leader**; or

b. loss sustained in relation to the holding or investment of **your** funds or the funds of **your leaders**; or

c. any cost, fee or expense incurred to pursue a damage claim or to prove the extent of financial or monetary loss sustained; or

d. any **bodily injury**, **property damage**, **emotional injury** or **personal injury** of any kind.

**General contractor** means any person or entity who oversees or directs the performance of construction or demolition work, and to whom workers or subcontractors report in connection with the work undertaken. The owner of property on which such work is being performed will be considered a **general contractor** with respect to work on the premises unless the owner has hired an outside independent contractor to oversee and direct the work.

**Infringement act** means the posting, publication, communication, performance or depiction of any material that:

a. infringes any copyright, slogan, trademark, title or trade name, the rights to which are owned by another person or entity; or

b. violates the publicity rights that are owned by another person or entity; or

c. constitutes plagiarism, theft of concept, piracy of intellectual property or the violation of any implied contract regarding the use of another person's or entity's creative ideas; or

d. fails to provide proper attribution of authorship, ownership, or other rights in a work; or

e. constitutes the unauthorized reproduction, display, or use of music, hymns, commentaries, ministry study aids or other similar material; or

f. breaches any licensing rights associated with content that is owned by another person or entity; or

g. misappropriates the content, format, trade name, slogan, logo, graphic material, artwork, musical composition, stage performance, photographic depiction, web design or other creative work that is created and owned by another person or entity; or

h. conveys a trade secret to one or more third parties or to the general public without permission of the owner of the trade secret;

but **infringement act** does not include any actual or alleged infringement of a patent, a patentable invention or patentable process.

**Leader** means a person while serving as a member of **your** governing board, or **your** administrator, director, officer or trustee, but only if acting on **your** behalf and within the scope of their delegated authority as such.

**Loss** means specified **bodily injury**, **property damage**, **emotional injury**, **personal injury** or **financial damage**.

**Major construction/demolition project** means the building of a new structure or the addition onto, or demolition of, an existing structure that **you** own, use or occupy (or that **you** intend to own, use or occupy in the future), but only if:

a. the construction involves the installation of pre-fabricated rafters or trusses; or

b. the structure, or addition being built, when completed, will encompass more than 5,000 square feet; or

c. the demolition is of a structure encompassing more than 5,000 square feet.

**Medical expense** means reasonable and necessary expenses for:

a. medical, surgical, x-ray, and dental services, including prosthetic devices and eye glasses; and

b. ambulance, hospital, professional nursing, and funeral services; and

c. first aid at the time of an accident.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

**Off-hours supervised child** means a child age 14 or younger who is enrolled in a school or day care program, but who is being supervised as part of an **off-hours supervision program.**

**Off-hours supervision program** means a structured program designed to provide: (1) before school and/or after school supervision for children; or (2) before day care or after day care supervision for children. Such program may be either fee-based or uncompensated child care, but does not include:

a. any program occurring when the school or day care of an **off-hours supervised child** is normally in session; or

b. any full-day child care program; or

c. any program that involves residential (overnight) child care or residential shelter operations of any kind.

**Personal injury** means any of the following:

a. a **defamatory act**; or

b. an **infringement act**; or

c. an **advertising violation**; or

d. a **personal violation.**

But **personal injury** does not include **bodily injury**, **property damage**, **emotional injury** or **financial damage** of any kind; nor any injury arising directly or indirectly out of or in connection with any **sexual act**, **counseling act**, or **discriminatory act.**

**Personal rights breach** means the posting, publication, communication or depiction of material or information that:

a. violates the person's right of privacy; or

b. breaches the person's expectation of confidentiality.

**Personal violation** means any of the following wrongful acts directed against one or more persons:

a. improper restraint, detention, or imprisonment of the person; or

b. trespass or wrongful entry into, wrongful eviction from, or invasion of the right of private occupancy of a premises occupied by the person; or

c. any type of **personal rights breach.**

**Policy period** means only that time period shown as the *policy* period on the **declarations** of this policy.

**Prior claim** means a formal claim, a civil lawsuit, civil government action or similar proceeding directed against one or more **insureds** or **covered persons** in which monetary damages or equitable relief is sought, but only if such claim, lawsuit, action or proceeding was filed or initiated prior to the date on which this policy or any applicable coverage takes effect. **Prior claim** includes a claim or litigation which is in process on the date that any coverage of this policy takes effect.

**Products**, as defined in the Commercial Liability Coverage Form (GL-100), does not include food that is made, prepared or distributed by **you** or on **your** behalf as part of: (1) a social gathering; (2) an incidental fundraising project (lasting no more than two weeks); or (3) a meal served to **your students**, **day care participants**, or **campers.**

**Related loss** means a **loss**, or multiple **losses**, of any kind arising directly or indirectly out of the same **occurrence**, or out of the same or related act(s), error(s), omission(s), decision(s), incident(s), event(s) or breach(es) of duty.

**Related organization/operation** means an organization or operation:

a. which has separate leadership or separate operations from **you**; and

b. whose leaders report to **you** or to **your leaders**; and

c. over which **you** have authority or control.

**Saddle animal** means any domesticated animal which is used to carry one or more person.

**School activity** means the teaching, supervision, evaluation, reasonable discipline and graduation of **students** in exchange for the payment of tuition, and all other operations directly related to such activity.

**Sexual act** means:

a. any act that would be considered a criminal act under any applicable federal, state or local statute, ordinance or law relating to sexual offenses; or

b. any actual or attempted touching of a person by another person for the purpose of


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

obtaining sexual arousal or sexual gratification; or

c. any other act undertaken by a person for the purpose of obtaining sexual arousal or sexual gratification; or

d. any conduct characterized or interpreted as sexual harassment; or

e. any conduct characterized or interpreted as being sexual in nature.

Any of the above acts or conduct will be considered a single **sexual act** if undertaken by the same perpetrator or perpetrators, even if such acts are directed against more than one person, happen over time, or take place during more than one **policy period**.

**Sexual harassment** means only those **sexual acts** involving conduct that is characterized or interpreted as sexual intimidation, unwelcome sexual advances, requests for sexual favors, and other verbal or physical harassment of a sexual nature. Any such conduct will be considered a single **sexual harassment** incident if undertaken by the same perpetrator or perpetrators, even if such conduct is directed against more than one person, happens over time, or takes place during more than one **policy period**.

**Student** means a person enrolled in a scholastic or educational program at the kindergarten level through the post-graduate level for which a fee is charged. A **student** remains a **student** from the time they reach the educational facility until they depart the facility to return to their usual place of residence. An **off-hours supervised child** will not be considered to be a **student** for purposes of applying any medical payments coverage of this policy.

**Terms** are all limitations, exclusions, conditions, definitions and other provisions that apply to any liability, medical or related coverage of this policy.

**Unmanned Aerial Vehicle** means an aircraft that is not intended, produced, or altered after its production; to:

a. be controlled or operated by a person from aboard the aircraft; or

b. to hold passengers aboard the aircraft.

**Volunteer** means a person (other than **your leader**, **appointed person** or employee) who is undertaking work without compensation for the benefit of **your** organization, but only while acting on **your** behalf and within the scope of authority delegated to them by **you**, **your leader**, **your** employee or **your appointed person**.

## PRINCIPAL COVERAGES

**We** provide insurance for the Principal Coverages (Coverages L, M, N, and O), as granted in the Commercial Liability Coverage Form (GL-100), but only if a specific policy form and coverage limit entry are made next to the principal coverage on the Liability Schedule of the **declarations**. **Our** granting of these Principal Coverages will not act to increase the **limits** stated for any Additional Coverage, and only a single Liability Coverage and Medical Coverage (as set forth in Condition 9 of this Form) will apply to any one **occurrence** and any **related loss**.

## SUPPLEMENTAL COVERAGES

Subject to all the terms of the Principal Coverages, **we** provide the Supplemental Coverages granted in the Commercial Liability Coverage Form (GL-100). These coverages do not increase the **limits** stated for the Principal Coverages, nor do they apply with respect to any Additional Coverages. The following modification applies to all coverages:

The last paragraph of the Supplemental Mobile Equipment coverage of the Commercial Liability Coverage Form (GL-100) is deleted and replaced by the following:

**We** will not provide any uninsured/underinsured motorists, no-fault or any other coverage not specifically provided by this policy for any:

a. owned vehicles that are not designed primarily for use on public roads; or

b. owned vehicles that do not qualify as mobile equipment; or

c. nonowned vehicles of any kind.

Further, even with respect to qualifying mobile equipment, **we** will not provide any uninsured/underinsured motorists, no-fault or other like coverages that are not specifically required by an applicable motor vehicle insurance law.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

## ADDITIONAL COVERAGES

**We** provide insurance for the Additional Coverages (Coverages other than L, M, N and O, or the Supplemental Coverages of this policy) as granted in any Liability Coverage Endorsement, any Medical Coverage Endorsement or any related coverage of this policy (as provided in a BGL form), but only if a specific policy form and coverage limit entry are made next to the Additional Coverage on the Commercial Liability Schedule of the **declarations**. **Our** granting of these Additional Coverages will not act to increase the **limits** stated for any Principal Coverage, and only a single Liability Coverage and Medical Coverage (as set forth in Condition 9 of this form) will apply to any one **occurrence** and any **related loss**.

## DEFENSE COVERAGE

Subject to the **terms** of this Liability and Medical Coverage Form (BGL-11) and any applicable endorsements, **we** provide the Defense Coverage of the Commercial Liability Coverage Form (GL-100) in relation to applicable liability coverages (Principal, Supplemental and Additional), as set forth in Condition 9 of this form. No Defense Coverage will be provided in relation to any suit or proceeding, however, unless one of the following conditions exist:

a. the allegations of the suit or proceeding are covered under the **terms** of this policy; or

b. a Defense Coverage is specifically provided by an applicable endorsement of this policy in relation to such suit or proceeding.

If any Defense Coverage applies to a suit or proceeding, a defense will be provided subject to all **terms** and **limits** relating to the applicable Defense Coverage. Unless specifically indicated otherwise in an applicable endorsement of this policy:

a. payment provided under the Defense Coverage of the policy will be made in addition to the **limits** of coverage; and

b. **we** maintain the right to select defense counsel in connection with any legal defense that is provided by this policy.

## EXCLUSIONS

Each of the exclusions (1 through 13) in the EXCLUSIONS THAT APPLY TO BODILY INJURY AND PROPERTY DAMAGE section of the Commercial Liability Coverage Form (GL-100), unless specifically modified or eliminated in an applicable Liability Coverage Endorsement, Medical Coverage Endorsement or other endorsement, apply not only to events resulting in **bodily injury** or **property damage**, but also to events resulting in:

a. **emotional injury**; and

b. **personal injury**; and

c. **financial damage**

These Exclusions 1 through 13 of the Commercial Liability Coverage Form (GL-100) also apply to all Principal and Additional Coverages of the policy, unless specifically modified or eliminated herein, or modified or eliminated in an applicable Liability Coverage Endorsement, Medical Coverage Endorsement or other endorsement.

The following exclusionary provisions 1 and 6 replace and supersede exclusions 1 and 6 of the Commercial Liability Coverage Form (GL-100).

1. **We** do not pay for loss of any kind:

   a. that is expected by, directed by, or intended by any **insured** or by any **covered person**; or

   b. that is the result of any willful, wanton or malicious act of any **insured** or any **covered person**.

   But Exclusion 1.a. above does not apply to **bodily injury** that arises out of the reasonable use of force to protect people or property.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of, or in relation to, the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, control, **loading or unloading** of any "excluded auto/conveyance," or the supervision of any person(s) while occupying any "excluded auto/conveyance."

   "Excluded auto/conveyance" means:

   a. an **auto**: (1) that is owned by, titled to, loaned to or leased or rented to any **insured** or **leader**; (2) that is serviced, repaired or maintained by any person acting on behalf of any **insured**; or (3) that is used by, on behalf of, for the benefit of, or at the direction of, any **insured** or **leader**; and


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

b. watercraft that: (1) is owned by **you**; (2) is greater than 26 feet in length; or (3) is used to carry persons or property for a charge; and

c. mobile equipment that is not specifically covered under the Mobile Equipment Supplemental Coverage of the GL-100; and

d. aircraft, **unmanned aerial vehicle**, or other air conveyance of any kind.

## ADDITIONAL EXCLUSIONS THAT APPLY TO ALL COVERAGES

**We** do not pay for **loss** of any kind if one or more of the following excluded causes or events apply to the **loss**, regardless of other causes or events that contribute to or aggravate the **loss**, whether such causes or events act to produce the **loss** before, at the same time as, or after the excluded cause or event.

14. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged **sexual ac**t. (But if Sexual Acts Coverage is properly shown as an Additional Coverage on the **declarations**, then **we** will provide the coverage afforded in the applicable Sexual Acts Liability Endorsement, but strictly subject to the **terms** and **limits** of such Sexual Acts coverage.)

15. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged **counseling act** rendered by a pastor, minister, professional counselor, school counselor or trained lay counselor. (But if Counseling Acts Coverage is properly shown as an Additional Coverage in the **declarations**, then **we** will provide the coverage afforded in the applicable Counseling Acts Liability endorsement, but strictly subject to the **terms** of such coverage.)

16. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged **discriminatory act**.

17. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with the ownership, maintenance, supervision, rental or use of any:

    a. **saddle animals** that **you** own, rent, lease or keep on **your** premises; or

    b. livestock that **you** own, rent, lease or keep on **your** premises.

    But this animal exclusion does not apply to the use of animals or livestock for a short-term ministry production, display or performance.

18. **We** do not pay for **loss** of any kind arising directly or indirectly out of or in connection with any actual or alleged breach of an express or implied contract. This exclusion does not affect any coverage for Incidental Contractual Liability that is provided by this policy.

19. **We** do not cover **loss** of any kind on behalf of any person or entity who engages in any fraudulent act, willful harm or the violation of any local, state or federal criminal or racketeering statute. (But if a criminal act is sexual in nature, then exclusion 14 above will replace and supersede the first part of this exclusion). **We** also do not pay for fines, penalties or other non-compensatory damages arising directly or indirectly out of or in connection with any fraudulent act, willful harm or the violation of any criminal or racketeering statute.

20. **We** do not pay for **loss** of any kind sustained by any employee or clergy of an **insured**, whether or not such employee or clergy is acting in the course and scope of employment at the time of loss.

    This exclusion does not apply, however, to **bodily injury** sustained by an employee or clergy under the following circumstances:

    a. if the employee or clergy is not in the course and scope of employment at the time of the injury; and

    b. if, in addition, a Workers' Compensation policy or similar program, covering all of **your** employees and clergy, is in place at the time of the injury.

21. **We** do not pay under more than one Liability Coverage or more than one Medical Coverage (as set forth in Condition 9 of this form) for **loss** arising directly or indirectly out an **occurrence**, or out of the same or related accident(s), incident(s), or event(s).

22. **We** do not pay for loss of any kind other than the type of **loss (bodily injury**, **property damage**, **emotional injury**, **personal injury** or **financial damage**) for which coverage is specifically provided by the Principal Coverage,


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

Supplemental Coverage or Additional Coverage of this policy.

## ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO MEDICAL COVERAGES

The following provision applies to the Exclusions That Apply Only to Medical Payments section of the Commercial Liability Coverage (Form GL-100).

1. Exclusion 1 of the Additional Exclusions that Apply Only to Medical Payments section of the Commercial Liability Coverage Form (GL-100) is deleted to the extent that medical payments coverage is otherwise provided by this policy.

2. Exclusion 7 of the Additional Exclusions that Apply Only to Medical Payments section of the Commercial Liability Coverage Form (GL-100) is deleted to the extent that the hotel, motel, or tourist court:

    a. is owned by, operated by or controlled by a Christian ministry organization; and

    b. is not affiliated with or related to any camp facility; and

    c. is not located on or adjacent to any property or facility upon which **camp activity** is regularly undertaken.

The following exclusions apply in addition to the other exclusions in the Commercial Liability Coverage Form (GL-100) and this Form (BGL-11) which are applicable to **bodily injury**.

10. **We** do not pay any **medical expense** for **bodily injury** to any **student** or **day care participant** enrolled in a program of any facility owned or operated by **you** or on **your** behalf, or operated on **your** premises.

11. **We** do not pay any **medical expense** for **bodily injury** sustained by any tenant of an **insured**, or by any person who regularly resides on the premises where the injury occurs.

12. **We** do not pay any **medical expense** for **bodily injury** to any person staying at **your** facility, if the facility regularly houses or cares for persons who do not have a residence or who have voluntarily or involuntarily placed themselves, or been placed, at **your** facility.

13. **We** do not pay any **medical expense** for **bodily injury** sustained by anyone who is:

    a. trespassing on property when the injury occurs; or

    b. on or in an area without permission; or

    c. on or in an area that the person does not have a reasonable belief they are entitled to occupy.

14. Exclusion 20 of the Additional Exclusions That Apply to All Coverages section of this form will not apply to any Medical Coverage of this policy that would otherwise provide coverage to **your** off-duty employees.

15. **We** do not pay any **medical expense** for **bodily injury** to any person arising out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, control, **loading or unloading** of any **auto** of any kind.

## WHAT MUST BE DONE IN CASE OF LOSS

Each of the duties in the What Must be Done in Case of Loss section of the Commercial Liability Form (GL-100) apply to all Principal Coverages, Supplemental Coverages, and Additional Coverages to which this insurance applies. The following provision will also apply to all coverages:

1. All **insureds**, **covered persons**, and any other person who may be seeking payment under the **terms** of this policy must cooperate with **us** as **we** investigate, negotiate and attempt to settle any potentially covered **loss**. Such cooperation includes, but is not limited to, protecting evidence, submitting to written or recorded statements, executing documents (including documents necessary to resolve claims), and responding to other requests that **we** make during the course of investigation. Failure to comply with this requirement will act to void coverage under the terms of this policy.

## HOW MUCH WE PAY

The How Much We Pay section of the Commercial Liability Coverage Form (GL-100) is deleted and replaced by the following provisions.

1. The Coverage Limit shown in the **declarations** for any Principal Coverage or Additional Coverage, subject to the General Occurrence Limit, Coverage Aggregate Limit and General


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

Aggregate Limit, is the most we will pay for all **losses** arising out of an **occurrence** or accident to which such Principal Coverage or Additional Coverage applies. This Coverage Limit is the most **we** will pay regardless of:

a. the number of persons, entities, organizations or **related organizations/operations** to whom this policy provides coverage; or

b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty; or

c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**; or

d. the number of claims made or suits brought, or the number of persons initiating such claims or suits; or

e. the extent or duration of the injury, damage, **loss** or any **related loss**; or

f. the extent, duration or number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**; or

g. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, damage, **loss**, or **related loss** should occur.

2. Any **limit** specifically stated within a coverage form or endorsement represents the most **we** will pay for the coverage to which such **limit** applies. The specified **limit** is subject to any applicable coverage **limit**, occurrence **limit** or aggregate **limit** applying to the **occurrence** or accident.

3. The Coverage Limit for all Supplemental Coverages of the policy will be equal to the Coverage Limit for Principal Coverage L, and will be subject to the same General Occurrence Limit, Coverage Aggregate Limit, and General Aggregate Limit as Principal Coverage L.

4. The General Occurrence Limit shown in the **declarations**, subject to the General Aggregate Limit, is the most **we** will pay for the total of:

a. **damages** under Principal Coverages L, N and O, and any Supplemental or Additional Coverages; and

b. **medical expenses** or costs under Principal Coverage M or any Additional Coverage;

due to all **bodily injury**, **property damage**, **emotional injury**, **financial damage**, and **personal injury** arising out of a single **occurrence**; and no more than one Liability Coverage or one Medical Coverage (as set forth in Condition 9 of this form) will apply to any one **occurrence**.

5. Subject to the General Occurrence Limit and the General Aggregate Limit, **our limit** for property damage covered under Coverage O is set forth in form BGL-951, unless a different **limit** is shown on the **declarations**.

6. The Coverage Aggregate Limit shown in the **declarations** for any Coverage, subject to the General Aggregate Limit, is the most **we** will pay under the Principal Coverage or Additional Coverage to which the Coverage Aggregate Limit applies, for all **occurrences** taking place during the period to which the Coverage Aggregate Limit applies (as described in Provision 8 of this section).

7. The General Aggregate Limit is the most **we** will pay during the period to which the General Aggregate Limit applies (as described in Provision 8 of this section) for the sum of:

a. all **damages** under Principal Coverages L, N, and O; and

b. all **medical expenses** under Principal Coverage M; and

c. all **damages**, costs and **medical expenses** under any Supplemental Coverages or Additional Coverages.

8. Unless an Aggregate Limit is stated in a Liability Coverage Endorsement to apply on a per **policy period** basis, all Aggregate Limits of the policy will re-set every 12-months from the inception date of the applicable Liability Coverage until the date that the coverage is terminated or expires.

9. If an **occurrence** to which any Liability Coverage of this policy applies consists of acts, errors, omissions, decisions, incidents, events, breaches of duty, damage or **loss** occurring on more than one date during any **policy period** or **policy periods**, such events or damage, together with any **related loss**, will constitute a single


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

**occurrence**, and the date of **occurrence** will be considered to be the earlier of:

a. the date on which the last alleged act, error, omission, decision, incident, event, breach of duty, damage or **loss** out of which the claim arises should occur; or

b. the last day that **we** provide any coverage to **you** for such act, error, omission, decision, incident, event, breach of duty, damage or **loss**.

The policy forms, endorsements and **limits** in effect on the date of occurrence will govern coverage with respect to all claims arising directly or indirectly out of the **occurrence**. Should the **terms** of any prior policy issued by **us** to **you** conflict with the **terms** of this policy, the **terms** of this policy will govern.

10. Payment under any medical coverage of this policy (Principal, Supplemental or Additional) is primary only for the first one thousand dollars ($1,000) per person, per accident. Unless prohibited by state or federal law, any further payment under such medical coverage is excess over any other applicable policies, programs or plans that are intended to cover **medical expenses**, even if such other policies, programs or plans 1) are stated to be secondary, excess or contingent; or 2) have benefits which are available, but not elected to be received.

    Such policies, programs or plans include, but are not limited to:

    a. medical insurance, reimbursement plans, loss sharing plans, and other similar agreements; and

    b. any other public or private programs or plans intended to cover **medical expenses**.

    If the **medical expense** exceeds **our** $1,000 primary limit, and if other policies, programs or plans provide coverage that is not primary to the balance of **our** medical coverage, then the balance of **our** coverage will be paid on an equal share basis with such other coverage until **our** excess medical limit is exhausted or the covered expenses have been paid.

    No duplicate payment will be made with respect to any **medical expense** for any reason.

    The payment of a claim under a medical coverage does not mean that **we** admit **we** are liable under other coverages of the policy.

11. If Excess Liability Coverage is included as part of this policy and applies to a covered **loss**, payment under the Excess Liability Coverage will be made only after all other applicable coverage has been exhausted.

12. Any liability coverage provided by this policy to any **appointed person** or to any **volunteer** is excess over all other insurance or liability coverage plans, even if such insurance or plan is stated to be secondary, excess or contingent; or has coverage available that is not elected to be used.

## CONDITIONS

Each of the conditions in the Conditions section of the Commercial Liability Coverage Form (GL-100) apply to all Principal Coverages, Supplemental Coverages, and Additional Coverages to which this insurance applies. The following conditions also apply to all Principal Coverages, Supplemental Coverages and Additional Coverages of this policy.

9. **INSURANCE UNDER MORE THAN ONE COVERAGE:**
   No payment will be made under more than one "Liability Coverage" or more than one "Medical Coverage" of this policy, except that (1) both a Liability Coverage and a Medical Coverage will be provided, if otherwise applicable, for **bodily injury** caused by an accident; and (2) Excess Liability Coverage of this policy, if applicable, will pay covered losses in addition to another applicable "Liability Coverage" of this policy. "Liability Coverage" means a coverage (Principal, Supplemental, or Additional) that has the word *Liability* in the heading of the coverage. "Medical Coverage" means a coverage (Principal, Supplemental or Additional) that has the word *Medical* in the heading of the coverage. Although more than one coverage may apply to a particular accident or **occurrence**, this will not act to increase any Occurrence **limit** or any other **limit**, nor will it modify any of the **terms** of the policy.

10. **LIABILITY DEDUCTIBLE:**
    If a liability deductible is shown in the **declarations** for a particular coverage, **we** will pay only that portion of **loss**, if any, which exceeds the designated deductible amount for any one **occurrence** to which such coverage should apply.

11. **ADDITIONAL INSUREDS:**


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

With respect to any person or entity shown on the **declarations** as an Additional Insured or who is otherwise designated by the Named Insured and recognized by **us** as an Additional Insured, **we** will provide Principal Coverage L of the Commercial Liability Coverage Form (GL-100) to such Additional Insured (they will be considered an **insured** for Principal Coverage L), but only to the extent that such person or entity is legally liable for the acts of **you**, **your leader**, **your** employee or **your appointed person**. Such coverage will be limited to that which is specifically provided by Principal Coverage L, and will be strictly subject to the **terms** of this policy. No coverage will apply to any independent acts, errors or omissions of any Additional Insured.

12. **RELATED ORGANIZATIONS:**
**We** will provide no coverage under this policy for any **loss** arising out of the operations of any **related organization/operation** that exists at the inception date of this policy unless such **related organization/operation** is properly designated in the **declarations**. With respect to any organization shown on the **declarations** as a Related Organization/Operation, **we** will provide the related coverage(s) designated for such organization(s)/operation(s), but strictly subject to all of the **terms** of this policy.

13. **COVERED LIABILITY EXPOSURES:**
**We** will provide no liability or medical coverage for any **loss** arising out of any exposure known by **you** or **your leaders** to exist: (a) at the beginning of the **policy period**; or (b) at the time that a liability endorsement is added to the policy; unless such exposure is designated in the Schedule of Liability Exposures section of the **declarations**. If during the **policy period we** are notified or otherwise become aware that **your** organization is or will be: (1) changing or expanding **your** operations; or (2) engaging in any unusual activities or events that materially change **your** liability exposure; **we** reserve the right to adjust limits and/or modify coverage with respect to such operations, activities or events (which may result in adding customized coverage form(s) to the policy), and to make appropriate premium adjustments as necessary to address the change in exposure. With respect to premises that **you** own at the beginning of the **policy period**, **we** will cover **loss** under the **terms** of this policy relating directly or indirectly to such premises only if the premises is listed in the policy **declarations**. All premises listed in the **declarations** must be owned, occupied or rented by **you**.

14. **LOSSES NOT WITHIN COVERAGE DATES:**
This policy will not provide any coverage for **loss** of any kind:

    a. incurred prior to the date on which this policy, or an applicable coverage form or endorsement, becomes effective; or

    b. incurred after this policy or applicable coverage form or endorsement terminates; or

    c. if such **loss** (or any **related loss**) is, or has been, the basis of any **prior claim**; or

    d. if such **loss** is a continuation of, or resumption of, any **loss** that was known by any **insured** or by any **covered person** prior to the date that the policy, (or any applicable coverage) took effect. For purposes of this provision, a **loss** will be considered to be known by an **insured** or **covered person** if the **terms** of Condition 24 of this form apply.

15. **MEDICAL PAYMENT SUBROGATION RIGHTS:**
Any person to or for whom **we** make payment under Principal Coverage M (Medical Payments Coverage), or under any Additional Coverage that pays **medical expense**, thereby transfers to **us** their rights of recovery against any party responsible for the injury, and must assist **us** in **our** attempt to recover any amounts **we** have paid under the medical coverage after **you** have been indemnified.

16. **INCIDENTAL CONTRACTUAL LIABILITY COVERAGE:**
Each of the conditions, limitations and exclusions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to all Supplemental and Additional Incidental Contractual Liability Coverages of this policy. Any person or entity for whom tort liability is assumed will have the same obligations and limitations as an **insured** in relation to applicable conditions, limitations and exclusions of the policy.

17. **HIGH HAZARD ACTIVITIES- COVERAGE LIMITS:**
If **your** organization engages in:

    a. any **major construction/ demolition project** in which **you** or **your** representative:

        (1) serves as the **general contractor**; or

        (2) indemnifies the contractor; or

    b. any fireworks sales; or


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

c. the display of any fireworks; or

d. any skate park operations;

then the liability and medical coverage **limits** relating to such activity will be subject to the **terms** of the High Hazard Activity Form (BGL-21).

18. **OTHER VEHICLE INSURANCE:**
This policy provides no coverage for named vehicles (aircraft, **autos**, watercraft or mobile equipment) or for specific persons as operators of such vehicles. Any coverage that **we** provide relating to aircraft, **autos**, watercraft or mobile equipment under this policy is strictly "excess" over any other available coverage relating to specific vehicles or operators, unless **our** coverage is otherwise specifically designated as primary coverage. "Excess" means that no payment will be made by **us** until all other available policies, programs, plans or agreements have paid their limit of coverage, even if such policy, program, plan or agreement is stated to be secondary, excess or contingent, or has coverage available that is not elected to be used.

19. **FINANCIAL RESPONSIBILITY CONDITION:**
Condition 4 of the Conditions section of the Commercial Liability Coverage Form (GL-100) will not apply to:

a. insured-owned vehicles that are not designed primarily for use on public roads; or

b. insured-owned vehicles that do not qualify as mobile equipment; or

c. nonowned vehicles of any kind.

20. **SELECTION OF COVERAGE:**
If more than one Liability Coverage or more than one Medical Coverage of this policy (as set forth in Condition 9 of this Form) should apply to an **occurrence**, then **you** may elect, through an authorized **leader** of **your** organization, which liability coverage and/or which medical coverage will apply to the **occurrence**. Such election will not act to increase **our** designated **limits** of coverage, or to in any way modify any **terms** of the policy.

21. **ARBITRATION (COVERAGE DISPUTES):**
Any dispute between **us** and any **insured** or **covered person** regarding the existence or application of coverage under the **terms** of any liability or medical (GL or BGL) coverage form of this policy must be submitted to the American Arbitration Association (or to any other organization providing arbitration services if agreed to by **us** and by all **insureds** or **covered persons** who are a party to the dispute) for a determination of coverage by a three member arbitration panel appointed by the arbitration organization. Such arbitration will be required if demanded by any **insured** or **covered person**, or by **us**. The decision rendered by the arbitration panel will be binding upon all persons affected by the coverage of this policy. All arbitration costs, fees and expenses will be divided equally between the parties to the arbitration. Participation in an arbitration process will not waive any rights the respective parties have under this policy.

22. **GOVERNING BOARD PROVISION:**
This policy has been issued to **your** organization on the condition that it is, and will continue to be, operated by an autonomous governing board or other autonomous governing body. To be considered autonomous, such board or body must be comprised of three or more individuals; and a majority of the individuals serving on the board or body may not be related to each other by blood (family members) or marriage (in-laws). In consideration of **our** having issued this policy, **you** warrant that no single person within **your** organization will have authority to make large organizational or financial decisions without the authorization and approval of **your** autonomous governing board or autonomous governing body.

23. **ORGANIZATIONAL DISPUTES:**
If any dispute should arise within **your** organization concerning who controls the organization or who controls or owns **your** organizational property or assets, no coverage of any kind will apply under this policy to any person, group or entity in relation to such dispute. In addition, no liability coverage will apply to any alleged damage, injury, or **loss** sustained by any person, group or entity if such damage, injury or loss arises directly or indirectly out of or in connection with any dispute over control of **your** organization. This coverage restriction will apply until such time as a final determination is made in a court of law regarding which person or group actually controls the organization. Once a final determination has been made and all appeals exhausted, then the prevailing party will be considered the representative of **your** organization, and: (1) any coverage provided by this policy in relation to any ongoing or subsequent **loss** will apply to such prevailing party; and (2) **we** will reimburse such prevailing party up to $25,000 toward reasonable and


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

necessary legal expense (if any) that they incurred as the defendant in a declaratory action to determine organizational control.

24. **KNOWLEDGE OF LOSS:**
Knowledge of **loss** will be deemed to have occurred at the earliest of the following times:

a. when a suit, claim, or demand for **damages** alleging any **loss** is received by any **insured** or any **covered person**; or

b. when any **insured** or any **covered person** reports the **loss** to **us** or any other insurer, or insurance agent or broker; or

c. when any **insured** or any **covered person** becomes aware of anything that indicates that any **loss** may have occurred, or is occurring.

## NUCLEAR ENERGY LIABILITY EXCLUSION AND INTENTIONAL DAMAGE EXCLUSION

The Nuclear Energy Liability Exclusion in the Commercial Liability Coverage Form (GL-100) applies to all Principal Coverages, Supplemental Coverages and Additional Coverages of this policy, and applies to all types of **loss** covered by this policy. In addition to the Nuclear Energy Liability Exclusion set forth in Form GL-100, the following exclusion will apply to all coverages of this policy:

**We** do not pay for **loss** arising directly or indirectly out of or in connection with any act that is undertaken with the intent to cause injury, damage or harm to any person or entity if such act involves one or more of the following:

a. the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;

b. any nuclear reaction or the release of any radiation, or any radioactive contamination;

c. the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or

d. any contamination of property, interruption of any business operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items a. through c. immediately above.


Copyright, 2018 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11). Only one liability coverage will apply to an **occurrence** and any **related loss.** This endorsement is attached to and made part of the policy.

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT.**
**PLEASE READ IT CAREFULLY.**

---

# ADDITIONAL INSURED ENDORSEMENT
## ADDITIONAL CONDITION

### ADDITIONAL CONDITION

The following additional condition is added to the Conditions section of the Liability and Medical Coverage Form (BGL-11):

**Additional Insureds:** With respect to any person or entity shown on the **declarations** as an Additional Insured or who is otherwise designated by the Named Insured and recognized by **us** as an Additional Insured, **we** will provide Principal Coverage L of the Commercial Liability Coverage Form (GL-100) to such Additional Insured (they will be considered an **insured** for Principal Coverage L), but only to the extent that such person or entity is legally liable for the acts of **you**, **your leader**, **your** employee, or **your appointed person**. Such coverage will be limited to that which is specifically provided by Principal Coverage L, and will be strictly subject to the **terms** of this policy. No coverage will apply to any independent acts, errors, or omissions of an Additional Insured.

### OTHER PROVISIONS

All other provisions of the applicable Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) remain unchanged.


Copyright, 2013 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Endorsement is subject to the **terms** of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11).

**THIS INSURANCE ENDORSEMENT FORMS PART OF YOUR POLICY CONTRACT. PLEASE READ IT CAREFULLY.**

---

**MINISTRY OPERATIONS**

THIS EXCLUSIONARY ENDORSEMENT APPLIES TO ALL LIABILITY COVERAGES OF THE POLICY AND ALL MEDICAL COVERAGES OF THE POLICY

# INFECTIOUS DISEASE LIABILITY EXCLUSION
## ~ PUBLIC HEALTH EMERGENCIES ~

## DEFINITIONS

Each of the words or phrases set forth in the Definitions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) will continue to apply. The following definition also applies to the Additional Exclusion set forth herein:

1. **Infectious disease** means any of the following:

   a. any infectious virus, bacterium or other microorganism that can result in human illness, regardless of the means of transmission or the extent of the infection within a population; or

   b. any disease, illness or harmful bodily condition of any kind (whether symptomatic or asymptomatic) that can be transmitted in any manner from one organism to another organism; or

   c. the mutation or variation of any communicable disease or contagious illness, whether such disease or illness is known, unknown, recognized or unrecognized.

   **Infectious disease** includes any fear or threat thereof, whether actual or perceived.

## ADDITIONAL EXCLUSION THAT APPLIES TO ALL LIABILITY AND MEDICAL COVERAGES

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) will continue to apply. The following exclusion also applies to all liability and medical coverages of the policy:

1. **We** do not pay for **loss** of any kind that arises directly or indirectly out of or in connection with the actual or alleged transmission of an **infectious disease** that has been categorized as a public health emergency (or as a pandemic) by:

   a. the World Health Organization; or

   b. any federal, state or local governmental authority.

**We** will, however, extend the coverage of the Legal Liability Defense Reimbursement Coverage Form (BGL-89), if included as part of this policy, for such **loss**, subject to the Proceeding Limit and all **terms** of the Legal Liability Defense Reimbursement Coverage Form (BGL-89).

## OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) will continue to apply.


Copyright, 2020 Brotherhood Mutual Insurance Co.
All Rights Reserved

The following Asbestos Exposure Exclusion applies to all liability and medical coverages of the policy.

**- PLEASE READ THIS CAREFULLY -**

# ASBESTOS EXPOSURE EXCLUSION

In addition to the other exclusions of the policy, the following exclusion will apply to all liability and medical coverages:

**ASBESTOS EXPOSURE EXCLUSION -**

**We** do not pay for **bodily injury**, **property damage** or other actual or alleged **loss** of any kind arising directly or indirectly out of or in connection with exposure to asbestos in any form or quantity. This exclusion will apply regardless of the manner in which the exposure to asbestos should occur.

**SCOPE**

The exclusion contained herein applies to all liability and medical coverages of the policy.

**OTHER PROVISIONS**

All other provisions of the policy remain unchanged.


Copyright, 2007 Brotherhood Mutual Insurance Co.
All Rights Reserved

This endorsement changes the Commercial Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

# EXCLUSION -- WAR AND MILITARY ACTION

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

The exclusion relating to injury or damage that arises out of war is deleted and replaced by the following:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage) caused directly or indirectly by the following:

a. war, including undeclared or civil war; or

b. warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

c. insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.



Copyright, American Association of Insurance Services, Inc., 2008

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## WASHINGTON

1. Under Conditions, Misrepresentation, Concealment, or Fraud is deleted and replaced by the following:

   **Misrepresentation, Concealment, or Fraud** -- This coverage is void if before or after a loss:

   a. any "insured" has intentionally concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) the "insured's" interest herein.

   b. there has been fraud or false swearing by any "insured" with regard to a matter that relates to this insurance or the subject thereof.

2. Under Conditions, Subrogation is deleted and replaced by the following:

   If "we" pay under the Commercial Liability Coverage, "we" may require from an "insured" an assignment of any right of recovery. "We" are not liable under the Commercial Liability Coverage if any "insured" has impaired "our" right to recover. An "insured" may waive its right to recover, in writing, before an "occurrence" takes place. If "we" pay a loss to or for an "insured" and "insured" recovers from another party for the same loss, the "insured" will reimburse "us".

   If an "insured" assigns to "us" the rights of recovery under this provision, and "we" recover from another party, "we" will make the "insured" whole before recovering "our" loss.



Copyright, American Association of Insurance Services, Inc., 2010

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# KNOWN INJURY OR DAMAGE AMENDMENTS

The Commercial Liability Coverage is amended as follows:

1. Under Definitions, the following definition is added:

   "Designated insured" means:

   a. "you" and "your" spouse, but only with respect to the conduct of a business of which "you" are the sole owner, if "you" are shown on the "declarations" as an individual;

   b. "you" and all "your" partners or members and their spouses, but only with respect to the conduct of "your" business, if "you" are shown on the "declarations" as a partnership or a joint venture;

   c. "you" and all "your" members and managers, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as a limited liability company; and

   d. "you" and all "your" executive officers and directors, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as an organization (other than a partnership, joint venture, or limited liability company). It also includes "your" stockholders, but only for their liability as such; or

   e. any "employee" who is authorized to give or receive notice of an "occurrence" or a claim.

2. Under Principal Coverages, Coverage L and, if applicable, Coverage N are amended by the addition of the following:

   This insurance applies only to:

   a. "Bodily injury" or "property damage" which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" that was known by a "designated insured" prior to the inception date of the policy period. If a "designated insured" knew, as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period, that "bodily injury" or "property damage" had occurred, any continuation of, resumption of, or change in such "bodily injury" or "property damage" will be deemed to have been known by the "designated insured" prior to the inception date of the policy period.

   b. "Bodily injury" or "property damage" that occurs during the policy period and which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, to have occurred prior to the inception date of this policy period, will include any continuation of, resumption of, or change in such "bodily injury" or "property damage" after the end of this policy period.

3. Under Defense Coverage, the following is added:

   "We" have no duty to defend a suit or claim seeking "damages" because of "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period.

46M5A0371824



4. Under Conditions, the following condition is added:

   **Knowledge of Bodily Injury or Property Damage** -- Knowledge of "bodily injury" or "property damage" will be deemed to have occurred at the earliest of the following times:

   a. when a suit, claim, or demand for "damages" alleging "bodily injury" or "property damage" is received by any "designated insured";

   b. when any "designated insured" reports the "bodily injury" or "property damage" to "us" or any other insurer; or

   c. when any "designated insured" becomes aware of anything that indicates that "bodily injury" or "property damage" may have occurred or is occurring.


Copyright, American Association of Insurance Services, 2000

This endorsement changes the Commercial Liability Coverages provided by this policy

**-- PLEASE READ THIS CAREFULLY --**

# LEAD LIABILITY EXCLUSION

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS THAT APPLY TO ALL COVERAGES

The following are added:

**We** do not pay for:

1. actual or alleged **bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form;

2. actual or alleged **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) arising out of any form of lead;

3. any loss, cost or expense arising out of any request, demand or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

4. any loss, cost or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.



Copyright MCMXCII, American Association of Insurance Services

46M5A0371824

This Endorsement is subject to the **terms** of the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and the Excess/Umbrella Liability Coverage Form (BGL-939).
**- PLEASE READ THIS CAREFULLY -**

# PROVISION MODIFICATION-
## EXCESS LIABILITY- COVERAGE FOR INDICATED ADDITIONAL INSUREDS

### PROVISION MODIFICATION

The definition of **qualified covered person** within the Excess Liability Coverage Form (BGL-939) is modified. The following entities will be considered to be **qualified covered persons** for purposes of applying the applicable excess liability limits provided by form BGL-939 in relation to premises/operations liability coverage (Principal Coverage L) exposures:

Those persons entities who are listed on a Certificate of Insurance issued with respect to this policy by **us** or by **our** agent representative, but only if the Certificate of Insurance:

1. Includes a Limit entry for Excess/Umbrella Liability coverage, and

2. Specifically states that a person or entities who are listed thereon are covered for excess liability.

All provisions relating to Additional Insureds within this policy will apply to the Additional Insureds specified above for the excess liability coverage provided herein.

### HOW MUCH WE PAY

Each of the provisions set forth in the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11) and the Excess/Umbrella Liability Coverage form (BGL-939) apply to the coverage provided by this endorsement, unless otherwise modified herein. The following provisions apply to the Provision Modification of this endorsement.

1. The most **we** will pay on behalf of an Additional Insured for whom a Certificate of Insurance indicates that excess liability applies is the lesser of:

   a. the Each Occurrence **limit** of coverage entered on the Certificate of Insurance for Excess/Umbrella Liability coverage, or

   b. if shown, the **limit** of excess liability coverage specifically stated as applying to an Additional Insured.

2. The **limit** of coverage provided to an Additional Insured by this endorsement is shared with the Named Insured and with all other **qualified covered persons** to whom the coverage of the Excess/Umbrella Liability Coverage form (BGL-939) applies. Nothing in this endorsement will be construed to increase the **limit** of such coverage, as indicated in the **Declarations,** provided to the Named Insured and any other **qualified covered persons** for any **loss** or **related loss**.

3. Provisions 2 and 4 of the How Much We Pay section of the Excess/Umbrella Liability Coverage form (BGL-939) are modified to the extent that the **limit** described in provision 1 of the How Much We Pay section of this endorsement is the most that **we** will pay for any **loss** or **related losses** on behalf of the Additional Insureds to whom coverage is provided by this endorsement.

### OTHER PROVISIONS

All other provisions of the Commercial Liability Coverage Form (GL-100), the Liability and Medical Coverage Form (BGL-11) and the Excess Liability Coverage Form (BGL-939) will continue to apply.


Copyright, 2007 Brotherhood Mutual Insurance Co.
All Rights Reserved

This Liability Coverage Endorsement is subject to the **terms** of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BLG-11). Only one liability coverage (Principal, Supplemental, or Additional) will apply to an **occurrence** and any **related loss**.

**-- PLEASE READ THIS CAREFULLY --**

# COVERAGE Q
# EMPLOYERS LIABILITY (STOP GAP) COVERAGE

(The information shown below may be shown on the Declarations or on a separate schedule

| | |
|---|---|
| **Limits: Bodily Injury by Accident** | **$** 500,000 |
| **Bodily Injury by Disease** | **$** 500,000 |
| **Bodily Injury by Disease – Aggregate** | **$** 500,000 |

## AGREEMENT

**We** provide the Principal Coverage described in this endorsement, but only if *Employers Liability (Stop Gap) Coverage* is properly designated in the **Declarations** of this policy, and only if **you** are a church or other religious organization.

## DEFINITIONS

Each of the words or phrases defined in the Definition section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11), apply to Principal Coverage Q, provided by this endorsement, unless otherwise modified herein.

1. **Bodily Injury** – This means bodily harm, sickness or disease sustained by a person and includes required care and loss of services. **Bodily injury** includes death that results from bodily harm, sickness or disease.

2. **Insured** – If shown on the **Declarations** as Individual, **insured** means **you** but only in **your** capacity as an employer in the conduct of a business of which **you** are the sole owner.

   If shown on the **Declarations** as partnership or a joint venture, **Insured** means **you** and all of **your** partners but only in their capacity as employers of **your employees**.

   If shown on the **Declarations** as an organization other than a partnership or a joint venture, **insured** means **you** and all of **your** executive officers and directors, but only in their capacity as employers of **your employees**.

## PRINCIPAL COVERAGES

The following coverage is added if this form (BGL-836) is properly designated on the **declarations**.

**Coverage Q – Employers Liability**

1. **We** pay all sums which an **insured** becomes legally obligated to pay as **damages** because of **bodily injury** to **your employee**, which arises out of and in the course of the **employee's** employment by **you**. This coverage will apply if the **employee** or the **employee's** remuneration is required by law to be reported and declared under the Workers' Compensation Fund of a state in which the **employee** acts in the course of employment on **your** behalf, and the **employee** or **employee's** remuneration is so reported and declared, and you pay the required premiums for the **employee**, to the Workers' Compensation Fund.

   This coverage applies only to:

   a. **bodily injury** by accident which arises during the policy period, and

   b. **bodily injury** by disease which is caused or aggravated by the conditions of **your** employment. The **employee's** last day of exposure to the conditions causing or aggravating such **bodily injury** by disease must occur during the policy period.


Brotherhood Mutual Insurance Company
Includes Copyrighted Material from American Association of Insurance Services, 1999

If **you** are sued, the original suit and any related legal actions for **damages** for **bodily injury** by accident or by disease must be brought in the **basis territory**.

2. The **damages we** will pay, where recovery is permitted by law, include **damages**:

   a. for which **you** are liable to a third party by reason of a claim or suit against **you** by that third party to recover the **damages** claimed against such third party as a result of **bodily injury** to **your employee**; and

   b. for care and loss of services; and

   c. for consequential **bodily injury** to a spouse, child, parent, brother or sister of the injured **employee**; provided, that these **damages** are the direct consequence of **bodily injury** that arises out of and in the course of the injured **employee's** employment by **you**; and

   d. because of **bodily injury** to **your employee** that arises out of and in the course of employment, claimed against you in the capacity other than as employer.

**EXCLUSIONS**

Each of the exclusions set forth in the Exclusions section of the Commercial Liability Coverage Form (GL-100) and the Liability Medical Coverage Form (BGL-11) apply to Principal Coverage Q provided by this endorsement.

Exclusion 8 of the Commercial Liability Coverage is deleted, but only to the extent that coverage is provided by Principal Coverage Q.

**ADDITIONAL EXCLUSIONS THAT APPLY TO EMPLOYERS LIABILITY (STOP GAP)**

**We** do not pay for **loss** of any kind if one or more of the following excluded causes or events apply to the **loss**, regardless of other causes or events that contribute to or aggravate the **loss**, whether such causes or events act to produce the **loss** before, at the same times as, or after the excluded cause or event. The following exclusions apply only to Principal Coverage Q.

1. **We** do not cover **loss** of any kind arising directly or indirectly out of any actual or alleged **sexual act**.

2. **We** do not pay for **loss** of any kind arising directly or indirectly out of **bodily injury** to an **employee** while employed in violation of law within the actual knowledge of **you** or any of **your** executive officers.

3. **We** do not pay for **loss** of any kind arising directly or indirectly out of **bodily injury** to an **employee**, or caused by an **employee** who is knowingly employed by you:

   a. in violation of any law as to age, or
   b. who is under the age of 14 years, regardless of any such law.

4. **We** do not pay for any obligation imposed by a workers' compensation, occupational disease, unemployment compensation or disability benefits law, or any similar law.

5. **We** do not pay for punitive or exemplary **damages** because of **bodily injury** to an **employee** employed in violation of law.

6. **We** do not pay for **loss** of any kind arising directly or indirectly out of **bodily injury** to any **employee** whose remuneration has not been reported and declared, and the required premiums paid, to the Workers' Compensation Fund of a state in which the **employee** acts in the course of employment on **your** behalf, unless **you** are a qualified self-insurer approved by the applicable State Workers' Compensation Bureau.

7. **We** do not pay for **any bodily injury** with respect to which **you** are:
   a. deprived of any defense, or
   b. otherwise subject to penalty

   because of default in premium payment under any workers compensation law or other failure to comply with a workers' compensation law.

8. **We** do not pay for **loss** of any kind arising directly or indirectly out of any:

   a. refusal to employ;
   b. termination of employment;
   c. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or
   d. consequential **bodily injury** as a result of a., b. or c. above.

   This exclusion applies:

   a. whether the **insured** may be held as an employer or in any other capacity; and


Brotherhood Mutual Insurance Company
Includes Copyrighted Material from American Association of Insurance Services, 1999

b. to any obligation to share **damages** with or to repay someone else who must pay **damages** because of the injury.

9. **We** do not pay for **loss** of any kind arising directly or indirectly out of bodily **injury** to a master, or member of the crew, of any vessel, or to any **employee** of **yours**, in the course of employment subject to the Federal Employer's Liability Act, the Longshore and Harbor Workers' Compensation Act, the Federal Coal Mine Health and Safety Act of 1969, the Nonappropriated Fund Instrumentalities Act, the Out Continental Shelf Lands Act, the Defense Base Act, or any amendment to these laws.

10. **We** do not pay for **loss** of any kind arising directly or indirectly out of **bodily injury** to any member in the flying crew of any aircraft operation or the performance of any duty in connection with aircraft while in flight.

11. **We** do not pay for any liability assumed under a contract or an agreement.

12. **We** do not pay for **loss** of any kind arising directly or indirectly out of **bodily injury** occurring outside the **basic territory**. This exclusion does not apply to **bodily injury** to a citizen or resident of the **basic territory** who is temporarily outside the **basic territory**.

13. **We** do not pay for **loss** of any kind arising directly or indirectly out of **bodily injury** which is intentionally caused or aggravated by **you**, or at **your** direction, or **bodily injury** resulting from an act which is determined to have been committed by **you** with the knowledge that an injury is substantially certain to occur.

14. **We** do not pay for **loss** of any kind arising directly or indirectly out of the application or administration of any employee **benefit program** by any person (including a **covered person**).

15. **We** do not pay any fines or penalties imposed for violation of federal or state law.

16. **We** do not pay for fines, penalties or **damages** payable under the Migrant and Seasonal Agricultural Worker Protection Act and under any other federal law awarding **damages** for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## DEFENSE COVERAGE

Subject to the **terms** of this Employers Liability (Stop Gap) Coverage form (BGL-836), **we** provide the Defense Coverage of the Commercial Liability Coverage Form (GL-100), as modified by the Liability and Medical Coverage Form (BGL-11), in relation to Principal Coverage Q.

1. Paragraph 3(c) of the Defense Coverage section of the Commercial Liability Coverage Form (GL-100) is deleted.

2. Paragraph 3(d) of the Defense Coverage section of the Commercial Liability Coverage form (GL-100) is modified as follows:

   d. The necessary expenses incurred by an **insured** at **our** request, but not loss of earnings.

## HOW MUCH WE PAY

The How Much We Pay section of the Commercial Liability Coverage Form (GL-100) is deleted and replaced by the How Much We pay section of the Liability and Medical Coverage Form (BGL-11), which applies to Principal Coverage Q unless otherwise modified herein.

Paragraphs 1, 4, and 7 below replace and supersede paragraphs 1, 4, and 7 of the How Much We Pay section of the Liability and Medical Coverage Form (BGL-11).

1. Subject to the General Aggregate Limit shown in the **Declarations**,

   a. the Bodily Injury by Accident Limit shown in the **Declarations** of this endorsement for Principal Coverage Q, is the most we will pay for all **losses** arising directly or indirectly out of **bodily injury** by accident suffered by one or more **employees** in any one accident to which this Principal Coverage Q applies;

   b. the Bodily Injury by Disease limit shown in the **Declarations** of this endorsement for Principal Coverage Q, is the most we will pay for all **losses** arising directly or indirectly out of **bodily injury** by disease suffered by any one **employee**, to which this Principal Coverage Q applies;

   c. the Bodily Injury by Disease – Aggregate limit shown in the **Declarations** of this endorsement for Principal Coverage Q, is the most we will pay for all **losses** arising directly or indirectly out of **bodily injury** by disease



Brotherhood Mutual Insurance Company
Includes Copyrighted Material from American Association of Insurance Services, 1999

suffered by one or more **employees**, to which this Principal Coverage Q applies.

These coverage limits are the most **we** will pay under Principal Coverage Q regardless of:

a. the number of persons, entities, organizations or **related organizations/operations** to whom this policy provides coverage; or

b. the number of **losses** or **related losses** arising directly or indirectly out of one or more related acts, errors, omissions, decisions, incidents, events or breaches of duty; or

c. the number of persons acted upon, or who otherwise sustain injury, damage or **loss**; or

d. the number of claims made or suits brought, or the number of person initiating such claims or suits; or

e. the extent or duration of the injury, damage, **loss** or any **related loss**; or

f. the extent, duration, or number of acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss**; or

g. the number of **our policy periods**, or portions thereof, over which any acts, errors, omissions, decisions, incidents, events, or breaches of duty contributing to injury, damage or **loss** should occur; or over which the injury, damage, **loss**, or **related loss** should occur.

4. The General Occurrence Limit shown in the **Declarations,** subject to the General Aggregate Limit, is the most **we** will pay for the total of:

   a. **damages** under Principal Coverages L, No, O and Q, and any Supplemental or Additional Coverages; and

   b. **medical expenses** or costs under Principal Coverage M or any Additional Coverage;

   due to all **bodily injury, property damage, emotional injury, financial damage,** and **personal injury** arising out of a single **occurrence**; and no more than one Liability Coverage or one Medical Coverage (as set forth in Condition 9 of this form) will apply to any one **occurrence**.

7. The General Aggregate Limit is the most **we** will pay during the period to which the General Aggregate Limit applies (as described in Provision 8 of this section) for the sum of:

   a. all **damages** under Principal Coverages L, N, O, and Q; and

   b. all **medical expenses** under Principal Coverage M; and

   c. all **damages**, costs and **medical expenses** under any Supplemental Coverages or Additional Coverages.

## CONDITIONS

Each of the conditions set forth in the Conditions section of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) apply to Principal Coverage Q and the Additional Coverage provided by this endorsement, unless otherwise modified herein. The following conditions also apply to the Principal Coverage of this endorsement.

1. As a condition of obtaining and retaining this coverage:

   a. **you** must report and declare **your employees** or **your employee's** remuneration, and pay the required premiums, to the Workers' Compensation Fund of any state whose law requires such reporting and declaration with respect to any of **your employees** who act in the course of employment on **your** behalf in that state; or

   b. **you** must be a qualified self-insurer approved by the applicable State Workers' Compensation Bureau.


Brotherhood Mutual Insurance Company
Includes Copyrighted Material from American Association of Insurance Services, 1999

# Policyholder Coverage Notice

## MEDICAL COVERAGE EXTENSION
## -CLERGY ACCIDENTAL DEATH COVERAGE-
### -FORM BGL-998 or BGL-998B-

A clergy accidental death coverage form has been added to your Ministry*First* policy. The coverage form can be seen on the Schedule of Liability Coverages, which is a part of your policy.

**Important: The following information is not meant as professional tax advice. Always consult with your tax consultant before implementing a program that could impact tax liability. Please further note that relevant statutes and IRS regulatory guidelines are subject to change at any time.**

**THE POTENTIAL TAX IMPACT OF CLERGY ACCIDENTAL DEATH PAYMENTS AND HOW BROTHERHOOD MUTUAL'S CLERGY ACCIDENTAL DEATH COVERAGE WORKS:***

Brotherhood Mutual offers Clergy Accidental Death coverage with the following death payments amounts:

| | |
|---|---|
| Form BGL-998: | $15,000 |
| Form BGL-998B: | $25,000 |

Form BGL-998 has a $100,000 per accident limit, and Form BGL-998B has a $150,000 per accident limit.

When a church purchases the optional Clergy Accidental Death coverage as part of its Ministry*First* insurance policy, Brotherhood Mutual will pay the applicable death payment if any of the church's full-time employee pastors or ministers dies during the policy period as a result of an accident covered by the policy. If coverage applies, this death payment will be paid whether or not the clergy was working at the time of death, and will be paid in addition to any other insurance benefits. Under the terms of this coverage, the governing board of the church must provide Brotherhood Mutual, in writing, the name of the designated payee. This can be the church itself, a surviving spouse, or any other person or entity designated as the payee by the church's governing board. Brotherhood Mutual will then pay the applicable death payment to the designated payee.

**Why The Clergy Death Payment Could Be Taxable:**

**PREMIUM TAX ISSUES**: If the church is the named payee under the policy, the premiums are not taxable to the minister. If anyone else is the payee under the policy, then you should check with your tax consultant regarding the calculation of the taxable portion.

**BENEFIT TAX ISSUES**: If the church designates a surviving spouse or any party other than the church itself as the payee, the proceeds may be subject to federal income tax. Under the Internal Revenue Code, employee death benefits paid by or on behalf of an employer are generally taxable to the employee's estate or to any other payee. Because Brotherhood Mutual's Clergy Accidental Death coverage provides an accidental death payment that can be paid to an individual on behalf of the clergy's employer, such benefit would be considered taxable under the Internal Revenue Code in most cases.

**What This Means to a Church Policyholder:**

If the church designates an employee's estate, his or her surviving spouse, or any other person or entity (other than the church) as the payee of the Accidental Death payment, the payment could be taxable. If the payment is taxable, the church will be responsible for preparing and sending any required tax information forms (i.e., Form 1099-R) to the designated payee in the year the benefit is paid. Regardless of the taxability of the payment, the church is responsible for filing Form 8925 with the Internal Revenue Service annually. Since churches are normally exempt from filing income tax returns, the church will need to check with its tax consultant to determine the proper way to file Form 8925.

**A Way That Tax Liability May Be Eliminated:** The proceeds from the policy will, generally, not be subject to federal income taxes if the church meets the following conditions:

- The church must employ the pastor for at least a portion of the 12 month period before his or her death **or** the pastor must be a member of the church's governing body or the pastor must be a highly compensated employee as defined by the Internal Revenue Service.

- The church must receive qualified written consent from the pastor by the earlier of the date the pastor begins his or her employment with the church or the date the church purchases the policy. In connection with the written consent, the church must provide the pastor with a qualifying written notice that it intends to secure a policy in the applicable death payment amount on the pastor's life, and that the church will be the payee. The written notice and consent must be made in accordance with statutory requirements. The church is encouraged to check with its tax consultant to develop proper notice and consent forms.

- The church must adopt a qualifying self-funded Employee Death Benefit Plan as described in Internal Revenue Code, Section 7702(j). This Employee Death Benefit Plan can be funded with proceeds from Brotherhood Mutual's Clergy Accidental Death coverage. In the Employee Death Benefit Plan, the church may designate that it will pay the insurance proceeds to an employee's estate or surviving spouse.

Assuming all conditions are met, the benefit will, generally, not be taxable to the church or the minister's family.

**Setting Up An Employee Death Benefit Plan:**

If your church plans to implement an Employee Death Benefit Plan, first check with your tax consultant. Ask the tax consultant whether the following language can be adopted by the governing body to meet the requirements of Section 7702(j) of the Internal Revenue Code. If this language meets Internal Revenue Code requirements, then the Employee Death Benefit Plan can distribute the insurance proceeds to a qualified predetermined payee:

> *"Effective immediately, the church is enacting a qualified Employee Death Benefit Plan on behalf of its full-time employee clergy who die as a result of a qualifying accident. Payment under this plan will be made only if the church has in force at the time of death a policy of insurance that includes Clergy Accidental Death coverage; and only to the extent that such coverage provides payment in connection with such death. Under this plan the governing board of the church will direct any such insurance payment be made to the church. The*

*church will then, in turn, distribute these proceeds to the surviving spouse of the employee clergy and, if there is no surviving spouse, then to the employee's estate. Nothing in this plan will obligate the church to make any payment out of any funds other than accidental death insurance proceeds, if any, that are paid to the church under the aforementioned policy of insurance."*

**Check with Your Tax Consultant:**

For the reasons outlined above, it's important that the church checks with its tax consultant on how to comply with the steps necessary to make the insurance proceeds exempt from federal income taxes.

**Contact your Agent:**

Your Brotherhood Mutual agent will be please to answer any questions you may have concerning your policy.

*Coverage will be governed by the terms of the insurance policy. See your insurance policy for specific language regarding this coverage.

## Please read your policy carefully

**NOTE: No coverage of any kind is provided by this notice form.**

## (LIABILITY)
# TERRORISM EXCLUSION
## - CERTIFIED AND NON-CERTIFIED ACTS OF TERRORISM -

### ADDITIONAL EXCLUSIONS THAT APPLY TO ALL LIABILITY AND MEDICAL COVERAGES

In addition to the other exclusions of the policy, the following exclusions will apply to all liability and medical coverages of the policy:

1. **CERTIFIED Act of Terrorism Exclusion**- **We** will not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **CERTIFIED act of terrorism**.

2. **NON-CERTIFIED Act of Terrorism Exclusion**- **We** will not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **NON-CERTIFIED act of terrorism**.

### EXCEPTION TO NON-CERTIFIED ACT EXCLUSION

The following applies only to Exclusion 2 above, and only to loss that does not involve any nuclear, biological or chemical materials:

1. **Scope of Loss Exception** - If a **NON-CERTIFIED act of terrorism** results in:

   a. damage to buildings at multiple insured locations causing less than $25 million in property damage in the aggregate to all such buildings; and

   b. less than fifty persons sustaining death or serious physical injury;

   then we will apply the liability coverage that is otherwise provided by Principal Coverage L of this policy. For purposes of part b. of this Exception, the phrase “serious physical injury” means the permanent or protracted impairment of the function of a bodily member or organ.

### CONDITIONS

1. The following provision is added.

   a. Neither the **terms** of this endorsement nor the **terms** of any other terrorism endorsement attached to this policy will be construed to provide coverage for any **loss** that would otherwise be excluded under any form, endorsement or provision of this policy, including, but not limited to:

      1) any exclusions that address war, military action, or biological, chemical or nuclear hazard; or

      2) any other exclusion or provision of the policy.

### DEFINITIONS

In addition to the words and phrases defined elsewhere in this policy, the following definition will apply to the provisions of this endorsement:

1. **CERTIFIED act of terrorism** means an act causing total insured loss that meets or exceeds the insured loss threshold of any federal Terrorism Risk Insurance Act, and that is certified by an authorized individual under the Act:

   a. to be an act of terrorism; and

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure; and

   c. to have resulted in damage:

      1) within the United States; or

      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission; and

d. to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

A **CERTIFIED act of terrorism** includes, but is not limited to, a certified terrorist act involving:

1) Explosives, firearms, conventional weapons, or the use of aircraft, watercraft, missiles, autos or persons as weapons or as a means of transporting weapons;

2) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;

3) any nuclear reaction or the release of any radiation, or any radioactive contamination;

4) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or

5) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items1) through 4) immediately above.

2. **NON-CERTIFIED act of terrorism** means a malicious act that is not certified by government officials as a qualifying "act of terrorism" under any federal Terrorism Risk Insurance law, but only if such act:

a. is violent or is dangerous to human life, property, or infrastructure; and

b. is undertaken in an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

A **NON-CERTIFIED act of terrorism** includes, but is not limited to, a non-certified terrorist act (or a series of related non-certified terrorist acts that occur within any 72 hour period) involving:

1) Explosives, firearms, conventional weapons, or the use of aircraft, watercraft, missiles, autos or persons as weapons or as a means of transporting weapons;

2) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind;

3) any nuclear reaction or the release of any radiation, or any radioactive contamination;

4) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or

5) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items1) through 4) immediately above.

## OTHER PROVISIONS

All provisions of the Commercial Liability Coverage Form (GL-100) and the Liability and Medical Coverage Form (BGL-11) will apply to this exclusionary endorsement unless specifically modified herein.


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

## (LIABILITY)
# NUCLEAR, CHEMICAL AND BIOLOGICAL TERRORISM EXCLUSION
## - CERTIFIED AND NON-CERTIFIED ACTS OF TERRORISM -

### ADDITIONAL EXCLUSION THAT APPLIES TO ALL LIABILITY AND MEDICAL COVERAGES

In addition to the other exclusions of the policy, the following exclusion will apply to all liability and medical coverages of the policy:

1. **We** will not pay for **loss** of any kind arising directly or indirectly out of or in connection with any **act of nuclear, chemical or biological terrorism.**

### CONDITIONS

1. The following provision is added.

   a. Neither the **terms** of this endorsement nor the **terms** of any other terrorism endorsement attached to this policy will be construed to provide coverage for any **loss** that would otherwise be excluded under any form, endorsement or provision of this policy, including, but not limited to:

      1) any exclusions that address war, military action, or biological, chemical or nuclear hazard; or

      2) any other exclusion or provision of the policy.

### DEFINITIONS

In addition to the words and phrases defined elsewhere in this policy, the following definition will apply to the provisions of this endorsement:

1. **Act of nuclear, chemical or biological terrorism** means either: (1) a **CERTIFIED act of nuclear, chemical or biological terrorism**; or (2) a **NON-CERTIFIED act of nuclear, chemical or biological terrorism.**

2. **CERTIFIED act of nuclear, chemical or biological terrorism** means an act causing total insured loss that meets or exceeds the insured loss threshold of any federal Terrorism Risk Insurance Act, and that is certified by an authorized individual under the Act:

   a. to be an act of terrorism; and

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure; and

   c. to have resulted in damage:

      1) within the United States; or

      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission; and

   d. to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

   e. to involve one or more of the following:

      1) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind; or

      2) any nuclear reaction or the release of any radiation, or any radioactive contamination; or

      3) the use, release, dispersal, application or escape of any biological or chemical materials


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002

that have any injurious, pathogenic or poisonous effect of any kind; or

4) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items 1) through 3) immediately above.

3. **NON-CERTIFIED act of nuclear, chemical or biological terrorism** means a malicious act that is not certified by government officials as a qualifying "act of terrorism" under any federal Terrorism Risk Insurance law, but only if such act:

a. is violent or is dangerous to human life, property, or infrastructure; and

b. is undertaken in an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

c. involves one or more of the following:

1) the use, release, dispersal, application or escape of any nuclear or radioactive materials of any kind; or

2) any nuclear reaction or the release of any radiation, or any radioactive contamination; or

3) the use, release, dispersal, application or escape of any biological or chemical materials that have any injurious, pathogenic or poisonous effect of any kind; or

4) any contamination of property, interruption of any business or ministry operation, or any other damage, loss or expense arising directly or indirectly out of the situations set forth in items 1) through 3) immediately above.

**OTHER PROVISIONS**

All provisions of the Commercial Liability Coverage Form will apply to this exclusionary endorsement unless specifically modified herein.


Includes Copyrighted Material of American Association of Insurance Services, Inc., 2002